**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                         **Case No.  8:03-cr-77-T-30TBM**

**SAMI AMIN AL-ARIAN**
**SAMEEH HAMMOUDEH**
**GHASSAN ZAYED BALLUT**
**HATIM NAJI FARIZ**

_____

## ORDER

This cause came on for consideration upon Defendant Fariz's First Motion in Limine to Preclude the Admission of Irrelevant and Prejudicial Evidence (Dkt. #S-21), filed under seal on May 10, 2005.  Defendant asks that the Government be precluded from referring to or introducing into evidence various information that Defendant maintains should be excluded under Fed. R. Evid. 401, 402, and 403.  A hearing on Defendant's Motion was held on May 19, 2005.

After consideration, this Court finds that the following categories of information identified in the Motion should be excluded:

> 1) the information in section II, paragraph 1 of the Motion, except for the evidence identified by the Government pertaining to the 1993 World Trade Center bombings;

> 2) the information in section II, paragraph 2 of the Motion, but only as to comparisons made by Government witnesses between the Defendants or the Palestinian Islamic Jihad and other individuals or terrorist groups. Evidence of similar comparisons made by the Defendants [or other coconspirators] themselves may be introduced by the Government;

3) the information in section II, paragraph 3 of the Motion, except evidence of comparisons made by the Defendants [or other coconspirators] themselves;

4) the information in section II, paragraph 8 of the Motion;

5) the information in section II, paragraph 9 of the Motion;

6) the information in section II, paragraph 11 of the Motion;

7) the information in section II, paragraph 14 of the Motion; and

8) the information in section II, paragraph 15 of the Motion, but only to the extent that the Government intends to use the evidence to argue that the Defendants adopted the information displayed on the posters without first establishing such an adoption through other evidence.

It is therefore ORDERED and ADJUDGED that Defendant Fariz's First Motion in Limine to Preclude the Admission of Irrelevant and Prejudicial Evidence (Dkt. #S-21) is **GRANTED in part** and **DENIED in part** as stated herein.

**DONE** and **ORDERED** in Tampa, Florida on May 20, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\03-cr-77 Fariz Motn Limine Irrelevant Prejudicial Evid.wpd