# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:03-cr-77-T-30TBM

**HATIM NAJI FARIZ**

_____

## ORDER

This cause came on for consideration upon the Motion of Defendant Hatim Naji Fariz to preclude the introduction of evidence offered under Federal Rule of Evidence 404(B) (Dkt. #S-20) and the Government's response thereto (Dkt. #1103). The Defendant's motion appears to be well-taken, but the Government is correct in its response that it is often difficult to determine what is relevant before the evidence is heard. It is therefore

ORDERED AND ADJUDGED that:

1. The Defendant's Motion (Dkt. #S-20) is DENIED without prejudice to raise it again during trial.

2. The Government is directed to not mention the information described in the Defendant's Motion (Dkt. #S-20) in its opening statement or its case in chief without prior permission from the Court.

**DONE** and **ORDERED** in Tampa, Florida on May 24, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\Fariz.SealedEvidenceOrder.wpd