**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                Case No.  8:03-cr-77-T-30TBM

**HATIM NAJI FARIZ**

_____

# ORDER

This cause is before the Court upon Defendant Fariz's Motion to Compel Production of Specific *BRADY* Material and Request for Hearing (**Dkt. #S-22**), and the Government's response thereto (Dkt. #1124).  The Court has determined that Defendant's Motion should be GRANTED in part and DENIED in part.  Specifically, the Court rules as follows:

1. The information requested concerning witness Muneer Arafat is DENIED.

2. The information requested concerning witness Melissa Williams is GRANTED in part in that the Government is directed to disclose to the defense the name of the institution, if known, referred to in the Government's previous disclosure to the defense concerning this witness.  In all other respects, the request is DENIED.

3. Defendant's request as to witness Dr. Taha Jaber Al-Alwani is DENIED.

4. Defendant's request concerning witness Vince Cannistraro is GRANTED only to the extent that the Government shall produce any statement of this witness that is discoverable pursuant to the *Jencks* Act.  In all other respects, the request is DENIED.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Fariz's Motion to Compel Production of Specific *BRADY* Material and Request for Hearing (**Dkt. #S-22**) is GRANTED in part and DENIED in part as stated herein.

2. The Clerk is directed to terminate this motion and any other related pending motion.

**DONE** and **ORDERED** in Tampa, Florida on May 27, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\Order.CompelBrady S-22.wpd