**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                          Case No.  8:03-cr-77-T-30TBM

**HATIM NAJI FARIZ**

_____

## ORDER

      This cause is before the Court upon Defendant Fariz's Motion to Preclude or Delay the Admission of the Alleged Attacks Based on Delayed Production of *BRADY* Material (Dkt. #1065), and the Government's response (Dkt. #1123) in opposition thereto.  The Court heard oral argument on May 26, 2005.  Neither in the motion or in the oral argument was Defendant able to point to any specific item of discovery that they would now like to perform but had been prevented from performing because of the alleged late production of the statement in question.  Defendant has had this statement for over a month and has taken no steps to try to interview the witness or take any other discovery steps that have been prevented by the asserted late production of the statement on April 18, 2005.

      It is therefore ORDERED AND ADJUDGED that:

      1.    Defendant Fariz's Motion to Preclude or Delay the Admission of the Alleged Attacks Based on Delayed Production of *BRADY* Material (Dkt. #1065) is DENIED.

      **DONE** and **ORDERED** in Tampa, Florida on May 27, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\Fariz.PrecludeAdmissionAttacks1065.wpd