# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    Case No. 8:03-cr-77-T-30TBM

**HATIM NAJI FARIZ**

_____

## ORDER ON DEFENDANT'S MOTION IN LIMINE

This cause is before the Court upon the Motion in Limine of Defendant Fariz to preclude the introduction of the attacks, or alternatively, to require Order of proof (Dkt. #982), and the Government's response thereto (Dkt. #1029). The Court having heard oral argument and being advised in the premises determines that the motion should be granted in part and denied in part.

At a hearing held on May 26, 2005, the Government proffered evidence supporting the existence of a conspiracy and the Defendants' participation therein. Further, the Government has proffered that each attack will be linked by admissible evidence to the Palestinian Islamic Jihad ("PIJ"). Therefore, Defendant's motion to require the Government to produce an order of proof is DENIED and Defendant's request for the Government to delay the introduction of evidence concerning the attacks is DENIED.

Defendant's motion concerning attacks not carried out by the PIJ is DENIED as moot because the Government has represented that it does not intend to offer any evidence of such attacks other than to explain statements of the Defendants.

Defendant's motion in limine is GRANTED as to pathology reports, medical records and similar documentary evidence unless the Government shows that any such document

meets an exception to the hearsay rule.  Ruling is RESERVED as to the Government's bomb testing conducting in the Everglades on November 17, 2004.

The Court DENIES the motion in limine as to photographs, videos or other images of alleged crimes scenes unless such items are excessive.  The motion in limine is GRANTED as to the introduction of hearsay evidence unless such evidence meets an exception.  This includes documentary evidence of convictions, guilty pleas, confessions of co-conspirators, police reports, and newspaper articles.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Fariz's Motion in Limine to preclude the introduction of the attacks, or alternatively, to require Order of proof (**Dkt. #982**) is GRANTED in part and DENIED in part as specified above.

2. The Clerk is directed to terminate this motion (Dkt. #982) and the following related motions to adopt (Dkt. #998, which was granted via endorsed order at Dkt. #1007 on May 5, 2005; and Dkt. #1024, which was granted via endorsed order at Dkt. #1046 on May 12, 2005.)

**DONE** and **ORDERED** in Tampa, Florida on May 27, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\MotionLimine.Fariz.frm