**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                          Case No.  8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN,** *et al.*
_____

## ORDER

This cause came on for consideration without oral argument upon Defendant Fariz's Renewed Motion to Change Venue (Dkt. #1171).  Defendant Fariz's previous motions to transfer venue were denied on May 23, 2005, (Dkt. #1115) after voir dire was completed.  Defendant Fariz has renewed his request based on various courthouse security measures that have been implemented in light of the high-profile nature of this case and the media coverage that has occurred since the completion of jury selection.

Prior to commencement of opening arguments, the members of the jury and the alternate jurors were advised in open court that these additional security measures were implemented by the U.S. Marshal's Service as a matter of routine for all high-profile cases.  They also were advised that the decision to implement these barriers was made by the U.S. Marshal's Service and not the Court.  When asked about these additional security measures, none of the jurors indicated that these measures raised any concerns or would affect their ability to act fairly and impartially.  The jurors were also asked whether they had read, heard or otherwise been exposed to media coverage since voir dire, and all of the jurors answered

in the negative. Accordingly, Defendant Fariz' Motion is without support and should be DENIED.

It is therefore ORDERED and ADJUDGED that Defendant Fariz's Renewed Motion to Change Venue (Dkt. #1171) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 7, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal

S:\Odd\2003\AL-ARIAN\Renewed Motn Change Venue.wpd