UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No.  8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN,** *et al.*
_____

## ORDER

This cause came on for consideration upon Defendant Fariz's Motion in Limine No. 1 (Dkt. #1204).  Defendant asks that the Government be precluded from introducing into evidence certain documents and photographs that were seized by law enforcement during a search of co-Defendant Al-Arian's home.  The documents consist of tax-related items, banking financial statements, and a booklet published in Arabic.  The photographs depict alleged co-conspirators purportedly attending an Islamic Committee of Palestine ("ICP") conference.

A hearing on the Motion was held on June 14, 2005.  The Government stated during the hearing that the seized documents objected to by Defendant Fariz have only been identified.  The Government also indicated that it has not decided whether it will attempt to introduce these documents into evidence.  Defendant Fariz's objection to these documents, therefore, is premature.

As for the photographs, it is clear from the ICP banner appearing in the background of the photographs [or some of the photographs] that the images were taken at an ICP conference.  The Government already has presented evidence demonstrating that Defendant

Al-Arian was the founder of the ICP, Defendant Al-Arian helped organize and attended the ICP conference where the photographs were taken, and the photographs were made from undeveloped film found at Defendant Al-Arian's home.  Accordingly, the photographs are admissible.  This Court will instruct the jury, however, that this evidence can not be held against the other Defendants, including Defendant Fariz, unless and until the Government establishes that these Defendants have adopted the posters in some manner.

It is therefore ORDERED and ADJUDGED that Defendant Fariz's Motion in Limine No. 1 (Dkt. #1204) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 16, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\03-cr-77 Fariz Motion Limine Docs & Photos.wpd