FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

05 JUL 29 PM 4:14

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                                    28 July 2005

SAMI AMIN AL-ARIAN                                      1:15 p.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATEM NAJI FARIZ

            Defendants.
_____/

TRANSCRIPT OF PROCEEDINGS
(EXCERPT OF JURY TRIAL - PORTION OF KERRY MYERS' TESTIMONY)
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:
**For the Government:**           **WALTER FURR, ESQUIRE**
                                  **TERRY ZITEK, ESQUIRE**
                                  **CHERIE KRIGSMAN, ESQUIRE**
                                  **ALEXIS COLLINS, ESQUIRE**
                                  *United States Attorney's Office*
                                  400 North Tampa Street
                                  Suite 3200
                                  Tampa, Florida 33602

For the Defendant                 **WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**                *Cozen O'Conner, P.C.*
                                  1667 K Street, Northwest
                                  Suite 500
                                  Washington, D.C. 20006-1605

                                  **LINDA MORENO, ESQUIRE**
                                  *Amy V. Jackson, P.A.*
                                  730 East Strawbridge Avenue
                                  Number 200
                                  Melbourne, Florida 32901

(appearances continued on next page)

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

Sherrill L. Jackson, RPR
Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division