**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                              CASE NO:  8:03-CR-77-T-30TBM

SAMI AMIN AL-ARIAN, et al.,

    Defendant(s).
_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant Fariz's Motion for Leave to Bring a Cellular Telephone Into the Courtroom (**Dkt. #1288**), filed as an exception to the Local Rules of this Court.  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     Said Motion is GRANTED.

2.     Attorneys **KEVIN BECK and/or M. ALLISON GUAGLIARDO** shall be allowed to bring the following item(s)/equipment into Courtroom #13A for the duration of the trial scheduled in the above referenced case:

        A.     Cellular telephone.

3.     Cell phones shall be kept in the "vibrate" or "silent" mode and may be used only outside the courtroom.

4.	The attorney(s) authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with such equipment. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Court Security Officer - Front Desk

*S:\Odd\2003\AL-ARIAN\electronics.Beck Guagliardo.wpd*