UNITED STATES DISTRICT COURT?
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

Case No. 8:03-CR-77-T-30TBM
16 August 2005
Tampa, Florida
8:45 a.m.

SAMI AMIN AL-ARIAN
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

    Defendants.
--------------------------------/

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Government:    WALTER FURR, ESQUIRE
    TERRY ZITEK, ESQUIRE
    CHERIE KRIGSMAN, ESQUIRE
    ALEXIS COLLINS, ESQUIRE
    Assistant United States Attorneys
    United States Attorney's Office
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    (813) 274-6000

For the Defendant
 Sami Amin Al-Arian:    LINDA G. MORENO, ESQUIRE
    Amy V. Jackson, P.A.
    730 E. Srawbridge Ave., No. 200
    Melbourne, Florida 32901
    (813) 247-4500

    WILLIAM B. MOFFITT, ESQUIRE
    Cozen O'Connor, P.C.
    1667 K. St. N.W., Suite 500
    Washington, DC 20006-1605

PAUL K. SPANGLER, RMR
OFFICIAL UNITED STATES COURT REPORTER