FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                                           27 July 2005

SAMI AMIN AL-ARIAN                                             9:15 a.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

     Defendants.
_____/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT FROM JURY TRIAL - TESTIMONY OF KERRY MYERS)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

**For the Government:**       **WALTER FURR, ESQUIRE**
                              **TERRY ZITEK, ESQUIRE**
                              **CHERIE KRIGSMAN, ESQUIRE**
                              **ALEXIS COLLINS, ESQUIRE**
                              *United States Attorney's Office*
                              400 North Tampa Street
                              Suite 3200
                              Tampa, Florida 33602

For the Defendant             **WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**            *Cozen O'Conner, P.C.*
                              1667 K Street, Northwest
                              Suite 500
                              Washington, D.C. 20006-1605

                              **LINDA MORENO, ESQUIRE**
                              *Amy V. Jackson, P.A.*
                              730 East Strawbridge Avenue
                              Number 200
                              Melbourne, Florida 32901

*(appearances continued on next page)*

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

Sherrill L. Jackson, RPR
Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division