FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    05 AUG 24  PM 12: 22
TAMPA DIVISION

Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                          3 August 2005

SAMI AMIN AL-ARIAN                            9:02 a.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

      Defendants.
---------------------------/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT FROM JURY TRIAL - TESTIMONY OF KERRY MYERS)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

**For the Government:**  **WALTER FURR, ESQUIRE**
                                    **TERRY ZITEK, ESQUIRE**
                                    **CHERIE KRIGSMAN, ESQUIRE**
                                    **ALEXIS COLLINS, ESQUIRE**
                                    *United States Attorney's Office*
                                    400 North Tampa Street
                                    Suite 3200
                                    Tampa, Florida 33602

For the Defendant                **WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**               *Cozen O'Conner, P.C.*
                                    1667 K Street, Northwest
                                    Suite 500
                                    Washington, D.C. 20006-1605

                                    **LINDA MORENO, ESQUIRE**
                                    *Amy V. Jackson, P.A.*
                                    730 East Strawbridge Avenue
                                    Number 200
                                    Melbourne, Florida 32901

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

Sherrill L. Jackson, RPR
Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division