UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
05 AUG 24 PM 12:23

Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                                    18 August 2005

SAMI AMIN AL-ARIAN                                      8:47 a.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

     Defendants.
_____/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPTS OF JURY TRIAL - TESTIMONY OF KERRY MYERS)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

**For the Government:**    **WALTER FURR, ESQUIRE
TERRY ZITEK, ESQUIRE
CHERIE KRIGSMAN, ESQUIRE
ALEXIS COLLINS, ESQUIRE**
*United States Attorney's Office*
400 North Tampa Street
Suite 3200
Tampa, Florida 33602

For the Defendant
**Sami Al-Arian:**    **WILLIAM MOFFITT, ESQUIRE**
*Cozen O'Conner, P.C.*
1667 K Street, Northwest
Suite 500
Washington, D.C. 20006-1605

**LINDA MORENO, ESQUIRE**
*Amy V. Jackson, P.A.*
730 East Strawbridge Avenue
Number 200
Melbourne, Florida 32901

(appearances continued on next page)
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

Sherrill L. Jackson, RPR
Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division