UNITED STATES DISTRICT COURT   FILED
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:03-CR-77-T-30TBM   05 AUG 24 PM 12:24

UNITED STATES OF AMERICA

-vs-   22 August 2005

SAMI AMIN AL-ARIAN   8:30 a.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

      Defendants.
---------------------------/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT OF JURY TRIAL - TESTIMONY OF KERRY MYERS)*
*AND RELIEF FROM PRIOR RESTRAINT)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

**For the Government:**   **WALTER FURR, ESQUIRE**
   **TERRY ZITEK, ESQUIRE**
   **CHERIE KRIGSMAN, ESQUIRE**
   **ALEXIS COLLINS, ESQUIRE**
   *United States Attorney's Office*
   400 North Tampa Street
   Suite 3200
   Tampa, Florida 33602

For the Defendant   **WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**   *Cozen O'Conner, P.C.*
   1667 K Street, Northwest
   Suite 500
   Washington, D.C. 20006-1605

   **LINDA MORENO, ESQUIRE**
   *Amy V. Jackson, P.A.*
   730 East Strawbridge Avenue
   Number 200
   Melbourne, Florida 32901

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

Sherrill L. Jackson, RPR
Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division