```
 1                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                         TAMPA DIVISION

 3     UNITED STATES OF AMERICA,

 4

 5            vs.               CASE NO. 8:03-cr-77-T-30TBM
                                August 10, 2005
 6                              Tampa, Florida

 7
       SAMI AMIN AL-ARIAN,
 8
                   Defendant.
 9
       _____/
10
            TRANSCRIPT OF EXCERPT OF CLOSING ARGUMENTS
11                 DEFENDANT HATEM NAJI FARIZ
         BEFORE THE HONORABLE JAMES S. MOODY, JR.
12                UNITED STATES DISTRICT JUDGE

13     APPEARANCES:

14     For the Government:   WALTER TERRY FURR
                             TERRY ZITEK
15                           CHERIE KRIGSMAN
                             ALEXIS COLLINS
16                           U.S. Attorney's Office
                             400 N. Tampa St., Ste 3200
17                           Tampa, Florida 33602
                             813/274-6000
18
       For the Defendant:    KEVIN T. BECK
19                           WADIE SAID
                             ALLISON GUAGLIARDO
20                           Federal Public Defenders
                             400 N. Tampa St., Ste 2700
21                           Tampa, Florida 33602
                             813/228-2715
22
       Court Reporter:       Kerry Brennan
23                           Official Court Reporter
                             801 N. Florida Avenue, Ste 15A
24                           Tampa, Florida 33602

25     Proceedings recorded and transcribed by
       computer-aided stenography.
```