UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SAMI AL-ARIAN, ET AL.

Case No: **8:03-cr-77-T-30TBM**

\_\_\_\_\_   Evidentiary
__X__    Trial
\_\_\_\_\_   Other

# DEFENDANT FARIZ'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 57 | 9/19/2005 | | Ed Ortega | European Gaza Hospital email dated November 10, 2001, bates #703055 |
| 418 | 9/13/2005 | | Nissim Elyassaf | Copy of birth certificate of Hatem Fariz |
| 419 | 9/13/2005 | | Nissim Elyassaf | Identification records |
| 420 | 9/19/2005 | | Ed Ortega | |
| 428 | 10/6/2005 | | Marwan Khalil | Information from qudsway.com #1 |
| 429 | 10/6/2005 | | Marwan Khalil | Information from qudsway.com #2 |

Case Number: 8:03-cr-77-T-30TBMPage    2    of _____ Pages

# DEFENDANT FARIZ'S EXHIBIT LIST CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 422 |  | 11/1/2005 | Manal Ramadan | Dome of the Rock |
| 1B-1F |  | 11/1/2005 | Manal Ramadan | Children's Book |
| 2 |  | 11/1/2005 | Manal Ramadan | Children's Book |
| 3 |  | 11/1/2005 | Manal Ramadan | Children's Book |
| 4 |  | 11/1/2005 | Manal Ramadan | Children's Book |
| 5 |  | 11/1/2005 | Manal Ramadan | Children's Book |
| 7 |  | 11/1/2005 | Manal Ramadan | Children's Book |
| 421 |  | 11/1/2005 | Manal Ramadan | Al-Manar newsletter |
| 420 |  | 11/1/2005 | Mana Ramadan | Book: Our Favorite Things |