Case 8:03-cr-00077-JSM-TBM    Document 1160    Filed 06/05/2005    Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff, __
      Government  X

v.                          Case No.  8:03-CR-77-T-30TBM

SAMI AMIN AL-ARIAN, ET AL.     ___  Evidentiary
                                  X  Trial
      Defendant  __      ___  Other

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | 0 9 JUN 2005 | | Muneer Arafat | One tan colored ICP pamphlet in Arabic 1B279 |
| T-1 | | | | English translation of above exhibit |
| 2 | 0 9 JUN 2005 | | Muneer Arafat | One gold colored ICP pamphlet in Arabic 1B279 |
| T-2 | | | | English translation of above exhibit |
| 3 | 0 9 JUN 2005 | | Muneer Arafat | One red colored ICP pamphlet in Arabic 1B279 |
| T-3 | | | | English translation of above exhibit |
| 4 | 0 9 JUN 2005 | | Muneer Arafat | One green ICP pamphlet in Arabic 1B279 |
| T-4 | | | | English translation of above exhibit |
| 5 | 0 9 JUN 2005 | | Muneer Arafat | One blue ICP pamphlet in Arabic 1B279 |
| T-5 | | | | English translation of above exhibit |

Case 8:03-cr-00077-JSM-TBM    Document 1160    Filed 06/05/2005    Page 2

Case Number:        8:03-CR-77-T-30TBM

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 6 | 0 9 JUN 2005 | | *Muneer Arafat* | One red pamphlet (second one) in Arabic (ICP logo inside)  1B279 |
| T-6 | | | | English translation of above exhibit |
| | | | | |
| 7 | | | | FGJ testimony - relevant portions  (No Bates #) |
| | | | | |
| 8 | 1 8 JUL 2005 | | *Ziad Abu Amr* | Copy of PIJ Chapter from book |
| | | | | |
| 9 | 1 8 JUL 2005 | | *Ziad Abu Amr* | Declaration of Ziad Abu Amr for MAN INS hearing-Exhibit 22  (USAO 903157-903164) |
| | | | | |
| 10-A | 0 4 AUG 2005 | | *Kerry Myers* | 1995 IEEPA Designation of PIJ, FS, AAAA as SDT - The President's Executive Order 12947 |
| 10-B | 0 6 OCT 2005 | | | 1995 IEEPA Designation of PIJ, FS, AAAA as SDT - 60 Fed. Reg.  5084 |
| 10-C | 2 6 OCT 2005 | | | 1995 IEEPA Designation of PIJ, FS, AAAA as SDT - 60 Fed. Reg.  58435 |
| | | | | |
| 11 | | | | 1997 Designation of PIJ as a DFTO - 62 Fed. Reg.  52650 |
| | | | | |
| 12 | 2 6 OCT 2005 | | | Articles of Incorporation for ICP filed with the State of Florida on 10/20/88 |
| | | | | |
| 13 | | | | Articles of Incorporation for WISE filed with the State of Florida on 02/21/91 |
| | | | | |
| 14 | 2 8 JUN 2005 | | *Thomas Miller* | Articles of Incorporation for IAF filed with the State of Florida on 08/24/92 |
| | | | | |

Case Number:      8:03-CR-77-T-30TBM

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 15 | 2 3 JUN 2005 | | *Thomas Miller* | Articles of Incorporation for ICT filed with the State of Florida on 09/19/92 |
| 16 | 0 7 JUN 2005 | | *Timothy Shavers* | Sample INS Form I-94 |
| 17-A | 0 7 JUN 2005 | | *Timothy Shavers* | INS Form N-400, Application for Naturalization for SAA, dated 12/30/93 Acquired From A28607029   (CT 44) (OA 30) |
| 17-B | 0 7 JUN 2005 | | *Timothy Shavers* | INS Form I-485, Application for Status as Permanent Resident for SAA, dated 01/08/88 Acquired From A28607029   (CT 44) (OA 30) |
| 17-C | 0 7 JUN 2005 | | *Timothy Shavers* | Photocopy of INS Form I-94, Approval and Departure Record for SAA Acquired From A28607029   (CT 44) (OA 30) |
| 17-D | 0 7 JUN 2005 | | *Timothy Shavers* | Photocopy of INS Form I-555, Resident Alien Card for SAA Acquired From A28607029   (CT 44) (OA 30) |
| 17-E | 0 7 JUN 2005 | | *Timothy Shavers* | INS Form I-181, Memorandum of Creation of Record of Lawful Permanent Residence for SAA |
| 18-A | 0 7 JUN 2005 | | *Timothy Shavers* | INS Form I-129 Petition for Non-Immigrant Worker and attachments, dated 09/08/93, by WISE for RAS Acquired from A73228391             (OA 21) |
| 18-B | 0 7 JUN 2005 | | *Timothy Shavers* | INS Form I-360, Petition for Special Worker, dated 09/10/94, by ICT for RAS Acquired from A73228391 |
| 18-C | 0 7 JUN 2005 | | *Timothy Shavers* | H-1 Visa, Found in Egyptian Travel Document Acquired from A73228391 |
| 18-D | 0 7 JUN 2005 | | *Timothy Shavers* | INS Entry Documents for RAS |
| 19-A | 0 7 JUN 2005 | | *Timothy Shavers* | INS Record showing STH entering U.S. on 12/23/92 with a B-2 Visa |

Case Number:        8:03-CR-77-T-30TBM

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 19-B | | 0 7 JUN 2005 | Timothy Shavers | INS Form I-485, Application to Register Permanent Residence and Supporting Documents for STH dated 03/16/00 Acquired from A78341757 (CT 45) |
| 20 | | 0 7 JUN 2005 | Timothy Shavers | INS Form I-140, Petition for Alien Worker and Supporting Documents, dated 06/21/93. by WISE for MAN Acquired from A26599077 (OA 28) |
| 21-A | | 0 7 JUN 2005 | Timothy Shavers | INS Form I-129, Petition for Non-Immigrant Worker and Attachments, dated 09/13/92, by WISE for BMN Acquired From A74829366 (OA 20) |
| 21-B | | 0 7 JUN 2005 | Timothy Shavers | INS Form I-140, Immigrant Petition for Alien Worker with Attachments and Supporting Documents, dated 07/03/95, by WISE for BMN Acquired From A74829366 (OA 220) |
| 21-C | | 0 7 JUN 2005 | Timothy Shavers | INS Form I-129 and Attachments and Supporting Documents; Petition for Non-Immigrant Worker, dated 08/25/95, by WISE for BMN Acquired From A74829366 |
| 21-D | | 0 7 JUN 2005 | Timothy Shavers | Affidavit to INS by MAN in Support of I-140 WISE Petition for BMN Acquired From A74829366 (OA 224) |
| 21-E | | 0 7 JUN 2005 | Timothy Shavers | An INS Order to Show Cause and Notice of Hearing, dated 06/26/96, in the matter of Bashir Nafi, a/k/a Ahmed Sadiq |
| 22 | | 0 0 JUN 2005 | Timothy Shavers | INS Form N-400, Application to File Petition for Naturalization, for GZB dated 10/11/91 Acquired from A26588754 (OA 10) |
| 23-A | | | | Certified copy of Florida Driver's License of SAA |
| 23-B | | 1 7 AUG 2005 | Kerry Myers | Certified copy of Florida Driver's License of HNF |

Case Number:     8:03-CR-77-T-30TBM                    Page 5 of 234 Pages

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | | **Description** |
| 23-C | | | | | Certified copy of Florida Driver's License of STH |
| 23-D | | | | | Certified copy of Florida Drivers' License of MAN |
| 23-E | 0 8 JUN 2005 | | *Timothy Shavers* | | Egyptian Travel document for Palestinians issued to RAS INS A-File |
| 23-F | 0 8 JUN 2005 | | *Timothy Shavers* | | VA Driver's License (the actual card) of BMN INS A-File |
| 23-G | | | | | GZB photo dated 02-20-03 |
| 24 | 1 5 JUN 2005 | | *Galal Ramadan* | | Lease between Creative Graphics and Alvi Construction |
| 25 | 1 3 JUN 2005 | | *Mark Orr* | | 11/12/91 letter from RAS to USF regarding WISE |
| 26 | 1 3 JUN 2005 | | *Mark Orr* | | 12/11/91 letter from RAS to USF regarding WISE |
| 27 | 1 3 JUN 2005 | | *Mark Orr* | | 03/92 Agreement between USF and WISE |
| 28 | | | | | 06/95 letter from SAA to USF refuting The Tampa Tribune article |
| 29-A | 1 3 JUN 2005 | | *Daniel Raulerson* | | Cover sheet and report to WISE, dated 08/16/93, regarding assets, revenue and expenses |
| 29-B | 1 3 JUN 2005 | | *Daniel Raulerson* | | Handwritten statement of WISE revenues and expenses for fiscal year ending 09/31/93 |
| 30-A | 1 3 JUN 2005 | | *Daniel Raulerson* | | IRS Notice of Assignment of EIN number to WISE, dated 05/13/91 |
| 30-B | 1 3 JUN 2005 | | *Daniel Raulerson* | | WISE USF Cooperative Agreement |

Case Number:        8:03-CR-77-T-30TBM                          Page 6 of 234 Pages

| **EXHIBIT LIST** |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 30-C | | JUN 2005 | Daniel Raulerson | Nationsbank Statement, dated 07/30/93, for WISE account, showing a balance of $78,244.23 |
| 30-D | 1 3 JUN 2005 | | Daniel Raulerson | Nationsbank Statement, dated 02/26/93, for WISE Account #30 showing $16,000 payment |
| 30-E | 1 3 JUN 2005 | | Daniel Raulerson | Nationsbank Statement, dated 05/28/93, for WISE Account #30 showing $15,000 payment |
| 31-A | 1 3 JUN 2005 | | Daniel Raulerson | File copy of Form 1023 for WISE, Application for 501(c)(3) status |
| 31-B | 1 3 JUN 2005 | | Daniel Raulerson | Fax from RAS to Raulerson, dated 09/07/93, enclosing a letter from IRS |
| 31-C | 1 3 JUN 2005 | | Daniel Raulerson | Fax from Raulerson to RAS, dated 09/14/93, enclosing letter to IRS and Form 8718 |
| 31-D | 1 3 JUN 2005 | | Daniel Raulerson | Letter from IRS to WISE, dated 11/05/93, discussing deficiencies in Form 1023 |
| 31-E | 1 3 JUN 2005 | | Daniel Raulerson | Notes of information received from WISE in response to Q1 in IRS letter |
| 32-A | 2 3 JUN 2005 | | Ahmed El-HaHab | Application to ISNA for Affiliation by ICP, dated 09/15/92, submitted by SAA and MAN, with list of officials |
| 32-B | 2 3 JUN 2005 | | Ahmed El-HaHab | Authorization for Group Tax Exemption, submitted to ISNA by ICP, signed by SAA and MAN, dated 09/15/92, with ICP Articles of Incorporation |
| 32-C | 2 3 JUN 2005 | | Ahmed El-HaHab | IRS Form SS-4, Application for Employer Identification Number, submitted by MSA on behalf of ICP, undated |
| 32-D | 2 3 JUN 2005 | | Ahmed El-HaHab | MSA letter to ICP, undated, advising ICP that it was affiliated with MSA |
| 32-E | 2 3 JUN 2005 | | Ahmed El-HaHab | MSA Certification of Affiliation for ICP for 1992, dated 11/18/92 |
| 32-F | 2 3 JUN 2005 | | Ahmed El-HaHab | MSA Certificate of Affiliation in letter format for ICP for 1992, signed by Ahmed El-Hattab |

Case Number:      8:03-CR-77-T-30TBM                           Page 7 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 32-G | 2 2 | JUN 2005 | Ahmed El-Ha Hab | ISNA Certificate of Affiliation in letter format for ICP for 1992, signed by Ahmed El-Hattab |
| 33-A | 1 4 | JUN 2005 | David Austell | International Student Application for Admission for STH, dated 02/24/93    1B309 |
| 33-B | 1 4 | JUN 2005 | David Austell | USF Financial Statement for International Students for STH, dated 02/23/93, showing $16,740 on deposit at FUNB    1B309 |
| 33-C | 1 4 | JUN 2005 | David Austell | USF Official Acceptance form, dated 05/27/93, issued to STH, for 08/93 term USF Records to INS |
| 33-D | 1 4 | JUN 2005 | David Austell | USF Financial Statement for International Students for STH, dated 06/01/93, showing $24,919.18 on deposit at FUNB    1B309 |
| 33-E | 1 4 | JUN 2005 | David Austell | USF Financial Statement for International Students for STH, dated 06/02/93, showing $44,498.27 on deposit at FUNB    1B309 |
| 33-F | 1 4 | JUN 2005 | David Austell | INS Form I-20, dated 06/02/93, submitted by STH to USF |
| 33-G | 1 4 | JUN 2005 | David Austell | INS Form I-20, dated 06/10/93, submitted by STH to USF |
| 33-H | 1 4 | JUN 2005 | David Austell | USF Visa Clearance Form, dated 06/10/93, submitted to INS by USF for STH and STH I-94 form showing STH entered U.S. as a B-2 on 12/23/92    1B309 |
| 33-I | 1 4 | JUN 2005 | David Austell | INS I-797, regarding I-539, dated 06/21/93, approving request of STH to change visa status from B-2 to F-1 |
| 33-J | 1 4 | JUN 2005 | David Austell | Graduate Assistant Appointment for STH, showing USF employment starting 08/13/93    1B309 |

Case Number:        8:03-CR-77-T-30TBM                                   Page 8 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | **EXHIBIT LIST** | | |
| 34-A | 1 4 JUN 2005 | | David Austell | USF International student Application for Admission Form, dated 10/10/94 <br> 1B309 |
| 34-B | 1 4 JUN 2005 | | David Austell | USF Financial Statement for International Students for STH, showing $18,021.41 on deposit at FUNB, dated 11/01/94 <br> 1B309 |
| 34-C | 1 4 JUN 2005 | | David Austell | USF Official Acceptance Form, dated 12/16/94, issued to STH for 08/95 term <br> 1B309 |
| 34-D | 1 4 JUN 2005 | | David Austell | INS Form I-20, dated 02/17/95, by USF, and signed by STH on 06/08/95, reflecting $16,780 in available funds |
| 35-A | 1 4 JUN 2005 | | David Austell | USF Graduate School application for STH, dated 02/19/96, applying to Ph.D. program in Anthropology |
| 35-B | 1 4 JUN 2005 | | David Austell | USF Office of Admissions form, dated 05/30/96, requesting change to Masters in Religious Studies |
| 35-C | 1 4 JUN 2005 | | David Austell | USF Financial Statement for International Students for STH for 96-97 academic year, dated 06/06/96, showing $45,521.71 in deposits at FUNB |
| 35-D | | | | FUNB letter from Joyce Johnston to "TWIMC," dated 06/03/96, confirming ICT accounts |
| 35-E | 1 4 JUN 2005 | | David Austell | ICT letter from A.S. Ibrahim to "TWIMC," dated 06/04/96, confirming ICT financial support to STH |
| 35-F | | | | FUNB letter from Debbie Kavouklis to "TWIMC," dated 06/06/96, confirming a balance of $9,748.71 in STH's account |
| 35-G | 1 4 JUN 2005 | | David Austell | INS Form I-20, dated 07/10/96, 3 pages: a) school copy; b) student copy; c) page 4 |

Case Number:     8:03-CR-77-T-30TBM

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| 36-A | 1 4 JUN 2005 | | David Austell | USF Official Acceptance form, dated 06/07/97, issued to STH for 08/97 term in Ph.D program |
| 36-B | 1 4 JUN 2005 | | David Austell | USF Financial Statement for International Students for STH, dated 07/25/97, showing $45,806.46 on deposit at FUNB and instructions |
| 36-C | 1 4 JUN 2005 | | David Austell | INS Form I-20, signed by STH on 07/31/97 with page 4 listing family members |
| 37-A | 2 2 JUN 2005 | | Gloria Jackson | IRS Certificate showing lack of records for ICP |
| 37-B | 2 2 JUN 2005 | | Gloria Jackson | IRS Certificate showing lack of records for MWS |
| 37-C | 2 2 JUN 2005 | | Gloria Jackson | IRS Certificate showing lack of records for AMCN |
| 37-D | 2 2 JUN 2005 | | Gloria Jackson | IRS Certificate showing lack of records for IFP |
| 37E | 2005 | | Gloria Jackson | IRS certification for ICP |
| 38-A | 2 2 JUN 2005 | | Gloria Jackson | IRS Certification of Record for Muslim Student Association and Islamic Concern Project, TIN 31-1363827 |
| 38-B | 2 2 JUN 2005 | | Gloria Jackson | IRS Certification of Record for Muslim Student Association, TIN 35-1170705 |
| 38-C | 2 2 JUN 2005 | | Gloria Jackson | IRS Certification of Record for North American Islamic Trust, TIN 31-0900444 |
| 38-D | 2 2 JUN 2005 | | Gloria Jackson | IRS Certification of Record for Chicago Islamic Center, TIN 36-3806002 |
| 38-E | 2 2 JUN 2005 | | Gloria Jackson | IRS Certification of Lack of Record for TIN 36-4071460, person or entity unknown |
| 39-A | 2 2 JUN 2005 | | Gloria Jackson | Certified copy of Form 1120, U.S. Corporate Income Tax Return, for WISE, for year ending 07/31/94 |
| 39-B | 2 2 JUN 2005 | | Gloria Jackson | Certified copy of Form 1120, U.S. Corporate Income Tax Return, for WISE, for year ending 07/31/95 |

Case Number:        8:03-CR-77-T-30TBM                          Page 10 of 234 Pages

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 40 | | 2 2 JUN 2005 | Thomas Miller | Blank 990 Information Return |
| 41 | 2 7 JUL 2005 | | Kerry Myers | NC A & T Student transcripts for MAN and TAK each showing home address of P.O. Box 21006, Greensboro, N.C. 27420 |
| 41A | 2 8 JUL 2005 | | Kerry Myers | |
| 42-A | 0 9 JUN 2005 2 2 JUN 2005 | 2 5 JUL 2005 | Muneer Arafat Hami Yakov Marwam Khalil | Islam and Palestine Newsletter, 03/03/88, with references to PIJ attacks                          1B429 |
| T-42-A | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-B | 0 9 JUN 2005 2 2 JUN 2005 | | Muneer Arafat Hami Yakov | Islam and Palestine Newsletter, 04/01/88, with reference to PIJ and ICP                          1B429 |
| T-42-B | | | | English translation of above exhibit |
| 42-C | 0 9 JUN 2005 2 2 JUN 2005 | 2 5 JUL 2005 | Muneer Arafat Hami Yakov Marwam Khalil | Islam and Palestine Newsletter, 09/01/88, plus supplement No. 2 and ICP                          1B431 |
| T-42-C | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-D | 0 9 JUN 2005 2 2 JUN 2005 | 2 5 JUL 2005 | Muneer Arafat (withdrawn on 6/13) Hami Yakov Marwam Khalil | Islam and Palestine Newsletter, 10/25/88, with references to PIJ attacks and ICP                          1B429 |
| T-42-D | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-E | 0 9 JUN 2005 2 2 JUN 2005 | 2 5 JUL 2005 | Muneer Arafat Hami Yakov Marwam Khalil | Islam and Palestine Newsletter, 11/18/88, with reference to PIJ and ICP                          1B429 |
| T-42-E | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-F | 0 9 JUN 2005 2 2 JUN 2005 | 2 5 JUL 2005 | Muneer Arafat (withdrawn on 6/13) Hami Yakov Marwam Khalil | Islam and Palestine Newsletter, 03/09/89, with references to PIJ and ICP |
| T-42-F | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                        Page 11 of 234 Pages

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 42-G | 0 9 JUN 2005  2 JUN 2005  2 5 JUL 2005 | | Muneer Arafat  Hami Yakov  Marwam Khalil | Islam and Palestine Newsletter, 04/12/89, with a statement from AAAA regarding PIJ objectives  1B429 |
| T-42-G | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-H | 0 9 JUN 2005  2 2 JUN 2005  2 5 JUL 2005 | | Muneer Arafat  (withdrawn on 6/13)  Hami Yakov  Marwam Khalil | Islam and Palestine Newsletter, 05/16/89, with reference to murders by Nidal Zalloum in Jerusalem on 05/03/89 and a statement of PIJ goals by AAAA |
| T-42-H | JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-I | 0 9 JUN 2005  2 1 JUN 2005  2005 | | Muneer Arafat  Hami Yakov  Marwam Khalil | Islam and Palestine Newsletter, 08/01/89, with reference to attack on Bus 405 in 07/89  1B432 |
| T-42-I | JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-J | 2 2 JUN 2005  2 5 JUL 2005 | | Muneer Arafat  (withdrawn on 6/13)  Hami Yakov  Marwam Khalil | Islam and Palestine Newsletter, 09/01/89, with reference to PIJ and advertisement for the IFP fund; use of P.O. Box 4375 in Nicosia, Cypress  1B429 |
| T-42-J | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-K | 2 2 JUN 2005 | | Muneer Arafat  Hami Yakov | Islam and Palestine Newsletter, 10/05/89, with advertisement for IFP fund and PIJ communique  1B429 |
| T-42-K | | | | English translation of above exhibit |
| 42-L | 2 2 JUL 2005  2 5 JUL 2005 | | Muneer Arafat  (withdrawn on 6/13)  Hami Yakov  Marmam Khalil | Islam and Palestine Newsletter, 10/30/89, with advertisement for IFP fund  1B429 |
| T-42-L | 2 5 JUL 2005 | | Marwan Khalil | English translation of above exhibit |
| 42-M | 0 9 JUN 2005  2 1 JUN 2005 | | Muneer Arafat  Hami Yakov | Islam and Palestine Newsletter, 11/30/89, with advertisement for IFP fund and announcement of PIJ attack  1B429 |
| T-42-M | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                      Page 12 of 234 Pages

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 42-N | 0 9 JUN 2005  2 2 JUN 2005 | 2 5 JUL 2005 | Muncer Arafat Hami Yakov Marwam Khalil | Islam and Palestine Newsletter, 12/31/89, with PIJ communiques and advertisement for IFP fund  1B431 |
| T-42-N | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 42-O | 0 9 JUN 2005  2 2 JUN 2005 | 2 5 JUL 2005 | Muncer Arafat Hami Yakov Marwam Khalil | Islam and Palestine Newsletter, 12/01/90, with advertisement for Third ICP Conference, IFP fund and MWS |
| T-42-O | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 43-A | 2 2 JUN 2005 | 2 5 JUL 2005 | Hami Yakov Marwam Khalil | Al-Mujahid, PIJ Newsletter, 02/02/90  1B429 |
| T-43-A | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 43-B | 2 2 JUN 2005 | 2 5 JUL 2005 | Hami Yabov Marwam Khalil | Al-Mujahid, PIJ Newsletter, 04/13/90  1B429 |
| T-43-B | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 43-C | 2 2 JUN 2005 | 2 5 JUL 2005 | Hami Yakov Marwam Khalil | Al-Mujahid, PIJ Newsletter, 05/18/90  1B429 |
| T-43-C | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 43-D | 2 2 JUN 2005 | 2 5 JUL 2005 | Hami Yakov Marwam Khalil | Al-Mujahid, PIJ Newsletter, 10/05/90  1B429 |
| T-43-D | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 44 | 2 2 JUN 2005 | 2 5 JUL 2005 | Hami Yakov Marwam Khalil | Al-Moukhtar Al-Islami magazine, 10/90  1B429 |
| T-44 | JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 45 | 2 2 JUN 2005 | 1 2 JUL 2005 | Michael Barak Tahsin Ali | Ash Shiraa magazine, 01/31/94, with interview of Fathi Shiqaqi  1B435 |
| T-45 | 2 5 JUL 2005 | | Marwam Khali | English translation of above exhibit |
| 46 /4UB(DVD) | 2 2 JUN 2005 | 2 0 JUL 2005 | Michael Barak Camille Ghorra | 10/28/96 RAS speech |
| T-46 | | | Camille Ghorra | English translation of above exhibit |
| T46A | 2 0 JUL 2005 | | Camille Ghorra | |

Case Number:        8:03-CR-77-T-30TBM                          Page 13 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| 47 | | | | Demonstrative Computer Presentation |
| 48-A | | | | Aerial photograph of Jaffa Street in Jerusalem |
| 48-B | | | | Diagram of Jaffa Street |
| 49 | | | | Aerial photograph of area where Bus 405 was attacked |
| 50 | | | | Aerial photograph of area near Kibuts Gil'ad, Israel (Pitchfork) |
| 51 | | | | Aerial photograph of Hula, Lebanon |
| 52 | | | | Aerial photograph of Sajaya Junction |
| 53 | | | | Aerial photograph of area near Sderot, Israel (Sudri murder) |
| 54 | | | | Aerial photograph of Afula, Israel |
| 55 | | | | Aerial photograph of Morag Junction |
| 56 | | | | Aerial photograph of Netzarim Junction |
| 57 | | | | Aerial photograph of Beit Lid |
| 58 | | | | Aerial photograph of vicinity of Jenin incident |

Case Number:        8:03-CR-77-T-30TBM                    Page 14 of 234 Pages

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 59 | | | | Aerial photograph of Kfar Darom |
| 60 | | | | Aerial photograph of Dizengoff Shopping Center area |
| 61 | | | | Aerial photograph of Mahane Yehuda Market area (1998) |
| 62 | | | | Aerial photograph of Mahane Yehuda Market area (2000) |
| 63 | | | | Aerial photograph and topology of French Hill |
| 64 | | | | Aerial photograph of Megiddo Junction |
| 65-A | | | | Aerial photograph of Karkur Junction |
| 65-B | | | | Second aerial photograph of Karkur Junction |
| 66 | | | | Aerial photograph with topology of Hebron |
| 67-A | | | | Maps and photos of Jaffa St., Jerusalem |
| 67-B | | | | Maps and photos of Jaffa St., Jerusalem |
| 67-C | | | | Maps and photos of Jaffa St., Jerusalem |
| 67-D | | | | Background materials of Jaffa St., Jerusalem |
| 68-A | | | | Maps and photos of road area where Bus 405 was attacked |
| 68-B | | | | Maps and photos of road area where Bus 405 was attacked |
| 68-C | | | | Diagram of public bus |

Case Number:        8:03-CR-77-T-30TBM

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 69-A | | | | Maps and photos of the Kibuts Gil'ad area (Pitchfork) |
| 69-B | | | | Maps and photos of the Kibuts Gil'ad area (Pitchfork) |
| 69-C | | | | Maps and photos of the Kibuts Gil'ad area (Pitchfork) |
| 69-D | | | | Background materials of the Kibuts Gil'ad area (Pitchfork) |
| | | | | |
| 70-A | | | | Maps and photos of Hula, Lebanon |
| 70-B | | | | Background materials of Hula, Lebanon |
| | | | | |
| 71-A | | | | Maps and photos of Sajaya Junction, Gaza |
| 71-B | | | | Background materials of Sajaya Junction, Gaza |
| | | | | |
| 72-A | | | | Maps and photos of Sderot, Israel (Sudri murder) |
| 72-B | | | | Maps and photos of Sderot, Israel (Sudri murder) |
| 72-C | | | | Background materials of Sderot, Israel (Sudri murder) |
| | | | | |
| 73-A | | | | Maps, photos and video of Afula |
| 73-B | | | | Maps, photos and video of Afula |
| 73-C | | | | Background materials of Afula |
| | | | | |
| 74-A | | | | Maps, photos and sketches of Morag Junction |
| 74-B | | | | Background materials of Morag Junction |
| | | | | |
| 75-A | | | | Maps, photos and sketches of Netzarim |

Case Number:        8:03-CR-77-T-30TBM                          Page 16 of 234 Pages

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | | Description |
| 75-B | | | | | Maps, photos and sketches of Netzarim |
| 75-C | | | | | Background materials of Netzarim |
| | | | | | |
| 76-A | | | | | Maps, photos and video of Beit Lid |
| 76-B | | | | | Maps, photos and video of Beit Lid |
| 76-C | | | | | Background materials of Beit Lid |
| | | | | | |
| 77-A | | | | | Maps and photos of Jenin area |
| 77-B | | | | | Background materials of Jenin area |
| | | | | | |
| 78-A | | | | | Maps, photos and diagrams of Kfar Darom |
| 78-B | | | | | Background materials of Kfar Darom |
| | | | | | |
| 79-A | | | | | Maps, photos, drawings and videotape of Dizengoff |
| 79-B | | | | | Maps, photos, drawings and videotape of Dizengoff |
| 79-C | | | | | Maps, photos, drawings and videotape of Dizengoff |
| 79-D | | | | | Background materials of Dizengoff |
| | | | | | |
| 80-A | | | | | Maps, photos and videotape of Mahane Yehuda (1998) |
| 80-B | | | | | Maps, photos and videotape of Mahane Yehuda (1998) |
| 80-C | | | | | Background materials of Mahane Yehuda (1998) |
| | | | | | |
| 81-A | | | | | Maps, photos and videotape of Mahane Yehuda (2000) |
| 81-B | | | | | Background materials of Mahane Yehuda (2000) |

Case Number:      8:03-CR-77-T-30TBM                           Page 17 of 234 Pages

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 82-A | | | | Maps, photos and videotape of French Hill |
| 82-B | | | | Maps, photos and videotape of French Hill |
| 82-C | | | | Background materials of French Hill |
| 83-A | | | | Maps and photos of Megiddo Junction |
| 83-B | | | | Maps and photos of Megiddo Junction |
| 83-C | | | | Background materials of Megiddo Junction |
| 84-A | | | | Maps and photos of Karkur |
| 84-B | | | | Maps and photos of Karkur |
| 84-C | | | | Background materials of Karkur |
| 85-A | | | | Maps and photos of Hebron |
| 85-B | | | | Background materials of Hebron |
| 86 | | | | Packet of 6 photos of crime scene - Jaffa ST.P.O. #132319                            (OA 2) |
| 87-A | | | | Video tape of crime scene at Bus 405 attack #132615                            (OA 3) |
| 87-B | | | | Newspaper article (claim of responsibility) #132166 |
| T-87-B | | | | English translation of above exhibit |
| 87-C | | | | Packet of 39 photos of crime scene #132867 |
| 87-D | | | | Photo of Rita Levine |
| 88-A | | | | Crime scene video from Pitchfork attack (OA 14) |

Case Number:        8:03-CR-77-T-30TBM                    Page 18 of 234 Pages

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 88-B | | | | 18 photos of weapons used in Pitchfork attack |
| 88-C | | | | Data base records showing relatives of Pitchfork perpetrators Agbarya (three) and Suleiman |
| See next page for Exhibits 88D–L | | | | |
| 89-A | | | | Photo of the Three Hula terrorists (OA 17) |
| 89-B | | | | Photos (2) of terrorist's house and view from terrorist's house's roof |
| | | | | |
| 90-A | | | | Packet of 10 scene photos of Sajaya Junction |
| 90-B | | | | Two photos of inert device |
| | | | | |
| 91-A | | | | Video of crime scene from Sudri murder 132201 |
| 91-B | | | | Selected photos from crime scene |
| | | | | |
| 92-A | | | | Video tape (redacted) of Afula bombing 130879 |
| 92-B | | | | Aerial photo of Afula bomb scene |
| 92-C | | | | Packet of 24 crime scene photos (copies) 130887 |
| 92-D | | | | Diagram of Afula bomb site |
| 92-E | | | | Photographs of terrorist |
| 92-F | | | | Photographs of bus driver |
| 92-G | | | | Before and after photos of Hasiba Ohion |
| | | | | |
| 93 | | | | Morag Junction - forensics |
| | | | | |
| 94-A | | | | Video of crime scene at Netzarim Junction 132206 |

Case Number:       8:03-CR-77-T-30TBM                          Page 19 of 241 Pages

| | | | **EXHIBIT LIST** | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 88-D | 1 3 SEP 2005 | | Nissim Elyassaf | Abstract from the population registry as of Sept. 6, 2005, for Ibrahim Agbaria |
| 88-E | 1 3 SEP 2005 | | Nissim Elyassaf | Abstract from the population registry as of Aus. 31, 2005, for Zahara |
| 88-F | 1 3 SEP 2005 | | Nissim Elyassaf | Abstract from the population registry as of Aug. 31, 2005, for Rokia Said |
| 88-G | 1 3 SEP 2005 | | Nissim Elyassaf | Abstract from the population registry as of Sept. 6, 2005, for Muhamad Said |
| 88-H | 1 3 SEP 2005 | | Nissim Elyassaf | Abstract from the population registry as of Aug. 31, 2005, for Mustafa Agbaria |
| 88-I | 1 3 SEP 2005 | | Nissim Elyassaf | Birth certificate for Yichya Agbaria |
| 88-J | 1 3 SEP 2005 | | Nissim Elyassaf | Abstract from the population registry as of Sept. 6, 2005, for Yichya Agbaria |
| 88-K | 1 3 SEP 2005 | | Nissim Elyassaf | Abstract from the population registry as of Aug. 31, 2005, for Boushara Taufik |
| 88-L | 1 3 SEP 2005 | | Nissim Elyassaf | Abstract from the population registry as of Sept. 6, 2005, for Muhamad Taufik |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM

Page 19 of 234 Pages

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 94-B | | | | Packet of 27 photos of crime scene at Netzarim Junction<br><br>130511 |
| 95-A | 15 AUG 2005 | | Yuval Avargil + Dani Dror | 17 photos of third device - Beit Lid<br>132112 |
| 95-B | 15 AUG 2005 | | Abraham Barda | Crime scene photos of Beit Lid taken from Forensic Report<br>132114 |
| 95-C | | | | Selected photos taken from Forensic Report for Damian Rosovsri<br>130967 |
| 95-D | 15 AUG 2005 | OCT 2005 | Abraham Barda | |
| 96-A | | | | Bomb tech report - Jenin incident<br>132111 |
| 96-B | | | | Photos taken from Forensic Pathology reports - Jenin incident<br>130982-83 |
| 97-A | 16 JUN 2005 | | Stephen Flatow | Kfar Darom - photograph of Alicia Flatow<br>(OA 184) |
| 97-B | 16 JUN 2005 | | Kesari Ruza | Videotape of aftermath of Kfar Darom<br>(OA 184) |
| 97-C-8 9-15 | 22 JUN 2005 22 JUN 2005 | | Avi Asoolin | Packet of 15 photos of crime scene at Kfar Darom |
| 98-A | | | | Dizengoff - Two photographs - Lawrence and Gail Belkin and Gail Belkin and Sylvia Bernstein |
| 98-B | | | | Photo of Asaf Wax |
| 98-C | | | | Two photographs of Hadas Dror |
| 98-D | | | | Two photographs of inert device |
| 98-E | | | | Packet of 11 crime scene photos at Dizengoff |
| 98-F | | | | Diagram of crime scene at Dizengoff<br>120677 |

Case Number:        8:03-CR-77-T-30TBM                    Page 20 of 234 Pages

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 99-A | | | | Photos taken from Forensic report on body of Yusef Zghazer - Mahane Yehuda Market - 1998<br>120662 |
| 99-B | | | | Fingerprint reports of Yussef Muhammed Zghazer and Suliman |
| 99-C | | | | 11/13/98 edition of Al-Esteqlal with claim of responsibility for attack at Mahane Yehuda Market 1998<br>130438 |
| T-99-C | | | | English translation of above exhibit |
| 99-D | | | | Bomb tech report and police document<br>132007, 130048 |
| | | | | |
| 100-A | | | | Video of crime scene at Mahane Yehuda (2000) |
| 100-B | | | | Photos on disk from crime scene including recovered items |
| | | | | |
| 101-A | | | | Video of crime scene at French Hill |
| 101-B | | | | Hand drawn map |
| 101-C | | | | Photo of Shoshana Ben-Yishai |
| | | | | |
| 102 A,B,C,D,F,I,&<br>J,K,N,P,Q | 2 AUG 2005 | | Khaled Zoubi (C,F,I)<br>Micael Harel (A,B,D)<br>Yaniv Fadida (J,K,N,P,Q) | Packet of 13 crime scene photos at Megiddo Junction |
| 102 R | 3 AUG 2005 | | Yaniv Fadida | |
| 103-A | | | | Video tape (redacted) of Karkur bomb scene<br>130877 |
| 103-B | | | | Packet of 12 crime scene photos at Karkur<br>130487 |
| | | | | |
| 104 | | | | CD of crime scene and scene photos at Hebron |

Case Number:       8:03-CR-77-T-30TBM                    Page 21 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | EXHIBIT LIST | | |
| 105 | | 3 1 AUG 2005 | Michael Wysocki | Chart of Pertinent Bank Accounts |
| 106 | 0 | 1 SEP 2005 | Michael Wysocki | Summary of MAN Account at Barnett (#4) |
| 107 | 0 1 | SEP 2005 | Michael Wysocki | Summary of MAN Account at Barnett (#7) |
| 108-A | 0 1 | SEP 2005 | Michael Wysocki | Summary of MAN Account at USF FCU (#11) |
| 108-B | 0 | 1 SEP 2005 | Michael Wysocki | Summary of MAN Account at USF FCU (#12) |
| 108-C | 0 1 | SEP 2005 | Michael Wysocki | Summary of MAN Account at USF FCU (#13) |
| 108-D | 0 1 | SEP 2005 | Michael Wysocki | |
| 109 | 0 1 | SEP 2005 | Michael Wysocki | Summary of SAA Account at BOA (#14) |
| 110 | 0 | 1 SEP 2005 | Michael Wysocki | Summary of SAA Account at BOA (#15) |
| 111 | 0 1 | SEP 2005 | Michael Wysocki | Summary of SAA/TAK Account at BOA (#16) |
| 112 | 0 1 | SEP 2005 | Michael Wysocki | Summary of STH Account at FUNB (# 17) |
| 113 A-C | 0 1 | SEP 2005 | Michael Wysocki | Summary of ICP Account at FUNB (#23) |
| 114-A | 0 1 | SEP 2005 | Michael Wysocki | Summary of MWS Account at FUNB (#24) |
| 114-B | 0 1 | SEP 2005 | Michael Wysocki | Summary Analysis of MWS statements of money owed |
| 114-C | 0 1 | SEP 2005 | Michael Wysocki | Detailed Spread Sheet of Expenses for MWS Account #24 |
| 115 | 0 0 | SEP 2005 | Michael Wysocki | Summary of WISE Account at BOA (#30) |

Case Number:       8:03-CR-77-T-30TBM                          Page 22 of 234 Pages

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | | Description |
| 116 | $ 3 AUG 2005 | | Michael Wysocki | | Summary of Incoming International Deposits to Pertinent Accounts |
| 116A | 0 7 SEP 2005 | | Michael Wysocki | | Revised version of 116 |
| 117 | 0 6 SEP 2005 | | Michael Wysocki | | Chart showing deposits to accounts owned or controlled by MAN (Compensation/Support) |
| 118 | 0 6 SEP 2005 | | Michael Wysocki | | Chart showing deposits to accounts owned or controlled by RAS (Compensation/Support) |
| 119 | 0 6 SEP 2005 | | Michael Wysocki | | Chart showing deposits to accounts owned or controlled by STH (Compensation/Support) |
| 120 | 0 6 SEP 2005 | | Michael Wysocki | | Chart showing deposits to accounts owned or controlled by BMN (Compensation/Support) |
| 121 | 0 6 SEP 2005 | | Michael Wysocki | | Chart showing payments to GZB |
| 122 | 0 6 SEP 2005 | | Michael Wysocki | | Chart showing WISE payments to STH in 1993-1995 |
| 123-A | 0 7 SEP 2005 | | Michael Wysocki | | Chart showing receipt and disbursement by MAN of $95,800 wire transfer in March, 1993 (OA 39) |
| 123-B | 0 7 SEP 2005 | | Michael Wysocki | | Barnett Bank Statement, dated 04/07/93, for MAN Acct #7, showing deposit of an incoming wire transfer on 03/12/93 (OA 39, 224) |
| 123-C | 0 7 SEP 2005 | | Michael Wysocki | | Barnett Bank Check 102, dated 3/19/93, drawn on MAN Acct #7, signed by MAN, in the amount of $36,000, payable to WISE (OA 39, 224) |

Case Number:　　　8:03-CR-77-T-30TBM　　　　　　　Page 23 of 234 Pages

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 123-D | 0 7 | SEP 2005 | Michael Wysocki | Barnett Bank Check 103, dated 3/19/93, drawn on MAN Acct #7, signed by MAN, in the amount of $24,000, payable to MAN (OA 39, 224) |
| 123-E | 0 7 | SEP 2005 | Michael Wysocki | Barnett Bank Check 104, dated 3/19/93, drawn on MAN Acct #7, signed by MAN, in the amount of $24,000, payable to RAS (loan) (OA 39, 224) |
| 123-F | 0 7 | SEP 2005 | Michael Wysocki | USF FCU Statement, dated 3/31/93, for MAN Acct #12, showing deposit of $24,000 on 3/22/93 -- Check 103 (OA 39, 224) |
| 123-G | 0 7 | SEP 2005 | Michael Wysocki | Nationsbank Statement, dated 3/31/93, for WISE Acct #30, showing deposits of Checks 102 and 104 totaling $60,000 (OA 39, 224) |
| 123-H | 0 7 | SEP 2005 | Michael Wysocki | NCNB Deposit Ticket, dated 3/22/93, for WISE Acct #30, showing deposits of Checks 102 and 104 |
| 123-I | 0 7 | SEP 2005 | Michael Wysocki | Deposit items supporting NCNB Deposit Ticket, including Checks 102 and 104 |
| 124-A | 0 6 | SEP 2005 | Michael Wysocki | Chart showing $52,000 financial transaction on 12/09/91 between SAA and GZB (OA 11) |
| 124-B | 0 6 | SEP 2005 | Michael Wysocki | NCNB Bank Statement, dated 12/24/91, for Account #16, showing $52,000 debit on 12/10/91 (OA 11) |
| 124-C | 0 6 | SEP 2005 | Michael Wysocki | NCNB Customer Debit Advice, dated 12/09/91, showing SAA purchased two cashier's checks in the amounts of $7,000 and $45,000 respectively, payable to Ghassan Ballut (OA 11) |
| 124DE,F | 0 6 | SEP 2005 | Michael Wysocki | |
| 124G | 0 7 | SEP 2005 | Michael Wysocki | copies of negotiated check |
| 125-A | 0 6 | SEP 2005 | michael Wysocki | Chart showing $15,015 financial transaction on 01/08/92 between MAN, WISE and BMN (OA 13) |
| R125A | 0 7 | SEP 2005 | Michael Wysocki | Revised version of 125-A |

Case Number:      8:03-CR-77-T-30TBM                        Page 24 of 234 Pages

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 125-B | 0 6 SEP 2005 | | Michael Wysocki | NCNB Bank Statement, dated 11/26/91, for Account #16, showing payment of checks 944, 945 and 946 <br> (OA 13) |
| 125-C | 0 6 SEP 2005 | | Michael Wysocki | NCNB Check 0944, dated 11/03/91, drawn on Account #16, signed by SAA, in the amount of $25,000 payable to WISE and deposit ticket for WISE Account #30 <br> (OA 13) |
| 125-D | 0 6 SEP 2005 | | Michael Wysocki | NCNB Check 0946, dated 11/10/91, drawn on Account #16, signed by SAA, in the amount of $19,990, payable to WISE and deposit ticket for WISE Account #30 <br> (OA 13) |
| 125-E | 0 6 SEP 2005 | | Michael Wysocki | NCNB Bank Statement, dated 01/31/92, for WISE Account #30, showing check 1219 for $15,015 was paid <br> (OA 13) |
| 125-F | 0 6 SEP 2005 | | Michael Wysocki | NCNB Check 0945, dated (illegible), drawn on TAK Account #16, signed by SAA, in the amount of $25,000, payable to WISE and deposit ticket for WISE Account #30 <br> (OA 13) |
| 125-G | 0 6 SEP 2005 | | Michael Wysocki | NCNB Check 1219, dated 01/08/91 (sic), drawn on WISE Account #30, signed by MAN, in the amount of $15,015, payable to Cash, cashed by MAN <br> (OA 13) |
| 125-H | 0 6 SEP 2005 | | Michael Wysocki | NCNB Official Check 241066, dated 01/08/92, in the amount of $15,015, payable to MAN |
| 125-I | 0 6 SEP 2005 | | Michael Wysocki | Southeast Bank Order for Transfer of Funds, dated 01/09/92, from MAN Account #8, in the amount of $15,000, payable to BMN Account at National Westminster Bank in England |
| 125-K | 0 6 SEP 2005 | | Michael Wysocki | |
| 126-A | 0 7 SEP 2005 | | Michael Wysocki | Chart showing $11,250 financial transaction on 02/24/92 between MAN and GZB <br> (OA 16) |
| 126-B | 0 7 SEP 2005 | | Michael Wysocki | USF FCU Bank Statement, dated 04/30/92, for El Naggar Account #66, showing payment of Check 124 <br> (OA 16) |

Case Number:      8:03-CR-77-T-30TBM                    Page 25 of 234 Pages

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 126-C | 0 7 SEP 2005 | | Michael Wysocki | USF FCU Check 124, dated 02/24/92, drawn on El Naggar USF FCU Account #66, signed by Mohamed Elnaggar, in the amount of $11,250, payable to Ghassan Ballut (OA 16) |
| 126D | 0 7 SEP 2005 | | M. Wysocki | |
| 127-A | 0 7 SEP 2005 | | Michael. Wysocki | Chart showing $10,000 financial transaction on 08/30/92 between SAA, ICP and IAF (OA 19) |
| 127-B | 0 7 SEP 2005 | | Michael. Wysocki | FUNB Bank Statement dated 09/30/92, for ICP-IFP Account #23, showing payment of Check 1020 for $10,000 |
| 127-C | 0 7 SEP 2005 | | Michael Wysocki | Barnett Bank Statement, dated 08/31/92, for IAF Account #19, showing deposit of $10,695 (OA 19) |
| 127-D | 0 7 SEP 2005 | | Michael Wysocki | Barnett Bank Check 1020, dated 08/30/92, drawn on ICP-IFP Account #23, signed by SAA, in the amount of $10,000, payable to IAF and deposit ticket (OA 19) |
| 128-A | 0 7 SEP 2005 | | Michael Wysocki | Chart showing $99,990 financial transaction on 09/15/92 involving MAN (OA 21) |
| 128-B | 0 7 SEP 2005 | | Michael Wysocki | USF FCU Bank Statement, dated 09/30/92, for MAN Account #13, showing receipt of $99,990 on 09/15/92, and withdrawal of $99,500 on 09/21/92 (OA 21) |
| 128-C | 0 7 SEP 2005 | | Michael. Wysocki | USF FCU Memo showing wire transfer of $99,990 originated from Arab Bank in UAE (OA 21) |
| 128-D | 0 7 SEP 2005 | | Michael Wysocki | Barnett Bank Statement, dated 10/07/92, for MAN Account #7, showing $99,500 deposit on 09/18/92 and a $98,500 debit on 09/29/92 (OA 21) |