Case Number:      8:03-CR-77-T-30TBM

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 128-E | 0 7 SEP 2005 | | Michael Wysocki | USF FCU Check 854, dated 09/18/92, drawn on MAN Account #13, signed by MAN, in the amount of $99,500, payable to MAN and deposit ticket for MAN Account #7 (OA 21) |
| 128-F | 0 7 SEP 2005 | | Michael Wysocki | Barnett Securities Statement, dated 10/30/92, for MAN Account #4, showing a $98,500 credit to the account on 09/29/92 (OA 21) |
| 128-G | 0 7 SEP 2005 | | Michael Wysocki | Barnett Securities Statement, dated 05/28/93, for MAN Account #4, showing a $50,000 debit on 05/13/93 |
| 128-H | 0 7 SEP 2005 | | Michael Wysocki | Barnett Bank Statement, dated 06/07/93, for MAN Account #7, showing a $50,000 credit on 05/13/93 and a $50,000 debit on 06/04/93 |
| 128-I | 0 7 SEP 2005 | | Michael Wysocki | USF FCU Statement, dated 06/30/93, for MAN Account #12, showing a $50,000 deposit on 06/04/93 |
| 128-J | 0 7 SEP 2005 | | Michael Wysocki | Barnett Check 106, dated 06/04/93, drawn on MAN Account #7, signed by MAN, in the amount of $50,000, payable to MAN, deposited in Account #12 |
| 128-K | 0 7 SEP 2005 | | Michael Wysocki | Barnett Securities Statement, dated 08/27/93, for MAN Account #4, showing a $50,522.68 debit on 08/23/93 |
| 128-L | 0 7 SEP 2005 | | Michael Wysocki | Barnett Bank Statement, dated 09/08/93, for MAN Account #7, showing a $50,522.68 credit on 08/23/93, and payment of Check 109 on 08/25/93 |
| 128-M | 0 7 SEP 2005 | | Michael Wysocki | USF FCU Statement, dated 08/31/93, for MAN Account #12, showing a $50,520 deposit on 08/25/93 |
| 128-N | 0 7 SEP 2005 | | Michael Wysocki | Barnett Check 109, dated 08/25/93, drawn on MAN Account #7, signed by MAN, in the amount of $50,520, payable to MAN, deposited in Account #12 |
| | | | | |
| 129-A | | | | Chart showing that on 02/07/94 MAN caused a $102,872 wire transfer to be sent from TPA to TAK account at Arab Bank (OA 56) |

Case Number:      8:03-CR-77-T-30TBM                                Page 27 of 234 Pages

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 129-B | 0 7 SEP 2005 | | Michael Wysocki | USF FCU Statement, dated 02/28/94, for MAN Accounts #11 and #12, showing a transfer of $102,882.26 from #12 to #11, and an outgoing wire transfer of $102,872 on 02/07/94<br><br>(OA 56) |
| 129-C | 0 7 SEP 2005 | | Michael Wysocki | USF FCU Funds Transfer Request, dated 02/07/94, showing a wire transfer of $102,872 from Account #11 to TAK at Arab Bank in Beirut, Lebanon<br><br>(OA 56) |
| 130-A | 0 7 SEP 2005 | | Michael Wysocki | Chart showing $12,040 financial transaction on 03/03/93 between SAA, MWS and STH<br>(OA 23) |
| 130-B | 0 7 SEP 2005 | | Michael Wysocki | FUNB Statement, dated 03/31/93, for ICP/MWS Account #24, showing payment of Check 1007 on 03/08/93<br>(OA 23) |
| 130-C | 0 7 SEP 2005 | | Michael Wysocki | FUNB Check 1007, dated 03/03/93, drawn on ICP/MWS Account #24, signed by SAA, in the amount of $12,040, payable to STH<br>(OA 23) |
| 130-D | 0 7 SEP 2005 | | Michael Wysocki | FUNB Statement, dated 03/10/93, for STH Account #17, showing $12,040 deposit on 03/09/93<br>(OA 23) |
| 130-E | 0 7 SEP 2005 | | Michael Wysocki | FUNB deposit ticket for STH Account #17, showing deposit of $12,040 check<br>(OA 23) |
| 130-F | 0 7 SEP 2005 | | Michael Wysocki | FUNB Statement, dated 04/12/93, for STH Account #17, showing payment of Check 109 for $12,040<br>(OA 23) |
| 130-G | 0 7 SEP 2005 | | Michael Wysocki | Nationsbank deposit ticket, dated 03/10/93, showing $12,040 deposit to Khalil Shikaki Account #29<br>(OA 23) |
| 130-H | 0 7 SEP 2005 | | Michael Wysocki | FUNB Check 109, dated 03/09/93, drawn on STH Account #17, signed by STH, in the amount of $12,040, payable to Khalil Shikaki<br>(OA 23) |

Case Number:        8:03-CR-77-T-30TBM                          Page 28 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 130-I | | 0 7 SEP 2005 | Michael Wysodci | FUNB Personal Account Signature Card, showing that STH opened Account #17 on 02/09/93 (OA 23) |
| 130-J | | 0 7 SEP 2005 | Michael Wysodci | Nationsbank Statement, dated 03/18/93, for KS Account #29, showing $12,040 deposit on 03/10/93 (OA 23) |
| 130-K | | 0 7 SEP 2005 | Michael Wysodci | NCNB Check 648, dated 03/15/93, drawn on KS Account #29, signed by KS, in the amount of $1,085, payable to Cash, cashed at FIBI Bank in Switzerland (OA 23) |
| 130-L | | 0 7 SEP 2005 | Michael Wysodci | NCNB Check 646, dated 03/14/93, drawn on KS Account #29, signed by KS, in the amount of $6,300, payable to cash, cashed at Bank Hapoalim, Tel Aviv |
| 130-M | | 0 7 SEP 2005 | Michael Wysodci | NCNB Check 647, dated 03/14/93, drawn on KS Account #29, signed by KS, in the amount of $4,655, payable to cash, cashed at Bank Hapoalim, Tel Aviv |
| 130N | | 0 7 SEP 2005 | M. Wysodci | |
| 131-A | | 0 7 SEP 2005 | Michael Wysodci | Chart showing three financial transactions, two in 05/93 and 06/93, involving SAA, ICP and STH, a $20,000 financial transaction on 06/29/93 involving STH, SAA and TAK, and a $20,000 Transfer to TAK on 07/13/93 (OA 26) |
| 131-B | | 0 7 SEP 2005 | Michael Wysodci | Nationsbank Check 1545, dated 05/25/93, drawn on WISE Account #30, signed by RAS, in the amount of $15,000, payable to STH, and deposit ticket (OA 24) |
| 131-C | | 0 7 SEP 2005 | Michael Wysodci | FUNB Statement, dated 05/28/93, for ICP/MWS Account #24, showing Check 1011 for $6,863 was paid on 05/27/93 (OA 24) |
| 131-D | | 0 7 SEP 2005 | Michael Wysodci | FUNB Check 1011, dated 05/26/93, drawn on ICP/MWS Account #24, signed by SAA, in the amount of $6,863, payable to STH (OA 24) |

T131D        0 7 SEP 2005

Case Number:       8:03-CR-77-T-30TBM

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 131-E | 0 7 SEP 2005 | | Michael Wysocki | FUNB Check 1027, dated 06/02/93, drawn on ICP/IFP Account #23, signed by SAA, in the amount of $20,000, payable to STH (OA 26) |
| 131-F | 0 7 SEP 2005 | | Michael Wysocki | FUNB Statement, dated 06/10/93, for STH Account #17, showing deposits of $15,000, $6,863 and $20,000 (OA 24 and 26) |
| 131-G | 0 7 SEP 2005 | | Michael Wysocki | FUNB deposit ticket, dated 05/27/93, showing a $6,863 deposit into STH Account #17 (OA 24 and 26) |
| 131-H | 0 7 SEP 2005 | | Michael Wysocki | FUNB deposit ticket, dated 06/02/93, showing a $20,000 deposit into STH Account #17 (OA 24 and 26) |
| 131-I | 0 7 SEP 2005 | | Michael Wysocki | Nationsbank Statement, dated 07/30/93, for WISE Account #30, showing the deposit of FUNB Check 176 for $7,000, drawn on STH Account #17 (OA 24 and 26) |
| 131-J | 0 7 SEP 2005 | | Michael Wysocki | FUNB Statement, dated 08/11/93,f or STH Account #17, showing payment of Check 176 (OA 24 and 26) |
| 131-K | 0 7 SEP 2005 | | Michael Wysocki | FUNB Check 176, dated 07/29/93, drawn on STH Account #17, signed by STH, in the amount of $7,000, payable to WISE (OA 24 and 26) |
| 131-L | 0 7 SEP 2005 | | Michael Wysocki | FUNB Check 144, dated 06/29/93, drawn on STH Account #17, signed by STH, in the amount of $20,000, payable to SAA (OA 24 and 26) |
| 131-M | 0 7 SEP 2005 | | Michael Wysocki | Nationsbank Statement, dated 07/26/93, for TAK Account #16, showing a $20,000 deposit on 07/06/93, and a $20,000 debit on 07/13/93 |
| 131-N | 0 7 SEP 2005 | | Michael Wysocki | NCNB deposit ticket, dated 07/06/93, for TAK Account #16, showing deposit of $20,000 and FUNB check as deposit item |
| 131-O | 0 7 SEP 2005 | | M. Wysocki | FUNB Statement dated 7/13/93 |

Case Number:       8:03-CR-77-T-30TBM                          Page 30 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 132-A | 0 7 SEP 2005 | | Michael Wysocki | Chart showing $5,000 financial transaction on 06/01/93 involving SAA, and an $8,000 transfer of funds (OA 25 and 27) |
| 132-B | 3 0 AUG 2005 | | Joseph Tam | Mercantile Discount Bank records showing a wire transfer of $1,994 from SAA to Mostafa Agbarya on 06/03/93 120055 (OA 25) |
| 132-C | 3 0 AUG 2005 | | Joseph Tam | Mercantile Discount Bank records showing a wire transfer of $1,994 from SAA to Bushra Suleiman on 06/03/93 120056 (OA 25) |
| 132-D | 3 0 AUG 2005 | | Joseph Tam | Mercantile Discount Bank records showing a wire transfer of $1,994 from SAA to Rokayah Agbarya on 06/03/93 120058 (OA 25) |
| 132-E | 3 0 AUG 2005 | | Joseph Tam | Mercantile Discount Bank records showing a wire transfer of $1,994 from SAA to Zahera Agbarya on 06/03/93 120057 (OA 25) |
| 132-F | 3 0 AUG 2005 | | Joseph Tam | Mercantile Discount Bank records showing account information for Mostafa Agbarya 120093 (OA 25) |
| 132-G | 3 0 AUG 2005 | | Joseph Tam | Mercantile Discount Bank records showing account information for Bushra Suleiman (OA 25) |
| 132-H | 3 0 AUG 2005 | | Joseph Tam | Mercantile discount Bank records showing account information for Rokayah Agbarya (OA 25) |
| 132-I | 3 0 AUG 2005 | | Joseph Tam | Mercantile Discount Bank records showing account information for Zahera Agbarya (OA 25) |
| 132-J | 3 0 AUG 2005 | | Joseph Tam | Letter concerning four transfers of money made by SAA 120063 |
| 132-K | 0 7 SEP 2005 | | Michael Wysocki | Bank records showing movement of money from SAA's account |
| 132-L | 0 7 SEP 2005 | | M. Wysocki | |
| 133-A | 0 7 SEP 2005 | | Michael Wysocki | Chart showing a $5,800 financial transaction on 07/30/93 between MAN, WISE and BMN (OA 24) |

Case Number:      8:03-CR-77-T-30TBM                                    Page 31 of 234 Pages

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 133-B | | 0 7 SEP 2005 | Michael Wysocki | Nationsbank Statement, dated 08/31/93, for WISE Account #30, showing payment of WISE Check 1599 for $5,800 (OA 24) |
| 133-C | | 0 7 SEP 2005 | Michael Wysocki | Nationsbank check 1598, dated 08/16/93, drawn on WISE Account #30, signed by MAN, in the amount of $5,800, payable to MAN (OA 24) |
| 133-D | | 0 7 SEP 2005 | Michael Wysocki | Barnett Bank Statement, dated 09/08/93, for MAN Account #7, showing $5,800 deposit on 08/16/93 and a $5,770 debit on 08/16/93 for outgoing wire transfer (OA 24) |
| 133-E | | 0 7 SEP 2005 | Michael Wysocki | Wire transfer records showing $5,770 was sent from Barnett Bank to BMN Account at National Westminster Bank (OA 24) |
| 134-A | | 0 7 SEP 2005 | Michael Wysocki | Chart showing that on 03/06/94 SAA wrote a $2,200 MWS check payable to STH; on 03/07/94, STH deposited the check into his account at FUNB (OA 74) |
| 134-B | | 0 7 SEP 2005 | Michael Wysocki | FUNB Statement, dated 03/31/94, for ICP/MWS Account #24, showing payment of Check 1027 for $2,200 on 03/07/94 (OA 74) |
| 134-C | | 0 7 SEP 2005 | Michael Wysocki | FUNB Check 1027, dated 03/06/94, drawn on ICP/MWS Account #24, signed by SAA, in the amount of $2,200, payable to STH (OA 74) |
| 134-D | | 0 7 SEP 2005 | Michael Wysocki | FUNB Statement, dated 03/11/94, for STH Account #17, showing deposit of FUNB Check 1027 (OA 74) |
| 134-E | | 0 7 SEP 2005 | Michael Wysocki | FUNB deposit ticket, dated 03/07/94, for STH Account #17, showing $2,200 deposit and two deposit items (OA 74) |

Case Number:  8:03-CR-77-T-30TBM                    Page 32 of 234 Pages

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 135-A | | 0 7 SEP 2005 | Michael. Wysocki | Chart showing that on 04/10/94 SAA wrote a $4,400 MWS check to ICP  (OA 95) |
| 135-B | | 0 7 SEP 2005 | Michael. Wysocki | FUNB Check 1032, dated 04/10/94, drawn on ICP/MWS Account #24, signed by SAA, in the amount of $4,400, payable to ICP  (OA 95) |
| T135-B | | 0 7 SEP 2005 | | Translation of GX 135-B "Orphans in Syria and Lebanon" (44)  (OA 95) |
| 135-C | | 0 7 SEP 2005 | Michael Wysocki | First Union National Bank Deposit Ticket for ICP account, dated 04/18/94, in the amount of $4,400, with corresponding Deposit Item |
| 135-D | | 0 7 SEP 2005 | Michael Wysocki | ICP Check #1181, dated 04/28/94, in the amount of $1,800, and made payable to Abdelelah Moustafa |
| 135-E | | 0 7 SEP 2005 | Michael. Wysocki | ICP Check #1183, dated 06/13/94, in the amount of $1,200, and made payable to Abdelelah Moustafa |
| 135-F | | 0 7 SEP 2005 | Michael. Wysocki | ICP Check #1184, dated 06/13/94, in the amount of $800, made payble to IAF, for the benefit of Abdelelah |
| 135G | | 0 7 SEP 2005 | M. Wysocki | |
| 136-A | | 0 7 SEP 2005 | Michael. Wysocki | Chart showing that on 04/22/94 "Fathi Abdul" sent a $19,984.50 wire transfer to STH's account at FUNB; on 05/04/04, STH sent $16,000 to WISE  (OA 107 and 115) |
| 136-B | | 0 7 SEP 2005 | Michael. Wysocki | FUNB Statement, dated 05/11/94, for STH Account #17, showing the receipt of a $19,984.50 wire transfer on 04/22/94, and payment of a $16,000 check  (OA 107) |
| 136-C | | 0 7 SEP 2005 | Michael. Wysocki | FUNB Daily Transaction Log showing sender of $19,984.50 wire transfer was "Fathi Abdul" in Beirut  (OA 107) |
| 136-D | | 0 7 SEP 2005 | Michael. Wysocki | FUNB Check 385, dated 04/29/94, drawn on STH Account #17, signed by STH, in the amount of $16,000, payable to WISE  (OA 107) |

Case Number:      8:03-CR-77-T-30TBM                      Page 33 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 136-E | 0 7 SEP 2005 | | Michael Wysocki | Nationsbank Statement, dated 05/31/94, for WISE Account #30, showing $16,000 deposit on 05/03/94 (OA 115) |
| 136-F | 0 7 SEP 2005 | | Michael Wysocki | Nationsbank deposit ticket, dated 05/03/94, showing deposit of $16,000 check |
| 136-G | 0 7 SEP 2005 | | Michael Wysocki | Check #386 from STH Account #17, dated 04/29/94, in the amount of $4,000 to RAS |
| 136-H | 0 7 SEP 2005 | | Michael Wysocki | Deposit slip, dated 04/24/94, showing $4,000 deposit item. |
| 136-I | 0 7 SEP 2005 | | Michael Wysocki | Nationsbank Bank Statement, dated 05/19/94, for RAS Account #33, showing $4,300 deposit on 05/02/94 |
| 137-A | 0 7 SEP 2005 | | Michael Wysocki | Chart showing that on 04/29/94 SAA wrote a $1,000 MWS check to STH; on 08/22/94, STH deposited this check into his account at FUNB (OA 113) |
| 137-B | 0 7 SEP 2005 | | Michael Wysocki | FUNB Check 1035, dated 04/29/94 drawn on ICP/MWS Account #24, signed by SAA, in the amount of $1,000, payable to STH (OA 113) |
| T137-B | 1 9 JUL 2005 7 SEP 2005 | | Camille Ginorra (Tr) Micheal Wysocki (Ad) | English translation of above exhibit |
| 137-C | 0 7 SEP 2005 | | Michael Wysocki | FUNB Statement, dated 09/13/94, for STH Account #17, showing the deposit of ICP/MWS Check 1035 on 08/22/94 (OA 113) |
| 137-D | 0 7 SEP 2005 | | Michael Wysocki | STH Deposit Slip for Account #17, dated 08/19/94, showing $1,000 check |
| 138-A | 0 7 SEP 2005 | | Michael Wysocki | Chart showing the transfer on 08/10/94 of $14,936.60 to WISE from a bank account in Sudan OA 123) |
| 138-B | 0 7 SEP 2005 | | Michael Wysocki | Nationsbank Statement, dated 08/31/94, for WISE Account #30, showing receipt of a wire transfer in the amount of $14,936.60 on 08/10/94 (OA 123) |

Case Number:        8:03-CR-77-T-30TBM                              Page 34 of 234 Pages

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | | **Description** |
| 138-C | | | | | Nationsbank record showing $14,936.60 wire transfer originated from a bank in the Republic of Sudan<br><br>(OA 123) |
| 139-A | 0 7 | SEP 2005 | Michael Wysocki | | Chart showing that on 10/26/94 MAN wrote a $12,500 MWS check to STH<br>(OA 130) |
| 139-B | 0 7 | SEP 2005 | Michael Wysocki | | FUNB Statement, dated 10/31/94, for ICP/MWS Account #24, showing payment of Check 1041 on 10/27/94<br>(OA 130) |
| 139-C | 0 7 | SEP 2005 | Michael Wysocki | | FUNB Check 1041, dated 10/26/94, drawn on ICP/MWS Account #24, signed by MAN, in the amount of $12,500, payable to STH<br>(OA 130) |
| 139-D | 0 7 | SEP 2005 | Michael Wysocki | | FUNB Statement, dated 11/09/94, for STH Account #17, showing deposit of $12,500 check<br>(OA 130) |
| 139-E | 0 7 | SEP 2005 | Michael Wysocki | | FUNB deposit ticket, dated 10/27/94, showing deposit of $12,500 check to STH Account #17<br>(OA 130) |
| 139-F | 0 8 | SEP 2005 | M. Wysocki | | Detailed transactions in Account #17 |
| 140-A | 0 8 | SEP 2005 | Michael Wysocki | | Chart showing that on 03/21/95 RAS sent $10,000 to the Bseisso Account at Bank of Boston; on 03/24/95 STH sent $5,500 to the same account; on 04/13/95 the money was wire transferred to Egypt<br>(OA 182) |
| 140-B | 0 8 | SEP 2005 | Michael Wysocki | | Nationsbank Statement, dated 12/20/94, for RAS Accounts #33 and #42, showing a deposit of $34,700 on 12/13/94 to Account #42 and a $5,300 deposit on 12/13/94 to Account #33<br>(OA 182) |
| 140-C | | | | | FUNB Check 1400, dated 12/05/94, drawn on ICT Account #41, signed by MAN, in the amount of $40,000, payable to RAS, and corresponding deposit tickets<br>(OA 182) |

Case Number:        8:03-CR-77-T-30TBM                    Page 35 of 234 Pages

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 140-D | | | | FUNB Statement, dated 12/30/94, for ICT Account #41, showing Check 1400 was paid on 12/14/94<br><br>(OA 182) |
| 140-E | 0 8 SEP 2005 | | Michael. Wysocki | Nationsbank Statement, dated 04/20/95, for RAS Account #33, showing a debit for a $10,000 wire transfer to Springfield, MA on 03/21/95<br><br>(OA 182) |
| 140-F | 0 8 SEP 2005 | | Michael Wysocki | Nationsbank wire transfer records showing $10,000 was sent to Ehab Bseisso at FNB of Boston<br><br>(OA 182) |
| 140-G | 0 8 SEP 2005 | | Michael Wysocki | FUNB Statement, dated 04/11/95, for STH Account #17, showing a $5,500 wire transfer debit on 03/24/95<br><br>(OA 182) |
| 140-H | | | | FUNB Transfer Request, dated 03/24/95, submitted by STH, to wire $5,500 from Account #17 to Ehab Bseisso, Bank of Boston, Springfield, MA |
| 140-I | 0 8 SEP 2005 | | Michael. Wysocki | FUNB Daily Transaction Log showing outgoing wire transfer of $5,500 to Ehab Bseisso |
| 140-J | 0 8 SEP 2005 | | Michael. Wysocki | FNB of Boston Statement, dated 04/12/95, for Bseisso Account #59, showing receipt of wire transfers from RAS and STH |
| 140-K | 0 8 SEP 2005 | | Michael. Wysocki | FNB of Boston Statement, dated 05/10/95, for Bseisso Account #59, showing outgoing transfer of $43,025 on 04/13/95 to Egypt<br><br>(OA 182) |
| 140-L | | | | Notice of Wire Transfer of $79,979 from Arab Bank to RAS Account #33 on 09/14/94 |
| 140-M | | | | Nationsbank Bank check 553, dated 10/19/94, drawn on RAS Account #33, payable to ICT, in the amount of $40,000 |
| 140-N | | | | FUNB records showing deposit of Check 553 into ICT Account #41 |

Case Number:        8:03-CR-77-T-30TBM                                    Page 36 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 141-A | 0 8 SEP 2005 | | Michael. Wysocki | Chart showing that on 09/01/95 MAN wrote a $5,000 MWS check to WISE (OA 223) |
| 141-B | 0 8 SEP 2005 | | Michael. Wysocki | FUNB Check 1060, dated 09/01/95, drawn on ICP/MWS Account #24, signed by MAN, in the amount of $5,000, payable to WISE (OA 223) |
| 141-C | 0 8 SEP 2005 | | Michael. Wysocki | Nationsbank Statement, dated 08/31/95, for WISE Account #30, showing a deposit of $5,000 on 08/31/95 (OA 223) |
| 142-A | 0 8 SEP 2005 | | Michael. Wysocki | Chart showing cash deposits to STH Accts #17 and #45 and checks written to Taha Hammoudeh during the period 2/23/98 to 1/10/99 |
| 142-B | 0 8 SEP 2005 | | Michael Wysocki | Underlying documents to support Exhibit 142-A |
| 142-C | 0 8 SEP 2005 | | M. Wysocki | Barnett account statement for Sameeh and Nadia Hammoudeh |
| 143-A | 0 8 SEP 2005 | | Micheal Wysocki | Chart showing the receipt and disbursement of $8,984 wire transfer into SAA Acct #21 |
| 143-B | 0 8 SEP 2005 | | Michael Wysocki | USF FCU Statement, dated 7/31/99, for SAA Acct #21, showing an incoming wire transfer of $8,984 on 7/6/99, and a transfer of $1,600 to checking on 7/26/99 (OA 250, 251) |
| 143-C | 0 8 SEP 2005 | | Michael Wysocki | USF FCU Report showing receipt of incoming wire transfer 19567 from Arab Bank in UAE through southeast Corp. FCU for $8,984 (OA 250, 251) |
| 144-A | | | | USF FCU Statement, dated 12/31/99, for SAA Acct #21, showing a $3,000 deposit on 12/02/99, of which $2,700 was cash |
| 144-B | | | | USF FCU Report showing deposit of $2,700 cash into SAA Account #21 on 12/02/99 |
| 145-A | 0 8 SEP 2005 | | Michael Wysocki | FUNB Statement, dated 12/31/99, for ICT Acct #41, showing a deposit of $1,000 |

Case Number:        8:03-CR-77-T-30TBM                    Page 37 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 145-B | 0 8 SEP 2005 | | Michael Wysocki | FUNB Check 1519, dated 12/27/99, drawn on Ibrahim H. Khrader Account, signed by IHK, payee blank, in the amount of $1,000, and deposit ticket |
| 146-A | 0 8 SEP 2005 | | Michael Wysocki | Chart showing the receipt and disbursement of $9,000 in 03/02/00 |
| 146-B | 0 8 SEP 2005 | | Michael Wysocki | Statement showing deposit of income wire transfer |
| 146-C | 0 8 SEP 2005 | | Michael Wysocki | Incoming wire transfer of $8,984 on 03/02/00 |
| 147-A | 0 7 SEP 2005 | | Michael Wysocki | Chart showing receipt of international wire transfer on 02/20/92 and subsequent transfer to money changer |
| 147-B | 0 7 SEP 2005 | | Michael Wysocki | NCNB Bank Statement dated 02/26/92 for Account #15 showing $125,875 International Credit and $62,000 Miscellaneous Debit |
| 147-C | 0 7 SEP 2005 | | Michael Wysocki | NCNB Customer Debit Advice dated 02/20/92, signed by SAA, with instructions to transfer $30,000 to Account #14 and $32,000 to Account #16 |
| 147-D | 0 7 SEP 2005 | | Michael Wysocki | NCNB Bank Statement (page 2) for Account #14, dated 03/05/92, showing $30,000 Miscellaneous Credit |
| 147-E | 0 7 SEP 2005 | | Michael Wysocki | NCNB Bank Statement (page 2) for Account #16, dated 02/26/92, showing $32,000 Miscellaneous Credit |
| 147-F | 0 7 SEP 2005 | | Michael Wysocki | NCNB Bank Statement, dated 05/06/92, for Account #14, showing $20,000 funds transfer on 04/13/92 |
| 147-G | 0 7 SEP 2005 | | Michael Wysocki | NCNB Wire Transfer Advice, dated 04/13/92, for Account #14, showing $20,000 to be sent to Najeh N. Shihab at Arab Bank Limited |
| 147-H | 0 7 SEP 2005 | | Michael Wysocki | NCNB Bank Statement, dated 05/26/92, for Account #15, showing $30,000 funds transfer on 05/08/92 |

Case Number:        8:03-CR-77-T-30TBM                        Page 38 of 234 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | **EXHIBIT LIST** | | |
| 147-I | 0 7 SEP 2005 | | Michael. Wysocki | Wire Transfer Advice, dated 05/08/92, indicating a wire in the amount of $30,000 was sent to Arab Bank Limited for the benefit of Najeh Shihab |
| 147-J | 0 7 SEP 2005 | | Michael. Wysocki | Chart showing transfer of funds on 06/04/92, in the amount of $30,000 and on 07/02/92 in the amount of $20,000 from SAA Account 16 to Najeh Shihab |
| 147-K | 0 7 SEP 2005 | | Michael Wysocki | NCNB Bank Statement, dated 06/23/92, for Account #16, showing deposit of $102,000 on 05/29/92, disbursement of $30,000 on 06/04/92, and payment of Check #1124 on 06/04/92 |
| 147-L | 8 7 SEP 2005 | | Michael. Wysocki | Wire Transfer Advice, dated 05/29/92, in the amount of $102,000 |
| 147-M | 0 7 SEP 2005 | | Michael. Wysocki | Check #1124, dated 06/03/92, in the amount of $50,000 |
| 147-N | 0 7 SEP 2005 | | Michael. Wysocki | NCNB Statements for Account #14 and #15, dated 06/09/92 and 06/23/92, respectively, with deposit slips and check for $50,000 |
| 147-O | 0 7 SEP 2005 | | Michael. Wysocki | Wire Transfer Advice, dated 06/04/92, in the amount of $30,000 to Arab Bank Limited for the benefit of Najeh Shihab |
| 147-P | 8 7 SEP 2005 | | Michael Wysocki | NCNB Bank Statement, dated 07/23/92, for Account #16, showing $20,000 fund transfer on 07/02/92 |
| 147-Q | 0 7 SEP 2005 | | Michael. Wysocki | Wire Transfer Advice, dated 07/02/92, in the amount of $20,000 to Arab Bank Limited for the benefit of Najeh Shihab |
| 147-R | | | | Chart showing money received from Amin Al-Arian deposits to Account #15 and portion sent to Najeh Shihab |
| 147-S | | | | Bank Statements, dated 07/23/92 and 08/25/92, for Account #15 |
| 147-T | | | | Wire Transfer Advice, dated 07/20/92, in the amount of $47,861.50, from Amin Mohamed El Erian |
| 147-U | | | | Wire Transfer Advice, dated 07/27/92, in the amount of $30,000 to Najeh N. Shihab, at Arab Bank Limited |

Case Number:      8:03-CR-77-T-30TBM                    Page 39 of 234 Pages

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 147-V | | | | Chart showing money raised by ICP being transferred to Najeh Shihab |
| 147-W | | | | FUNB Statement for the ICP Account #23, dated 09/20/92 |
| 147-X | | | | Deposit Ticket for NCNB Account #15, dated 08/31/92, and ICP Check #1021, Account #23, dated 08/30/92, in the amount of $20,000 |
| 147-Y | | | | Nationsbank Statement for Account #15, dated 09/24/92 |
| 147-Z | | | | Wire Transfer Advice, dated 09/01/92, in the amount of $20,00 for the benefit of Najeh Shihab at Arab Bank Limited |
| 147-AA | | | | Chart showing receipt of funds from Amin El-Erian and subsequent transfer to Najeh Shihab |
| 147-BB | | | | Nationsbank Statement for Account #15, dated 09/24/92 |
| 147-CC | | | | Wire Transfer Advice, dated 09/10/92, in the amount of $140,857.50, from Amin El-Erian |
| 147-DD | | | | Wire Transfer Advice, dated 09/15/92, in the amount of $20,000 to Najeh Shihab at Arab Bank Limited |
| 147-EE | | | | Nationsbank Statement for Account #15, dated 10/26/92 |
| 147-FF | | | | Wire Transfer Advice, dated 10/01/92, in the amount of $20,000 to Najeh Shihab at Arab Bank Limited |
| 147-GG | | | | Wire Transfer Advice, dated 10/22/92, in the amount of $20,000 to Najeh Shihab at Arab Bank Limited |
| | | | | |
| 148-A | | | | Chart showing the transfer of $3,000 starting on 05/02/94 |
| 148-B | | | | Nationsbank Wire Transfer Record showing a transfer on 05/02/94 of $3,200, from SAA Account 15 to Shorouk Society Account at Cairo Bank in Amman, Jordan |

Case Number:      8:03-CR-77-T-30TBM                    Page 40 of 234 Pages

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 148-C | | | | Nationsbank Wire Transfer Record showing a return transfer of funds from Jordan on 06/02/94 |
| 148-D | | | | Nationsbank check 1880, dated 08/27/94, drawn on SAA Account #15, signed by SAA, in the amount of $3,190, payable to MWS |
| 148-E | | | | FUNB Check 1038, dated 09/23/94, drawn on MWS Account #24, signed by MAN, in the amount of $3,450, payable to STH, and deposit ticket for Account #17, memo: "distributed orphan aid" |
| 148-F | 0 8 SEP 2005 | | Michael Wysocki | FUNB Check 560, dated 12/10/94, drawn on STH Account #17, signed by STH, in the amount of $3,250, payable to KS, and NCNB deposit ticket for KS Account #29 |
| 148-G | | | | Nationsbank Check 951, dated 12/07/94, drawn on KS Account #29, signed by Wafa Shakaki, in the amount of $1,890, payable to cash |
| 149A-E | 0 7 SEP 2005 | | Michael Wysocki | |
| 150 | | | | GZB certified copy of conviction |
| 151-A | | | | NCNB Check 1798, dated 08/09/93, drawn on SAA Account #15, in the amount of $2,600, payable to Alarco, for computer |
| 151-B | | | | NCNB check 1803, dated 08/23/93, drawn on SAA Account #15, in the amount of $5,700, payable to Alarco |
| 152 | | | | IRS certified copy of Form 1040, U.S. Individual Income Tax Return, for SAA for 1993 |
| 153-A | 2 2 JUN 2005 | 0 6 SEP 2005 | Gloria Jackson Michael Wysocki | IRS Certificate showing transcript pertaining to STH for 1993 |
| 153-B | 2 2 JUN 2005 | 0 6 SEP 2005 | Gloria Jackson Michael Wysocki | IRS certified copy of Form 1040NR, U.S. Nonresident Alien Income Tax Return, for STH for 1994 |

Case Number:     8:03-CR-77-T-30TBM                    Page 41 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 153-C | 2 3 JUN 2005 | 0 6 SEP 2005 | Gloria Jackson / Michael Wysocki | IRS certified copy of Form 1040NR, U.S. Nonresident alien Income Tax Return, for STH for 1995 |
| 154 | 2 2 JUN 2005 | | Gloria Jackson | IRS certified copy of Form 1040, U.S. Individual Income Tax Returns, for HNF for 2002 |
| 155 | 2 7 JUN 2005 | | Thomas Rose | Photograph of AMCN |
| 156 | 2 7 JUN 2005 | | Thomas Rose | Photograph of CIC/Al Qassam Mosque |
| 157 | 2 7 JUN 2005 | | Thomas Rose | Photograph of MEFS |
| 158 | 2 7 JUN 2005 | | Thomas Rose | Photograph of HNF residence in Chicago/Bridgeview |
| 159 | 2 7 JUN 2005 | | Thomas Rose | Photograph of GZB residence in Tinley Park, Illinois |
| 160 | | | | Analysis of PIJ websites |
| 161 | | | | Analysis of PIJ websites |
| 162 | | | | Analysis of PIJ websites |
| 163 | | | | E-mail account records |
| 164 | | | | E-mail account records |

Case Number:      8:03-CR-77-T-30TBM                     Page 42 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 165 | | | | Analysis of PIJ websites |
| 166 | | | | Analysis of PIJ websites |
| 167 | | | | Analysis of PIJ websites |
| 168 | | | | Analysis of PIJ websites |
| 169 | | | | 1993 Florida Driver's License |
| 170-A | 15 JUN 2005 | | Robert Conrad | Surveillance photos of STH and RAS in Tampa on 04/07/93 |
| 170-B | 15 JUN 2005 | | Robert Conrad | Surveillance photos of STH and RAS in Tampa on 04/07/93 |
| 171-A | 15 JUN 2005 | | Peter Banas | Surveillance photos of SAA, BMN, MAN, STH on 06/09/94 |
| 171-B | 15 JUN 2005 | | Peter Banas | Surveillance photos of SAA, BMN, MAN, STH on 06/09/94 |
| 171-C | 15 JUN 2005 | | Peter Banas | Surveillance photos of SAA, BMN, MAN, STH on 06/09/94 |
| 171-D | 15 JUN 2005 | | Peter Banas | Surveillance photos of SAA, BMN, MAN, STH on 06/09/94 |
| 171-E | 15 JUN 2005 | | Peter Banas | |
| 171-F | 15 JUN 2005 | | Peter Banas | |
| 172 | 08 JUN 2005 | | Timothy Shavers | INS Entry and Exit documents for Naim Nasser Bolbol |
| 173 | 11 JUL 2005 | | Stipulation Sally Hayes | Dividend Miles Account 546M6L2 for SAA showing travel from CLE to TPA on 04/08/91 |
| 174 | | | | Mileage Plus Account 00167043887 for SAA |

Case Number:     8:03-CR-77-T-30TBM                    Page 43 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 175A | 11 JUL 2005 | | Stipulation Sally Hayes | Records for Delta Frequent Flyer Account 2050048137 for SAA |
| 176 | 11 JUL 2005 | | Sally Hayes | List for pertinent telephone numbers with associated persons |
| 177 | 11 JUL 2005 | | Sally Hayes | Long distance and country code prefixes |
| 178 | 11 JUL 2005 | | Sally Hayes | Telephone call analysis |
| 179 | | | | Individual call analysis |
| 180 | 11 JUL 2005 | | Sally Hayes | Travel records analysis |
| 181 | | | | Travel records - source materials |
| 182 | 11 JUL 2005 | | Sally Hayes | Mailing records analysis |
| 183 | | | | Mailing records - source materials |
| 184 A-C | 12 JUL 2005 | | Tahsin Ali | Common words; numerals |
| 185 | | | | Summary presentation regarding codes with chart showing codes |
| 186-A | | | | CD containing photographs of Beit Lid |
| 186-B | | | | Sketch of Beit Lid |

Case Number:        8:03-CR-77-T-30TBM                        Page 44 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 186-C | | | | Sketch of Beit Lid |
| 186-D | | | | Packet of four photograph from Beit Lid |
| 186-E | | | | Three pages of data/measurements from Beit Lid |
| 186-F | 1 AUG 2005 | | Yuvil Avargil | Beit Lid Model |
| | | | | |
| 187-A | | | | CD containing photographs of Dizengoff |
| 187-B | | | | Packet of 26 photographs with measurements from Dizengoff |
| 187-C | | | | Eight pages of data/measurements from Dizengoff |
| 187-D | | | | Dizengoff Model |
| | | | | |
| 188-A | | | | CD of photographs of Hebron |
| 188-B | | | | Hebron Model |
| | | | | |
| 189 | | | | Photo of TAK taken from Dateline broadcast on 10/28/01 |
| | | | | |
| 190-A | | | | Accounting records showing STH was employed at IAF |
| 190-B | | | | Accounting records showing STH was employed at IAF |
| 190-C | | | | Accounting records showing STH was employed at IAF |
| | | | | |
| 191 A | 3 1 AUG 2005 | | Frank Koughan | "Jihad in America" program shown on 11/22/94 |
| | | | | |
| 192-A | | | | 04/21/95 article from the Tampa Tribune entitled "Bombing Repeats Message Sent by Trade Center Explosion" |

Case Number:      8:03-CR-77-T-30TBM

Page 45 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 192-R | | | | 05/28/95 article from <u>the Tampa Tribune</u> entitled "Ties to Terrorists" |
| 192-C | | | | 05/29/95 article from <u>The Tampa Tribune</u> entitled "USF Sees Academic Freedom Where Others See Poor Security" |
| 192-D | | | | 05/29/95 article from <u>The Tampa Tribune</u> entitled "Mosque Bears Name of Palestinian Martyr" |
| 192-E | | | | 06/01/95 article from <u>The Tampa Tribune</u> entitled "USF Ties to Think Tank Draw Fire" |
| 192-F | | | | 05/17/98 article from <u>The Tampa Tribune</u> entitled "Justice Denied" |
| 192-G | | | | 07/28/98 article from <u>the Tampa Tribune</u> entitled "Tampa Links to Islamic Jihad Uncovered During Interview" |
| 193 | 2 7 JUN 2005 | | *Thomas Rose* | AMCN Articles of Incorporation |
| 194 BGD | 1 3 SEP 2005 | | *Ed Ortega* | AMCN account records for 2001 through 2003 |
| 195 A.F. | 2 JUN 2005 | | *Salah Daoud* | Various receipts |
| T-195 | | | | English translation of above exhibit |
| 196-A | 2 7 JUN 2005 | | *Thomas Rose* | Certified copy of Articles of Incorporation of the Al-Qassam Mosque and Cultural Center, filed 02/28/91, with Amendments filed 05/12/92 and 12/29/95, and change registered agent filed 03/11/04. |
| 196-B | 2 7 JUN 2005 | | *Thomas Rose* | Annual Report for Al-Qassam Mosque and Cultural Center for 1992 showing GZB as President |
| 196-C | 2 7 JUN 2005 | | *Thomas Rose* | Annual Report for Al-Qassam Mosque and Cultural Center for 1993 showing GZB as President |

Case Number:       8:03-CR-77-T-30TBM                          Page 46 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 196-D | 2 7 JUN 2005 | | Thomas Rose | Annual Report for Al-Qassam Mosque and Cultural Center for 1994 showing GZB as President |
| 196-E | 2 7 JUN 2005 | | Thomas Rose | Annual Report for Al-Qassam Mosque and Cultural Center for 1995 showing GZB as president and HNF as Treasurer |
| 196-F | 2 7 JUN 2005 | | Thomas Rose | Annual Report for the Chicago Islamic Center (CIC) for 1996 showing HNF as Treasurer and GZB and S. Odeh as Directors |
| 196-G | 2 7 JUN 2005 | | Thomas Rose | Annual Report for CIC for 1997 showing GZB as Secretary and HNF as Director |
| 196-H | 2 7 JUN 2005 | | Thomas Rose | Annual Report for CIC for 1998 showing HNF as Treasurer and GZB as Director |
| 196-I | 2 7 JUN 2005 | | Thomas Rose | Annual Report for CIC for 1999 showing GZB and HNF as Directors |
| 196-J | 2 7 JUN 2005 | | Thomas Rose | Annual Report for CIC for 2000 showing GZB as Secretary and HNF as Director |
| 196-K | 2 7 JUN 2005 | | Thomas Rose | Annual Report for CIC for 2001 showing HNF as President and GZB as Secretary |
| 196-L | 2 7 JUN 2005 | | Thomas Rose | Annual Report for CIC for 2002 shwoing HNF as President and GZB and Secretary |
| 196-M | 2 7 JUN 2005 | | Thomas Rose | Annual Report for CIC for 2003 showing HNF as President and GZB as Secretary |
| 197 | 1 2 SEP 2005 | | Mohammad Jouel | Check he wrote to AMCN in 11/2002 |
| 198 | 1 3 SEP 2005 | | Ed Ortega | Summary Chart showing transfers of funds from HNF to individuals in the Mideast |
| 199 | | | | Al-Zaitonah newspaper article concerning Hebron incident, dated 11/17/02 |
| T-199 | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                     Page 47 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 200-A | | | | Packet of selected photographs of Demonstration Explosion #1 |
| 200-B | | | | Packet of selected photographs of Demonstration Explosion #2 |
| 200-C | | | | Packet of selected photographs of Demonstration Explosion #3 |
| | | | | |
| 201-A | | | | Diagram and photos of demonstration explosion #1 |
| 201-B | | | | Diagram and photos of demonstration explosion #2 |
| 201-C | | | | Diagram and photos of demonstration explosion #3 |
| | | | | |
| 202-A | | | | Video demonstration explosives 1-3 |
| 202-B | | | | CD containing photographs of demonstration explosions 1-3 |
| 202-C | | | | CD of video of demonstration explosions |
| | | | | |
| 203 | | | | Presentation by SAA in 08/02 at Tiger Bay Club |
| | | | | |
| 204 | | | | Interview of SAA on 09/26/02 broadcast on O'Reilly Factor |
| | | | | |
| 205 | | | | Document seized from El Barasse search |
| T-205 | | | | English translation of above exhibit |
| | | | | |
| 206 | 21 JUL 2005 | | *Fouad Ghorra* | Consensual recording of a conversation between STH and SAA on 02/20/03 |
| T-206 | 21 JUL 2005 | | *Fouad Ghorra* | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                          Page 48 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 207-A | 0 3 OCT 2005 | | Daniel Vara | Exhibit offered by the respondent in the 2000 INS bail hearing - declaration of Tarik Hamdi |
| 207-B | | | | Exhibit offered by the respondent in the 2000 INS bail hearing - declaration of Ziad Abu Amr |
| 207-C | 0 3 OCT 2005 | | Daniel Vara | Exhibit offered by the respondent in the 2000 INS bail hearing - declaration by AAAA |
| | | | | |
| 208-A | | | | Transcript of testimony of SAA at INS hearing |
| 208-B | 0 4 OCT 2005 | | Daniel Vara | Transcript of testimony of MAN at INS hearing |
| 208-C | 0 4 OCT 2005 | | Daniel Vara | Transcript of testimony of BMN at INS hearing |
| 208-D | 0 3 OCT 2005 | | Daniel Vara | Transcript of testimony of Nahla Al-Arian at INS hearing |
| | | | | |
| 209 | | | | Transcript of testimony of MAN at INS bail hearing on 10/12/00 regarding a wire transfer of $96,000 |
| | | | | |
| 210 | 2 1 JUL 2005 2 7 JUL 2005 | 2 5 OCT 2005 | Fouad Gherra Kerry Myers Russell Hayes | List of operations carried out by PIJ from 1984-1999, downloaded from qudscall.com (OA 282) |
| T-210 | | 2 5 OCT 2005 | Russell Hayes | English translation of above exhibit |
| | | | | |
| 211 | 2 1 JUL 2005 2 7 JUL 2005 | 2 5 OCT 2005 | Fouad Gherra Kerry Myers Russell Hayes | List of Islam and Palestine issues, printed from qudscall.com on 07/25/01 (OA 282) |
| T-211 2 1 ~~2005~~ | | | | English translation of above exhibit |
| | | | | |
| 212 | 2 1 JUL 2005 2 7 JUL 2005 | | Fouad Gherra Kerry Myers | Abu Dabi Satellite Television interview of RAS, dated 04/13/01, printed from jihadislami.com on 07/25/01 (OA 282) |

Case Number:      8:03-CR-77-T-30TBM

Page 49 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-212 | 1 2 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| | | | | |
| 213 | | | | Interview of Ziad Nakhaleh by Al-Majd, printed from jihadislami.com on 07/25/01 (OA 282) |
| T-213 | | | | English translation of above exhibit |
| | | | | |
| 214 | 2 1 JUL 2005  2 7 JUL 2005  0 6 OCT 2005 | 2 5 OCT 2005 | *Fouad Gherra  Kerry Myers  Marwan Gherra  Russell Hayes* | Website page for donation for Jihad, money to be sent to Elehssan Benevolent Association, downloaded from Jihadislami.com on 07/25/01 (OA 282) |
| T-214 | 2 1 JUL 2005 | | *Fouad Gherra* | English translation of above exhibit |
| T-214A | 6 OCT 2005 | 2 5 OCT 2005 | *Russell Hayes* | |
| 215 | | | | Sheik Abdullah Al-Shami statement, dated 05/22/03, claiming responsibility on behalf of PIJ for an attack at Al-Afula on 05/19/03, and discussing PIJ goals, downloaded from jihadislami.com (1-29-M) |
| T-215 | | | | English translation of above exhibit |
| | | | | |
| 216 | | | | PIJ Bulletin, dated 06/05/02, claiming responsibility for the attack at Megiddo Junction, downloaded from qudsway.com (OA 290) |
| T-216 | | | | English translation of above exhibit |
| | | | | |
| 217 | | | | PIJ Bulletin, dated 06/07/02, announcing that Hamzeh Aaref Youssef Samoudi from Jenin committed the attack at Megiddo Junction, downloaded from qudsway.com (OA 290) |
| T-217 | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                                    Page 50 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | | Description |
| 218 | | | | | PIJ Bulletin, dated 11/15/02, claiming responsibility for the attack near a settlement in Hebron, downloaded from qudsway.com (OA 321) |
| T-218 | | | | | English translation of above exhibit |
| 220 | | | | | PIJ List of Most Important Operations claiming responsibility for Bus 405 attack, downloaded from sarayaalquds.com (OA 3) |
| T-220 | | | | | English translation of above exhibit |
| 221 | | | | | PIJ Bulletin, dated 04/05/90, claiming responsibility for a murder in Jerusalem and discussing goals of PIJ, downloaded from sarayaalquds.com |
| T-221 | | | | | English translation of above exhibit |
| 222 | 0 6 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil    Russell Hayes | | PIJ Bulletin, dated 05/21/90, claiming responsibility for killing of a settler and discussing PIJ goals, downloaded from sarayaalquds.com (1-29-B) |
| T-222 | 0 6 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil    Russell Hayes | | English translation of above exhibit |
| 223 | 0 6 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil    Russell Hayes | | PIJ Bulletin, dated 05/28/90, claiming responsibility for an attack at Mahane Yehuda Market and discussing PIJ goals, downloaded from sarayaalquds.com (1-29-C) |
| T-223 | 0 6 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil    Russell Hayes | | English translation of above exhibit |
| 224 | 0 6 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil    Russell Hayes | | PIJ Bulletin, dated 10/21/90, claiming responsibility for an attack at Al-Bokaa and discussing goals of PIJ, downloaded from sarayaalquds.com |