Case Number:        8:03-CR-77-T-30TBM                    Page 51 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-224 | 0 6 OCT 2005 | 0 6 OCT 2005 | Marwan Khalil Russell Hayes | English translation of above exhibit |
| 225 | | | | PIJ Bulletin, dated approximately 04/92, claiming responsibility for attack at Gilad, downloaded from sarayaalquds.com (OA 14) |
| T-225 | | | | English translation of above exhibit |
| 226 | 0 6 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil Russell Hayes | PIJ Bulletin, dated 04/07/92, claiming responsibility for attack at Hula, and discussing goals of PIJ, downloaded from sarayaalquds.com (OA 17) |
| T-226 | 0 6 OCT 2005 | OCT 2005 | Marwan Khalil Russell Hayes | English translation of above exhibit |
| 227 | | | | PIJ Bulletin, dated 12/13/93, claiming responsibility for an attack at Sajaya Junction and discussing PIJ goals, downloaded from sarayaalquds.com (OA 31) |
| T-227 | | | | English translation of above exhibit |
| 228 | 0 6 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil Russell Hayes | PIJ Bulletin, dated 11/11/94, claiming responsibility for attack at Netzarim Junction, downloaded from sarayaalquds.com (OA 131) |
| T-228 | 0 6 OCT 2005 | 0 6 OCT 2005 | Marwan Khalil Russell Hayes | English translation of above exhibit |
| 229 | | | | PIJ Bulletin, dated 01/22/95, claiming responsibility for attack at Beit Lid Junction, and discussing goals of PIJ, downloaded from sarayaalquds.com (OA 137) |
| T-229 | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                          Page 52 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 230 | | | | PIJ Eulogy, dated approximately 03/19/95, for Hafez Hussein Mohammad Abu Maala, downloaded from sarayaalquds.com (OA 179) |
| T-230 | | | | English translation of above exhibit |
| | | | | |
| 231 | | | | PIJ Bulletin, dated 04/09/95, claiming responsibility for attack at Kfar Darom and discussing goals of PIJ, downloaded from sarayaalquds.com (OA 184) |
| T-231 | | | | English translation of above exhibit |
| | | | | |
| 232 | | | | PIJ Bulletin, dated 11/07/98, claiming responsibility for attack at Mahane Yehuda Market in Jerusalem, downloaded from sarayaalquds.com (OA 248) |
| T-232 | | | | English translation of above exhibit |
| | | | | |
| 233 | | | | PIJ Bulletin, dated 11/11/99, claiming responsibility for attacks in Southern Lebanon and discussing PIJ goals, downloaded from sarayaalquds.com (1-29-J) |
| T-233 | | | | English translation of above exhibit |
| | | | | |
| 234 | | | | PIJ Bulletin, dated 11/02/00, claiming responsibility for attack in Jerusalem, downloaded from sarayaalquds.com (OA 279) |
| T-234 | | | | English translation of above exhibit |
| | | | | |

Case Number:       8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 235 | | | | PIJ Bulletin, dated 06/08/01, announcing the death of Ashrof Bardawi in Tulkarm, and discussing goals of PIJ, downloaded from sarayaalquds.com |
| T-235 | | | | English translation of above exhibit |
| | | | | |
| 236 | | | | PIJ Bulletin, dated 07/02/91, claiming responsibility for an attack at Balidah, a joint operation with HAMAS, downloaded from sarayaalquds.com |
| T-236 | | | | English translation of above exhibit |
| | | | | |
| 237 | | | | PIJ Bulletin, dated approximately 11/04/01, claiming responsibility for attack at French Hill and discussing goals of PIJ, downloaded from sarayaalquds.com                    (OA 284) |
| T-237 | | | | English translation of above exhibit |
| | | | | |
| 238 | 0 6 OCT 2005 2 5 OCT 2005 | | *Marwan Khalil* *Russell Hayes* | PIJ Eulogy, dated approximately 06/05/02, for Hamzah Aaref Hassan Sammoudi, in connection with attack at Megiddo Junction, downloaded from sarayaalquds.com      (OA 290) |
| T-238 | 0 3 OCT 2005 2 5 OCT 2005 | | *Marwan Khalil* *Russell Hayes* | English translation of above exhibit |
| | | | | |
| 239 | | | | PIJ Bulletin, dated 10/22/02, claiming responsibility for attack at Karkur Junction and comments by RAS, downloaded from sarayaalquds.com      (OA 315) |
| T-239 | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                              Page 54 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** | |
| 240 | | | | PIJ Eulogy, dated 07/17/03, for Saleh Amin Mahmoud Hamamdah, downloaded from sarayaalquds.com (OA 179) | |
| T-240 | | | | English translation of above exhibit | |
| 241 | | | | PIJ Bulletin, undated, listing deceased members of PIJ, downloaded from sarayaalquds.com | |
| T-241 | | | | English translation of above exhibit | |
| 242 | | | | PIJ Eulogy for Anwar Muhammad Sukar who was responsible for the attack at Beit Lid, downloaded from qudsway.net (OA 137) | |
| T-242 | | | | English translation of above exhibit | |
| 243 | | | | PIJ Bulletin, dated 04/09/95, claiming responsibility for the Kfar Darom attack, downloaded from qudsway.net (OA 184) | |
| T-243 | | | | English translation of above exhibit | |
| 244 | | | | PIJ Bulletin discussing Khaled Muhammad Mahmoud Al-Khatib who committed the attack at Kfar Darib, downloaded from qudsway.net | |
| T-244 | | | | English translation of above exhibit | |
| 245 | 2 5 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil Russell Hayes | PIJ Bulletin, dated 11/02/00, claiming responsibility for the attack in Jerusalem, downloaded from qudsway.net (OA 279) | |
| T-245 | 2 5 OCT 2005 | 2 5 OCT 2005 | Marwan Khalil Russell Hayes | English translation of above exhibit | |

Case Number:        8:03-CR-77-T-30TBM                    Page 55 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 246 | | | | Interview of RAS, Secretary General of PIJ, regarding the goals of the PIJ, dated 04/22/01, downloaded from qudsway.net |
| T-246 | | | | English translation of above exhibit |
| 247 | 0 OCT 2005 2 OCT 2005 | | *Marwan Khalil* *Russell Hayes* | PIJ Bulletin, dated 11/04/01, claiming responsibility for the attack at French Hill, downloaded from qudsway.net (OA 284) |
| T-247 | OCT 2005 2 OCT 2005 | | *Marwan Khalil* *Russell Hayes* | English translation of above exhibit |
| 248 | | | | Statement of RAS, dated 03/27/04, regarding PIJ goals, downloaded from qudsway.net |
| T-248 | | | | English translation of above exhibit |
| 250 | | | | Main page of website palestineway.com |
| T-250 | | | | English translation of above exhibit |
| 251 | | | | Home page requesting donations for PIJ to be sent to Al-Ehsan Charitable Organization, downloaded from palestineway.com |
| T-251 | | | | English translation of above exhibit |
| 252 | | | | Interview of RAS concerning the death of Sheik Yassin, downloaded from palestineway.com |
| T-252 | | | | English translation of above exhibit |
| 253 | | | | PIJ Bulletin, dated 04/17/92, claiming responsibility for attack at Hula, downloaded from palestineway.com (OA 17) |
| T-253 | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 56 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 254 | | | | PIJ Bulletin, dated 09/28/03, discussing goals of PIJ, downloaded from palestinway.com |
| T-254 | | | | English translation of above exhibit |
| 255 | | | | Main page of website jamaaway.org |
| T-255 | | | | English translation of above exhibit |
| 256 | | | | PIJ Announcement regarding goals of PIJ, downloaded from jamaaway.org |
| T-256 | | | | English translation of above exhibit |
| 257 | | | | PIJ Visions and Positions downloaded from jamaaway.org |
| T-257 | | | | English translation of above exhibit |
| 258 | | | | PIJ Bulletin, dated 10/00, regarding goals of PIJ, downloaded from jamaaway.org |
| T-258 | | | | English translation of above exhibit |
| 259 | | | | PIJ Announcement regarding the attack at Hebron on 11/15/02, downloaded from jamaaway.org<br>(OA 321) |
| T-259 | | | | English translation of above exhibit |
| 260 | | | | Interview of RAS, dated 04/13/02, regarding goals of PIJ, downloaded from rabdullah.com |
| T-260 | | | | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                      Page 57 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 261 | | | | Interview of RAS, dated approximately 11/16/02, discussing the attack at Hebron, downloaded from rabdullah.com (OA 321) |
| T-261 | | | | English translation of above exhibit |
| 262 | | | | Biography of RAS, approximately 2003, including segment of his life in Florida at WISE, downloaded from rabdullah.com |
| T-262 | | | | English translation of above exhibit |
| | | | | |
| 270-A | | | | List of PIJ Martyrs downloaded from Qudsway.com |
| 270-B | | | | Information about Hani Abed (11/02/94) |
| 270-C | | | | Information about Khaled Muhammad Hassan (04/06/92) |
| 270-D | | | | Information about Issam Barahma (12/10/92) |
| 270-E | | | | Information about Khaled Kamel Al-Sheik Ali (12/07/89) |
| 270-F | | | | Information about Khaled Muhammad Mahmoud Al-Khatib (04/09/95) |
| 270-G | | | | Information about Hisham Ismaeil Abdel Rahman Hamad (11/11/94) |
| 270-H | | | | Information about Anwar Muhammad Atiah Sukkar (01/22/95) |
| 270-I | | | | Information about Anwar Abdallah Abdel-Karim Aziz (12/13/93) |
| 270-J | | | | Information about Yousef Ali Muhammed Al-Zaghir (11/06/98) |
| 270-K | | | | Information about Suleiman Musa Al-Tahayna (11/06/98) |
| 270-L | | | | Information about Salah Abdel-Hamid Shaker (01/22/95) |

Case Number:        8:03-CR-77-T-30TBM                    Page 58 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 270-M | | | | Information about Ramez Abdel-Kader Obeid (03/04/96) |
| 270-N | | | | Information about Hatim Al-Shweiki (11/04/01) |
| 271 | | | | Translated List of PIJ Martyrs and Summary of Information - incident and date of death |
| | | | | |
| | | | | |
| 280 | | | | Israeli indictment of Salah Abu Hassanein for unlawful membership in PIJ |
| T-280 | | | | English translation of above exhibit |
| | | | | |
| | | | | |
| 300-A | 0 8 JUN 2005 | | John Mule | Diagram of WISE |
| 300-B | 0 8 JUN 2005 | | John Mule | Photos of WISE |
| 300-C | 0 8 JUN 2005 | | John Mule | Photos of WISE |
| 300-D | 0 8 JUN 2005 | | John Mule | Photos of WISE |
| | | | | |
| 301 | 0 8 JUN 2005 | | John Mule | WISE Articles of Incorporation, filed 02/21/91, assigned document number N42200 <br><br>204209 |
| | | | | |
| 302 | 0 8 JUN 2005 | | John Mule | Letter from Florida Department of State to SAA, dated 02/22/91, advising him that WISE Articles of Incorporation were filed on 02/21/91 and WISE was assigned number N42200 <br><br>202045 |
| | | | | |

Case Number:      8:03-CR-77-T-30TBM                                    Page 59 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 303 | 0 8 JUN 2005 | | John Mule' | WISE List of Trustees, Incorporators and Officers, undated<br>201741 |
| 304 | 0 8 JUN 2005 | | John Mule' | WISE Brochure in English (5 pages)<br>500758 |
| 305 | 0 8 JUN 2005 | | John Mule' | WISE Brochure in Arabic (13 pages)<br>500789 |
| T-305 | | | | English translation of above exhibit |
| 306 | 0 8 JUN 2005 | | John Mule' | Lease between WISE (lessee) and Nour Salhab (lessor) for 12402 Pampas Place, Tampa, for the period 07/01/91 to 07/31/92, executed on 05/31/91 by Nour Salhab and SAA and addendum<br>202596 |
| 307 | 0 8 JUN 2005 | | John Mule' | Letter to WISE from IRS, 05/13/91, regarding new employer ID number<br>202096 |
| 308 | 0 8 JUN 2005 | | John Mule' | Letter from BMN on behalf of WISE to Professor Hechiche at USF, dated 05/28/91, regarding joint agreement<br>201748 |
| 309 | 0 8 JUN 2005 | | John Mule' | Resume of RAS, showing work history at WISE from 1990<br>202358 |
| 310 | 0 8 JUN 2005 | 0 9 JUN 2005 | John Mule'<br>John Mule' | WISE letter to the Brothers from Khalil Shikaki, dated 10/08/91, announcing his resignation from WISE<br>500428 |

Case Number:       8:03-CR-77-T-30TBM                          Page 60 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-310 | 2 | 1 JUL 2005 | Fouad Gherra | English translation of above exhibit |
| 311 | | 0 8 JUN 2005 | John Mule' | Letter from RAS on behalf of WISE to Dr. Orr at USF, dated 11/12/91, regarding WISE funding 201744 |
| 312 | | 0 8 JUN 2005 | John Mule' | Letter from RAS on behalf of WISE to Dr. Orr at USF, dated 12/11/91, regarding WISE funding 201743 |
| 313 | 0 8 JUN 2005 | | John Mule' | WISE letter to the Brothers from Khalil Shikaki, dated 12/15/91, announcing his departure in January 500847 |
| T-313 | 1 9 JUL 2005 | | Camille Gherra (IP) | English translation of above exhibit |
| 314 | | 0 8 JUN 2005 | John Mule' | NCNB official check 241066, dated 01/08/92, in the amount of $15,015, payable to MAN 201812 |
| 315 | | 0 8 JUN 2005 | John Mule' | Southeast Bank Order for Transfer of Funds, dated 01/09/92, from MAN account #8, in the amount of $15,000, payable to BMN 201810 |
| 316 | | | | Letter from WISE to University of Arizona, Anne Butteridge, dated 01/20/92 201742 |
| 317 | | 0 8 JUN 2005 | John Mule' | Letter to BMN from Magda Panayiotou on behalf of Nasas Panayiotou & Co., dated 02/20/92, regarding rental of P.O. Box 4375 (Nicosia); fax: (1) 813-985-4664 202122 |

Case Number:        8:03-CR-77-T-30TBM                      Page 61 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 318 | 08 JUN 2005 | 25 JUL 2005 | John Mule  Marwam Khalil | Letter to the Brother from Abu Jihad, dated 03/15/92, discussing $100,000 support for the Center  500472 |
| T-318 | | 25 JUL 2005 | Marwam Khalil | English translation of above exhibit |
| 319 | 08 JUN 2005 | | John Mule | Letter to Editor of QS from Al-Nahda Al-Islamiyyah Journal, dated 04/15/92, regarding exchanging magazines, with PIJ logo cut out  500773 |
| T-319 | 12 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 320 | 08 JUN 2005 | | John Mule | Letter to RAS from Dr. Rifa' at Sayed Ahmad, dated 06/13/92, requesting $300-$500/month to serve as agent for QS Magazine in Egypt  500111 |
| T-320 | | | | English translation of above exhibit |
| 321 | | | | WISE Application for Alien Employment Certification for MAN, dated 09/14/92, submitted by SAA to FL OLES  202136 |
| 322 | | | | FL OLES letter to Luis Coton, dated 09/21/92, returning Application for Alien Employment Certification for corrections  202137 |
| 323 | | | | Letter to INS from WISE, undated, in support of Form I-140 petition on behalf of MAN, signed by SAA  202119 |

Case Number:      8:03-CR-77-T-30TBM                         Page 62 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST |
|---|

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 324 | 0 8 JUN 2005 | | John Mule | IIIT letter to SAA from A.O. Taha Jaber Al-Alwani, datd 09/30/92, discussing payments of $50,000 to support WISE and ICP 500243 |
| T-324 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 325 | 0 8 JUN 2005 1 2 JUL 2005 | 2 JUL 2005 | John Mule Tahsin Ali | IIIT letter to SAA/WISE, dated 11/06/92, discussing a contribution |
| T-325 | 1 2 JUL 2005 | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 326 | 0 8 JUN 2005 | 2 1 JUL 2005 | John Mule Fouad Gherra | 1993 Red Daily Diary of a WISE worker 500326 |
| T-326 | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 327 | 0 8 JUN 2005 2 5 JUL 2005 | | John Mule Marwam (Khali) | Letter to WISE from The Islamic Centre for Political Studies, Tehran, Iran, 05/25/93, regarding receipt of WISE's QS Magazine 500300 |
| T-327 | 2 5 JUL 2005 | | Marwam Khali | English translation of above exhibit |
| 328-A | 0 8 JUN 2005 | 0 8 JUN 2005 | John Mule | Letter of agency submitted by WISE to MCI to switch phone service to MCI, submitted by SAA on 08/17/93 203315 |
| 328-B | 0 8 JUN 2005 | 0 8 JUN 2005 | John Mule | Credit Data Sheet for WISE to accompany letter of agency 203316 |
| 329 | 0 8 JUN 2005 | | John Mule | IRS Form 1023, WISE Application of Recognition of Exemption under 501(c), dated 08/20/93, signed by SAA 202109 |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 330 | | | | IIIT letter to SAA from Dr. Muhammad Jaglit, dated 09/07/93, enclosing $600 for subscriptions to WISE QS<br>500242 |
| T-330 | | | | English translation of above exhibit |
| 331 | 2 3 JUN 2005 | | Thomas Miller | Letter to WISE from IRS, dated 10/07/93, acknowledging receipt of Form 1023<br>204201 |
| 332 | 0 8 JUN 2005 | | John Mule | Letter to WISE from IRS, dated 11/05/93, regarding application for tax exempt status<br>202095 |
| 333 | 0 8 JUN 2005 | | John Mule | IRS Form W-9 signed by SAA on 10/29/93, submitted to Harvard College Library claiming 501 status<br>201007-8 |
| 334 | 0 8 JUN 2005 | | John Mule | Letter to WISE from attorney Timothy Spridgeon, dated 12/15/93, advising that RAS was approved for H-1B visa<br>202010 |
| 335 | 0 8 JUN 2005 | | John Mule | Letter to WISE from IRS, dated 12/21/93, advising that IRS had closed its file without processing WISE Form 1023 application<br>204216 |
| 336 | 0 8 JUN 2005 | | John Mule | Letter to Doctor Fathi from Dr. Rifa' at Sayed Ahmad, dated 01/29/94, regarding the printing procedures in Egypt for the WISE QS publication<br>500104 |
| T-336 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                    Page 64 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 337 | 0 8 JUN 2005 | | John Mule' | WISE Application to ISNA for Affiliation, dated 04/10/94, submitted by SAA (2 pages)  202040 |
| 338 | 0 8 JUN 2005 | | John Mule' | Letter to WISE from ISNA, dated 05/19/94, rejecting WISE's Application for Affiliation  202040 |
| 339 | | | | Letter to RAS from USF, dated 06/28/94, regarding renewal of STH's research assistantship  202558 |
| 340 | 0 8 JUN 2005 | 2 5 JUL 2005 | John Mule' Marwam Khalil | Letter to STH from Dawood Husain Mekawi, dated 09/08/94, regarding DHM's willingness to distribute WISE QS Magazine in Palestine  500296 |
| T-340 | | 2 5 JUL 2005 | Marwam Khalil | English translation of above exhibit |
| 341 | 0 8 JUN 2005 | | John Mule' | USPS Form 1093, used to open a P.O. Box for WISE and ICP, signed by SAA on 09/20/94  201406 |
| 342-A | 0 8 JUN 2005 | | John Mule' | Letter to SAA/WISE from SAAR Foundation, dated 10/07/94, enclosing $10,000 check as a donation not to be publicized  202178 |
| 342-B | 0 8 JUN 2005 | | John Mule' | IIIT document referencing check 6520, dated 10/06/94, payable to WISE, in the amount of $10,000  204262 |
| 343 | | | | Letter to WISE from IRS, dated 10/31/94, directing WISE to file a Form 1120 for the fiscal year ending 07/31/93  204196 |

Case Number:        8:03-CR-77-T-30TBM                    Page 65 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 344 | | | | Letter to WISE from IRS, dated 12/06/94, regarding the need to file a tax return for the fiscal year ending 07/31/93<br><br>204194 |
| 345 | 0 8 JUN 2005 | | John Mule | Letter to Dr. Qais Al-Azzarwi from MAN, dated 01/03/95, discussing financial problems at WISE<br><br>500175 |
| T-345 | JUL 2005 | | Tansin Ali | English translation of above exhibit |
| 346-A | 0 8 JUN 2005<br>2 7 JUL 2005 | | John Mule<br>Kerry Myers | The Tampa Tribune 04/21/95 article "Bombing Repeats the Message Sent by Trade Center Explosion"<br><br>203747/203822 |
| 346-B | 0 8 JUN 2005<br>2 7 JUL 2005 | | Kerry Myers | The Tampa Tribune 04/21/95 article "Agents of Terror"<br><br>203747/203822 |
| 347 | 0 8 JUN 2005<br>1 0 AUG 2005 | | John Mule<br>Kerry Myers | Letter from Michael Fechter, The Tampa Tribune, to SAA, dated 04/27/95, with questions regarding PIJ, ICP and WISE<br><br>201411 |
| 348 | | | | Letter to WISE from IRS, dated 05/22/95, reminding WISE to file Form 1120 for fiscal year 07/31/94<br><br>204197 |
| 349 | 0 8 JUN 2005 | | John Mule | The Tampa Tribune 05/28/95 article "Terror Law Cuts Rights, Arabs Say" mounted on FD-350<br><br>203826 |

Case Number:     8:03-CR-77-T-30TBM                    Page 66 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 350 | 08 JUN 2005 | | John Mule | Letter to Betty Castor, USF President, from SAA, dated 06/01/95, regarding The Tampa Tribune articles <br><br> 201413 |
| 351 | 08 JUN 2005 | | John Mule | Demand to the The Tampa Tribune regarding newspaper articles <br><br> 201346 |
| 352 | | | | Arab American Institute article "What Does the Omnibus Counterterrorism Act of 1995 Do?" <br><br> 203812 |
| 353 | | | | Letter to WISE from IRS, dated 07/12/95, directing WISE to file a Form 1120 for fiscal year ending 07/31/94 <br><br> 204200 |
| 354-A | 08 JUN 2005 | 06 SEP 2005 | John Mule Michael Wysocki | List of Expenses for WISE for the fiscal year ending 07/31/95, including payments to STH, MAN and BMN <br><br> 204218 |
| 354-B | 08 JUN 2005 | 06 SEP 2005 | John Mule Michael Wysocki | List of Income and Expenses for WISE for the fiscal year ending 07/31/94 <br><br> 204221 |
| 354-C | 08 JUN 2005 | 06 SEP 2005 | John Mule Michael Wysocki | List of Expenses for WISE, including payments to STH <br><br> 204225 |
| 354-D | 08 JUN 2005 | 19 JUL 2005 | John Mule Camille Ghorra | WISE Ledger showing Expenses from 08/03/92 to 08/01/93, including $9,150 in salary to STH <br><br> 204228 |
| T-354-D | 19 JUL 2005 | | Camille Ghorra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 355 | | | | IRS Form 1120, WISF 1994 Corporate Tax Return<br><br>204192 |
| 356 | 0 8 JUN 2005 | | John Mule | Letter from WISE to British Consulate-General, dated 10/23/95, advising that RAS has been working at WISE since 10/01/93 and will continue to do so until 09/30/96, signed by MAN<br><br>201998 |
| 357 | 0 8 JUN 2005 | | John Mule | Letter "To Whom It May Concern," dated 11/20/95, written by MAN, stating BMN had worked at WISE since 1991<br><br>202057 |
| 358 | 0 8 JUN 2005<br>2 1 JUL 2005 | | John Mule<br>Fouad Ghorra | WISE document with "Ghassan Ballut, 3836 West 85th St., Chicago, Il 60652" printed on it<br><br>500955 |
| T-358 | 2 1 JUL 2005 | | Fouad Ghorra (ID) | English translation of above exhibit |
| 359 | 0 8 JUN 2005 | | John Mule | Birzeit University Student Record for Sameeh Hammoudeh, dated 11/04/92<br><br>201907 |
| 360 | 0 8 JUN 2005 | | John Mule | Sameeh Hammoudeh travel documents, attached to petition, dated 06/09/94<br><br>201909 |
| 361-A | 0 8 JUN 2005 | | John Mule | USPS Registered Mail Receipt for package sent to Swiss Bank Corp., Switzerland from MAN, dated 05/25/89<br><br>202673 |
| 361-B | 0 8 JUN 2005 | | John Mule | USPS Express Mail Receipt for package sent to BMN from MAN, dated 05/30/89<br><br>202647 |

Case Number:        8:03-CR-77-T-30TBM

Page 68 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 361-C | | 0 8 JUN 2005 | John Mule | USPS Express mail Receipt for package sent to BMN from MAN, dated 09/18/89  202649 |
| 362-A | | 0 8 JUN 2005 | John Mule | DHL Airbill for package sent to Mr. Fathi Abdul Azeez, Damascus, Syria, from WISE by MAN, dated 06/27/91  202639 |
| 362-B | | 0 8 JUN 2005 | John Mule | DHL Airbill for package sent to Mr. Fathi Abdul Azeez, Damascus, Syria, from WISE by MAN, dated 06/28/91  202640 |
| 362-C | | 0 8 JUN 2005 | John Mule | DHL Airbill for package sent to Mr. Basheer M. Nafi, Slough Berks, UK, from WISE, dated 11/11/91  202641 |
| 362-D | | 0 8 JUN 2005 | John Mule | DHL Airbill for package sent to BMN, Slough Berks, UK, from WISE by MAN, dated 11/11/91, insured for $8,000  202642 |
| 362-E | | 0 8 JUN 2005 | John Mule | USPS Express Mail Receipt for package sent to BMN from MAN, dated 11/14/91  202650 |
| 363-A | | 0 8 JUN 2005 | John Mule | USPS Express mail Receipt for package sent to BMN from MAN, dated 01/08/92  202651 |
| 363-B | | 0 8 JUN 2005 | John Mule | USPS Express Mail Receipt for package sent to BMN from MAN, dated 02/18/92  202654 |
| 363-C | | 0 8 JUN 2005 | John Mule | FedEx Receipt for package sent to BMN from WISE by MAN, dated 04/03/92  202680 |
| 363-D | | 0 8 JUN 2005 | John Mule | FedEx Receipt for package sent to BMN from WISE, dated 06/10/92  202683 |

Case Number:       8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 363-E | 0 8 JUN 2005 | | John Mule | FedEx Invoice for package sent to Dr. Fathi Ibrahim, Damascus, Syria, from WISE, dated 07/03/92, and another package sent to BMN from WISE, dated 06/18/92<br><br>202685 |
| 363-F | 0 8 JUN 2005 | | John Mule | UPS Receipt for package (computer) sent to BMN from WISE by Husam Jbara, dated 08/04/92<br><br>202693 |
| 363-G | 0 8 JUN 2005 | | John Mule | FedEx Invoice for package sent to BMN from WISE by RAS, dated 10/08/92<br><br>202687 |
| 363-H | 0 8 JUN 2005 | | John Mule | FedEx Invoice for package sent to STH, Nazerith, Israel, from WISE by RAS, dated 10/16/92<br><br>202688 |
| 364-A | 0 8 JUN 2005 | | John Mule | USPS Express Mail Receipt for package sent to BMN from MAN, dated 02/04/93<br><br>202657 |
| 364-B | 0 8 JUN 2005 | | John Mule | FedEx Invoice for package sent to BMN from WISE by RAS, dated 02/18/93<br><br>202689 |
| 364-C | 0 8 JUN 2005 | | John Mule | USPS Express Mail Receipt for package sent to Mrs. I.J. Ryan (BMN) from MAN, dated 04/15/93<br><br>202660 |
| 364-D | 0 8 JUN 2005 | | John Mule | USPS Express Mail Receipt for package sent to Mrs. I.J. Ryan (BMN) from MAN, dated 06/16/93<br><br>202662 |
| 364-E | 0 8 JUN 2005 | | John Mule | USPS Express Mail Receipt for package sent to BMN from MAN, dated 07/12/93<br>202663 |
| 364-F | 0 8 JUN 2005 | | John Mule | FedEx Invoice for package sent to Abdel Salam Al Ajjouri, Damascus, Syria, from WISE, dated 09/09/93<br><br>202690 |

Case Number:        8:03-CR-77-T-30TBM                              Page 70 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 364-G | 0 8 JUN 2005 | | John Mule | FedEx Invoice for package sent to BMN from WISE by RAS, dated 12/23/93<br><br>202691 |
| 365-A | 0 8 JUN 2005 | | John Mule | USPS Express Mail Receipt for package sent to Fawaz Damra, Lakewood, Ohio, from MAN, dated 02/03/94<br>202664 |
| 365-B | 0 8 JUN 2005 | | John Mule | USPS Express Mail Receipt for package sent to BMN, Slough Berks, UK, from WISE,d ated 03/03/94<br>202672 |
| 365-C | 0 8 JUN 2005 | | John Mule | USPS Express Mail Receipt for package sent to Dawood Makkawi Nablus, WB, from Sameeh Taha (STH), dated 09/26/94<br>202668 |
| 366-A | 0 8 JUN 2005 | | John Mule | GTE phone records for 813-985-4343, dated 01/01/91<br>203305 |
| 366-B | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 02/01/91<br>203299 |
| 366-C | 0 8 JUN 2005 | | John Mule | GTE phone records for 813-985-4343, dated 03/01/91<br>203304 |
| 366-D | 0 8 JUN 2005 | | John Mule | GTE phone records for 813-985-4343, dated 04/01/91<br>203303 |
| 366-E | 0 8 JUN 2005 | | John Mule | GTE phone records for 813-985-4343, dated 05/01/91<br>203302 |
| 366-F | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 06/01/91<br>203300 |
| 366-G | 0 8 JUN 2005 | | John Mule | GTE phone records for 813-985-4343, dated 07/01/91<br>203301 |

Case Number:      8:03-CR-77-T-30TBM                          Page 71 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 366-H | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 10/01/91 203292 |
| 366-I | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4664, dated 10/04/91 203295 |
| 366-J | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4664, dated 11/04/91 203296 |
| 366-K | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4664, dated 11/22/91 |
| 366-L | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 12/01/91 203293 |
| 366-M | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4664, dated 12/07/91 203298 |
| 367-A | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 01/01/92 203294 |
| 367-B | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 02/01/92 203291 |
| 367-C | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 03/01/92 203290 |
| 367-D | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343 dated 04/01/92 203288 |
| 367-E | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 05/01/92 203287 |
| 368 | 0 8 JUN 2005 | | John Mule | GTE phone bill for 813-985-4343, dated 09/01/93 203286 |

Case Number:        8:03-CR-77-T-30TBM                     Page 72 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| \ | EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | | **Description** |
| 369 | 0 8 JUN 2005 | | John Mule | | MCI phone records for WISE, 813-972-4338, dated 02/10/94 <br><br> 203308 |
| 370 <br> 370A | 0 8 JUN 2005 | 2 3 JUN 2005 | John Mule <br> Margaret Fox | | Mailing labels for Fathi Ibrahim, Bashir Nafi, ICT, Khalil Shikaki, WISE <br> 1B55 Q2 MAC MACQ2/Duplicts.42 |
| T-370 | | | | | English translation of above exhibit |
| 371 | 2 3 JUN 2005 | | Margaret Fox | | Translated document for RAS by MAN, 09/12/94 <br> 1B55 Q2 MAC/Q2/DAR/IMAN.28 MISC 4.28T |
| T-371 | | | | | English translation of above exhibit |
| 372 | | | | | Summary of employment and offer to Ramadan A. Shallah for 10/01/93 to 09/30/96 <br> 1B55 Q2 MACQ2/jobshala.35 MISC4.35F |
| T-372 | | | | | English translation of above exhibit |
| 373 <br> 373A | 0 8 JUN 2005 | 2 3 JUN 2005 | John Mule <br> Margaret Fox | | 10/23/95 WISE letter by MAN to British Consulate General to allow RAS to enter England to speak at a conference in 11/95 <br> 1B55 Q2 MACQ2/SHLA spk2.29 MISC4.29F |
| T-373 | | | | | English translation of above exhibit |
| 374 <br> 374A | 0 8 JUN 2005 | 2 3 JUN 2005 | John Mule <br> Margaret Fox | | STH Resume, written in 1994 or 1995 WISE 1B60 Q282 Video1.66 MAC/Q2821CV |
| T-374 | | | | | English translation of above exhibit |
| 375 <br> 375A | 0 8 JUN 2005 | 2 3 JUN 2005 | John Mule <br> Margaret Fox | | Memo to INS from STH regarding request to change visa status from B-2 to F-1 <br> MISC4.19F MAC/Q2/SAMEEH.19 |

Case Number:      8:03-CR-77-T-30TBM                    Page 73 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-375 | | | | English translation of above exhibit |
| | | | | |
| 376 *0 8 JUN 2005*<br>376A | *2 3 JUN 2005* | | John Mule<br>Margaret Fox | Letter to Bashir Nafi from RAS, dated 01/04/93, regarding grant from WISE WISE 1B64 Q296 Video1.79F MAC/Q296/Bashir.27 |
| T-376 | | | | English translation of above exhibit |
| | | | | |
| 377 *0 8 JUN 2005*<br>377A | *2 3 JUN 2005* | | John Mule<br>Margaret Fox | RAS Resume, dated in 1992 WISE 1B64 Q296 Video1.77T MAC/Q296/Ramadan/CV |
| T-377 | | | | English translation of above exhibit |
| | | | | |
| 378 | | | | Letter to attorney, dated 05/06/92, regarding INS Application by WISE for BMN 1B55 MACQ2/SPRIGDON.68f MISC4.68f <br> (OA 20) |
| T-378 | | | | English translation of above exhibit |
| | | | | |
| 379 *0 8 JUN 2005*<br>379A | *2 3 JUN 2005* | | John Mule<br>Margaret Fox | Invitation to WISE Third Roundtable and solicitation of funds by RAS MAC/Q280/RASHID2 VIDEO 1.83 |
| T-379 | | | | English translation of above exhibit |
| | | | | |
| 380 *0 8 JUN 2005*<br>380A | *2 3 JUN 2005* | | John Mule<br>Margaret Fox | Letter from WISE (by RAS) to USF, dated 07/20/94, confirming WISE's intent to fund STH's salary for 1994-95 academic year MAC Q2/TAHAFUND.11 MISC4.19F |
| T-380 | | | | English translation of above exhibit |
| | | | | |
| 381 *0 8 JUN 2005* | | | John Mule | Communication Control System Video Catalogue W28-B10-TA2 |
| T-381 | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                                Page 74 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 382<br><br>382A | 0 8 JUN 2005<br><br>2 8 JUN 2005 | 1 5 JUN 2005 | *John Mule*<br>*Galal Ramadan*<br>*Margaret Fox* | Business contact for Creative Graphics between Galal Ramadan and Hussam Abujbara, dated 04/29/92<br>WISE 1B60 Q283 Video1.82 MAC/Q283/C.6 Agent |
| T-382 | | | | English translation of above exhibit |
| | | | | |
| 383 | | | | Booklet by Al-Jihad Group<br>WISE 1B64 Q329 MAC/Q329A/Al-Albani |
| T-383 | | | | English translation of above exhibit (summary) |
| | | | | |
| 384 | | | | Chapter of book 6, Al-Zawahiri of the Jihad Group (Gamaa Al-Jihad)<br>1B64 Q329 MAC/Q329A/Al-Hiwar |
| T-384 | | | | English translation of above exhibit (summary) |
| | | | | |
| 385 | 0 8 JUN 2005 | | *John Mule* | 05/28/95 letter to the The Tampa Tribune, written in response to recent articles purportedly signed by Nafeesah Abdurrashid |
| | | | | |
| 386 | 0 8 JUN 2005 | | *John Mule* | 06/07/95 letter to USF, written in response to recent articles in The Tampa Tribune, purportedly signed by Nafeesah Abdurrashid |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 400 | 0 8 JUN 2005 | 2 9 JUN 2005 | *John Myle*<br>*Stipulation* | PIJ Charter/By-Laws (62 pages), fax date is 01/17/1900 |

500665

Case Number:      8:03-CR-77-T-30TBM                          Page 75 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| T-400 | 2 9 JUN 2005 | | Stipulation | English translation of above exhibit |
| 401 | 0 8 JUN 2005 | | John Mule | PIJ Communique, dated 03/08/88, urging Muslims to celebrate 03/15/88 as Islamic Palestine Day to oppose Zionists<br>500705 |
| T-401 | | | | English translation of above exhibit |
| 402 | 0 8 JUN 2005 | | John Mule | Will of Nizar Mahmoud, 02/19/92; Will of Adel Kamel Daher of Ain-Al-Helwe; Will of Khaled Muhammad Hassan, 02/19/92 |
| 402A | 3 3 JUN 2005 | | Margaret Fox | 1B55 Q2A MAC/Q2A/Wills/Q2A Will.wpd |
| | | 2 1 JUL 2005 | Fouad Ghorra | (OA 14, 230) |
| T-402 | 2 1 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| 403 | 0 8 JUN 2005 | 2 5 JUL 2005 | John Mule<br>Fouad Ghorra | Joint Communique between PIJ and HAMAS, undated<br>500822              (OA 230) |
| T-403 | 2 5 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| 404 | 0 8 JUN 2005 | 1 9 JUL 2005 | John Mule<br>Camille Ghorra | PIJ Announcement, dated 06/01/92, urging readers to engage in Jihad operations and strikes<br>500247 |
| T-404 | 1 9 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 405 | | | | 10/14/92 page from 1992 desk calendar, "resend page #6 from the report 'The Interior' 963-11-885939 Abu Ahmad"<br>501047 |
| T-405 | | | | English translation of above exhibit |
| 406 | 0 8 JUN 2005 | | John Mule | Letter to Hamed faxed 12/10/92 regarding dispute over PIJ claim of responsibility<br>500278 |