Case Number:   8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-406 | 1 9 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 407 | 0 8 JUN 2005 | | John Mule | Al-Mujahid newsletter, issued by PIJ, dated 12/11/92, discussing PIJ activities 500276 |
| T-407 | 1 9 JUL 2005 | | | English translation of above exhibit |
| 408 | 0 8 JUN 2005 | | John Mule | PIJ Communique, dated 12/11/92, claiming responsibility for an attack in Jenin by Issam Barahma 500282 |
| T-408 | 1 9 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 409 | 0 8 JUN 2005 | 1 9 JUL 2005 | John Mule Camille Gherra | PIJ newsletter, dated 01/27/93, discussing recent violent attacks, written by S'eb 500273 |
| T-409 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 410 | 0 8 JUN 2005 | 2 5 JUL 2005 | John Mule Marwam Khali | PIJ Bulletin, dated 04/26/93, rejecting the peace negotiations and calling for jihad 500598 |
| T-410 | 2 5 JUL 2005 | | Marwam Khali | English translation of above exhibit |
| 411 | 0 8 JUN 2005 | | John Mule | PIJ Communique, an open letter to Palestinians, published in Al-Sharia Magazine in 04/93 500704 |
| T-411 | | | | English translation of above exhibit |
| 412 | 0 8 JUN 2005 | 1 9 JUL 2005 | John Mule Camille Gherra | PIJ Communique, dated 05/21/93, claiming responsibility for an attack on that date 500281 |
| T-412 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:          8:03-CR-77-T-30TBM                          Page 77 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 413 | 0 8 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | PIJ News Report, dated 05/25/93, describing PIJ operations and disputes with HAMAS (fax date is 06/02/90) 500604 |
| T-413 | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 414 | 0 8 JUN 2005 | 2 8 JUL 2005 | John Mule Marwam Khalil | PIJ News Report, dated 05/23/93, describing five PIJ operations (fax date is 05/31/90) 500311 |
| T-414 | | 2 8 JUL 2005 | Marwam Khalil | English translation of above exhibit |
| 415 | 0 8 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | Letter received at WISE on 07/23/93, written by Ra'id, discussing PIJ business 500839 or 500274 |
| T-415 | | | | English translation of above exhibit |
| 416 | 0 8 JUN 2005 | 2 5 JUL 2005 | John Mule Marwam Khalil | PIJ News Report, dated 08/03/93, describing PIJ operations in Gaza (fax date is 08/12/90) 500836 |
| T-416 | | 2 5 JUL 2005 | Marwam Khalil | English translation of above exhibit |
| 417 | 0 8 JUN 2005 | | John Mule | Fax to WISE from Arab Studies Society, dated 09/28/93, discussing Stars Over Forehead book, including "martyr" Nidal Zalloum 500986 |
| T-417 | | | | English translation of above exhibit |
| 418 | 0 8 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | Fax communication sent to Brother Yahya (STH) requesting comment from RAS, SAA, MAN and STH on interview in Ash Shiraa Magazine Issue 613, dated 01/31/94 (fax date is 02/10/91) 500819 |

Case Number:        8:03-CR-77-T-30TBM                                    Page 78 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-418 | 1 8 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 419 | 0 8 JUN 2005 | 1 8 JUL 2005 | John Mule / Camille Ghorra | Eulogy for Hani Abed, who worked for Al-Esteqlal newspaper |
| T-419 | 1 8 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 420 | 0 8 JUN 2005 | | John Mule | Undated article from "Ash-Sharq-al-Awsat" newspaper, in which FS announced PIJ had refused an Iranian request to establish a central command for coordination; PIJ has received funding from Iran since 1987 500827 |
| T-420 | | | | English translation of above exhibit |
| 421 | 0 8 JUN 2005 | | John Mule | Anco Hermanos Electronics business card, Hatem Fariz 200481 |
| T-421 | 1 9 SEP 2005 | | Ed Ortega (stip) | English translation of above exhibit |
| 422 | 0 8 JUN 2005 | 2 5 JUL 2005 | John Mule / Marwam Khalil | Naim Nasser Hassan Bulbol's diploma from Al Azhar University in Egypt 500483 |
| T-422 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 423 | 0 8 JUN 2005 | | John Mule | PIJ Book of poems, published in Beiruit 500603 |
| 424 | 0 8 JUN 2005 | | John Mule | The New Islamist International Report by Task Force on Terrorism and Unconventional Warfare, dated 02/01/93 202099 |

Case Number:       8:03-CR-77-T-30TBM                          Page 79 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 425-A  0 8 JUN 2005<br>425A1 | | 2 8 JUN 2005 | John Mule<br>Margaret Fox | Letter to hold conference to endorse Charter/By-Law<br>1B57 Q272A/Report/Empty folder/letter |
| T-425-A | | | | English translation of above exhibit |
| 425-B  0 8 JUN 2005 | | 2 1 JUL 2005 | John Mule<br>Fouad Gherra | Letter regarding invitation to a conference to endorse Charter/By-Law<br>WISE 1B57 Q272 MAC/Q272A/letter 1 MAC 3.1 |
| T-425-B | | 2  JUL 2005 | Fouad Gherra | English translation of above exhibit |
| 426  0 8 JUN 2005<br>426A 2 3 JUN 2005 | | 1 2 JUL 2005 | John Mule<br>Margaret Fox<br>Tahsin Ali | PIJ Charter/By-Law - Chapters 4 and 5<br>1B55 Q2A/Sami/Sami/Amendment of the Conference |
| T-426 | | 2 2 JUN 2005 | Tahsin Ali | English translation of above exhibit |
| 427  0 8 JUN 2005<br>427A 2 3 JUN 2005 | | | John Mule<br>Margaret Fox | Q2A/Sami/Sami/Finance |
| T-427 | | | | English translation of above exhibit - partial |
| 428  0 9 JUN 2005<br>428A | | 2 3 JUN 2005 | John Mule<br>Margaret Fox | PIJ Communique, dated 02/20/89, declaring 03/06/89 "Islamic Palestine" Day<br>1B55 Q2 Video1.100 MAC/Q2/Biann |
| T-428 | | | | English translation of above exhibit |
| 429 | | | | Undated, unsigned paper entitled, "Centrality of the Al-Jihad Issue"<br>202453 |
| 430 | 0 8 JUN 2005 | | John Mule | ICP Articles of Incorporation with letter from Florida Department of State stating they were filed on 10/20/88<br>201898-201902 |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                                    Page 80 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 431 | 0 8 JUN 2005 | | John Mule' | IRS Form SS-4, Application for Employer Identification Number, for ICP, signed by SAA<br><br>201859 |
| 432 | 0 8 JUN 2005 | | John Mule' | ICP Amended Articles of Incorporation and transmittal letter, dated 01/10/91<br><br>201903-05 |
| 433 | 0 8 JUN 2005 | | John Mule' | IRS Form 1023 for ICP, undated and incomplete, signed by SAA<br><br>501198 |
| 434 | 0 9 JUN 2005 | | John Mule' | ICP/IFP Board of Directors for 1991-92, listing SAA, MAN and TAK, among others<br><br>201867 |
| 435 | 0 9 JUN 2005 | | John Mule' | Business Card for Sami A. Al-Arian, President Islamic Committee for Palestine<br><br>204576 |
| 436 | 0 9 JUN 2005 | | John Mule' | IFP Flyer soliciting funds for the families of "martyrs and detainees" IFP address: P.O. Box 82009, TPA<br><br>202108 |
| 437 | 0 9 JUN 2005 | | John Mule' | Islamic Committee for Palestine (ICP) Informational Guide, soliciting funds for IFP<br><br>202481 |
| 438 | 0 9 JUN 2005 | | John Mule' | ICP/IFP Flyer soliciting funds<br><br>204584 |
| 439 | | | | Generic blank donor pledge card for Jihad in Palestine |

Case Number:        8:03-CR-77-T-30TBM                    Page 81 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 440 | 2 5 JUL 2005 / 0 9 JUN 2005 | | Marwam Khalil / John Mule' | ICP Brochure (circa 1989), including solicitation of funds for IFP 500396 |
| T-440 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 441 | 0 9 JUN 2005 / 2 5 JUL 2005 | | John Mule / Marwam Khalil | ICP Chart for ordering magazine subscriptions 500439 |
| T-441 | JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 442 | 0 9 JUN 2005 | | John Mule' | USPS Form 1538, stamped 04/27/93, showing MWS had rented Box 350256 and ICP Box 82009 202128 |
| 443/443A | 9 JUN 2005 | 0 JUL 2005 | John Mule / Camille Ghorra | Videotape of First ICP Conference in 1988, opening statement by SAA W38-17C-T1 (OA 1) |
| T443 | 2 3 JUL 2005 | | Camille Ghorra | |
| T443/1 | 2 0 JUL 2005 | | Camille Ghorra | |
| 444-A | 0 9 JUN 2005 | | John Mule | Photo of BMN on a panel at the First ICP Conference 204516 |
| 444-B | 0 9 JUN 2005 | | John Mule' | Video recording of a presentation by BMN at First ICP Conference on 12/22/88 W28-17E-A6 (OA 1) |
| T-444-B | | | | English translation of above exhibit |
| 445 | 0 9 JUN 2005 | 2 6 OCT 2005 | John Mule' | Schedule and Agenda for Second ICP Conference 500160 |
| T-445 | 1 0 JUL 2005 | 2 AUG 2005 | Camille Ghorra (ID) | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 446-A | 0 9 JUN 2005 | | John Mulé | Photo of SAA speaking at Second ICP Conference<br>204496 |
| 446-B | 0 9 JUN 2005 | | John Mulé | Photo of BMN on a panel at Second ICP Conference<br>204497 |
| 446-C | 0 9 JUN 2005 | | John Mulé | Photo |
| 447 | 1 2 JUL 2005 | | Tahsin Ali | Al-Mujahid weekly magazine, with PIJ logo, discussing Second ICP Conference, ICP logo on reverse side<br>500162 |
| T-447 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 448 | | | | ICP Booklet consisting of speeches at Second ICP Conference, including those of SAA, AAAA, and BMN (Series 5)<br>500324 |
| T-448 | | | | English translation of above exhibit |
| 449-A | 0 9 JUN 2005 | 1 2 JUL 2005<br>1 2 JUL 2005 | John Mulé<br>Tahsin Ali<br>Tahsin Ali (DVD) | Video recording of a presentation by AAAA at the Second ICP Conference on 12/22-25/89, with comments by SAA, MAN, FD, and BMN; reference to weapons and terrorism<br>WB17G-T45          (OA 5) |
| 449A1 | | | | |
| T-449-A | | JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 449-B | 0 9 JUN 2005 | | John Mulé | Video recording of the introduction of AAAA as the spiritual leader of PIJ at the Second ICP Conference<br>W28-17F-T1          (OA 5) |
| T-449-B | | | | English translation of above exhibit |
| 449-C | 0 9 JUN 2005 | | John Mulé | Video recording of a presentation by AAAA at the Second ICP Conference, with comments by Ahmad Makki<br>W38-17F-TA6          (OA 5) |
| T-449-C | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 83 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 449-D | 9 JUN 2005 | | John Mule | Video recording of a presentation by children followed by a request for monetary support for PIJ at Second ICP Conference W28-17A-TA1 (OA 5) |
| T-449-D | | | | English translation of above exhibit |
| 450 | 9 JUN 2005 | | John Mule | Speech by AAAA on 12/17/89 at an ICP event, calling for jihad to reclaim Palestine W28-17G-TA39 OA 4) |
| T-450 | | | | English translation of above exhibit |
| 451 | 9 JUN 2005 | 2 6 JUL 2005 | Camille Gharre | ICP videotaped meeting on 07/12-15/90, with SAA, FD, MAN: SAA discusses the Muslim Brotherhood and PIJ W28-17D-TA49 |
| T-451 | | 2 6 JUL 2005 | Camille Gharre | English translation of above exhibit |
| T-451A | | 2 6 JUL 2005 | Camille Gharre | |
| 452 | 9 JUN 2005 | | John Mule | ICP Brochure regarding Third Conference 1B66-67 WISE MAC/Q461/ICPCONF.90+ (OA 6) |
| 453-A | 0 9 JUN 2005 | | John Mule | Photos of Third ICP Conference with PIJ posters 204495 |
| 453-B | 0 9 JUN 2005 | | John Mule | Photo of SAA speaking at Third ICP Conference 204496 |
| 454 | 0 9 JUN 2005  2 6 JUL 2005 | | John Mule  Marwan Khalil | ICP Book with lectures from Third ICP Conference (1990) (Series 6) 500271 (CT 1-29-N) |
| T-454 | 2 6 JUL 2005 | | Marwan Khalil | English translation of above exhibit (cover) |

Case Number:      8:03-CR-77-T-30TBM                      Page 84 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 455 | 0 9 JUN 2005 | | John Mule | ICP letter to BMN, UK, from SAA, President, dated 12/21/90, inviting BMN to attend 1991 seminars<br>201747 |
| 456 | | | | ICP Information Guide for the Fourth ICP Conference (1991)<br>501139 |
| 457-A | 0 9 JUN 2005 | | John Mule | Photo of SAA in Attendance at the Fourth ICP Conference<br>204498 |
| 457-B | 0 9 JUN 2005 | | John Mule | Photo of RAS speaking at the Fourth ICP Conference<br>204507 |
| 457-C | 0 9 JUN 2005 | | John Mule | Photo of AAAA on a panel at the Fourth ICP Conference<br>204510 |
| 457-D | 0 9 JUN 2005 | | John Mule | Photo of Sheikh Rahman sitting at Fourth ICP Conference<br>204508 |
| 457-E | 0 9 JUN 2005 | | John Mule | Draft of speech prepared by Dr. Omar Abdul Rahman<br>500811 |
| T-457-E | | | | English translation of above exhibit |
| 458-A | 0 9 JUN 2005 | 2 1 JUL 2005 | John Mule<br>Fouad Gherra | SAA written speech for use at the Fourth ICP Conference<br>500152 |
| T-458A | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 458-B | 0 9 JUN 2005 | 2 1 JUL 2005 | John Mule<br>Fouad Gherra | SAA Welcoming Speech at the Fourth ICP Conference<br>500948 |
| T-458-B | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 459-A    0<br>T-459A-1(DVD) | 0 9 JUN 2005 | 2 0 JUL 2005 | John Mule<br>Camille Gherra | Video recording of presentations by SAA and RAS at Fourth ICP Conference on 12/27-30/91<br>W28-B27-B-TA1                (OA12) |
| T-459-A + | T459A% | 0 JUL 2005 | Camille Gherra | English translation of above exhibit |
| 459-B | 0 9 JUN 2005 | | John Mule | Video recording of Third Symposium at the Fourth ICP Conference, with announcement that $35,468 had been collected<br>W28-B17B-VCR42                (OA 12) |
| T-459-B | | | | English translation of above exhibit |
| 459-C<br>459C-1 (DVD)<br>2 0 JUL 2005 | 0 9 JUN 2005<br>2 6 OCT 2005 | 2 6 OCT 2005 | John Mule<br>Camille Gherra | Video recording of presentations by SAA, GZB at Fourth ICP Conference, with references to PIJ by GZB<br>W28-B27A-1                (OA 12) |
| T-459-C | 2 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 459-D<br>459D-1 (DVD) | 0 9 JUN 2005<br>2 0 JUL 2005 | | John Mule<br>Camille Gherra | Video recording of presentations by Sheikh Rahman and AAAA at the Fourth ICP Conference; AAAA urges listeners not to abandon terrorism<br>W28-B170-T4                (OA 12 |
| T-459-D + | T459D1 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 459-E | | | | Video recording of presentation by SAA and comments by RAS at the Fourth ICP Conference, welcoming speech by SAA<br>W28-B278B-TA1                (OA 12) |
| T-459-E | | | | English translation of above exhibit |
| 460<br>460A | 0 JUN 2005<br>2 3 JUN 2005 | | John Mule<br>Margaret Fox | Invitation to STH to speak at 1992 ICP Conference by SAA, dated 11/16/92<br>1B55 Q2 MACQ2/Hamoudah.06 MISC4.6T |
| 461 | 0 9 JUN 2005 | | John Mule | Pamphlet for ICP Fifth Annual Conference, 12/25-28/92, in Chicago, Illinois<br>202487 |
| | | | | |

Case Number:      8:03-CR-77-T-30TBM                                    Page 86 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 462-A | 0 9 JUN 2005 | | John Mule | Photo of SAA speaking at the Fifth ICP Conference 204487 |
| 462-B | 0 9 JUN 2005 | | John Mule | Photos of MAN on a panel at Fifth ICP Conference, with PIJ poster 204506 |
| 462-C | 0 9 JUN 2005 | | John Mule | Photo of meeting room at Fifth ICP Conference, with PIJ poster 204513 |
| 462-D | 0 9 JUN 2005 | | John Mule | Photo of RAS speaking at Fifth ICP Conference 204513 |
| 462-E | 0 9 JUN 2005 | | John Mule | Photo of STH speaking at Fifth ICP Conference on 12/26/92 204514 |
| 462-F | 0 9 JUN 2005 | | John Mule | Photo of Nahla Al-Arian on a panel at the Fifth ICP Conference, with PIJ poster 204514 |
| 462-G | 0 9 JUN 2005 | | John Mule | Photo of RAS and SAA on a panel at the Fifth ICP Conference, with PIJ poster 204515 |
| 463-A | 0 9 JUN 2005 | | John Mule | Video recording of fund-raising for families of terrorists at Fifth ICP Conference on 12/25-28/92 W28-B2-TA2          (OA 22) |
| T-463-A | | | | English translation of above exhibit |
| 463-B 463B-1(DVD) | 0 9 JUN 2005 | 2 0 JUL 2005 | John Mule Camille Ghorra | Video recording of a presentation by RAS at Fifth ICP Conference, regarding necessity of Jihad W28-B17C-T47 |
| T-463-B | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| T463B1 | 2 0 JUL 2005 | | Camille Ghorra | DVD |
| 464 | 0 9 JUN 2005 | | John Mule | Draft of speech to be given by AAAA calling for armed jihad and rejecting peaceful solution 500808 |

Case Number:        8:03-CR-77-T-30TBM                        Page 87 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 465 | 0 9 JUN 2005 | | John Mule | Friday Sermon by AAAA 500809 |
| T-465 | | | | English translation of above exhibit |
| 466 | 0 9 JUN 2005 | 2 3 JUN 2005 | John Mule Thomas Miller | Inquiry Magazine, Vol. 1., No. 1 (01/02/92), with reference to the Tehran Conference (10/91) 204471 |
| 467 | 0 9 JUN 2005 | 2 7 JUL 2005 | John Mule Kerry Myers | Inquiry Magazine, Vol. 1., No. 2 (03/04/92), with article regarding Pitchfork incident 204472 |
| 468 | 0 9 JUN 2005 | 2 7 JUL 2005 | John Mule Kerry Myers | Inquiry Magazine, Vol. 1, No. 3 (06/92), with newsbrief regarding Pitchfork incident 204473 |
| 469 | 0 9 JUN 2005 | | John Mule | Inquiry Magazine, Vol. 1, No. 4 (08/92) 204474 |
| 470 | 0 9 JUN 2005 | | John Mule | Inquiry Magazine, Vol. 1, No. 5 (10/11/92), with article written by BMN 204475 |
| 471 | 0 9 JUN 2005 | | John Mule | Inquiry Magazine, Vol. 1, No. 6 (01/93), with interview of Fathi Shiqaqi 204476 |
| 472 | 0 9 JUN 2005 | | John Mule | Inquiry Magazine, Vol. 1, No. 8 (06/07/93), with article written by BMN 204478 |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 473 | 0 9 JUN 2005 <br> 1 9 JUL 2005 | | John Mule <br> Camille Ghorra | Al-Umma Magazine, Issue #4 (03/92), with article discussing the Pitchfork attack <br> 501114 (OA 14) |
| T-473 | 1 9 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 474 | 0 9 JUN 2005 | | John Mule | Al-Umma Magazine, Issue #9 (11/92), with photo of FS and article about PIJ opposition to negotiations; PIJ logo in back <br> 501106 |
| T-474 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 475 | 0 9 JUN 2005 | | John Mule | Al-Umma Magazine, Issue #10 (12/92), with interview of AAAA <br> 501111 |
| T-475 | 1 9 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 476 | 0 9 JUN 2005 <br> 2 7 JUL 2005 | | John Mule <br> Kerry Myers | Al-Umma Magazine, Issue #14 (04/93) <br> 501104 |
| T-476 | | | | English translation of above exhibit |
| 477 | 0 9 JUN 2005 | | John Mule | Swiss Bank Corporate Statement, dated 09/30/95, for Account C4-929,025.0 <br> 204261 |
| 478 | | | | |
| 479 | | | | |
| 480 | 0 9 JUN 2005 | | John Mule | Muslim Women Society (MWS) solicitation letter, claiming tax-exempt No. 31-0900444 <br> 202064 |

Case Number:      8:03-CR-77-T-30TBM                                    Page 89 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 481 | 0 9 JUN 2005 | | John Mule | MWS solicitation letter, claiming tax-exempt No. 35-1170105   202065 |
| 482 | 0 9 JUN 2005 | | John Mule | MWS thank you letter, signed by Nahla Al-Arian   202066 |
| 483 | 0 9 JUN 2005 | | John Mule | MWS thank you letter   202067 |
| 484 | 0 9 JUN 2005 | | John Mule | MWS Orphan Sponsorship Project application form (blank)   202073-74 |
| 485 | 0 9 JUN 2005 | | John Mule | Address labels for IAF, MWS and ICT, showing Federal Exempt No. 35-1770105 for all three organizations   202055 |
| 486 | 0 9 JUN 2005 | | John Mule | MWS letter to Muhammad Haydar, undated; MWS will provide tax-exempt number on request   202455 |
| 487 | 0 9 JUN 2005 | | John Mule | MWS Flyer for the Orphan Sponsorship Project in Palestine (English and Arabic)   202571 |
| 488-A | 0 9 JUN 2005   1 2 JUL 2005 | | John Mule Tahsin Ali | ICP/MWS List of 14 sponsored children in West Bank owed money for 07/09/90   500896 |
| T-488-A | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |

Case Number:     8:03-CR-77-T-30TBM                        Page 90 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 488-B | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mulc Tahsin Ali | MWS List of 16 sponsored children in the West Bank showing $1,680 owed for 10/12/90, signed by SAA 500891 |
| T-488-B | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 489-A | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mulc Tahsin Ali | MWS List of 32 sponsored children in Syria and Lebanon for 1990-91 500880 |
| T-489-A | | 1 2 JUL 2005 | | English translation of above exhibit |
| 489-B | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mulc Tahsin Ali | MWS List of 19 sponsored children int he West Bank showing $2,245 owed for 01/03/91 500888 |
| T-489-B | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 489-C | 0 9 JUN 2005 | | John Mulc | MWS List of 21 sponsored children in Gaza showing $2,205 owed for 04/06/91 500890, 500894 |
| T-489-C | | | | |
| 489-D | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mulc Tahsin Ali | MWS List of 14 sponsored children in Arab Orphanage in Tulkarm showing $1,120 owed for 04/06/91, signed by NAA on 10/02/91 500895 |
| T-489-D | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 489-E | 0 9 JUN 2005 | | John Mulc | MWS List of 17 sponsored children in West Bank showing $1,785 owed for 04/06/91 500879 |
| T-489-E | | | | |
| 489-F | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mulc Tahsin Ali | MWS List of 31 sponsored children in Gaza showing $4,630 owed for 07/12/91 500884-85 |
| T-489-F | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 489-G | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mulc Tahsin Ali | MWS List of 13 sponsored children in Arab Orphanage in Tulkarm showing $1,900 owed for 07/12/91 500883 |

Case Number:     8:03-CR-77-T-30TBM                    Page 91 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-489-G | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 489-H | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 20 sponsored children in the West Bank showing $5,450 owed for 07/12/91<br>500882 |
| T-489-H | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 489-I | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 29 sponsored children in Syria and Lebanon owed $4,380 for 07/12/91<br>500893 |
| T-489-I | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 490-A | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 37 sponsored children in Gaza owed $3,975for 01/03/92<br>500868-69 |
| T-490-A | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 490-B | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 13 sponsored children in Arab Orphanage in Tulkarm showing $1,365 owed for 01/03/92<br>500878 |
| T-490-B | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 490-C | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 30 sponsored children in West Bank showing $3,330 owed for 01/03/92<br>500874-75 |
| T-490-C | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 490-D | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 37 sponsored children in Syria and Lebanon showing $3,880 owed for 01/03/92, signed by NAA<br>500886, 500889 |
| T-490-D | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 490-E | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 36 sponsored children in Gaza showing $3,870 owed for 04/06/92, with reference to STH for $7,600<br>500865, 500867 |
| T-490-E | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |

Case Number:     8:03-CR-77-T-30TBM                    Page 92 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 490-F | 0 9 JUN 2005 | | John Mule | MWS List of 8 sponsored children in Arab Orphanage in Tulkarm owed $805 for 04/06/92  500866 |
| T-490-F | | | | English translation of above exhibit |
| 490-G | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 26 sponsored children in West Bank owed $2,730 for 04/06/92  500873 |
| T-490-G | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 491 | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | MWS List of 14 sponsored children in West Bank owed $1,365 for unspecified time period  500887 |
| T-491 | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 492-A | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | One 3 x 5 piece of paper with eight lines of writing  500902 |
| T-492-A | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 492-B | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule Tahsin Ali | Eight 3 x 5 cards with money entries totaling $7,865, dated 10/04/93  500902 |
| T-492-B | | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 493 | 0 9 JUN 2005 1 2 JUL 2005 | 2 0 OCT 2005 | John Mule Tahsin Ali | Letter to STH from Daoud, dated 04/25/95, discussing receipt of funds, sale of a magazine, and disbursement of $1,270  500906 |
| T-493 | 1 2 JUL 2005 | 2 0 OCT 2005 | Tahsin Ali | |
| 494 | 0 9 JUN 2005 1 2 JUL 2005 | | John Mule Tahsin Ali | Letter to STH from Abu Sijjad on ICP stationery, undated, discussing the deposit of $1,365 to Rassim's account for sponsored children for 3Q  500917 |
| T-494 | 1 2 JUL 2005 | | Tahsin Ali | |

Case Number:       8:03-CR-77-T-30TBM                              Page 93 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 495 | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule<br>Tahsin Ali | List of school children faxed to STH at WISE on 08/03/93, described as orphans and martyrs' children<br>500968 |
| T-495 | 2 JUL 2005 | 1 2 JUL 2005 | Tahsin Ali | |
| 496 | 0 9 JUN 2005 | 1 2 JUL 2005 | John Mule<br>Tahsin Ali | List of Martyrs addressed to Muslim Woman's Association, faxed to 989-3445 on 09/28/93 (62 names)<br>509987-88 |
| T-496 | 1 2 JUL 2005 | 1 2 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 497 | 0 9 JUN 2005<br>2 5 JUL 2005 | | John Mule<br>Marwam Khalil | List of Martyrs faxed on 12/15/93 (approximately 300 names)<br>500992 |
| T-497 | 2 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 498-A | 0 8 JUN 2005 | 2 2 JUN 2005 | John Mule<br>Ahmed El-Hattab | Letter to ICT from ISNA advising ICT it is tax exempt<br>201870 |
| 498-B | 0 8 JUN 2005 | 2 2 JUN 2005 | John Mule<br>Ahmed El-Hattab | Certificate of Affiliation between ICT and ISNA<br>201871 |
| 499 | 0 8 JUN 2005 | | John Mule | ICT List of Majlis Al-Shura elected by General Assembly on 05/29/94, includes RAS, SAA, MAN, and STH.  MAN is President<br>201883 |
| 500 | 1 4 JUN 2005 | | Eddie Tuttle | 1995 Search at SAA Residence |
| 501 | 1 4 JUN 2005 | | Eddie Tuttle | Selected business cards<br>204460 |

Case Number:      8:03-CR-77-T-30TBM                    Page 94 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 502 | 1 4 JUN 2005 | | *Eddie Tuttle* | SAA address book (old) 204461 |
| T-502 | | | | English translation of above exhibit |
| 503 | 1 4 JUN 2005 | | *Eddie Tuttle* | SAA 1990 Weekly-Minder with names, telephone numbers and addresses 204462 |
| 504 | 1 4 JUN 2005 | 2 1 JUL 2005 | *Eddie Tuttle* *Fouad Ghirra* | Notes regarding issues and events in Middle East 501042 |
| T-504 | 2 JUL 2005 | | *Fouad Ghirra* | English translation of above exhibit |
| 505 | 1 4 JUN 2005 | | *Eddie Tuttle* | Letter to Fathi Shiqaqi from Hezbollah, dated 03/07/92, announcing Secretary-General 500004 |
| T-505 | | | | English translation of above exhibit |
| 506 | 1 4 JUN 2005 | 2 1 JUL 2005 | *Eddie Tuttle* *Fouad Ghira* | Envelope addressed to ICP from Fawaz Damra, postmarked 07/06/92, with notes 500331 |
| T-506 | 2 1 JUL 2005 | | *Fouad Ghirra* | English translation of above exhibit |
| 507 | | | | Letter to Khalil from Abu Yasmin, dated 08/24/92 500033 |
| T-507 | | | | English translation of above exhibit |
| 508 | | | | Letter to STH at WISE from Zaki Omar Al-Talha, dated 10/30/93, discussing the Strategic Studies Center 500290 |
| T-508 | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                              Page 95 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 509 | 21 JUL 2005 | | Fouad Gherra | Letter to SAA from Abdel Ilah, faxed 04/19/94, requesting $3,200 to be sent to Al-Shourouq Assoc./Jerusalem through Cairo Bank/Amman for 32 orphans 500333 |
| T-509 | 21 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 510 | 14 JUN 2005 | | Eddie Tuttle | 1993 Official Calendar of the PIJ 500399 |
| T-510 | 21 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 511 | 14 JUN 2005 27 JUL 2005 | | Eddie Tuttle Kerry Myers | Inquiry Magazine, Vol. 2, No. 7, 03/04/93, containing article regarding expulsion of PIJ and HAMAS activists and article regarding Isam Brahma's death on 12/10/92 204477 |
| 512 | 14 JUN 2005 31 OCT 2005 | | Eddie Tuttle Taha Hammouden | Inquiry Magazine, Vol. 3, No. 9, Spring 1994 cover + inside cover only 204479 |
| 513 | 14 JUN 2005 | | Eddie Tuttle | IRS Notice to ICP, dated 05/09/90, assigning ICP EIN 59-3005230 203711 |
| 514 | 14 JUN 2005 | | Eddie Tuttle | INS Form I-797, dated 12/02/93, approving RAS for H-1B visa 203682 |
| 515 | 14 JUN 2005 | | Eddie Tuttle | State of Florida Department of Revenue Notice of tax delinquency, dated 09/08/94, with handwritten notes on back 203726 |

Case Number:        8:03-CR-77-T-30TBM                    Page 96 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 516 | 1 4 JUN 2005 | 2 1 JUL 2005 | Eddie Tuttle / Fouad Gherra | Copy of letter to Ismail Al-Shatti from SAA, dated 02/10/95, requesting funds for the PIJ  500003 |
| T-516 | | 2 1 JUL 2005 | Fouad Gherra | English translation of above exhibit |
| 517 | 1 4 JUN 2005 | | Eddie Tuttle | SAA response to The Tampa Tribune articles, dated 06/08/95, third draft  200238-45 |
| 518 | 1 4 JUN 2005 | | Eddie Tuttle | WISE Statement, dated 10/31/95, regarding WISE mission and RAS  203725 |
| 519 | 1 4 JUN 2005 | | Eddie Tuttle | IRS Form 1040 Individual Income Tax Return for SAA and NAA for 1993, showing $55,000 casualty loss  203927 |
| 520 | 1 4 JUN 2005 | | Eddie Tuttle | Nationsbank Personal Financial Statement, dated 09/01/93, signed by SAA, claiming U.S. citizenship  203951 |
| 521 | 1 4 JUN 2005 | | Eddie Tuttle | Nationsbank Personal Financial Statement, dated 07/01/95, signed by SAA, showing 50% interest in Copy time  203933 |
| 522 | 1 4 JUN 2005 | | Eddie Tuttle | FUNB Cashier's Check 13809463, dated 11/02/93, payable to Bank Atlantic, in the amount of $53,957.80, purchased by ICP  203952 |

Case Number:        8:03-CR-77-T-30TBM                    Page 97 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 523 | 1 4 JUN 2005 | 0 7 SEP 2005 | *Eddie Tuttle* | Nationsbank WireTransfer Notice, dated 04/13/92, showing an outgoing wire transfer from Account #14 to Arab Bank (Najeh Shihab) for $20,000 <br><br> 203957 |
| 524 | 1 4 JUN 2005 | | *Eddie Tuttle* | Index card with Najeh Shihab account information and reference to four transfers totaling $110,000 <br><br> 203957 |
| 525 | 1 4 JUN 2005 | 0 7 SEP 2005 | *Eddie Tuttle* <br> *Michael. Wysocki* | NCNB Wire Transfer Request, dated 05/07/92, submitted by SAA, to wire transfer $30,000 from Account 15 to Arab Bank (Shihab) <br><br> 203980 |
| 526 | 1 4 JUN 2005 | 0 7 SEP 2005 | *Eddie Tuttle* <br> *Michael Wysocki* | Nationsbank Wire Transfer Notice, dated 06/04/92, showing an outgoing wire transfer from TAK Account 16 to Arab Bank (Shihab) for $30,000 <br><br> 203958 |
| 527 | 1 4 JUN 2005 | 0 7 SEP 2005 | *Eddie Tuttle* <br> *Michael Wysocki* | Nationsbank Wire Transfer Notice, dated 07/02/92, showing an outgoing wire transfer from TAK Account 16 to Arab Bank (Shihab) for $20,000 <br><br> 203960 |
| 528 | 1 4 JUN 2005 | 0 7 SEP 2005 | *Eddie Tuttle* <br> *Michael. Wysocki* | Nationsbank Wire Transfer Notice, dated 10/01/92, showing an outgoing $20,000 wire transfer from Account 15 to Arab Bank (Shihab) <br><br> 203962 |

Case Number:        8:03-CR-77-T-30TBM                    Page 98 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 529 | 14 JUN 2005 | | Eddie Tuttle | Nationshank Wire Transfer Notice, dated 10/22/92, showing an outgoing $20,000 wire transfer from Account 15 to Arab Bank (Shihab) |
| | 07 SEP 2005 | | Michael Wysocki | 203963 |
| 530 | 14 JUN 2005 | | Eddie Tuttle | FUNB Cashier's Check 12159536, dated 04/24/92, payable to Samih Hamoudah, in the amount of $8,900, purchased by Sammy Arian |
| | | | | 203971 |
| 531 | 14 JUN 2005 | | Eddie Tuttle | FUNB Cashier's check 12307956, dated 07/24/92, payable to Samih Hamoudah in the amount of $7,600, purchased by Sammy Arian |
| | | | | 203972 |
| 532 | 14 JUN 2005 | | Eddie Tuttle | FUNB Check 560, dated 12/10/94, drawn on STH Account #17, payable to Khalil Shikaki, in the amount of $3,250, signed by STH |
| | | | | 204056 |
| 533 | | | | NCNB Deposit Ticket, dated 12/15/94, for KS Account 29, showing a $3,250 deposit |
| | | | | 204056 |
| 534 | 14 JUN 2005 | | Eddie Tuttle | FUNB Cashier's Check 15237813, dated 01/25/95, payable to IAF, in the amount of $4,000, purchased by ICP |
| | | | | 203925 |
| 535 | 14 JUN 2005 | | Eddie Tuttle | FUNB Funds Transfer Request, dated 02/28/95, submitted by STH, to wire transfer $3,190 to Arab Bank Nablus (Mekawi) from STH Account #17 |

Case Number:        8:03-CR-77-T-30TBM                              Page 99 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 536 | 1 4 JUN 2005 | | *Eddie Tuttle* | FUNB Funds Transfer Request, dated 03/24/95, submitted by STH, to wire transfer $5,500 to bank of Boston (Bseisso) from STH Account 17<br><br>204056 |
| 537 | 1 4 JUN 2005 | | *Eddie Tuttle* | USFFCU VISA Account 4820-0051-6058-4107 for SAA, dated 01/23/89, showing Mo. lodging charge<br><br>202981 |
| 538 | 1 4 JUN 2005 | | *Eddie Tuttle* | USFFCU VISA Account 4605-7751-6058-4106, dated 01/26/90, showing 12/90 charges in Chicago<br><br>202961-62 |
| 539 | | | | United Airlines Passenger Coupon 016-7480907618-2  issued 05/21/91, for Mr. B. Nafli<br><br>202530 |
| 540 | 1 4 JUN 2005 | 1 1 JUL 2005 | *Eddie Tuttle*<br>*Sally Hayes* | Delta Frequent Flyer Account Statement for Account 2050048137, dated 08/31/91<br><br>203249 |
| 541 | 0 9 JUN 2005 | 1 1 JUL 2005 | *John Mule*<br>*Sally Hayes* | Royal Jordanian Agency Debit Memo 8960085190, dated 07/20/92, showing travel for Mr. A. Oudeh on 12/23/91<br><br>202343 |
| 542 | 1 4 JUN 2005 | 1 1 JUL 2005 | *Eddie Tuttle*<br>*Sally Hayes* | McCormick Center Hotel bill, dated 12/29/92, showing charges for STH<br><br>203227 |
| 543 | 1 4 JUN 2005 | | *Eddie Tuttle* | Saudi Arabian Airlines Flight coupon 3-065-4451277061-5, issued to SAA on 04/27/94<br><br>203356 |

Case Number:      8:03-CR-77-T-30TBM                    Page 100 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 544 | 1 4 JUN 2005 | | *Eddie Tuttle* | TWA Boarding Pass for SAA, dated 05/01/94 203347 |
| 545 | 1 4 JUN 2005 | | *Eddie Tuttle* | Minhal Holiday Inn Statement for SAA for 05/02/94 to 05/09/94 203353 |
| 546 | 1 4 JUN 2005 | | *Eddie Tuttle* | American Express statement for Account 3721-558492-61005, dated 06/08/94,f or SAA 203146 |
| 547 | 1 4 JUN 2005 | | *Eddie Tuttle* | Minhal Holiday Inn Riyadh Foreign Currency Cash Receipt 5977, for SAA 203348 |
| 548 | | | | Saudi Arabian Airlines Passenger Coupon 065-4453197608-6, issued 05/05/94 203357 |
| 549 | 1 4 JUN 2005 | | *Eddie Tuttle* | Saudi Boarding Pass for SAA for FL SV 1842 on 05/05 203350 |
| 550 | 1 4 JUN 2005 | | *Eddie Tuttle* | Minhal Holiday Inn Riyadh statement for SAA for 05/0894 to 05/12/94 203354 |
| 551 | 1 4 JUN 2005 | | *Eddie Tuttle* | American Express card member copy of receipt for charges at Minhal Holiday Inn Riyadh 203742 |