Case Number:        8:03-CR-77-T-30TBM                              Page 101 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 552 | | | | Minhal Holiday Inn Riyadh message envelope, dated 05/11/94, for Mr. Sami, Room 627 <br><br>203232 |
| 553 | 1 4 JUN 2005 | | *Eddie Tuttle* | Minhal Sofitel Hotel-Abu Driyab taxi service receipt 24897 <br><br>203349 |
| 554 | 1 4 JUN 2005 | | *Eddie Tuttle* | Saudi Arabian Airlines Passenger Coupon 065-4453064556-3, issued 05/12/94 <br><br>203358 |
| 555 | 1 4 JUN 2005 | | *Eddie Tuttle* | Al-Attas Hotel, Jeddah, S.A., statement, dated 05/19/94, plus AMEX charge receipt for SAA <br><br>203359 |
| 556 | 1 4 JUN 2005 | | *Eddie Tuttle* | Saudi Baggage Identification Tag SV 192614 <br><br>203355 |
| 557 | | | | Northwest Airlines Passenger Coupon, issued 02/12/95, for SAA <br><br>203329 |
| 558 | 1 4 JUN 2005 | 1 1 JUL 2005 | *Eddie Tuttle* <br> *Sally Hayes* | Northwest World Perks for SAA, dated 05/31/95 <br><br>203166 |
| 559 | 1 4 JUN 2005 | 1 1 JUL 2005 | *Eddie Tuttle* <br> *Sally Hayes* | American Express Statement for SAA, dated 03/09/95 <br><br>203137 |

Case Number:     8:03-CR-77-T-30TBM                    Page 102

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 559 | 1 4 JUN 2005 | 1 1 JUL 2005 | Eddie Tuttle Sally Hayes Federal Bureau of Investigation | American Express Statement for SAA, dated 03/09/95 203137 |
| 560 | | | Eddie Tuttle Sally Hayes Federal Bureau of Investigation | Kiwi International Passenger Coupon 538-7511171526-5, issued 05/05/95 203214 |
| 561 | 1 4 JUN 2005 | 1 1 JUL 2005 | Eddie Tuttle Sally Hayes Federal Bureau of Investigation | American Express Statement for SAA, dated 06/07/95 203135 |
| 562 | 1 4 JUN 2005 | 1 JUL 2005 | Eddie Tuttle Sally Hayes Federal Bureau of Investigation | American Express Statement for SAA, dated 08/08/95 203133 |
| 563 | 1 4 JUN 2005 | 1 JUL 2005 Sally Hayes | Eddie Tuttle Federal Bureau of Investigation | United Airlines Passenger Coupon 016-7511733797-1, issued 10/03/95, for SAA 203213 |
| 564 | 1 4 JUN 2005 | 1 1 JUL 2005 | Eddie Tuttle Sally Hayes Federal Bureau of Investigation | American Airlines Passenger Coupon 001-8479091558-0, for SAA, dated 10/06/95 203237 |
| 565 | 1 4 JUN 2005 | 1 2 JUL 2005 Tahsin Ali | Eddie Tuttle Federal Bureau of Investigation | Video recording of a roundtable discussion in Cleveland, Ohio, on 04/07/91, with SAA and FD speaking and raising funds for PIJ R-B12R-T14 (OA 7, 8) |
| T-565 | 1 1 JUL 2005 | | Tahsin K. Ali | English translation of above exhibit |
| 565A | 1 1 JUL 2005 | Tahsin Ali | | DVD |
| 566 | 1 4 JUN 2005 | 1 2 JUL 2005 Tahsin Ali | Eddie Tuttle Federal Bureau of Investigation | Video recording of a fund raiser at Beit Hanina Club in Cleveland, Ohio on 09/27/91, with SAA, AAAA and FD R-B9-T12 |
| T-566 | 1 1 JUL 2005 | | Tahsin K. Ali | English translation of above exhibit |
| 566A | 1 1 JUL 2005 | Tahsin Ali | | DVD |

Case Number:        8:03-CR-77-T-30TBM                                    Page 103 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 567 | 1 4 JUN 2005 | 1 3 JUL 2005 | *Eddie Tuttle* *Tahsin Ali* | Video recording of the background song at the start of the ICP event at Currie HS, Chicago, Illinois on 09/29/91 R-B9-T5                    (OA 9) |
| T-567 | | 1 3 JUL 2005 | *Tahsin Ali* | English translation of above exhibit |
| 567A | | 1 3 JUL 2005 | *Tahsin Ali* | *DVD* |
| 567B-H | 1 3 SEP 2005 | | *Ed Ortega* | *photograph stills from 567* |
| 568 | | | | Video recording of presentations at Currie HS by S. Odeh, GZB, SAA, FD, with PIJ posters; GZB is ICP-Chicago; Fund-raising by FD R-B9-T5                    (OA 9) |
| T-568 | | | | English translation of above exhibit |
| 569 | 1 4 JUN 2005 | 2 0 JUL 2005 | *Eddie Tuttle* *Camille Gherra* | Video recording of the coverage of the funeral of Fathi Shiqaqi in 1995, attended by RAS and AAAA R-B7-T18 |
| T-569 | | 2 0 JUL 2005 | *Camille Gherra* | English translation of above exhibit |
| 570 | 1 4 JUN 2005 | | *Eddie Tuttle* | Video recording of the coverage of the death of Khomeine R-B12R-TA2 |
| T-570 | | | | English translation of above exhibit |
| 571 | 1 4 JUN 2005 | | *Eddie Tuttle* | Hizbollah videotape R-B12-TC13 |
| T-571 | | | | English translation of above exhibit |
| 572 | 1 4 JUN 2005 | ★ 2 1 JUL 2005 | *Eddie Tuttle* *Fouad Gherra* | CSII document                    500402 |
| T-572 | | ★ 2 1 JUL 2005 | *Fouad Gherra* | English translation of above exhibit |

★ *Exhibits stricken. ID only.*

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 573<br>573A | 14 JUN 2005 | 23 JUN 2005 | Eddie Tuttle<br>Margaret Fox | IAF Employment Contract for STH for 1994-1995 academic year MAC2/Q296A/Contracts/Sameeh |
| 574<br>574A | 14 JUN 2005 | 23 JUN 2005 | Eddie Tuttle<br>Margaret Fox | IAF Employment Contract for HN for 1994-1995 academic year MAC2/Q296A/Contracts/Nadia |
| 575 | 14 JUN 2005 | 01 SEP 2005 | Eddie Tuttle<br><br>Michael Wysocki | FUNB wire transfer advice, dated 10/03/90, showing $25,000 was sent from ICP Account #23 to Niry Enterprises Account at First Fidelity Bank in New Jersey<br>203970 |
| | | | | |
| | | | | |
| | | | | |
| 580 | 23 JUN 2005 | | Margaret Fox | ICP Preamble, objectives, invitation to St. Louis Conference and list of invited speakers including AAAA and BMN USF 1B1 Q228 MAC/Q228/CONV Video1.86T (OA1) |
| 581 | 23 JUN 2005 | 21 JUL 2005 | Margaret Fox<br>Fouad Ghorra | File with martyrs of Shujaiyya and Limassol USF 1B1 Q228 MAC/Q228/A/IHDA |
| T-581 | | 21 JUL 2005 | Fouad Ghorra | English translation of above exhibit |
| 582 | 23 JUN 2005 | | Margaret Fox | Document of dedication to martyrs of Shujaiyya and Limassol, PIJ member Al-Souri and struggles of AAAA and Fathi Shiqaqi USF 1B1 Q261 MAC/Q261A/Jihad |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                              Page 105 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 583 | 2 3 JUN 2005 | | Margaret Fox | 05/20/89 statement by ICP praising Nidal Zalloum and jointly declaring with HAMAS 06/02/89 as a day of solidarity USF 1B1 Q225 MAC/Q225/Bayan.2 Video1.97                                   (OA 2) |
| 584 | | | | 01/25/95 Email from MSA News regarding Beit Lid attack USF 1B! Q214 Q214A:\AKNBAR MAC1.6 |
| 585 | | | | 01/27/95 Email from MSA News regarding U.S. Freezing PIJ assets and Fathi Shiqaqi's response USF 1B1 Q214 Q214A:\Freez MAC1.4% |
| 586 | | | | 02/05/95 Email from MSA News regarding Fathi Shiqaqi statements after Beit Lid attack USF 1B1 Q214 Q214A:\CHECHNYA MAC1.5 |
| 587 | | | | 03/17/95 Email from MSA News regarding Sheik Omar Abdel Rahman USF 1B1 Q214 MAC1.7B Q214A:\Abdeen |
| 588 | | | | "Political Phases of the Intifadah" by Dr. Yaqub Zaki, with references to PIJ, undated USF 1B1 MAC/Q3/INTI Video1.55 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 600-A | 1 5 JUN 2005 | | Susan Bucenell | Photo of HNF residence at 1275 Farley Avenue, Spring Hill, Florida search location |
| 600-B | 1 5 JUN 2005 | | Susan Bucenell | Diagram of HNF residence |
| 600-C | 1 5 JUN 2005 | | Susan Bucenell | Photo of two brief cases at HNF residence from which certain items were seized |
| 601 | 1 5 JUN 2005 | | Susan Bucenell | Cinco Hermanos Electronics Card for HNF |
| 602 | 1 5 JUN 2005 | | Susan Bucenell | 2001 2002 Annual Report for American Muslim Care Network showing HNF and GZB as officers <br> 1B176 |
| 603 | 1 5 JUN 2005 | | Susan Bucenell | $5.00 Check for American Muslim Care Network to Illinois Secretary of State, dated 3/3/02 <br> 1B176 |
| 604 | 1 5 JUN 2005 | | Susan Bucenell | 800187 <br> Business Card for Chicago Islamic Center President: Hatem Fariz |
| 605-A | 1 5 JUN 2005 | 2 9 JUN 2005 | Susan Bucenell <br> Salah Daoud | MEFS Receipt 11479, dated 12/18/01, for $300, showing AMCN-HNF as sender and Ali Samoury as recipient <br> (OA 285) |
| T-605A | | 2 9 JUN 2005 | Salah Daoud | English translation of above exhibit |
| 605-B | 1 5 JUN 2005 | 2 9 JUN 2005 | Susan Bucenell <br> Salah Daoud | MEFS Receipt 4200, dated 08/29/01, for $400, showing HNF as sender and Ali Samoury as recipient <br> (OA 283) |
| T-605B | | 2 9 JUN 2005 | Salah Daoud | English translation of above exhibit |

Case Number:     8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 605-C | 13 JUN 2005 | 23 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 111487, dated 12/18/01, for $1,300, showing HNF as sender and Salah Abu Hassanein as recipient (OA 286) |
| T-605C | 29 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 605-D | 15 JUN 2005 | 29 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 4109, dated 08/18/01, for $3,300 showing Chicago Islamic Center as sender and Mohammed Al-Sindawy as recipient |
| T-605D | 29 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 605-E | 15 JUN 2005 | 29 JUN 2005 | Susan Bucenell / Sahah Daoud | MEFS Receipt 4234, dated 09/01/01, for $1,600, showing Chicago Islamic Center as sender and Mohammed Al-Sindawy as recipient |
| T-605E | 29 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 605-F | 15 JUN 2005 | 29 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 6128, dated 11/23/01, for $4,500 showing Chicago Islamic Center as sender and Naim Bulbol/Marks Alslami as recipient |
| T-605F | 29 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 606-A | 15 JUN 2005 | 29 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 209581, dated 09/13/02, for $2,000 showing HNF as sender and Saleh Abu Hassanein as recipient (CT 26, 37) (OA 306) |
| T-606A | 29 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 606-B | 15 JUN 2005 | 29 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 164024, dated 05/19/02, for $3,000, showing HNF as sender and Naim Bulbol as recipient (CT 24, 35) (OA 284) |
| T-606B | 29 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 606-C | 15 JUN 2005 | 29 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 245383, dated 11/10/02, for $7,000, showing AMCN as sender and Salah Abu Hassanein as recipient (CT 27, 38) (OA 319) |
| T-606C | 29 JUN 2005 | | Salah Daoud | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                                    Page 108 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 606-D | 1 5 JUN 2005 | 2 9 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 247254, dated 11/17/02, for $5,000, showing HNF as sender and Salah Abu Hassanein as recipient (CT 29, 40) |
| T-606D | 2 9 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 606-E | 1 5 JUN 2005 | 2 9 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 247246, dated 11/17/02, for $5,000, showing HFN as sender and Naim Bulbol as recipient (CT 28, 39) |
| T-606E | 2 9 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 606-F | 1 5 JUN 2005 | 2 9 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 258637, dated 11/30/02, for $2,000, showing HNF as sender and Taha Hammoudeh as recipient |
| T-606F | 2 9 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 606-G | 1 5 JUN 2005 | 2 9 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 268894, dated 12/16/02, for $1,200, showing HNF as sender and Salah Abu Hassanein as recipient (CT 31, 42) |
| T-606G | 2 9 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 606-H | 1 5 JUN 2005 | 2 9 JUN 2005 | Susan Bucenell / Salah Daoud | MEFS Receipt 258116, dated 11/30/02, for $7,500, showing HNF as sender and Naim Bulbol as recipient (CT 30, 41) |
| T-606H | 2 9 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| | | | | |
| 607 | 1 5 JUN 2005 | 1 2 SEP 2005 | Susan Bucenell / Mohammad Joud | Chicago Islamic Center receipt booklet with Receipt No. 001318, dated 11/12/02, showing $500 donation from Mohammad Joud |
| | | | | |
| 608 | 1 5 JUN 2005 | | Susan Bucenell | 703141 AMCN pledge form executed by Mohammad Joud |

Case Number:        8:03-CR-77-T-30TBM                                    Page 109 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 609-A | 1 5 JUN 2005 | | Susan Bucenell | 703998 Letter from Middle East Financial Services to Chicago Islamic Center, dated 8/9/2002 regarding advertisement |
| 609-B | 3 8 JUN 2005 | 2 9 JUN 2005 | Susan Bucenell Salah David | Letter to CIC from MEFS, dated 9/30/2002, addressed to GZB, regarding account |
| 610 | 1 5 JUN 2005 | 1 3 SEP 2005 | Susan Bucenell Ed Ortega | Al Birr Wal-Ehssan Society receipt to Islamic Community Brothers (from Hassanein per Middle East Financial Receipt for $ transfer #134998 - tel #) |
| T-610 | | 1 3 SEP 2005 | Ed Ortega | English translation of above exhibit |
| 611 | 1 5 JUN 2005 | JUL 2005 | Susan Bucenell (up) Ziad Abu Amr (Adm) | Internet pages - elehssan.org |
| T-611 | | 1 3 JUL 2005 | Ziad Abu Amr | English translation of above exhibit |
| 612 | 1 5 JUN 2005 2 1 JUN 2005 | 2 JUL 2005 | Susan Bucenell Matthew Levitt Marwam Khalil | 800442 Envelope with Cards for AMCN and Abu Ahmed / Elehssan Society taped |
| T-612 | | 2 5 JUL 2005 | Marwam Khalil | English translation of above exhibit |
| 613 | 1 5 JUN 2005 | 2 5 JUL 2005 | Susan Bucenell Marwam Khalil | 800243 Sheets of paper with Sh. Naim Nasser Bulbol, Elehssan Society and AMCN |
| T-613 | | 2 2 JUL 2005 | Marwam Khalil | English translation of above exhibit |
| 614 | 1 5 JUN 2005 | | Susan Bucenell | 703690 Passport for Naim Nasser Bulbol from Yemen |
| 615-A | 1 5 JUN 2005 | | Susan Bucenell | 703826 More than video card with name Bulbol, Naim ID# 8358 |

Case Number:        8:03-CR-77-T-30TBM                    Page 110 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 615-B | 1 5 JUN 2005 | | Susan Bucenell | Copy Time Business Card, A. Raouf Dabus, President |
| 615-C | 1 5 JUN 2005 | | Susan Bucenell | 800399 Channel Bind Business Card, A. Raouf Dabus, Sales Repr. |
| 616 | 1 5 JUN 2005 | | Susan Bucenell | Receipt No. 4222 showing Naim Bulbol paid $75.00 for professional services on 6/21/94 |
| 617 | 1 5 JUN 2005 | | Susan Bucenell | 703878 Bank record from TCF Bank for AMCN with note |
| T-617 | 1 3 SEP 2005 | | Ed Ortega | English translation of above exhibit |
| 618 | 1 5 JUN 2005 | | Susan Bucenell | 703700 Hotel receipt showing telephone call to Bolbol, dated 02/07/2003 |
| 619 | 1 5 JUN 2005 | 1 3 SEP 2005 | Susan Bucenell Ed Ortega (Adm | List of donors/donations with note -- $4,500 for Bolbol |
| T-619 | 1 3 SEP 2005 | | Ed Ortega | English translation of above exhibit |
| 620 | 1 5 JUN 2005 | | Susan Bucenell | T & T Foods Check to SAA for $300 on 11/30/00 from HNF |
| 621 | 1 5 JUN 2005 | | Susan Bucenell | 703947, 704948 Scratch paper w/SAA and AirTran Airways Flight information for SAA |
| 622 | 1 5 JUN 2005 | | Susan Bucenell | HNF Business Card for Voice of Jerusalem with SAA name/tel #/address on back |

Case Number:      8:03-CR-77-T-30TBM                                    Page 111 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 623 | 15 JUN 2005 | | Susan Bucenell | 703303<br>Envelope bearing S. Hammoudeh name and address |
| 624 | 15 JUN 2005 | | Susan Bucenell | Paper with STH  6004 Soaring Avenue address |
| 625-A | 15 JUN 2005 | | Susan Bucenell | TCF Bank Check 430, dated 7/9/97, drawn on HNF Acct 85, in the amount of $250, payable to STH |
| 625-B | 15 JUN 2005 | | Susan Bucenell | TCF Bank Check 604, dated 6/12/98, drawn on HNF Acct 85, in the amount of $450, payable to STH |
| 625-C | 15 JUN 2005 | | Susan Bucenell | TCF Bank Check 1018, dated 6/21/2000, drawn on HNF Acct 85, in the amount of $300, payable to STH |
| 625-D | 15 JUN 2005 | | Susan Bucenell | TCF Bank Check 1249, dated 7/29/01, drawn on HNF Acct 85, in the amount of $800, payable to STH |
| 626 | 15 JUN 2005 | | Susan Bucenell | 800342<br>HNF's Address/Telephone Book |
| T-626 | 19 SEP 2005 | | Ed Ortega (stip) | English translation of above exhibit |
| 627 | 15 JUN 2005 | | Susan Bucenell | 800401<br>HNF's Address/Telephone Book (WISE, RAS, SAA, GZB, Bulbol, Tel #'s) |
| T-627 | 19 SEP 2005 | | Ed Ortega (stip) | English translation of above exhibit |
| 628 | 15 JUN 2005 | | Susan Bucenell | 800435<br>HNF's Address/Telephone Book (MAN, MAN brother, RAS, SAA, ____ Rest.) |
| T-628 | 19 SEP 2005 | | Ed Ortega (stip) | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                          Page 112 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 629 | | | | 703322 <br> Paper with words "VISA" and "Odeh Passport" |
| 630-A | 1 5 JUN 2005 | | Susan Bucenell | Sharp Electronic Organizer |
| 630-B | 2 3 JUN 2005 | | Charles Wilmore | Download of information - telephone numbers |
| 631 | 1 5 JUN 2005 | | Susan Bucenell | HNF TCF Check No. 1319 to TPA Coalition for Justice for $2000, dated 12/12/01 |
| 632 | 1 5 JUN 2005 | | Susan Bucenell | GZB Grand Jury Subpoena with note (2/11/98 @ 9:30 am) <br> 703883 |
| 633 | 1 5 JUN 2005 | | Susan Bucenell | 703297 <br> Express Mail Receipt re: Fawaz Damra, dated 8/30/2000 |
| 634-A | 1 5 JUN 2005 | | Susan Bucenell | 703295 <br> Islamic Society Paper with Fawaz Damra's Ohio address |
| 634-B | 1 5 JUN 2005 | | Susan Bucenell | 800227 <br> Paper with Fawaz Damra's Ohio address |
| 635 | 1 5 JUN 2005 | | Susan Bucenell | 800313 <br> Business Cards for Fawaz Damra, Imam |
| 636 | 1 5 JUN 2005 | | Susan Bucenell | 800353 <br> 3 Photographs of RAS and HNF |
| 637 | 1 5 JUN 2005 | | Susan Bucenell | 3 Photographs of RAS and others eating at a restaurant |

EXHIBIT LIST

Case Number:       8:03-CR-77-T-30TBM

Page 113 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 638 | 1 5 JUN 2005 | | Susan Bucenell | 3 Photographs of RAS in brown robes with HNF and GZB |
| 639 | 1 5 JUN 2005 | | Susan Bucenell | Photograph of RAS and NNB |
| 640 | 1 5 JUN 2005 | | Susan Bucenell | Two photographs of HNF with Al Qassam poster and PIJ poster in background |
| 641 | 1 5 JUN 2005 | | Susan Bucenell | Photograph of Chicago Islamic Center |
| 642 | 1 5 JUN 2005 | | Susan Bucenell | Photograph of HNF and NNB |
| 643 | 1 5 JUN 2005 | | Susan Bucenell | Photograph of HNF at podium with Al Qassam PIJ poster |
| 644 | 1 5 JUN 2005 | | Susan Bucenell | Photographs of stage with Al Qassam/PIJ posters |
| 645 | 1 5 JUN 2005 | | Susan Bucenell | Photograph of HNF and SAA |
| 646 | 1 5 JUN 2005 | | Susan Bucenell | Photograph of HNF, MAN and GZB |
| 647 | 1 5 JUN 2005 | | Susan Bucenell | Photographs of HNF, GZB, FD, and NNB |
| 648 | 1 5 JUN 2005 | | Susan Bucenell | Photographs of HNF and NNB in athletic clothing |
| 649 | 1 5 JUN 2005 | | Susan Bucenell | Photographs of HNF holding a gun |

Case Number:     8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| EXHIBIT LIST | | | | |
| 650 | 1 5 JUN 2005 | | Susan Bucenell | 3 Photographs of STH with others |
| 651-A | 1 5 JUN 2005 | 0 8 SEP 2005 | Susan Bucenell (ID) / M. Hasan (Adm) | Photo No. 1 - HNF and NNB |
| 651-B | 1 5 JUN 2005 | | Susan Bucenell | Photo No. 2 - PIJ poster on wall |
| 651-C | 1 5 JUN 2005 | 0 8 SEP 2005 | Susan Bucenell / M. Hasan (Adm) | Photo No. 3 - HNF and NNB with PIJ posters hanging on tent |
| 651-D | 1 5 JUN 2005 | 0 8 SEP 2005 | Susan Bucenell / M. Hasan (Adm) | Photo No. 4 - RAS and others |
| 651-E | 1 5 JUN 2005 | | Susan Bucenell | Photo No. 5 - PIJ posters |
| 651-F | 1 5 JUN 2005 | | Susan Bucenell | Photo No. 6 - HNF, NNB and others with PIJ posters |
| 651-G | 1 5 JUN 2005 | 0 8 SEP 2005 | Susan Bucenell / M. Hasan (Adm) | Photo No. 7 - HNF, NNB, GZB and others with PIJ posters |
| 651-H | 1 5 JUN 2005 | 0 8 SEP 2005 | Susan Bucenell / Ed Ortega (stip) | Photo No. 8 - HNF with PIJ posters |
| 651-I | 1 5 JUN 2005 | | Susan Bucenell | Photo No. 9 - HNF |
| 652 | 1 5 JUN 2005 | | Susan Bucenell | Photos of HNF, NNB, GZB and Fayez Ammoura and PIJ posters |
| 653 | 2 1 JUN 2005 | 2 7 JUN 2005 | Matthew Levitt / Keith Arndt | QTP 258 (disk) (image of F.S. - 6th anniversary of his death - defendant put this in disk) |
| T-653 | 1 9 SEP 2005 | | Ed Ortega (stip) | English translation of caption |
| 654 | 2 7 JUN 2005 | | Keith Arndt | QTP 372 (disk) Visa Letter for signature of AAAA |
| 655 | 2 7 JUN 2005 | | Keith Arndt | QTP 492 File AMCN 2002 Draft letter for food pkgs for 50,000 orphans |

Case Number:        8:03-CR-77-T-30TBM

Page 115 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| | | **EXHIBIT LIST** | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 656 | 27 JUN 2005 | | Keith Arndt | QTP 492<br>File Eid Gift.doc<br>Draft donation sheet for Needy Kids Program |
| 657 | 27 JUN 2005 | | Keith Arndt | QTP 473<br>Chicago Islamic Center a/k/a AMCN "thank you" letter |
| 658 | 27 JUN 2005 | | Keith Arndt | QTP 339 (disk)<br>El-Ehssan Association Preamble and philosophy |
| 659 | 27 JUN 2005 | | Keith Arndt | QTP 226           VYCURP4A/3[1].ipg<br>PIJ Internet banner w/logo, Fathi Shiqaqi - blue background (temp internet file) |
| 660 | 28 JUN 2005 | | Keith Arndt | QTP 226           4PGTODG3/LINK<br>List of Website (temp internet file) |
| 661 | 21 JUN 2005<br>28 JUN 2005 | | Matthew Levitt<br>Keith Arndt | QTP 226   My docs/my pics<br>Photo of RAS and two others<br>(photo consciously saved on computer) |
| 662 | 28 JUN 2005 | | Keith Arndt | QTP 226           G9K5U789/PIC<br>Photograph of person with PIJ logo |
| 663 | 28 JUN 2005 | | Keith Arndt | QTP 226           KTABSDMB/PIC 100101<br>Photo of individual w/gun and PIJ logo |
| 664 | 28 JUN 2005 | | Keith Arndt | QTP 226           OJZFAXIH/MB/03[l].ipg<br>Photo of Abdellah Al-Shami - PIJ leader in Gaza |

Case Number:      8:03-CR-77-T-30TBM                    Page 116 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 665 | 2 8 JUN 2005 | | Keith Arndt | QTP 226 Qudsway.com message                458POBW3 |
| T-665 | 0 6 OCT 2005 | | Camille Ghorra | English translation of above exhibit |
| 666 | | | | Deconstructor Report for 1/16/2003 - HNF visited Qudsway.com |
| 667 | 2 8 JUN 2005 | | Keith Arndt | Deconstructor Report for 1/24/2003 - HNF visited Qudsway.com |
| 668-A | 2 8 JUN 2005 | | Keith Arndt | QTP 226-1/Partition-1 QTP-226/KTAOSDMB Selected photos/images from 01/07/03 edition of Al Hayat newspaper, with RAS interview |
| T-668-A | | | | English translation of above exhibit |
| 668-B | 2 8 JUN 2005 | | Keith Arndt | QTP 226/OJZFAK1H, QTP 226/G9K5U789, QTP 226/OJZFAK1H Selected photos/images from 01/08/03 edition of Al Hayat newspaper |
| T-668-B | | | | English translation of above exhibit |
| 668-C | 2 8 JUN 2005 | | Keith Arndt | QTP 226/G9K5U789 Selected photos/images from  01/09/03 edition of Al Hayat newspaper with RAS interview |
| T-668-C | 2 8 JUN 2005 | | | English translation of above exhibit |
| 668-D | 2 8 JUN 2005 | | Keith Arndt | QTP 226/GPK5U789 Selected photos/images from 01/10/03 edition of Al Hayat newspaper with RAS interview |
| T-668D | 2 8 JUN 2005 | | | English translation of above exhibit |
| 668-E | 2 8 JUN 2005 | | Keith Arndt | QTP226-1/Partition-1/33DVRX4;QTP226 45POBW3; QTP 226OJZFAK1H Selected photos/images from 01/11/03 edition of Al-Hayat newspaper, with RAS interview |

Case Number:      8:03-CR-77-T-30TBM                           Page 117 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-668-E | | | | English translation of above exhibit |
| | | | | |
| 669 | | | | QTP 226                33DUKX46<br>Photo of HNF - showing HNF uses computer |
| 670 | 2 9 JUN 2005 | | Keith Arndt | QTP 227        My documents/my pictures/<br>Photo of Fathi Shiqaqi (this was downloaded and saved) |
| 671 | 2 8 JUN 2005 | | Keith Arndt | QTP 227                triHIO,HG<br>RAS speech, a eulogy for PIJ martyrs, dated 7/6/2001 |
| T-671 | | | | English translation of above exhibit |
| 672-A | 1 5 JUN 2005 | | Susan Bucenell | Equifax letter with handwritten note re Jihad Islami |
| 672-B | 1 5 JUN 2005 | | Susan Bucenell | Equifax letter with handwritten note re Jihad Islami and computer header for Qudscall |
| 673 | 1 5 JUN 2005<br>1 3 SEP 2005<br>1 3 SEP 2005 | | Susan Bucenell (ID)<br>Ed Ortega | 800386<br>The PIJ Newspaper "Al-Jihad Al-Islami" with pictures of Al-Shoujaia martyrs |
| T-673 | 1 3 SEP 2005<br>1 3 SEP 2005 | | Ed Ortega | English translation of above exhibit |
| 674 | 1 5 JUN 2005 | | Susan Bucenell | 800236/800188<br>PIJ announcement regarding procession of martyrs (PIJ announcement for www.palestine which announces death of PIJ-Abu Ali Mustafa) |
| T-674 | | | | English translation of above exhibit |
| 675 | 1 5 JUN 2005<br>3 0 JUN 2005 | | Susan Bucenell<br>Fouad Ghafra | 800382<br>PIJ communique regarding security |

Case Number:     8:03-CR-77-T-30TBM                    Page 118 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| EXHIBIT LIST | | | | |
| T-675 | 2 JUL 2005 | | Darrin Delaney | English translation of above exhibit |
| 675-1 | 2 JUL 2005 | | Darrin Delaney | |
| 676-A | 15 JUN 2005 | 12 JUL 2005 | Susan Bucenell / Tahsin Ali | Islamic Vanguard Magazine                     801237 |
| T-676-A | 11 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 676-B | 15 JUN 2005 | 12 JUL 2005 | Susan Bucenell | HNF article taken from magazine |
| T-676-B | 12 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 677 | 15 JUN 2005 | | Susan Bucenell | Summary of anti-terror and effective Death Penalty Act of 1996 |
| 678 | | | | Compilation of excerpts from video tapes from HNF's residence |
| 679 | 15 JUN 2005 | | Susan Bucenell | Video recording of a news report of a PIJ attack in Jerusalem 1B1-59 800137 |
| 680 | 15 JUN 2005 | | Susan Bucenell | Video recording of an interview of RAS, head of the PIJ 1B1-59 800145 |
| 681 | 15 JUN 2005 | | Susan Bucenell | Video recording of several news reports: (1) PIJ suicide bombing in Jerusalem; (2) RAS speech; (3) PIJ/HAMAS joint operation 1B159 800148 |
| 682 | 15 JUN 2005 | | Susan Bucenell | Video recording of several news reports: (1) Festival of the Intifada; (2) RAS speech 1B173 800294 |

Case Number:        8:03-CR-77-T-30TBM                              Page 119 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 683 / 683A<br>T683 1 5<br>683A1<br>T683A | JUN 2005 | | Susan Bucenell | Video recording of several news reports: (1) funeral of PIJ martyr; (2) PIJ operation; (3) PIJ speaker at funeral<br>1B173 800295 |
| 684    1 5<br>T684  1 | 3 JUN 2005<br>3 SEP 2005 | | Susan Bucenell<br>Camille Ghorra | Video recording of a funeral of a PIJ martyr<br>1B173 800296 |
| T684A 1 | 3 SEP 2005 | | Camille Ghorra | |
| 685    1 5 | JUN 2005<br>1 3 SEP 2005 | | Susan Bucenell<br>Ed Ortega | Video recording of the funeral of Fathi Shiqaqi; comments critical of Arab nations<br>1B173 800298 |
| 686    1 5 | JUN 2005 | | Susan Bucenell | Video recording of the celebration of the Fifth Anniversary of the death of FS<br>1B173 800297 |
| 687    1 5 | JUN 2005 | | Susan Bucenell | Video recording of an interview of FS discussing the Oslo Peace Accords<br>1B173 800300 |
| 688 | 0 5 | OCT 2005 | Keith Arndt | Al Hayat newspaper, 01/07/03 edition, interview of RAS |
| T-688 | 2 3 | AUG 2005 | Kerry Myers stip | English translation of above exhibit |
| 689 | 0 5 | OCT 2005 | Keith Arndt | Al Hayat newspaper, 01/08/03 edition, interview of RAS |
| T-689 | 2 3 | AUG 2005 | Kerry Myers (stip | English translation of above exhibit |
| 690 | 0 5 | OCT 2005 | Keith Arndt | Al Hayat newspaper, 01/09/03 edition, interview of RAS |
| T-690 | 2 3 | AUG 2005 | Kerry Myers (stp) | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                               Page 120 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 691 | 05 OCT 2005 / 23 AUG 2005 | | Keith Arndt stip | Al Hayat newspaper, 01/10/03 edition, interview of RAS |
| T-691 | 23 AUG 2005 | | Kerry Myers stip | English translation of above exhibit |
| 692 | 05 OCT 2005 | | Keith Arndt | Al Hayat newspaper, 01/11/03 edition, interview of RAS |
| T-692 | 23 AUG 2005 | | Kerry Myers stip | English translation of above exhibit |
| 693 | 12 JUL 2005 | | Stipulation | |
| 694 | | | | |
| 695-A | 16 JUN 2005 | | wayne Nance | Photo of Dr. Osman's office - exterior-search location |
| 695-B | 16 JUN 2005 | | Wayne Nance | Photo of Dr. Osman's office - interior - search location |
| 695-C | 16 JUN 2005 | | wayne Nance | Diagram of Dr. Osman's office - search |
| 695D | 16 JUN 2005 | | wayne Nance | |
| 695E | 16 JUN 2005 | | wayne Nance | |
| 696 | 16 JUN 2005 | | wayne Nance | Floppy diskette QTP522 |
| 697 | 23 JUN 2005 | | Margaret Fox | Printed E-mail address book for HNF |
| 698 | 16 JUN 2005 | | wayne Nance | list of email addresses |
| 700 | 16 JUN 2005 | | | Diagram of STH residence searched and pertinent photographs |

Case Number:      8:03-CR-77-T-30TBM                              Page 121 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 701 | 16 JUN 2005 | 12 JUL 2005 | Russell Hayes / Tahsin Ali | Cairo Amman Bank card for STH Acct 115568, Ramallah Branch 1B-210    800956 |
| 702-A | 08 SEP 2005 | | Michael Wysocki | Summary of receipts found in red binder notebook |
| 702-B | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Package of receipts dated from 12/96 to 3/99                                800632 |
| 702-C | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Letter to Islam Expatriate Community of Florida from Family Welfare Assoc., dated 2/5/97, acknowledging receipt of $1,000 donation |
| 702-D | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Letter to STH from Nat'l School for Blind Girls thanking him for his support, dated 5/17/97 |
| 702-E | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Letter to Charitable Association of the State of Florida from Al-Amari Mosque, dated 10/2/97, thanking them for their support |
| 702-F | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | A statement of expenditures for Jan. through Apr. 1998, in the amount of $6,257, dated 4/14/98 |
| 702-G | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Statement of expenditures for Apr. 1998, for $2,000 |
| 702-H | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Statement of expenditures for July 1998, in the amount of $1,535, dated 7/20/98 |
| T 702 B-H | 12 JUL 2005 | | Tahsin Ali | |
| 703-A | 08 SEP 2005 | | Michael Wysocki | Summary of receipts for $4,000 payment of 1/99 |
| 703-B | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Package of receipts dated in 1/99 |
| 703-C | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Envelope in which receipts were found |
| 703-D | 16 JUN 2005 | 16 JUN 2005 | Russell Hayes | Letter describing the purported distribution of funds, dated 1/23/99 |
| T 703 BD | 12 JUL 2005 | | | |
| 704 | 16 JUN 2005 | | Russell Hayes | List of IIIT English Publications |

Case Number:        8:03-CR-77-T-30TBM                    Page 122 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 710 A-C | 27 JUN 2005 | | Thomas Rose | Diagrams and photos of GZB residence |
| | | | | |
| 711-A | 27 JUN 2005 | | Thomas Rose | Letter from BankOne to GZB, dated 6/4/2002, informing him that the FBI had subpoenaed his bank acct. 1B-9   704904 |
| 711-B | 27 JUN 2005 | | Thomas Rose | Letter from FBI to BankOne requesting records of GZB's account 1B-9   704905 |
| 712 | 27 JUN 2005 | | Thomas Rose | Arab Bank document, dated 8/6/97, regarding GZB Acct 9030-614971-5/510   800788 |
| 713 | 27 JUN 2005 | | Thomas Rose | GZB US Passport with photo and signature 2/85   800791 |
| 714 | 27 JUN 2005 | | Thomas Rose | 12/83 Issue of Islamic Vanguard, showing contact address of P.O. Box 21006, Greensboro, NC  27420 1B-24   800832 |
| 715 | 27 JUN 2005 | 27 JUN 2005 | Thomas Rose | 7/84 Issue of Islamic Vanguard, showing contact address of P.O. Box 21006, Greensboro, NC  27420 1B-24   800833 |

Case Number:      8:03-CR-77-T-30TBM                          Page 123 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 716 | 2 2 JUN 2005 | | Thomas Rose | Issue of Islamic Vanguard, showing contact address of P.O. Box 33807, Raleigh, NC 27606<br>1B-22    800822 |
| 717 | | | | Look's Deconstructor Report, showing visits to Qudsway.com |
| 718 | 2 8 JUN 2005 | | Keith Arndt | List of martyrs<br>QTP493 |
| T-718 | | | | English translation of above exhibit |
| 719 | 2 8 JUN 2005 | | Keith Arndt | Photo of militants wearing PIJ headbands<br>QTP494 |
| 720 | 2 8 JUN 2005<br>1 2 JUL 2005 | | Keith Arndt<br>Tahsin Ali | PIJ claim that HAMAS and FATAH had nothing to do with Hebron attack, dated 11/16/02<br>QTP494 |
| T-720 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 721 | 2 8 JUN 2005<br>1 2 JUL 2005 | | Keith Arndt<br>Tahsin Ali | RAS issues PIJ claim of responsibility for attack at Hebron, dated 11/19/02<br>QTP494 |
| T-721 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 722 | | | | PIJ poster showing individual holding two rifles<br>QTP493 |
| 723 | | | | Photo of PIJ individual with PIJ logo<br>QTP494 |

Case Number:        8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| | | | | EXHIBIT LIST |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 724 | | | | Photo of two individuals wearing white masks QTP494 |
| 725 | | | | Photo of blown-up bus |
| 726 | | | | Photo of Israeli workers responding to bombing QTP494 |
| 727 | | | | Photo of Israeli workers with stretcher QTP494 |
| 728 | | | | Photo of Israeli workers near bus QTP494 |
| 729 | 2 8 JUN 2005 | | Keith Arndt | Article - Terrorism Q & A regarding HAMAS and PIJ QTP494 |
| 730 | 2 8 JUN 2005 | | Keith Arndt | Ghassan Ballut resume QTP493 |
| 731 | 2 8 JUN 2005 | | Keith Arndt | Letter from CIC to Naim Nasser Bulbol inviting him to speak in 12/1998 QTP493 |
| 732 | 2 8 JUN 2005 | | Keith Arndt | CIC School Building Project Application Packet, 03/01, showing STH, GZB and HNF as officers QTP493-AOL5.0 |
| 733 | 2 8 JUN 2005 | | Keith Arndt | Basic Information for Chicago Islamic Academy showing HNF, GZB and STH on the Board |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 734-A | 2 3 JUN 2005 | | Charles Wilmore | GZB's audiovax PCS-1110XL cell phone |
| 734-B | 2 3 JUN 2005 | | Charles Wilmore | Downloaded data from GX 734-A |
| 735-A | 2 3 JUN 2005 | 2 7 JUN 205 | Charles Wilmore (ID) Thomas Rose (Adm) | GZB's Nokia 3390b cell phone |
| 735-B | 2 3 JUN 2005 | 2 7 JUN 2005 | Charles Wilmore (ID) Thomas Rose (Adm) | Downloaded data from GX 735-B |
| 740-A | | 1 6 JUN 2005 | Valene Caugh | Diagram of IAF Administrative Office at 5903 130th Avenue, Tampa, FL, with legend |
| 740-B | | 1 6 JUN 2005 | Valerie Caugh | Photograph of Exterior IAF Administrative Office, 5903 130th Avenue, taken on 2/20/03 |
| 740-C | | | | Photograph of Room D bookcase and filing cabinets in IAF Administrative Office, 5903 130th Avenue, taken on 2/20/03 |
| 741 | 1 6 JUN 2005 | 3 1 AUG 2005 | Valene Caugh John O'Keeffe | IAF Profit and Loss Detail from 01/01/98 to 06/30/99 |
| 742 | 1 6 JUN 2005 | 3 1 AUG 2005 | Valene Caugh John O'Keeffe | IAF Profit and Loss Statement for period 07/01/98 to 06/30/99 |
| 743 | 1 6 JUN 2005 | 3 1 AUG 2005 | Valene Caugh John O'Keeffe | IAF Profit and Loss Summary for period 07/01/98 to 06/30/99 |