Case Number:      8:03-CR-77-T-30TBM                                    Page 126 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 750 | | | | Photos of SAA residence - apartment |
| 750A | 1 8 JUN 2005 | | Richard Brake | Diagram |
| 751 | 1 8 JUN 2005 | | Richard Brake | MAN 's travel document and U.S. Non-Immigrant F-1 visa and I-94 showing entry into U.S. in 1984 1B185                                       704519 |
| 752 | 1 JUN 2005 | | Richard Brake | Egyptian travel document for Palestinian refugees for MAN, 1998 1B185                                       704518 |
| 753 | 1 8 JUN 2005 | | Richard Brake | Mohamed El Naggar Social Security Card 1B185                                       704710 |
| 754 | 1 8 JUN 2005 | | Richard Brake | Egypt travel document for Palestinians - Khaled El Eryan 1B182                                       704208 |
| 755 | 1 8 JUN 2005  1 2 JUL 2005 | | Richard Brake  Tahsin Ali | Book entitled "Introduction to the Centrality of Palestine and the Contemporary Islamic Project:  Methodology," by Fathi Ibrahim, published 06/89                              800849 |
| T-755 | 1 2 JUL 2005 | ----- | Tahsin Ali | English translation of above exhibit |
| 756 | 1 8 JUN 2005 | | Richard Brake | PIJ Booklet entitled "Islamic Jihad's Journey in Palestine," published in 07/89                    800846 |
| T-756 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 757 | 1 8 JUN 2005 | | Richard Brake | Book entitled "The Islamic Movement in the West Bank and Gaza Strip:  The Muslim Brotherhood and the Islamic Jihad, written by Dr. Ziad Abu Amr, 09/89                          800638 |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-757 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhbiit |
| 758 | 1 6 JUN 2005 | 1 2 JUL 2005 | Richard Brake  Tahsin Ali | PIJ booklet entitled "Islam's Ruling on the Problem and Reconciliation with the Zionist Entity - Fatwas and Legal Positions," published in 10/91  800620 |
| T-758 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 759 | 1 6 JUN 2005 | | Richard Brake | PIJ booklet entitled "The Intifada and the Contemporary Islamic Project," written by Fathi Shiqaqi, published 12/12/91  800848 |
| T-759 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 760 | 1 6 JUN 2005 | | Richard Brake | Book entitled "The Blood Journey that Defeated the Sword," by Fathi Shiqaqi, Vol. I with introduction by RAS, among others  800843 |
| T-760 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 761 | 1 6 JUN 2005 | | Richard Brake | Book entitled "The Blood Journey that Defeated the Sword," by Fathi Shiqaqi, Vol. II  800842 |
| T-761 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 762-A | 1 6 JUN 2005 | | Richard Brake | Photos from the Third ICP Conference, RAS speaking and PIJ posters  Roll 600 |
| 762-B | 1 6 JUN 2005 | | Richard Brake | Photos from the Third ICP Conference, RAS speaking and PIJ posters  Roll 600 |
| 762-C | 1 6 JUN 2005 | | Richard Brake | Photos from the Third ICP Conference, panel discussion and close up of AAAA  Roll 601 |

Case Number:    8:03-CR-77-T-30TBM                Page 128 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 762-D | | 1 6 JUN 2005 | Richard Brake | Photos from the Third ICP Conference, panel discussion and close up of AAAA Roll 601 |
| 762E | | 1 6 JUN 2005 | Richard Brake | |
| 763 | 1 6 JUN 2005 | | Richard Brake | Book cover - ICP Islam and Palestine, Vol. 4 |
| 764 | 1 6 JUN 2005 | | Richard Brake | The Tampa Tribune article, dated 07/28/98, linking Fathi Shiqaqi with WISE; Paul Eedle interview 1B185          704691 |
| 765 | 1 6 JUN 2005 | | Richard Brake | SAA notes regarding accuracy of statements on N-400 INS application       704689 |
| 766 | 1 6 JUN 2005 | | Richard Brake | SAA notes listing organizations he is affiliated with       704702 |
| 767 | 1 6 JUN 2005 | | Richard Brake | SAA Day-timer Mini-address book 1B1-84       704293 |
| 768 | 1 6 JUN 2005 | | Richard Brake | Cellular One phone bill for telephone number 813-340-9590, dated 07/16/95 1B-187       704955 |
| 769 | | 1 6 JUN 2005 | Richard Brake | GTE Mobilnet phone bill for telephone number 813-601-5780, dated 12/16/96    704958 |
| 770 | 1 6 JUN 2005 | | Richard Brake | GTE Wireless phone bill for telephone number 813-695-5545, dated 06/02/00    704961 |

Case Number:        8:03-CR-77-T-30TBM                              Page 129 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 771 | 1 8 JUN 2005 | | Richard Brake | Translation of SAA's speech at ICP Chicago on 09/28/91, translated by Hashem Atallah 1B184                704280 |
| 772 | 1 8 JUN 2005 | | Richard Brake | Translation of SAA's speech at Second ICP Conference on 12/22/89, translated by Hashem Atallah 1B184                704281 |
| 773 | 1 8 JUN 2005 | | Richard Brake | Translation of SAAs speech on 12/28/90, translated by Hashem Atallah 1B184                704282 |
| 774 | 1 8 JUN 2005 | | Richard Brake | Translation of AAAA's speech on 09/28/91, translated by Hashem Atallah 1B184                704283 |
| 775 | 3 8 JUN 2005 | | Richard Brake | Translation of unknown speakers fund-raising speech, 09/28/91, translated by Hashem Atallah 1B184                704284 |
| 776 | 1 8 JUN 2005 | | Richard Brake | Opto Electronics electronic scanner |
| 777 | 2 1 JUN 2005 | | Richard Brake | E-mail received by SAA on approximately 05/25/01 discussing www.qudscall.com as the current official website of the PIJ |
| 778A | 2 1 JUN 2005 | | Richard Brake | Cell phone list |
| 778 | 1 8 JUN 2005 | | Richard Brake | |
| | | | | |
| 780-A | 1 8 JUN 2005 | | Russell Hayes | Diagram of IAF, 5901 130th Avenue, STH's office and SAA's office |
| 780-B | 1 8 JUN 2005 | | Russell Hayes | Photo of Room B, STH's desk (marked B-1) at 5901 130th Avenue, taken on 02/20/03 |

Case Number:      8:03-CR-77-T-30TBM                    Page 130 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 780-C | 1 8 JUN 2005 | | *Russell Hayes* | Photo of Room A, SAA's desk (marked A-1) at IAF, 5901 130th Avenue, taken on 02/20/03 |
| 781 | 1 8 JUN 2005 | | *Russell Hayes* | IAF Employment Contract for NH for 1996-97 academic year for $10,000<br>1B253                              5901 |
| 782 | 1 8 JUN 2005 | | *Russell Hayes* | IAF Employment Contract for STH for 1996-97 academic year for $12,000-vice principal and teach<br>1B253                              5901 |
| 783 | 1 8 JUN 2005 | | *Russell Hayes* | IAF Employment Contract for NH for 1997-98 academic year for $10,250<br>1B253                              5901 |
| 784 | 1 8 JUN 2005 | | *Russell Hayes* | IAF Employment Contract for STH for 1997-98 academic year for $12,250<br>1B253                              5901 |
| 785 | 1 8 JUN 2005 | | *Russell Hayes* | IAF Employment Contract for NH for 1998-99 academic year for $12,000, signed by SAA on 07/28/98<br>1B253                              5901 |
| 786 | 1 8 JUN 2005 | | *Russell Hayes* | IAF Employment Contract for STH for 1998-99 academic year for $15,000, signed by SAA on 07/28/98<br>1B253                              5901 |
| 787 | 1 8 JUN 2005 | | *Russell Hayes* | IAF Faculty/Staff Contract for NH for 2000-01 academic year for $17,100 signed by NH on 08/24/00<br>1B253                              5901 |

Case Number:        8:03-CR-77-T-30TBM                          Page 131 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 788 | 1 6 JUN 2005 | | Russell Hayes | IAF Faculty/Staff Contract for STH for 2000-01 academic year for $22,125 1B253                               5901 |
| 795A | 2 1 JUN 2005 | | Matthew Levitt | Patterns for Global Terrorism 1989 |
| 795C | 2 1 JUN 2005 | | Matthew Levitt | Patterns for Global Terrorism 1991 |
| 795F | 2 1 JUN 2005 | | Matthew Levitt | Patterns for Global Terrorism 1997 |
| 797 | 2 1 JUN 2005 | | Matthew Levitt | Logo of PIJ |
| | | | | |
| 800 | 1 9 JUL 2005 | 0 3 OCT 2005 | Camille Gherra  Abdul Dabus | Telephone conversation 01/09/94 between Abdul Raouf Dabus and SAA (3938) at 2318 regarding PIJ business Bates #4400003                        (OA 31) |
| T-800 | 1 9 JUL 2005 | 3 OCT 2005 | Camille Gherra (LD)  Abdul Dabus | English translation of above exhibit |
| | | | | |
| 801 | 1 1 JUL 2005 19 JUL 2005 | | Sally Hayes  Camille Gherra | Facsimile received 01/11/94 from unknown sender to SAA (7777) at 0811 regarding PIJ financial rules Bates #300002/TR0056                   (OA 32) |
| T-801 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| | | | | |
| 802 | 1 1 JUL 2005 19 JUL 2005 | | Sally Hayes  Camille Gherra | Facsimile sent 01/13/94 from SAA (7777) to Fathi Shiqaqi at 0053 regarding PIJ financial difficulties and invalidating PIJ financial rules Bates #300003/TR0069                   (OA 33) |
| T-802 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| | | | | |
| 803 | 1 9 JUL 2005 | | Camille Gherra | Telephone conversation 01/16/94 between SAA (7777) and TAK at 1053 regarding PIJ business Bates #4400011                              (OA 34) |
| T-803 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

Page 132 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 804 | 1 1 JUL 2005 | 2 1 JUL 2005 | Sally Hayes Fouad Gherra | Facsimile sent 01/16/94 by Fathi Shiqaqi to SAA (7777) at 1434 regarding role of PIJ financial committee Bates #300118/TR 0128        (OA 35) |
| T-804 | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 805 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes Camille Gherra | Facsimile sent 01/17/94 from SAA (7777) to PIJ members at 1433 suggesting that PIJ create an organization which would not have a stated terror agenda Bates #300004/TR 0154        (OA 36(A)) |
| T-805 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 806 | 1 9 JUL 2005 | | Camille Gherra | Telephone conversation 01/17/94 between SAA (7777) and BMN at 1830 about Exhibit 805 Bates #44400013        (OA 36(B)) |
| T-806 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 807 | 1 1 JUL 2005 | 2 1 JUL 2005 | Sally Hayes Fouad Gherra | Facsimile sent 01/17/94 from SAA (7777) to BMN at 1927 regarding position of PIJ with respect to Israel Bates #300119/TR 0189        (OA 37(A)) |
| T-807 | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 808 | 1 1 JUL 2005 | 2 1 JUL 2005 | Sally Hayes Fouad Gherra | Facsimile sent 01/18/94 from SAA (7777) indicating that SAA and MAN did not feel the PIJ needed an official spokesperson in the Territories Bates #300130        (OA 37(B)) |
| T-808 | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 809 | 1 9 JUL 2005 | | Camille Gherra | Telephone conversation 01/22/94 between SAA (7777) and TAK at 1711 regarding PIJ expansion into non-violent activities Bates #4400017        (OA 38) |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | | Description |
| T-809 | 19 JUL 2005 | | Camille Gherra | | English translation of above exhibit |
| 810 | 19 JUL 2005 | | Camille Gherra | | Telephone conversation 01/22/94 between SAA (7777) and AAAA at 0412 regarding PIJ financial situation<br>Bates #4400015                    (OA 39) |
| T-810 | 19 JUL 2005 | | Camille Gherra | | English translation of above exhibit |
| 811 | 19 JUL 2005 | | Camille Gherra | | Telephone conversation 01/22/94 between SAA (7777) and BMN at 1649 regarding PIJ financial dispute and danger that PIJ would splinter<br>Bates #4400016                    (OA 40) |
| T-811 | 19 JUL 2005 | | Camille Gherra | | English translation of above exhibit |
| 812 | 19 JUL 2005 | | Camille Gherra | | Telephone conversation 01/22/94 between SAA (7777) and TAK at 1245 regarding PIJ splitting<br>Bates #4400014                    (OA 41) |
| T-812 | 19 JUL 2005 | | Camilla Gherra | | English translation of above exhibit |
| 813 | 19 JUL 2005 | | Camilla Gherra | | Telephone conversation 01/22/94 between SAA (7777) and Fatha Shiqaqi at 0122 regarding PIJ financial crisis and concerns of PIJ members<br>Bates #4400243                    (OA 42) |
| T-813 | 19 JUL 2005 | | Camilla Gherra | | English translation of above exhibit |
| 814 | 11 JUL 2005 / 21 JUL 2005 | | Sally Hayes / Fouad Gherra | | Facsimile sent 01/22/94 from Fathi Shiqaqi to SAA (7777) at 1607 urging respect for PIJ Shura Council<br>Bates #300121                    (OA 42) |
| T-814 | 21 JUL 2005 | | Fouad Gherra | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

Page 134 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 815 | 11 JUL 2005 | 19 JUL 2005 | Sally Hayes Camille Gherra | Facsimile sent 01/23/94 from SAA (7777) to BMN at 1125 regarding proposed PIJ financial reform Bates #300006    (OA 43(A)) |
| T-815 | 19 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 816 | 11 JUL 2005 | 19 JUL 2005 | Sally Hayes Camille Gherra | Facsimile discussed above (815) sent 01/23/94 from SAA (7777) to Middle East at 2326 Bates #300007    (OA 43(B)) |
| T-816 | 19 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 817 | 25 JUL 2005 | | Fouad Gherra | Telephone conversation 01/23/94 between SAA (7777) and BMN at 0349 regarding PIJ business and various PIJ members Bates #4400018    (OA 44) |
| T-817 | 25 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 818 | 25 JUL 2005 | | Fouad Gherra | Telephone conversation 01/24/94 between Adb Al Aziz Awda, UCC two and SAA (3938) at 1449 regarding PIJ financial reforms proposed by SAA Bates # 4400020    (OA 45) |
| T-818 | 25 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 819 | 11 JUL 2005 | 25 JUL 2005 | Sally Hayes Fouad Gherra | Facsimile sent 01/25/94 from SAA (7777) to PIJ members at 0640 requesting vote on PIJ financial reform Bates #300123    (OA 46(A)) |
| T-819 | 25 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 820 | 11 JUL 2005 | 19 JUL 2005 | Sally Hayes Camille Gherra | Facsimile sent 01/25/94 from RAS (4664) to SAA (7777) indicating that Shallah abstained from voting on PIJ financial reform proposal Bates #300008    (OA 46(B)) |

Case Number:        8:03-CR-77-T-30TBM                    Page 135 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| | **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| Ɩ | T-820 | 1 | JUL 2005 | Camille Gherra | English translation of above exhibit |
| | 821 | 11 JUL 2005 | 19 JUL 2005 | Sally Hayes Camille Gherra | Facsimile sent 01/27/94 to SAA (7777) from Abu Al-Abed regarding support for SAA's financial reform proposal Bates #300009                    (OA 47) |
| Ɩ | T-821 | 1 | JUL 2005 | | English translation of above exhibit |
| | 822 | 1 JUL 2005 | 19 JUL 2005 | Sally Hayes Camille Gherra | Facsimile sent 01/27/94 to SAA (7777) proposing an end to the bickering within the PIJ Bates #300010                            (OA 48) |
| Ɩ | T-822 | 1 4 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| | 823 | 2 5 JUL 2005 | | Marwam Khalil | Telephone conversation 01/27/94 between SAA (7777) and BMN at 1756 advising SAA that his PIJ financial proposal was approved Bates #4400254                        (OA 49) |
| Ɩ | T-823 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| | 824 | 2 5 JUL 2005 | | Marwam Khalil | Telephone conversation 01/30/94 between RAS and SAA (3938) regarding his attempt to telephone AAAA Bates #4400256                        (OA 50) |
| Ɩ | T-824 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| | 825 | 2 5 JUL 2005 | | Fouad Gherra | Telephone conversation 01/30/94 between SAA and Muhammed Tasai Hassan Al-Khatib at 2329 regarding Al-Arian's financial reform proposal Bates #4400022                        (OA 51) |
| Ɩ | T-825 | 2 5 JUL 2005 | | Fouad Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                          Page 136 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 826 | 19 JUL 2005 | | Camille Gherra | Telephone conversation 01/31/94 between SAA and BMN at 1855 regarding PIJ financial reform and negotiating a solution of Hamas<br>Bates #4400023                    (OA 52) |
| T-826 | 19 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 827 | 11 JUL 2005 | 19 JUL 2005 | Sally Hayes<br>Camille Gherra | Facsimile sent 02/03/94 from WISE (4664) to SAA (7777) at 1633 indicating his financial reform proposal had carried by a vote of eight to two<br>Bates #300011                    (OA 53(A)) |
| T-827 | 13 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 828 | 11 JUL 2005 | 19 JUL 2005 | Sally Hayes | Facsimile sent 02/05/94 from SAA (7777) at 1010 which was an edited version of the facsimile discussed above (Exhibit 827)<br>Bates #300012                    (OA 53(B)) |
| T-828 | 11 JUL 2005 | | | English translation of above exhibit |
| 829 | 19 JUL 2005 | | Camille Gherra | Telephone conversation 02/04/94 between SAA and BMN at 1759 in which Nafi stated he had not received Al-Arian's facsimile<br>Bates #3300231                    (OA 54) |
| T-829 | 19 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 830 | 11 JUL 2005 | 13 JUL 2005 | Sally Hayes<br>Camille Gherra | Facsimile sent 02/07/94 from SAA (7777) to Abu Jihad regarding Shura Council's decision to adopt Al-Arian's financial reform proposal<br>Bates #300013                    (OA 55) |
| T-830 | 19 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                                    Page 137 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 831 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes   Camille Gherra | Facsimile sent 02/07/94 from SAA (7777) to Abu Jihad regarding Shura Council's decision to adopt Al-Arian's financial reform proposal Bates #300014                    (OA 55) |
| T-831 | | 1 9 JUL 2005 | Camille Gherra | English translation of above exhibit |
| | | | | |
| 832 | 1 1 JUL 2005 | 1 3 JUL 2005 | Sally Hayes   Tahsin Ali | Facsimile sent 02/07/94 from Ramadan Shallah (4664) to SAA (7777) at 1406 transmitting a facsimile from Fathi Shiqaqi about a meeting a PIJ representative attended in Iran Bates #300201                    (OA 57) |
| T-832 | | 1 3 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| | | | | |
| 833 | 1 1 JUL 2005 | 2 0 JUL 2005 | Sally Hayes   Camille Gherra | Facsimile sent 02/09/94 from Abu Jihad to SAA (7777), addressed to Abu Tareq, regarding implementing the new PIJ financial reforms Bates #300015                    (OA 58(A)) |
| T-833 | | 2 0 JUL 2005 | Camille Gherra | English translation of above exhibit |
| | | | | |
| 834 | | 1 9 JUL 2005 | Camille Gherra | Later that day, on 02/09/94, SAA had a telephone conversation with RAS in which they discussed the facsimile received earlier that day.  RAS and SAA agreed that a tough response was necessary in order to send a clear message to the PIJ members and Iran. SAA agreed to send a copy of his response to RAS for comment before disseminating it. Bates #4400025                    (OA 58(B)) |
| T-834 | | 1 9 JUL 2005 | Camille Gherra | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                    Page 138 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 835 | 11 JUL 2005 | 19 JUL 2005 | *Sally Hayes* / *Camille Gherra* | Shortly thereafter, on 02/09/94, SAA (7777) sent a facsimile to Abu Jihad, which said the Beirut agreement was unconstitutional and there would be no postponement of the new PIJ financial reforms.  It also reaffirmed that Iran was a strategic partner of the PIJ and was signed, "The Secretary." Bates #300016                           (OA 58(C)) |
| T-835 | 19 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| 836 | 19 JUL 2005 | | *Camille Gherra* | SAA then had a telephone conversation on 02/09/94 at 1905, with MAN, in which they discussed how to deal with PIJ members who were attempting to delay the new financial reforms. Bates #4400026                           (OA 58(D)) |
| T-836 | 19 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| 837 | 19 JUL 2005 | | *Camille Gherra* | On or about February 9, 1994, at 1946, SAA had a telephone conversation with RAS in which they discussed BMN's suggestion that they refrain from confronting the Iranians and telling them that disbursement of PIJ funds was none of their business.  BMN was worried that PIJ members would succumb to Iranian pressure because everyone needed money.  RAS and SAA discussed strategies, one of which was to borrow $250,000.00 to $500,000.00 from HAMAS for two or three months. Bates #4400027                           (OA 58(D)) |
| T-837 | 19 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| 838 | 19 JUL 2005 | | *Camille Gherra* | On or about 02/10/94, at 0209, SAA (7777) had a telephone conversation with TAK, who was in Syria.  AL-KHATIB opposed the new PIJ reforms because they were enacted to help Fathi Shiqaqi. Bae #4400029                           (OA 60(A)) |
| T-838 | 19 JUL 2005 | | *Camilla Gherra* | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                                    Page 139 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 839 | 1 3 JUL 2005 | | Tahsin Ali | Later, on 02/10/94 at 2213, SAA (3938) had a telephone conversation with RAS. SHALLAH discussed a conversation he recently had with TAK, in which they discussed AL-KHATIB's need for money for his region. Bates #4400028                    (OA 60(B)) |
| T-839 | 1 3 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 840 | 1 9 JUL 2005 | | Camille Gherra | On or about 02/12/94, at 1305, SAA (7777) had a telephone conversation with BMN who was in England.  They discussed:  (a) having a general meeting of PIJ representatives; (b) Fathi Shiqaqi; and (c) the problems they were having with Abu Jihad and others who did not support the new PIJ financial changes. Bates #4400031                    (OA 62) |
| T-840 | 1 3 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 841 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes / Camille Gherra | On 02/13/94, at 0658, SAA (7777) received a facsimile from WISE of a newspaper article in which the Prime Minister of Israel accused the PIJ of trying to destroy the Oslo Peace Accord between Israel and the Palestine Liberation Organization (PLO).  The article also reported the recent murder of Elan Soudri by the PIJ. Bates #300017                    (OA 63) |
| T-841 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 842 | 2 5 JUL 2005 | | Marwam Khalil | On 02/14/94, SAA (3938) called UF, asked for Anwar, then asked for Abu Ibrahim's number. Bates #4400258 |
| T-842 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 843 | 1 3 JUL 2005 | | Tahsin Ali | On or about 02/13/94, SAA (3938) had a telephone conversation with Abu Jihad, in Iran, in which they discussed Abu Jihad's rejection of the proposal contained in the facsimile he had previously received from SAA.  Abu Jihad said the PIJ faced severe problems and no one, including SAA, had joined him while he had been working with the Iranians to obtain support for the PIJ.  Abu Jihad also said he did not believe the Shura Council could solve the problems within the PIJ or with Iran.  Abu Jihad asked SAA what he was doing to retrieve the $350,000.00 from TAK.  SAA said he would deal with TAK.<br>Bates #440032                        (OA 64) |
| T-843 | 1 3 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| | | | | |
| 844 | 1 3 JUL 2005 | | Tahsin Ali | On 02/13/94, SAA (3938) gave GZB Ramadan Shallah's phone number.<br>Bates #4400262 |
| T-844 | 1 3 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| | | | | |
| 845 | 2 5 JUL 2005 | | Marwam Khalil | On 02/13/94, SAA and RAS discuss GZB trying to call RAS twice.  Discussion about going to other countries (Britain or Canada) because of RAS's visa type.<br>Bates #4400253 |
| T-845 | 2 JUL 2005 | | Marwam Khalil | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 846 | | 1 9 JUL 2005 | Camille Ghorra | On or about 02/14/94, SAA (7777) had a telephone conversation with BMN (0419) who was in England, in which they discussed the difficulty of obtaining money and whether they should borrow money. BMN said money was so tight that PIJ members in England felt they should deal with HAMAS. SAA expressed concern that Fathi Shiqaqi would make his own deal with Iran and, because the financial situation was so desperate, the PIJ should try to raise money by selling several of the houses it owned. SAA said he would direct all PIJ members to surrender all PIJ assets. BMN said he should start with Fathi Shiqaqi and the rest of the membership would follow. Finally, they discussed whether they had a copy of the signature of TAK so SAA could use it to reopen a bank account. Bates #4400033            (OA 65) |
| T-846 | | 1 9 JUL 2005 | Camille Ghorra | English translation of above exhibit |
| 847 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes  Camille Ghorra | On 02/17/94, SAA (7777) sent a facsimile which directed all PIJ members to: (a) count and report all PIJ money in their possession or in PIJ bank accounts; (b) count all loans to or from the PIJ; (c) report all real estate owned or purchased by the PIJ and state the purchase price and current value; and (d) report this information under oath. Bates #300019            (OA 66) |
| T-847 | | 1 9 JUL 2005 | Camille Ghorra | English translation of above exhibit |
| 848 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes  Camille Ghorra | On 02/17/94, SAA (7777) sent a facsimile addressed to Abu Jihad directing Abu Jihad to respond to the orders of the Shura Council. This facsimile was signed "The Secretary". Bates #300018            (OA 67) |
| T-848 | | 1 9 JUL 2005 | Camille Ghorra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 142 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 849 A<br><br>849 B | 0 2 AUG 2005<br><br>0 2 AUG 2005 | | Sandy Lynch<br><br>Sandy Lynch | On 02/23/94, SAA had several telephone conversations with Nationsbank in Tampa inquiring about reopening a joint account he previously held with TAK.  SAA falsely stated that TAK wanted to see a copy of his signature card. SAA said he expected to receive some money into the account; however, when he was told the account could not be reopened, he requested the bank send TAK's signature card to aid him in opening a new account.<br>Bates #4400036                (OA 68) |
| ~~T-849~~ | | | | English translation of above exhibit |
| | | | | |
| 850 | 2 1 JUL 2005 | | Fouad Gharra | On or about 02/23/94, SAA (7777) had a telephone conversation with BMN (0419). They discussed financial reform in the PIJ and how they should deal with members who opposed the reforms.  BMN told SAA that $2,500,000.00 to $3,000,000.00 was the most money the PIJ ever had and SAA said he had never seen that sum on paper.  SAA also mentioned he could not re-open an account he previously had with TAK.<br>Bates #4400040                (OA 69) |
| T-850 | 2 1 JUL 2005 | | Fouad Gharra | English translation of above exhibit |
| | | | | |
| 851 | 1 3 JUL 2005 | | Tahsin Ali | On or about 02/26/94, SAA (7777) had a telephone conversation with Abu Al-Abed, in which they discussed the PIJ financial situation.  SAA replied that he would discuss scheduling with Fathi Shiqaqi.<br>Bates #4400043                (OA 70(A)) |
| T-851 | 1 3 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| | | | | |
| 852 | 1 9 JUL 2005 | | Camille Gharra | Several days later, on 03/01/94, SAA received a fax from BMN informing him that Fathi Shiqaqi received an invitation to travel.<br>Bates #300281                (OA 70(B)) |
| T-852 | 1 9 JUL 2005 | | Camille Gharra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 853 | 1 1 JUL 2005<br>2 1 JUL 2005 | | Sally Hayes<br>Fouad Ghema | On or about 03/05/94, SAA (7777) received a facsimile from Fathi Shiqaqi which described the bickering within the PIJ over proposed changes to the financial committee. Bates #300124            (OA 71) |
| T-853 | 2 1 JUL 2005 | | Fouad Ghema | English translation of above exhibit |
| 854 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes<br>Camille Ghema | On 03/06/94, SAA (7777) received a facsimile from RAS which stated that a group of prominent PIJ members was going to tell Fathi Shiqaqi that they respected him and would not support changes in the PIJ financial controls until July. Bates #300021            (OA 72) |
| T-854 | 1 9 JUL 2005 | | Camille Ghema | English translation of above exhibit |
| 855 | 1 8 JUL 2005 | | Tahsin Ali | On or about 03/06/94, SAA (3938) engaged in a telephone conversation with Fawaz Damrah in which SAA described returning from Chicago after raising $53,000.00, $25,000.00 of which was collected in cash. SAA also discussed the organization of a committee to raise funds and the status of "martyrs" families in the Territories. SAA and Damrah spoke about someone returning from a fund-raising trip in the Sudan. SAA and Damrah also discussed a scheme in which SAA would send a portion of the donations collected in Chicago to Damrah, who would arrange for the donations to be re-donated by a private individual, who would then take the donation as a tax deduction of 40%. Later the private individual would contribute a portion of the fraudulent tax deduction to SAA, thereby increasing the overall amount of the donations. Damrah and SAA discussed how the private individuals who would participate in the scheme all made over $200,000.00 a year and were in the 40% tax bracket. Bates #4400046            (OA 73) |

Case Number:       8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| T-855 | 1 3 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| | | | | |
| 856 | | | | On 03/08/94, SAA (3938) phoned UM (2282) regarding fund-raising scheme like in OA 73. Bates #440047/old 64 |
| T-856 | | | | English translation of above exhibit |
| | | | | |
| 857 | 1 3 JUL 2005 | | *Tahsin Ali* | On or about 03/09/94, SAA (3938) had a telephone conversation with TAK in which they discussed a 03/06/94 facsimile (OA 72) regarding a group within the PIJ that wanted to maintain the status quo for several months. They disagreed about which PIJ members should be on the financial committee. SAA said it would be better to go to HAMAS for money than agree to TAK's proposal. Bates #4400048                          (OA 75) |
| T857 | 1 3 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| | | | | |
| 858 | 1 1 JUL 2005 | 1 9 JUL 2005 | *Sally Hayes*  *Camille Gherra* | On or about 03/12/94, SAA and MAN (7777) received a facsimile from Fathi Shiqaqi which stated that the PIJ did not want to press financial reforms at that time. The facsimile directed SAA and MAN to travel within a week for a meeting of the Shura Council because the Iranians were ready to offer immediate financial assistance. Bates #300022                          (OA 76) |
| T-858 | 1 9 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                    Page 145 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 859 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes<br><br>Camille Gherra | On or about 03/16/94, SAA (7777) received a facsimile from Fathi Shiqaqi, addressed to "The Brothers," which urged them to prepare to travel through Cyprus if necessary. Fathi Shiqaqi also stated that PIJ money was still being deposited into the accounts of AAAA and Fathi Shiqaqi and this delayed the money reaching the Territories. Bates #300023                    (OA 77(A)) |
| T-859 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 860 | 1 9 JUL 2005 | | Camille Gherra | On 03/16/94, approximately two hours after receiving the facsimile from Fathi Shiqaqi, SAA (3938) called RAS and discussed it. They both agreed a PIJ conference was necessary; however, SAA and RAS desired to wait until their school terms were finished. Bates #4400055                    (OA 77(B)) |
| T-860 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 861 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes<br><br>Camille Gherra | On 03/17/94, RAS, MAN, SAA received a facsimile containing personal information regarding TAK and family to assist visiting Canada Bates #300024/old 69 |
| T-861 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 862 | 1 3 JUL 2005 | | Tahsin Ali | On or about 03/20/94, SAA (3938) arranged a three-way telephone conference between himself, Muafaq (who was in the Territories), and TAK (who was in Syria). Muafaq told TAK he would send, via facsimile, the names of people in the Territories who needed financial support. Bates # 4400056                    (OA 78) |
| T-862 | 1 3 JUL 2005 | | Tahsin Ali | English translation includes multiple calls. |

Case Number:      8:03-CR-77-T-30TBM

Page 146 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 863 | 11 JUL 2005 | 13 JUL 2005 | *Sally Hayes*<br>*Tahsin Ali* | On or about 03/21/94, SAA (7777) received a facsimile from Salem which was addressed to TAK.  The facsimile referred to the difficulties of paying money to the families of the martyrs and detainees and noted the account number and agent at the Cairo Bank in Jordan.<br>Bates #300203                    (OA 79(A)) |
| T-863 | 13 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| 864 | 11 JUL 2005 | 13 JUL 2005 | *Sally Hayes*<br>*Tahsin Ali* | Later, on 03/21/94, SAA re-transmitted the facsimile to TAK.<br>Bates #300203                    (OA 79(B)) |
| T-864 | 13 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| 865 | 21 JUL 2005 | | *Fouad Gherra* | On or about 03/22/94, SAA (3938) had a telephone conversation with AAAA (5939), who was in Syria, in which they discussed the passport problems of PIJ members and the in-fighting among various factions within the PIJ.<br>Bates #4400060                    (OA 80) |
| T-865 | 21 JUL 2005 | | *Fouad Gherra* | English translation of above exhibit |
| 866 | 28 JUL 2005 | | *Marwam Khalil* | On or about 03/27/94, SAA (3938) arranged a three-way conversation between Muafaq in the Territories and TAK (5448) in Syria. They discussed methods of communications and the advantages of bank accounts versus having money hand delivered.  TAK told Muafaq to expect $5,000.00, and directed that this money was to be spent on activities, not aid.<br>Bates #4400067                    (OA 81) |
| T-866 | 28 JUL 2005 | | *Marwam Khalil* | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                                     Page 147 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | | Description |
| 867 | 2 8 JUL 2005 | | Marwam Khalil | | On or about 03/27/94, SAA (3938) had a telephone conversation with TAK, who was in Syria, in which they discussed SAA's concerns about utilizing his phone for three-way calls. Bates 4400068                          (OA 82) |
| T-867 | 2 8 JUL 2005 | | Marwam Khalil | | English translation of above exhibit |
| 868 | 11 JUL 2005 1 8 JUL 2005 0 2 AUG 2005 | | Sally Hayes Tahsin Ali Kerry Myers | | On or about 04/02/94, SAA (7777) received a facsimile from Fathi Shiqaqi stating Fathi Shiqaqi was willing to meet anywhere; however, several other PIJ members would not be able to travel because of problems with their travel documents. Bates #300204                        (OA 83) |
| T-868 | 1 8 JUL 2005 | 2 AUG 2005 | Tahsin Ali (ID) Kerry Myers | | English translation of above exhibit |
| 869 | 2 8 JUL 2005 | | Marwam Khalil | | On or about 04/03/94, SAA (7777) had a telephone conversation with BMN (0419), who was in England, in which they discussed the scheduling of a PIJ conference and that one of the participants did not possess the necessary travel documents.  BMN indicated that the financial situation at his "Center" in England was very bad.  SAA said he would travel through England on the way to the conference.  They then discussed the financial problems of MAN and RAS. BMN suggested that SAA meet with PIJ members in the "North" regarding the salaries of RAS and MAN and their financial situation. Bates #4400073                        (OA 84) |
| T-869 | 2 8 JUL 2005 | | Marwam Khalil | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 148 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 870 | 2 | JUL 2005 | Marwam Khalil | On or about 04/03/94, SAA (3938) had a telephone conversation with RAS in which they discussed the upcoming PIJ conference and the problems other PIJ members would have entering the country. They then discussed disagreements between HAMAS and FATAH. Bates #440074          (OA 85) |
| T-870 | | JUL 2005 | Marwam Khalil | English translation of above exhibit |
| 871 | 21 | JUL 2005 | Fouad Ghirra | On or about 04/04/94, SAA (3938) and MAN had a telephone conversation about providing financial assistance to incoming students and the future of WISE and ICP. SAA mentioned that it was possible he might be receiving $50,000.00 for WISE from sources in the Sudan. MAN advised SAA not to mention that to anyone. Bates #440075          (OA 86) |
| T871 | 21 | JUL 2005 | Fouad Ghirra | English translation of above exhibit |
| 872 | 26 | JUL 2005 | Camille Ghirra | On or about 04/04/94, SAA (3938) and MAZEN AL-NAJJAR spoke by telephone about MAN's Egyptian passport. They discussed whether MAN should tell Egyptian authorities that he lost his passport.          (OA 87) Bates #4400076 |
| T-872 | | JUL 2005 | Camille Ghirra | English translation of above exhibit |
| 873 | 11 JUN 2005 / 8 JUL | | Sally Hayes / Marwam Khalil | On or about 04/07/94, SAA (7777) sent a facsimile to Fathi Shiqaqi (0910) which suggested a convenient time and place for a PIJ Shura Council meeting. Bates #300131          (OA 89) |
| T-873 | | JUL 2005 | Marwam Khalil | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                                    Page 149 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 874 | 1 1 JUL 2005 | | Sally Hayes | On or about 04/10/94, SAA (7777) received a facsimile from Fathi Shiqaqi which discussed the difficulties in determining the location of the PIJ Shura Council meeting. Bates #300132                          (OA 90) |
| | 2 1 JUL 2005 | | Fouad Ghorra | |
| T-874 | 2 1 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| | | | | |
| 875 | 2 0 JUL 2005 | | Camille Ghorra | On or about 04/10/94, SAA (7777) had a telephone conversation with TAK (5448), who was in Syria, in which they discussed a date for the PIJ Shura Council meeting and the fact that SAA had not created an agenda for the meeting. Bates #4400078                          (OA 91) |
| T-875 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| | | | | |
| 876 | 2 0 JUL 2005 | | Camille Ghorra | On or about 04/10/94, SAA (7777) had a telephone conversation with AAAA (5939), who was in overseas, in which they discussed the proposed Shura Council conference in May.  Additionally, AAAA said he had helped Fathi Shiqaqi with money on three occasions; however, AAAA indicated he no longer kept bank accounts and did not collect or disburse money. Bates #4400079                          (OA 92) |
| T-876 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| | | | | |
| 877 | 1 1 JUL 2005 | | Sally Hayes | On or about 04/10/94, at 1425, SAA (7777) sent a facsimile (8109) to other PIJ members which addressed scheduling problems with the PIJ Shura Council meeting and his suggestions to reorganize the Shura Council. Bates #300026                          (OA 93) |
| | 2 0 JUL 2005 | | Camille Ghorra | |
| T-877 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM

Page 150 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 878 | 2 5 JUL 2005 | | Marwam Khalil | On or about 04/10/94, SAA (7777) had a telephone conversation with MAN (4343) and complained about the fighting among PIJ members and the difficulty in determining the location for a meeting of the PIJ Shura Council. Bates #4400080                (OA 94) |
| T-878 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 879 | 11 JUL 2005 | | Sally Hayes | On or about 04/11/94, SAA (7777) received a facsimile from Fathi Shiqaqi stating that a meeting of the Shura Council should be held as soon as possible because PIJ members AAAA and Fathi Shiqaqi had frozen PIJ funds and PIJ members in the Territories were without money.  The facsimile also said that as a consequence of the actions of AAAA and Fathi Shiqaqi, "3,000 magazines" had been lost.  Finally, the facsimile stated that the recent PIJ suicide terrorist act at Afula was done with the assistance of HAMAS, the cost had been "90," and the dead terrorist was named "Raed." Bates #300027                (OA 96) |
| | | 2 9 JUL 2005 | Camille Ghorra | |
| T-879 | 2 JUL 200 | | Camille Ghorra | English translation of above exhibit |
| 880 | 2 5 JUL 2005 | | Marwam Khalil | On or about 04/11/94, SAA (3938) had a telephone conversation with GZB.  SAA and GZB discussed possible dates for SAA to visit and SAA asked GZB if he had heard about "Raed," who blew himself up.  GZB indicated that he had read about it in the paper. Bates #4400182                (OA 97) |
| T-880 | 2 JUL 2005 | | Marwam Khalil | English translation of above exhibit |