Case Number:        8:03-CR-77-T-30TBM                                    Page 151 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 881 | 2 8 JUL 2005 | | *Camille Ghera* | On or about 04/12/94, SAA (3938) had a telephone conversation with UCC Three, who was outside of Florida, in which they discussed difficulties with traveling to Lebanon on a United States passport.  SAA instructed UCC Three to use his second passport and laughingly said the only way anyone would ever know was if they were listening to them. Bates #4400083                    (OA 98) |
| T-881 | 2 8 JUL 2005 | | *Camille Ghera* | English translation of above exhibit |
| | | | | |
| 882 | 2 8 JUL 2005 | | *Marwam Khalil* | On or about 04/13/94, SAA (3938) had a telephone conversation with BMN (0419) who was in England, in which they discussed:  (a) BMN's upcoming travel to the United States; (b) SAA's upcoming travel to the Sudan; (c) the difficulties in getting PIJ members abroad to meet; (d) a person who had been caught at a border with $30,000.00; (e) the PIJ in the Territories; (f) a bus bombing that occurred the previous week and how the "boy" was from the PIJ while the car and bomb were from HAMAS; and (g) SAA's concern about the boy's whereabouts and activities the night before the bombing. Bates #4400084                    (OA 99) |
| T-882 | 2 8 JUL 2005 | | *Marwam Khalil* | English translation of above exhibit |
| | | | | |
| 883 | 1 4 JUL 2005 | 2 1 JUL 2005 | *Sally Hayes*  *Fouad Ghera* | On or about 04/14/94, SAA received a three page facsimile listing people killed and names and account numbers of people receiving money on their behalf. Bates #300284                    (OA 100(A)) *(Per trans 300133)* |
| T-883 | 2 1 JUL 2005 | | *Fouad Ghera* | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                    Page 152 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 884 | 1 1 JUL 2005 / 2 1 JUL 2005 | | Sally Hayes / Fouad Ghorra | On or about 04/15/94, SAA re-transmitted the same three page facsimile to TAK in Syria. Bates #300385              (OA 100(B)) *(Per trans 300133)* |
| T-884 | 2 1 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| 885 | 1 JUL 2005 / 2 1 JUL 2005 | | Sally Hayes | On or about 04/15/94, SAA sent a facsimile to Fathi Shiqaqi which commented on the location of a prospective meeting and indicated that SAA did not have time to travel from country to country to attend the meeting. Bates #300134              (OA 101) |
| T-885 | 2 1 JUL 2005 | | | English translation of above exhibit |
| 886 | 2 5 JUL 2005 | | Marwam Khalil | On or about 04/15/94, SAA had a telephone conversation with BMN, in which they discussed the financial difficulties of MAN and RAS. SAA said he would support MAN and BMN should assist RAS. They agreed that RAS, MAN and STH did not work efficiently or raise money well. SAA said that during the PIJ financial problems Fathi Shiqaqi had probably received $2,000,000.00 but had not sent even $30,000.00 to Tampa. SAA believed Fathi Shiqaqi should send $19,000.00 to STH for back pay and $10,000.00 to MAN for five months' back pay. Finally, they discussed that there would be $700,000.00 available once the PIJ put its new financial procedures in place. Bates #4400086              (OA 102 |
| T-886 | | | Marwam Khalil | English translation of above exhibit |
| 887 | 1 JUL 2005 / 1 8 JUL 2005 | 8/3/05 | Sally Hayes Tahsin Al/ Kerry Myers | On or about 04/16/94, SAA received a facsimile from Fathi Shiqaqi which discussed having the meeting of the PIJ Shura Council in Damascus, Syria, and the number of members necessary for a quorum. Bats #300282              (OA 104) |

Case Number:      8:03-CR-77-T-30TBM

Page 153 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-887 | 1 8 JUL 2005 | 8/3/05 | *Tahsin Ali (ID)* | English translation of above exhibit |
| 888 | 2 5 JUL 2005 | | *Marwam Khali* | On or about 04/16/94, SAA had a telephone conversation with BMN, in which they discussed: (a) the upcoming PIJ meeting which Fathi Shiqaqi wanted held in Damascus, Syria; (b) whether SAA should travel to Syria; (c) whether officials in Iran would speak Arabic; (d) whether SAA would be searched and whether he needed to take a document with him; (e) their anger that Fathi Shiqaqi was not assisting them with obtaining an entry and exit visa; and (f) whether SAA should offer to host the meeting in Tampa since four were there. SAA laughingly said that several of the members would like it and would not want to leave. Bates #4400089                (OA 105) |
| T-888 | 2 5 JUL 2005 | | *Marwan Khali* | English translation of above exhibit |
| 889 | 1 1 JUL 2005  1 3 JUL 2005 | | *Sally Hayes*  *Tashin Ali* | On or about 04/16/94, SAA sent a facsimile to Fathi Shiqaqi which addressed the location of a proposed PIJ meeting and the number of people needed for a quorum. Bates # 300135                (OA 106) |
| T-889 | 1 8 JUL 2005 | | *Tashin Ali* | English translation of above exhibit |
| 890 | | | | On or about 04/18/94, SAA spoke with another man about a fund-raising event in Detroit. SAA said he could not attend because he would be in the Sudan. Bates #4400092/old 92 |
| T-890 | | | | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 891 | 2 0 JUL 2005 | | Camille Ghena | On or about 04/24/94, SAA had a telephone conversation with Samir (last name unknown), who was outside of Florida, in which they discussed an announcement that HAMAS and Arafat had reached a unification.  SAA said that the operation at Afula was accomplished by the PIJ but the car and preparations were from HAMAS.  SAA said the Afula Operation cost $90,000.00.  SAA also said he would send the papers to Samir via facsimile.  Bates #4400095                    (OA 108) |
| T-891 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 892 | 1 1 JUL 2005 | 2 5 JUL 2005 | Sally Hayes  Marwam Khalil | On or about 04/24/94, SAA sent a facsimile to Samir of the Islamic Jihad Movement's Circular Number 11, dated April 20, 1994.  The document detailed the posture of the PIJ and HAMAS inside the Territories.  Bates #300205                    (OA 109) |
| T-892 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 893 | 1 9 JUL 2005 | | Camille Gherra | On or about 04/25/94, SAA had a telephone conversation with BMN, who was in England, in which they discussed the different factions within the PIJ.  SAA said he was not going to go to the Sudan or Syria as he could not resolve the problems in those places.  Bates #4400097                    (OA 110) |
| T-893 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 894 | 1 3 JUL 2005 | | Tashin Ali | On or about 04/25/94, SAA and another man had a telephone conversation during which they discussed SAA's travel plans and the reaction to the Afula bombing.  SAA also spoke with Naim Nasser Bulbol and discussed Suliman Awda and meeting in the future.  Bates #4400290                    (OA 103) |
| T-894 | 1 3 JUL 2005 | | Tashin Ali | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                              Page 155 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 895    1 1  JUL 2005 |  |  | Sally Hayes | On or about 04/25/94, SAA sent a facsimile to Fathi Shiqaqi which addressed problems related to the attendance of SAA, BMN, MAN, RAS, AAAA, and TAK at the upcoming meeting of the PIJ Shura Council. Bates #300137        (OA 111) |
|  | 2 1 JUL 2005 |  | Fouad Ghorra |  |
| T-895 | 2 1 JUL 2005 |  | Fouad Ghorra | English translation of above exhibit |
| 896    1 8  JUL 2005 |  |  | Tahsin Ali | On or about 04/28/94, RAS and SAA had a telephone conversation during which they discussed the upcoming PIJ meeting, SAA's concern about a quorum, and whether BMN and MAN would continue on the Shura Council. Bates #4400259        (OA 112) |
|  | 2 0 JUL 2005 |  | Camille Ghorra |  |
| T-896  1 8  JUL 2005 | 2 0 JUL 2005 |  | Tahsin Ali  Camille Ghorra | English translation of above exhibit |
| 897 | 2 5 JUL 2005 |  | Stipulated Marwan Khalil | On or about 04/30/94, SAA had a telephone conversation with STH in which they discussed the possible seizure of money they sent to the Territories. Bates #4400261        (OA 114) |
| T-897 | 2 7 JUL 2005 |  | Stipulated Marwan Khalil | English translation of above exhibit |
| 898    1 1  JUL 2005 |  |  | Sally Hayes | On or about 05/07/94, SAA received a facsimile from Salem, which contained a list of names and account numbers for martyrs and their beneficiaries. Bates #300102        (OA 116) |
|  | 2 0 JUL 2005 |  | Camille Ghorra |  |
| T-898 | 2 0 JUL 2005 |  | Camille Ghorra | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM

Page 156 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | **EXHIBIT LIST** |
| 899 | 1 9 JUL 2005 | | Camille Gherra | On or about 06/06/94, SAA had a telephone conversation with BMN who was in England, in which they discussed: (a) negative articles and activities regarding Sheik Ghannoushi, which SAA blamed on Jews; (b) that Fathi Shiqaqi had sent $13,000.00 to "The Center;" and (c) that BMN had asked RAS to tell Fathi Shiqaqi to send money to MAN and BMN. Further, BMN stated that the money may have come from the "North." Bates #4400099            (OA 117) |
| T-899 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 900 | 1 9 JUL 2005 | | Camille Gherra | On or about 07/03/94, SAA and BMN had a telephone conversation about obtaining money for MAN, RAS and STH. Bates #4400100            (OA 118) |
| T-900 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 901 | 1 9 JUL 2005 | | Camille Gherra | On or about 07/15/94, SAA spoke by telephone with BMN about financial matters, including the fact that they anticipated $30,000.00 coming from overseas sources to support BMN, MAN and STH. Bates #4400190            (OA 119) |
| T-901 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 902 | 1 9 JUL 2005 | 2 1 JUL 2005 | Sally Hayes  Fouad Gherra | On or about 07/26/94, SAA received a facsimile from Fathi Shiqaqi regarding the meeting of the PIJ Shura Council and Fathi Shiqaqi's hope that all in the PIJ would support it. Bates #300140            (OA 120) |
| T-902 | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                          Page 157 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 903 | 1 3 JUL 2005 | 1 3 JUL 2005 | Sally Hayes<br><br>Tahsin Ali | On or about 07/27/94, SAA received a facsimile from Fathi Shiqaqi which stated that the PIJ Shura Council had met and which urged SAA and BMN to present their proposal.<br>Bates #300206                    (OA 121) |
| T-903 | 1 3 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 904 | 1 3 JUL 2005 | 1 3 JUL 2005 | Sally Hayes<br><br>Tahsin Ali | On or about 07/29/94, SAA sent a facsimile to Ahmed Yousef of a draft proposal to unify Palestinian activities in the Territories, including those of the PIJ and HAMAS.<br>Bates #300207                    (OA 122) |
| T-904 | 1 3 JUL 2005 | | Tashin Ali | English translation of above exhibit |
| 905 | 1 3 JUL 2005 | 1 3 JUL 2005 | Sally Hayes<br>Tahsin Ali | Correction to page 5 of the fax discussed above in Exhibit 904<br>Bates #300286                    (OA 122) |
| T-905 | 1 3 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 906 | 1 3 JUL 2005 | 2 0 JUL 2005 | Sally Hayes<br><br>Camille Gharra | On or about 09/05/94, SAA received a facsimile of an official PIJ report on PIJ letterhead with a PIJ logo, dated September 5, 1994, in which the PIJ claimed responsibility for the attack on September 4, 1994 in the Gaza Strip.<br>Bates #300030                    (OA 125) |
| T-906 | | 2 0 JUL 2005 | Camille Gharra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 158 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 907 | 1 1 JUL 2005 | | Sally Hayes | On or about 09/06/94, SAA received a facsimile which contained an official PIJ report dated September 6, 1994, regarding the arrest and detention of "Mujahideen" by the Palestinian Authority (PA) as a consequence of the September 4, 1994 PIJ attack at Morag Junction. The facsimile blamed the PA for collaborating with Israel; accused the PA of serving the Israeli settlers as opposed to the Palestinians; announced that the arrest and detention of PIJ freedom fighters would not stop or change PIJ strategy or its political position; declared that the PIJ would continue its activities regardless of PA peace initiatives; and contained a list of PIJ members who were arrested as a result of the latest terror act. Bates #300032                (OA 126(A)) |
| | 2 0 JUL 2005 | | Camille Gherra | |
| T-907 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| | | | | |
| 908 | 1 1 JUL 2005 | | Sally Hayes | On 09/06/94, SAA received several more facsimiles including an official PIJ communique claiming responsibility for the PIJ attack on 09/04/94. Bates #300031                (OA 126(B)) |
| | 2 0 JUL 2005 | | Camille Gherra | |
| T-908 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| | | | | |
| 909 | 1 1 JUL 2005 | | Sally Hayes | On or about 09/07/94, SAA received a four-page facsimile which included a press release on PIJ letterhead, with PIJ logo, issued by Dr. Fathi Shiqaqi, Secretary General of the PIJ, denouncing Yasser Arafat and the PA for their actions in the Gaza Strip and West Bank town of Jericho and listing the names of fifty PIJ members jailed by the PA. Bates #300033                (OA 127) |
| | 2 0 JUL 2005 | | Camille Gherra | |
| T-909 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                              Page 159 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | EXHIBIT LIST |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 910 | 1 1 JUL 2005 / 2 0 JUL 2005 | | *Sally Hayes* / *Camille Ghorra* | On or about 09/08/94, SAA re-transmitted by facsimile the PIJ communique he had received on 09/06/94 announcing responsibility for the 09/04/94 PIJ attack. Bates #300143                           (OA 128) |
| T-910 | 2 0 JUL 2005 | | *Camille Ghorra* | English translation of above exhibit |
| 911 | 1 1 JUL 2005 / 2 0 JUL 2005 | | *Sally Hayes* / *Camille Ghorra* | On or about 09/08/94, SAA re-transmitted by facsimile an official PIJ communique on PIJ letterhead with a PIJ logo, criticizing the PA for collaboration with the Zionists and praising the martyrs.  Morag Junction Bates #300146                           (OA 129) |
| T-911 | 2 0 JUL 2005 | | *Camille Ghorra* | English translation of above exhibit |
| 912 | | | | Facsimile on 11/11/94 from SAA (7777) regarding letter of reference for RAS |
| 913 | 1 1 JUL 2005 / 2 1 JUL 2005 | | *Sally Hayes* / *Fouad Ghorra* | On or about 11/12/94, SAA received a facsimile of a PIJ communique announcing responsibility for the PIJ attack on 11/11/94, which resulted in the deaths of three Israelis and the injury of several others. Bates #                           (OA 133(A)) |
| T-913 | 2 1 JUL 2005 | | *Fouad Ghorra* | English translation of above exhibit |
| 914 | 1 1 JUL 2005 / 2 1 JUL 2005 | | *Sally Hayes* / *Fouad Ghorra* | Later, SAA re-transmitted by facsimile the PIJ communique he had received earlier that day announcing responsibility for the PIJ attack on 11/11/94. Bates #300147                           (OA 133(B)) |
| T-914 | 2 1 JUL 2005 | | *Fouad Ghorra* | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                              Page 160 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| (EXHIBIT LIST) | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 915 | 1 1 JUL 2005 | | Sally Hayes | On or about 11/14/94, SAA sent a note via facsimile (see 11/11/94) which he had written three days earlier and explained that he had been unable to send the note because of the unavailability of an open line. |
| | 2 1 JUL 2005 | | Fouad Ghorra | Bates #300148                    (OA 134) |
| T-915 | 2 1 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| 916 | 1 1 JUL 2005 | | Sally Hayes | On or about 11/15/94, SAA received a facsimile of an official PIJ communique dated 11/14/94, which addressed the crackdown on the PIJ and arrests of its members. |
| | 2 1 JUL 2005 | | Eouad Ghorra | Bates #300149                    (OA 135) |
| T-916 | 2 1 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| 917 | 1 1 JUL 2005 | | Sally Hayes | On or about 12/14/94, conspirators transmitted facsimiles from WISE/ICP which criticized Israel and the PA and stated that the PIJ, HAMAS and Iran were the vanguards of Islam. Bates #300001                    (OA 136) |
| T-917 | | | | English translation of above exhibit |
| 918 | 2 7 JUN 2005 | | Thomas Rose | On 01/22/95 HNF spoke with Suleiman Odeh by telephone about the attack at Beit Lid earlier that day.  HNF asked Awda to mention the attack at a party that evening. Bates #4400350 |
| | 1 1 JUL 2005 | | Tahsin Ali | |
| T-918 | 1 1 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 919 | 1 1 JUL 2005 | | Sally Hayes | On or about 01/23/95, RAS received a facsimile from Fathi Shiqaqi which indicated that the relationship between the PIJ and Iran was improving and invited RAS to accompany Fathi Shiqaqi on a visit to Iran. |
| | 1 2 JUL 2005 | | Tahsin Ali | |
| | | 0 4 AUG 2005 | Kerry Myers | Bates #300227                    (OA 138) |
| T-919 | 1 1 JUL 2005 | 4 AUG 2005 | Tahsin Ali (LD) Kerry Myers | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

Page 161 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 920 | 1 1 JUL 2005 | | Sally Hayes | On or about 01/25/95, RAS received a facsimile which included a bulletin from the Department of Treasury announcing Presidential Executive Order 12947, which prohibited financial transactions with terrorists and terrorist organizations that threatened to disrupt the Middle East peace process, including the PIJ and HAMAS. The bulletin listed Fathi Shiqaqi and AAAA as "Specially Designated Terrorists." Bates #300111                    (OA 139) |
| | | 0 4 AUG 2005 | Kerry Myers | |
| 921 | 1 1 JUL 2005 | | Sally Hayes | On or about 01/26/95, SAA, RAS, STH and MAN received a facsimile at WISE/ICP in Tampa, Florida, which contained an article about the Beit Lid bombing, the bombers Salah Shaker and Anwar Sukkar, the PIJ, and how money and resources spent on Arab Armies could be better spent to support the PIJ. Bates #300209                    (OA 140) |
| | | 2 8 JUL 2005 | Camille Gherra | |
| T-921 | | 2 8 JUL 2005 | Camille Gherra | English translation of above exhibit |
| 922 | 1 1 JUL 2005 | | Sally Hayes | On or about 02/02/95, RAS received a facsimile which glorified the Beit Lid suicide bombing. Bates #300220                    (OA 141) |
| T-922 | | | | English translation of above exhibit |
| 923 | 1 1 JUL 2005 | 2 1 JUL 2005 | Sally Hayes Fouad Gherra | On or about 02/05/95, RAS received a facsimile which contained an interview of Fathi Shiqaqi in which he discussed the PIJ. Bates #300221                    (OA 142) |
| T-923 | | 2 1 JUL 2005 | Fouad Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                          Page 162 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 924 | | 2 0 JUL 2005 | Camille Gherra | On or about 02/06/95, SAA had a telephone conversation with Louay Safi and discussed the recent Presidential Executive Order against terrorists.  SAA called the order propaganda and nonsense and claimed it only targeted people like Fathi Shiqaqi and operations outside the United States. Bates #4400102                            (OA 143) |
| T-924 | | 2 0 JUL 2005 | Camille Gherra | English translation of above exhibit |
| 925 | 1 1 JUL 2005 | 2 0 JUL 2005 | Sally Hayes  Camille Gherra | On or about 02/06/95, a co-conspirator at WISE re-transmitted a facsimile to Bahrain which contained an article praising the two PIJ "martyrs" who died as a result of the Beit Lid terrorist attack in 01/95. Bates #300053                             (OA 144) |
| T-925 | | 2 0 JUL 2005 | Camille Gherra | English translation of above exhbiit |
| 926 | 1 1 JUL 2005 | | Sally Hayes | On or about 02/09/95, a co-conspirator at WISE sent a facsimile to a number utilized by Fathi Shiqaqi in Syria which included published interviews of Specially Designated Terrorists Fathi Shiqaqi and AAAA.  In his interview, Fathi Shiqaqi discussed the escalation of violence by the PIJ and the relationship of the PIJ to Iran and Syria. Bates #300112                             (OA 145) |
| T-926 | | | | None needed.  Fax is in English. |
| 927 | 1 1 JUL 2005 | 2 0 JUL 2005 | Sally Hayes  Camille Ghirra | On or about 02/09/95, RAS sent a facsimile to Fathi Shiqaqi which set forth a plan to publish a collection of the speeches and eulogies that had been delivered on behalf of the Beit Lid bombers. Bates #300054                             (OA 146) |
| T-927 | | 2 0 JUL 2005 | Camille Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                      Page 163 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 928 | 1 1 JUL 2005 | 2 0 JUL 2005 | *Sally Hayes* / *Camille Ghorra* | On or about 02/10/95, RAS sent a facsimile to Fathi Shiqaqi which addressed his security concerns regarding the use of DHL, a commercial carrier, to send and receive paperwork. The facsimile also said SAA favored mails being sent through Europe because direct movements from the Middle East were subject to more scrutiny. Bates #300055                    (OA 147) |
| T-928 | 2 JUL 2005 | | *Camille Ghorra* | English translation of above exhibit |
| 929 | 1 1 JUL 2005 | 0 8 AUG 2005 | *Sally Hayes* / *Kerry Myers* | On or about 02/10/95, SAA received a facsimile which included a United States Senate Resolution 69 condemning the PIJ for the 01/22/95 double suicide bombing at Beit Lid, Israel. Also included was a preliminary analysis of "The Omnibus AntiTerrorism Act of 1995." list of US v. Rahman co-conspirators; Senate Resolution condemning PIJ for Beit Lid. Bates #300101                    (OA 148) |
| 930 | | 1 9 JUL 2005 | *Camille Ghorra* | On or about 02/11/95, SAA had a telephone conversation with BMN, who was outside of Florida, in which they used coded language to discuss money issues and assistance to WISE by the International Institute of Islamic Thought. In addition, SAA spoke to BMN about 170 people who were listed as co-conspirators in a New York terrorism prosecution. Bates #4400103                    (OA 150) |
| T-930 | | 1 9 JUL 2005 | *Camille Ghorra* | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 931 | 2 7 JUN 2005<br>1 3 JUL 2005 | 1 9 JUL 2005 | Thomas Rose<br>Tahsin Ali<br>Camille Ghorra | On 02/12/95, SAA phoned Ahmad Makki and said he was coming to Chicago.  SAA said that he had message to be delivered to the Sudan, but he could not discuss over phone. SAA asked if Sudan could absorb the PIJ and HAMAS if authorities cracked down. SAA asked about Suleiman Odeh and Makki said he left for Gaza two days ago. Bates #4400352 |
| T-931 | 1 3 JUL 2005 | 1 9 JUL 2005 | Tahsin Ali (ID)<br>Camille Ghorra | English translation of above exhibit |
| | | | | |
| 932 | 2 7 JUN 2005<br>1 3 JUL 2005 | 1 9 JUL 2005 | Thomas Rose<br>Tahsin Ali<br>Camille Ghorra | On 02/16/95, SAA phoned Makki and they discussed Suleiman Odeh's arrest.  SAA said Suleiman Odeh would talk tot he Israelis. Bates #4400353 |
| T-932 | 1 3 JUL 2005 | 1 9 JUL 2005 | Tahsin Ali (ID)<br>Camille Ghorra | English translation of above exhibit |
| | | | | |
| 933 | 1 1 JUL 2005 | 2 0 JUL 2005 | Sally Hayes<br><br>Camille Ghorra | On or about 02/18/95, RAS received a facsimile which said "the paperwork" had arrived.  The facsimile addressed an account number RAS had requested and stated RAS could make a direct transfer.  Finally, the facsimile set forth a proposed agreement between HAMAS and the PA. Bates #300056          (OA 151) |
| T-933 | | 2 1 JUL 2005 | Camille Ghorra | English translation of above exhibit |
| | | | | |
| 934 | 2 7 JUN 2005<br>1 3 JUL 2005 | 1 9 JUL 2005 | Thomas Rose<br>Tahsin Ali<br>Camille Ghorra | On 02/18/95, SAA phoned Makki and said he wanted to deliver the thing to Makki Bates #4400354 |
| T-934 | 1 3 JUL 2005 | 1 9 JUL 2005 | Tahsin Ali (ID)<br>Camille Ghorra | English translation of above exhibit |
| | | | | |
| 935 | 1 9 JUL 2005 | | Camille Ghorra | On 02/18/95, Hatem LNU phoned Makki and said he had the folder and was at the airport. Makki complained that Hatem LNU talked too much on the phone. Bates #4400356 |

Case Number:      8:03-CR-77-T-30TBM                          Page 165 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-935 | 1 8 JUL 2005 | | *Camille Gharra* | English translation of above exhibit |
| 936 | 1 1 JUL 2005 | 1 8 JUL 2005 | *Sally Hayes* *Tahsin Ali* | On or about 02/19/95, RAS sent a facsimile to brother Salem in Iran, which discussed the proposed agreement RAS had received from Ja'fir between HAMAS and the PA, and the response of the PIJ. Bates #300222          (OA 152) |
| T-936 | 1 8 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| 937 | 1 1 JUL 2005 1 1 JUL 2005 | 1 8 JUL 2005 | *Sally Hayes* *Tahsin Ali* *Tahsin Ali (ID)* | On or about 02/19/95, RAS sent a coded facsimile to Ja'fir in Gaza. Bates #300223          (OA 153) |
| T-937 | 1 8 JUL 2005 | | | English translation of above exhibit |
| 938 | 1 1 JUL 2005 | 1 8 JUL 2005 | *Sally Hayes* *Tahsin Ali* | On or about 02/19/95, RAS received a facsimile from Fathi Shiqaqi, which referred to previous correspondence with Ja'fir, the position that PIJ should adopt in light of the pending agreement between HAMAS and the PA, and inquired about the availability of communication equipment. Bates #300224          (OA 154) |
| T-938 | 1 8 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| 939 | 1 1 JUL 2005 2 0 JUL 2005 | | *Sally Hayes* *Camille Gharra* | On or about 02/20/95, RAS sent a facsimile to Fathi Shiqaqi, in Iran, that answered the recently received facsimile. Bates #300255          (OA 155) |
| T-939 | 2 0 JUL 2005 | | *Camille Gharra* | English translation of above exhibit |
| 940 | 1 1 JUL 2005 | 1 8 JUL 2005 | *Sally Hayes* *Tahsin Ali* | On or about 02/20/95, RAS sent a facsimile to Fathi Shiqaqi, in Iran, which described the response that the PIJ should take to a proposed truce between HAMAS and the PA, including publishing a newsletter. Bates #300226          (OA 156) |

Case Number:      8:03-CR-77-T-30TBM                    Page 166 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-940 | 2 8 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 941 | 1 1 JUL 2005 | 1 8 JUL 2005 | Sally Hayes  Tahsin Ali | On or about 02/21/95, RAS received a facsimile from Fathi Shiqaqi, which described the PIJ's attempts to get PIJ money held by TAK and the status of the PIJ's response to the agreement between HAMAS and the PA. Bates #300229                    (OA 157) |
| T-941 | 2 8 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 942 | 1 1 JUL 2005 | 1 8 JUL 2005 | Sally Hayes  Tahsin Ali | On or about 02/21/95, RAS sent a facsimile to Fathi Shiqaqi, in Iran, which suggested how to deal with TAK. Bates #300230                    (OA 158) |
| T-942 | 2 8 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 943 | 1 1 JUL 2005 | 1 8 JUL 2005 | Sally Hayes  Tahsin Ali | On or about 02/21/95, RAS sent a facsimile to Fathi Shiqaqi (Shaker), in Iran, which addressed several matters including a discussion that RAS had with SAA regarding how to get TAK to return PIJ money. Bates #300231                    (OA 159) |
| T-943 | 2 8 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 944 | 1 1 JUL 2005 | 2 8 JUL 2005 | Sally Hayes  Camille Ghorra | On 02/21/95, RAS sent a seven page facsimile to Shaker (one Arabic, remainder in English) transmitting FBIS-NES-95-030-S, 02/14/95 "List of Palestinian Organizations, Officials" and asked about the Al-Diyar newspaper. Bates #300286/old 160.1 |
| T-944 | 2 8 JUL 2005 | | Camille Ghorri | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

Page 167 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 945 | 1 1 JUL 2005 | | Sally Hayes | On or about 02/22/95, RAS received a facsimile in Tampa, Florida from Fathi Shiqaqi (Salem) answering RAS's question about Al-Diyar. |
| | | 2 0 JUL 2005 | Camille Ghorra | Bates #300210                    (OA 160) |
| T-945 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| | | | | |
| 946 | 1 1 JUL 2005 | | Sally Hayes | On or about 02/24/95, RAS received a facsimile from Fathi Shiqaqi which contained information about a Bank of Boston account number.  The facsimile also indicated that a meeting had gone well in Iran and the amount of money coming into the PIJ would increase within a month. |
| | | 2 1 JUL 2005 | Fouad Ghorra | Bates #300062                 (OA 161(A)) |
| T-946 | 2 0 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| | | | | |
| 947 | 1 1 JUL 2005 | | Sally Hayes | The next day, on 02/25/95, RAS sent a facsimile to Israel, which confirmed the name of the bank where money was to be sent and that the city was "Springfield" not "Springfile." |
| | | 1 3 JUL 2005 | Tahsin Ali | Bates #300232                 (OA 161(B)) |
| T-947 | 1 1 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| | | | | |
| | | | | |
| | | | | |
| 949 | 2 0 JUL 2005 | | Camille Ghorra | On or about 03/04/95, RAS had a telephone conversation with an unidentified male in Syria.  RAS mentioned that he had recently seen videos made by persons preparing to participate in suicide bombings and was very moved. |
| | | | | Bates #4400164                   (OA 162) |
| T-949 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM

Page 168 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 950 | 1 1 JUL 2005 | 2 0 JUL 2005 | *Sally Hayes* *Camille Gherra* | On or about 03/04/95, RAS received a facsimile signed by Abu Nidal from the Gaza Strip. Bates #300212 (OA 163(A)) |
| T-950 | | 2 0 JUL 2005 | *Camille Gherra* | English translation of above exhibit |
| 951 | 1 1 JUL 2005 | 2 0 JUL 2005 | *Sally Hayes* *Camille Gherra* | Later, on 03/04/95, RAS re-transmitted the facsimile from Abu Nidal to Fathi Shiqaqi in Damascus, Syria. The facsimile directed Fathi Shiqaqi to contact Nassar Yousef/Abu Jousif. Bates #30063 (OA 163(B)) |
| T-951 | | 2 0 JUL 2005 | *Camille Gherra* | English translation of above exhibit |
| 952 | 1 1 JUL 2005 | 2 0 JUL 2005 | *Sally Hayes* *Camille Gherra* | On or about 03/05/95, RAS received a facsimile from Fathi Shiqaqi, who sent his regards to BMN, SAA, MAN and STH. Bates #300233 (OA 164) |
| T-952 | | 2 0 JUL 2005 | *Camille Gherra* | English translation of above exhibit |
| 953 | 2 0 JUL 2005 | | | On or about 03/05/95, RAS had a telephone conversation with Rashed Al-Ghanoushi in which RAS referred to a time when he had seen a martyrdom video at a festival and then received news of the 11/11/94 bicycle bombing at Netzarim Junction. Bates #4400232 OA 165) |
| T-953 | 2 0 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                      Page 169 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 954 | 1 3 JUL 2005 | | Tahsin Ali | On or about 03/05/95, RAS, had a telephone conversation with Fathi Shiqaqi in which they discussed the possible release of PIJ members from Israeli jails as a goodwill gesture in connection with an upcoming religious holiday.  They also discussed aligning the PIJ with HAMAS, sending tape recorded messages into the Territory, disciplining TAK for not returning PIJ property, and RAS's anger that a magazine had advance notice of a PIJ suicide attack.  Bates #4400133                    (OA 166) |
| | | | Camille Gherra | |
| T-954 | 1 3 JUL 2005 | 1 JUL 2005 | Tahsin Ali  (FP)  Camille Gherra | English translation of above exhibit |
| T954A | | 0 8 NOV 2005 | Stipulated | |
| 955 | 1 1 JUL 2005 | | Sally Hayes | On or about 03/08/95, RAS received a facsimile from Fathi Shiqaqi about acquiring a portable telephone, its range and price, and whether it needed to be used in conjunction with a base unit.  Fathi Shiqaqi also inquired about a satellite phone.  Bates #300064                  (OA 167(A)) |
| | | | Camille Gherra | |
| T-955 | 3 8 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 956 | 1 9 JUL 2005 | | Camille Gherra | The following day, on 03/09/95, RAS had a telephone conversation with Fathi Shiqaqi in which RAS said he had spoken with SAA about purchasing telephones, but the issue was complicated because purchase records for such equipment were kept.  Fathi Shiqaqi again emphasized that he was interested in a satellite phone.  Bates #4400134                  (OA 167(B)) |
| T-956 | 1 3 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 957 | 3 | | | On or about 03/14/95, GZB attempted to have a telephone conversation with RAS.  Bates #4400296                  (OA 168) |
| T-957 | 3 8 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| | | | | |

Case Number:      8:03-CR-77-T-30TBM                          Page 170 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| 958 | 1 1 JUL 2005 | | Sally Hayes | On or about 03/15/95, RAS sent Fathi Shiqaqi a facsimile regarding RAS's and BMN's concerns about SAA and the PIJ working with HAMAS in the United States. Bates #300067          (OA 169(A)) |
|  | 2 0 JUL 2005 | | Camille Gherra | |
| T-958 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 959 | 1 9 JUL 2005 | | Camille Gherra | On 03/15/95, RAS had a telephone conversation with Fathi Shiqaqi in which they discussed SAA's desire to meet with HAMAS in the United States.  They discussed that BMN and MAN were upset because they had spent their lives working for the PIJ and would have nothing to show for it if the PIJ were annexed by HAMAS. Bates #4400135          (OA 169(B)) |
| T-959 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 960 | 2 0 JUL 2005 | | Camille Gherra | On or about 03/15/95, RAS had a telephone conversation with Yousef in Gaza.  RAS mentioned his security concerns that anything sent to RAS going to "them" and that they need to be careful when mailing packages to one another. Bates #4400136          (OA 170) |
| T-960 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 961 | 1 9 JUL 2005 | | Camille Gherra | On or about 03/15/95, RAS had a telephone conversation with Fathi Shiqaqi, who was overseas, in which Fathi Shiqaqi said that Yousef needed to call him.  RAS responded that  Yousef was at "The Center." Bates #4400137          (OA 171(A)) |
| T-961 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 171 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 962 | 2 9 JUL 2005 | | Camille Ghora | Later, on 03/15/95, RAS had a telephone conversation with Yousef and told him Fathi Shiqaqi would wait for him to call and gave him Fathi Shiqaqi's telephone number in Syria. Bates #4400138            (OA 171(B)) |
| T-962 | 2 9 JUL 2005 | | Camille Ghora | English translation of above exhibit |
| 963 | 2 5 JUL 2005 | | Marwam Khalil | On or about 03/15/95, HNF had a telephone conversation with RAS in which they discussed material which HNF had for publication in the PIJ newspaper, "Al-Esteqlal."  RAS advised HNF to contact Yousef about the newspaper. Bates #4400291              (OA 172) |
| T-963 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 964 | 2 5 JUL 2005 | | Marwam Khalil | On or about 03/17/95, HNF had a telephone conversation with Maha Shallah, who told him that the package he sent had arrived in the mail.  HNF expressed relief when he learned that the package had not been opened en route. Bates #4400292              (OA 173) |
| T-964 | 2 5 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 965 | 1 1 JUL 2005   1 3 JUL 2005 | | Sally Hayes Tahsin Ali | On or about 03/17/95, HNF sent a facsimile to WISE which contained an edition of "Al-Esteqlal." Bates #300241              (OA 174) |
| T-965 | 1 3 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| | | | | |
| | | | | |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                                 Page 172 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 967 | 2 1 JUL 2005 | 2 6 JUL 2005 | Sally Hayes<br><br>Camille Ghorra | On or about 03/18/95, RAS caused a facsimile to be sent to "Brother Yousef" in Gaza and directed Yousef to ascertain whether ten more PIJ members had been arrested.<br>Bates #300068                    (OA 175(A)) |
| T-967 | | 2 6 JUL 2005 | Camille Ghorra | English translation of above exhibit |
| 968 | 2 1 JUL 2005 | 2 6 JUL 2005 | Sally Hayes<br><br>Camille Ghorra | Shortly thereafter, on 03/18/95, RAS received a facsimile from Yousef stating that ten to fifteen PIJ members had been arrested by the PA.<br>Bates #300069                    (OA 175(B)) |
| T-968 | | 2 6 JUL 2005 | Camille Ghorra | English translation of above exhibit |
| 969 | 2 1 JUL 2005 | 2 6 JUL 2005 | Sally Hayes<br><br><br><br>Camille Ghorra | On or about 03/18/95, RAS received a facsimile in Tampa, Florida.  The facsimile: (1) contained a declaration from PIJ headquarters on PIJ stationery with PIJ logo; (2) demanded the release of all holy warriors from Palestinian prisons; and (3) dared the PA to arrest all those who cheered for the success of the recent operation at Beit Lid, Israel.<br>Bates #300070                     (OA 176) |
| T-969 | | 2 6 JUL 2005 | Camille Ghorra | English translation of above exhibit |
| 970 | 1 3 JUL 2005 | | Tahsin Ali | On or about 03/18/95, RAS and an unidentified male had a telephone conversation and discussed their concerns about the delivery of a package for RAS<br>Bates #4400293                     (OA 177) |
| T-970 | | 1 3 JUL 2005 | Tahsin Ali | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 971 | 1 1 JUL 2005 | | Sally Hayes | On or about 03/19/95, RAS received a facsimile in Tampa, Florida which contained a recently published interview of Fathi Shiqaqi.  In the interview, Shiqaqi described the formation and evolution of the PIJ, the objective of the PIJ, the location of PIJ bases or training camps, the relationship of the PIJ with Hizballah, Iran's financial assistance to the PIJ, and the impossibility of the co-existence of Israel and a Palestinian state.  Shiqaqi further discussed his determination to seek the destruction of Israel because it was an imperialist base and partner of the United States.  He said that suicide operations would continue.  Bates #300113                          (OA 178) |
| | | 1 8 JUL 2005 | Tahsin Ali | |
| T-971 | | 1 8 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 972 | 1 1 JUL 2005 | | Sally Hayes | On or about 03/21/95, RAS received a facsimile from PIJ headquarters in Damascus, Syria which stated that two PIJ members had been killed two days before when a bomb blew up in their hands.  Bates #300071                          (OA 179) |
| | | 2 5 JUL 2005 | Fouad Gherra | |
| T-972 | | 2 5 JUL 2005 | Fouad Gherra | English translation of above exhibit |
| 973 | 3 1 JUL 2005 | | Sally Hayes | On or about 03/21/95, RAS sent a facsimile to Fathi Shiqaqi which discussed his critique of Fathi Shiqaqi's interview.  Bates #300242                          (OA 180) |
| | | 2 1 JUL 2005 | Fouad Gherra | |
| T-973 | | 2 1 JUL 2005 | Fouad Gherra | English translation of above exhibit |
| 974 | 1 1 JUL 2005 | | Sally Hayes | On or about 03/21/95, RAS received a facsimile from Fathi Shiqaqi stating he had read RAS's remarks concerning the interview of Fathi Shiqaqi which had previously been sent via facsimile.  With respect to the interview, Fathi Shiqaqi stated that he also sought the opinions of MAN and SAA.  Bates #300073                          (OA 181) |
| | | 2 1 JUL 2005 | Fouad Gherra | |

Case Number:        8:03-CR-77-T-30TBM                                    Page 174 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-974 | 8 3 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| 975 | 11 4 JUL 2005 | | Tahsin Ali | On or about 04/07/95, RAS, who was in Tampa, Florida, had a telephone conversation with an unidentified male, who was outside of Florida, in which RAS discussed money and said he had shipped the unidentified male "ten books" from RAS and "five and one half" from the "Sufi guy." Bates #4400141                    (OA 183(A)) |
| T-975 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 976 | 1 1 JUL 2005 | 1 4 JUL 2005 | Sally Hayes<br><br>Tahsin Ali | The next day, on 04/08/95, RAS sent a facsimile to Omar Ja'Fir regarding their conversation the day before.  The facsimile identified the people who were to receive the $15,500. Bates #300243                    (OA 183(B)) |
| T-976 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 977 | 1 1 JUL 2005 | 2 0 JUL 2005 | Sally Hayes<br><br>Camille Ghorra | On or about 04/09/95, RAS received a facsimile, on PIJ letterhead, with the PIJ logo, in Tampa, Florida.  The facsimile announced the death of the PIJ martyr Khalid Al Khatib, who carried out the suicide bombing at Kfar Darom. Bates #300213                    (OA 185(A)) |
| T-977 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 978 | 1 1 JUL 2005 | 2 0 JUL 2005 | Sally Hayes<br>Camille Ghorra | Approximately one minute later, on 04/09/95, this facsimile (Exhibit 977) was re-transmitted to WISE/ICP. Bates #300079                    (OA 185(B)) |
| T-978 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM

Page 175 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 979 | 1 1 JUL 2005<br>1 8 JUL 2005 | | Sally Hayes<br>Tahsin Ali | On or about 04/11/95, RAS sent a heavily coded facsimile to Fathi Shiqaqi. Bates #300244<br>(OA 186(A)) |
| T-979 | 1 8 JUL 2005 | | Tahsin Ali (ID) | English translation of above exhibit |
| 980 | 1 1 JUL 2005 | 2 1 JUL 2005 | Sally Hayes<br><br>Fouad Ghorra | Later, on 04/11/95, RAS received a facsimile from Fathi Shiqaqi which discussed a recent meeting at Shiqaqi's home regarding the activities of the PA against the PIJ, the authorization to have discussions with HAMAS abroad and TAK'S demands regarding the return of PIJ funds. Bates #300245<br>(OA 186(B)) |
| T-980 | | 2 1 JUL 2005 | Fouad Ghorra | English translation of above exhibit |
| 981 | 1 1 JUL 2005 | | Sally Hayes | On or about 04/11/95, RAS received a facsimile which detailed the status of trials of accused PIJ members and their sentences. Bates #300245<br>(OA 187) |
| T-981 | | | | English translation of above exhibit |
| 982 | 1 1 JUL 2005 | 1 1 JUL 2005 | Sally Hayes<br><br>Tahsin Ali | On or about 04/11/95, RAS received by facsimile a PIJ press release from outside Florida which demanded that PIJ members arrested or sentenced in the aftermath of the Kfar Darom suicide bombing be immediately released. Bates #300214<br>(OA 188(A)) |
| T-982 | | 1 8 JUL 2005 | Tahsin Ali | English translation of above exhibit |