Case Number:        8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| | | | **EXHIBIT LIST** | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 983 | 1 1 JUL 2005 | 2 8 JUL 2005 | Sally Hayes  Camille Gherra | On the same day, 04/11/95, RAS received by facsimile a proposed press release from outside Florida from Fathi Shiqaqi regarding the suicide bombing at Kfar Darom. The proposed press release criticized the PA and stated the PIJ would continue its pattern of suicide bombings. A handwritten note on the facsimile mentioned payments for the period of 02/28 through 03/27 in the amount of 108 Jordanian "magazines." Bates #300088                    (OA 188(B)) |
| T-983 | 2 8 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 984 | 1 1 JUL 2005 | 2 1 JUL 2005 | Sally Hayes  Fouad Gherra | On or about 04/11/95, RAS received a facsimile from Yousef stating that the publication of the newspaper would be halted temporarily because Yousef and his partner were being pursued by the authorities. The facsimile also stated that RAS's brother, Omar, had received a life sentence. Bates #300080                        (OA 189) |
| T-984 | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 985 | 1 9 JUL 2005 | | Camille Gherra | On or about 04/11/95, RAS, who was in Tampa, Florida, had a telephone conversation with Fathi Shiqaqi, who was outside Florida, in which RAS said he had recently transferred fifteen and a half (ten plus five and a half) to Ja'Fir. Fathi Shiqaqi asked why RAS had not notified him and that RAS's money was not routed through the special committee. Fathi Shiqaqi said Ja'Fir had received over $100,000 last month. Bates #400199                        (OA 190) |
| T-985 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 986 | 1 8 JUL 2005 | | Tahsin Ali | On 04/11/95, RAS telephoned Hikmat regarding Omar Shallah receiving a life sentence. Bates #4400142 |

Case Number:        8:03-CR-77-T-30TBM                          Page 177 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | | **Witness** | **Description** |
| T-986 | 1 8 JUL 2005 | | Tahsin Ali | | English translation of above exhibit |
| | | | | | |
| 987 | 2 0 JUL 2005 | | Camille Ghorra | | On or about 04/13/95, RAS had a telephone conversation with Fathi Shiqaqi in Syria. RAS discussed his family's situation after the arrest of his brother and the status of SAA, BMN and MAN. Bates #4400297          (OA 191) |
| T-987 | 2 0 JUL 2005 | | Camille Ghorra | | English translation of above exhibit |
| | | | | | |
| 988 | 1 9 JUL 2005 | | Camille Ghorra | | On or about 04/15/95, RAS had a telephone conversation with Fathi Shiqaqi in Syria, in which they discussed the PIJ's rejection of any peace settlement with Israel, their disappointment that HAMAS was not more active, their concern about the PA and that PIJ members SAA and MAN were doing well. Bates #4400321          (OA 192) |
| T-988 | 1 9 JUL 2005 | | Camille Ghorra | | English translation of above exhibit |
| | | | | | |
| 989 | 2 0 JUL 2005 | | Camille Ghorra | | On 04/15/95, Khalil Shikaki telephoned RAS. Bates #4400143 |
| T-989 | 2 0 JUL 2005 | | Camille Ghorra | | English translation of above exhibit |
| | | | | | |
| 990 | 1 0 AUG 2005 | | Kerry Myers | | On or about 04/15/95, RAS learned during a telephone conversation with Art Lowery that The Tampa Tribune was investigating the connection between WISE and USF with a focus on SAA.          (OA 193) |
| T-990 | 1 0 AUG 2005 | | Kerry Myers | | |

Case Number:       8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 991 | 2 J JUL 2005 | | Camille Ghorra | On or about 04/17/95, RAS had a telephone conversation with an unidentified male in Syria, in which RAS indicated he was very concerned that the local newspaper would soon be printing articles about their connection to the PIJ. Bates 4400144                    (OA 194) |
| T-991 | 2 J JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 992 | 2 J JUL 2005 | | Marwam Khalil | On or about 04/18/95, RAS had a telephone conversation with Abu Nidal in Gaza in which they discussed Abu Nidal assisting RAS in gaining entry into the Territories. RAS said he needed to return to the Territories because there was a void in the PIJ which only he could fill. Bates #4400192                    (OA 195) |
| T-992 | 2 J JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| 993 | 2 1 JUL 2005 | 2 1 JUL 2005 | Sally Hayes  Fouad Ghorra | On or about 04/18/95, RAS transmitted a facsimile from Tampa, Florida to "Brother Shaker" in Syria, indicating that BMN and RAS agreed that Fathi Shiqaqi should meet directly with the leaders of the PA and create a dialogue. They said that, at the least, this would have a calming effect and perhaps the PA would release some PIJ members from jail. Bates #300083                    (OA 196) |
| T-993 | 2 1 JUL 2005 | | Fouad Ghorra | English translation of above exhibit |
| 994 | 1 1 JUL 2005 | | Sally Hayes | On 04/19/95, STH transmitted a facsimile from WISE containing his resume to Dr. Dajan Peng. |

Case Number:        8:03-CR-77-T-30TBM                    Page 179 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 995 | 2 5 JUL 2005 | | *Marwan Khalil* | On or about 04/27/95, RAS had a telephone conversation with Abu As'ad in Gaza in which they discussed RAS's concerns about an Anti-Terrorism Bill.  He was also concerned because a newspaper had asked to interview him about the relationship between WISE/ICP and USF. Bates #4400228                (OA 197) |
| T-995 | 2 5 JUL 2005 | | *Marwam (Chalil* | English translation of above exhibit |
| 996 | 1 1 JUL 2005 | 1 0 AUG 2005 | *Sally Hayes* *Kerry Myers* | On or about 04/27/95, SAA received a facsimile from The Tampa Tribune which contained several questions regarding WISE, ICP, PIJ and Fathi Shiqaqi.               (OA 198) |
| 997 | 2 0 JUL 2005 | 2 5 JUL 2005 | *Marwan Khalil* | On or about 04/27/95, RAS had a telephone conversation with Fathi Shiqaqi, who was in Syria, in which they discussed the press coverage regarding SAA, including questions The Tampa Tribune had sent SAA about WISE, ICP, PIJ, Fathi Shiqaqi, RAS, SAA and MAN.  RAS was critical of the pending terrorism legislation and indicated that if it passed, it would become difficult to accomplish things in the United States, remarking that "Tel Aviv will be easier than here." Bates #4400145                (OA 199) |
| T-997 | 2 5 JUL 2005 | | *Marwam Khalil* | English translation of above exhibit |
| 998 | 2 5 JUL 2005 | | *Marwan Khalil* | On or about 05/04/95, RAS had a telephone conversation with an unidentified male in Gaza in which they discussed RAS's concern that authorities in the United States might open a package of "magazines" that was to be sent to him. Bates #4400146                (OA 200) |
| T-998 | 2 5 JUL 2005 | | *marwam Khali* | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 180 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 999 | | 2 0 JUL 2005 | Camille Gherra | On or about 05/05/95, RAS had a telephone conversation with an unidentified person in Syria in which they discussed RAS's belief that the PIJ communication links needed to be upgraded.  RAS also told the person to be careful and to tell his people "inside" to be careful because Israel might take action during the holiday. Bates #4400147 (OA 201) |
| T-999 | | 3 0 JUL 2005 | Camille Gherra | English translation of above exhibit |
| 1000 | 1 4 JUL 2005 | 2 0 JUL 2005 | Tahsin Ali  Camille Gherra | On or about 05/09/95, RAS had a telephone conversation with Fathi Shiqaqi, who was in Syria, in which RAS discussed his immigration problems and stated his desire to leave the United States. Bates #4400150 (OA 202) |
| T-1000 | 1 4 JUL 2005 | JUL 2005 | Tahsin Ali (ID)  Camille Gherra | English translation of above exhibit |
| 1001 | | 2 0 JUL 2005 | Camille Gherra | On or about 05/10/95, RAS and BMN, who were in Tampa, Florida, had a telephone conversation with Fathi Shiqaqi in Syria. BMN said he advised Fathi Shiqaqi to take Abu Tareq and someone from the North with him when he went to retrieve the PIJ money from TAK.  Shiqaqi spoke in detail about the conflict with TAK and AAAA.  Shiqaqi suggested that SAA carry out a counter-offensive in the media.  Finally, BMN urged Shiqaqi to decrease his contacts with RAS. Bates #4400151 (OA 203) |
| T-1001 | | 2 0 JUL 2005 | Camille Gherra | English translation of above exhibit |
| 1002 | 1 1 JUL 2005 | 2 1 JUL 2005 | Sally Hayes  Fouad Gherra | On or about 05/12/95, RAS sent a facsimile to GZB regarding the status of RAS and his wife's United States visas and the necessity of RAS's wife renewing her PA travel permit. RAS also discussed the justification she would use to travel to the Territories. Bates #300251 (OA 204) |

Case Number:        8:03-CR-77-T-30TBM

Page 181 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-1002 | 2 1 JUL 2005 | | Fouad Gherra | English translation of above exhibit |
| 1003 | 1 4 JUL 2005 | | Tahsin Ali | On or about 05/21/95, SAA who was in Tampa, Florida, had a telephone conversation with TAK, who was outside Florida, in which they discussed AAAA's brother who had been jailed and questioned for about seventy-five days.  SAA expressed concern that interrogators had only questioned AAAA's brother about one person and whether that person was the leader overseas.  SAA also asked if AAAA's brother had been questioned about RAS. Bates #4400107                         (OA 205) |
| T-1003 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1004 | 2 5 JUL 2005 | | M. Khalil | On 05/22/95, SAA telephoned Abdurahman AlaMoudi and left a message informing him that he sent some checks.  SAA directed Alamoudi to put the checks in an account and sent them to an address he had enclosed. Bates #4400194 |
| T-1004 | 2 5 JUL 2005 | | M Khalil | English translation of above exhibit |
| 1005 | 2 0 JUL 2005 | | Camille Gherra | On or about 05/24/95, SAA who was in Tampa, Florida, had a telephone conversation with GZB, who was outside Florida, in which SAA requested that GZB contact Naim Nasser Bulbol because SAA wanted to speak with the person who was recently released after being interrogated by the authorities.  SAA was very interested in questioning the individual about his interrogation. Bates #4400108                         (OA 206) |
| T-1005 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                                Page 182 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1006 | 11 JUL 2005 | | Sally Hayes | On or about 05/25/95, RAS received a facsimile comprising communiques and clips from several newspapers. These items included a press release by TAK in which he said the PIJ would increase its terrorist activity. Bates #300254        (OA 207) |
| | | 2 0 JUL 2005 | Camille Gherra | |
| T-1006 | | JUL 2005 | Camille Gherra | English translation of above exhibit |
| 1007 | 11 JUL 2005 | | Sally Hayes | On or about 05/30/95, RAS sent Fathi Shiqaqi a facsimile which consisted of several pages of articles from The Tampa Tribune regarding SAA's connection to terrorists and terrorist organizations including the PIJ. Bates #300255        (OA 208) |
| | 14 JUL 2005 | | Tahsin Ali | |
| T-1007 | 14 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1008 | 19 JUL 2005 | | Camille Gherra | On or about 05/30/95, SAA, who was in Tampa, Florida, had a telephone conversation with BMN in Virginia, in which they discussed SAA's admiration for another terrorist leader. They also discussed how to appropriately respond to the ongoing press investigation of SAA at the University of South Florida and BMN's insistence that it be handled properly. Bates #4400109        (OA 209) |
| T-1008 | 19 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 1009 | 11 JUL 2005 | | Sally Hayes | On or about 06/01/95, RAS received a facsimile which contained an article on the split within the PIJ and a response by members of the PIJ which denied any dissension. Bates #300257        (OA 210) |
| | | 2 0 JUL 2005 | Camille Gherra | |
| T-1009 | | 2 0 JUL 2005 | Camille Gherra | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                                   Page 183 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1010 | 2 1 JUL 2005 | 2 0 JUL 2005 | Sally Hayes  Camille Ghorra | On or about 06/01/95, RAS received a facsimile regarding the split in the PIJ between Fathi Shiqaqi, AAAA and TAK, and the PIJ's attempts to keep this out of the press. Bates #300258                    (OA 211) |
| T-1010 | 2 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 1011 | 2 0 JUL 2005 | | Camille Ghorra | On or about 06/01/95, RAS had a telephone conversation with BMN in which they discussed articles about a split in the PIJ and their anger that the reporter had mentioned members of the PIJ Shura Council and other PIJ members by name. Bates #4400153              (OA 212(A)) |
| T-1011 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 1012 | 1 9 JUL 2005 | | Camille Ghorra |  Approximately fifteen minutes later, on 06/01/95, RAS who was in Tampa, Florida, had a telephone conversation with Fathi Shiqaqi in Syria, in which they discussed a Lebanese magazine article which stated that the PIJ was going to split.  Shiqaqi said SAA should move to another location in the United States because of bad publicity.  They also mentioned that BMN was disturbed by the articles in The Tampa Tribune because BMN's name had been mentioned. Bates #4400152              (OA 212(B)) |
| T-1012 | 1 9 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 1013 | 1 1 JUL 2005 | | Sally Hayes | On 06/01/95, SAA transmitted a facsimile to Betty Castor thanking USF administration for its support and says he will refute the news articles. Bates #3002609 |

Case Number:        8:03-CR-77-T-30TBM                    Page 184 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1014 | 11 JUL 2005<br>20 JUL 2005 | | *Sally Hayes*<br>*Camille Gherra* | On or about 06/02/95, RAS sent a facsimile from Tampa, Florida to Fathi Shiqaqi in Syria which described an article concerning the split in the PIJ.  The facsimile also relayed a conversation that RAS and BMN had the evening before, and stated that SAA had recently sent a threatening message to TAK to stop talking to the press.<br>Bates #300093                    (OA 213) |
| T-1014 | 20 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| 1015 | 11 JUL 2005 | | *Sally Hayes* | On or about 06/02/95, SAA sent a facsimile which contained a demand letter to The Tampa Tribune to apologize, punish the reporters and pay damages.<br>(OA 214) |
| 1016 | 11 JUL 2005<br>14 JUL 2005 | | *Sally Hayes*<br>*Tahsin Ali* | On or about 06/04/95, RAS sent a coded facsimile to Fathi Shiqaqi.<br>Bates #300266                    (OA 215) |
| T-1016 | 14 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| 1017 | 20 JUL 2005 | | *Camille Gherra* | On or about 06/08/95, RAS had a telephone conversation with Abu Mohamed in which RAS said he was concerned that there was a wiretap on his facsimile.<br>Bates #4400167                    (OA 216) |
| T-1017 | 21 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| 1018 | 14 JUL 2005 | | *Tahsin Ali* | On or about 06/10/95, RAS had a telephone conversation with BMN in which BMN directed RAS to meet with MAN, SAA and others to rally support for SAA at USF.<br>Bates #4400200                    (OA 217) |
| T-1018 | 14 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 185 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1019 | 1 4 JUL 2005 | | *Tahsin Ali* | On or about 06/16/95, SAA had a telephone conversation with TAK.  TAK said he would not leave Fathi Shiqaqi alone.  SAA said that could hurt all of the other partners. Bates #4400298                    (OA 218) |
| T-1019 | 1 4 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| 1020 | 2 0 JUL 2005 | | *Camille Gherra* | On or about 06/16/95, HNF called SAA.  HNF said he  had recently received some excellent papers and newspapers.  SAA responded by warning HNF not to send anything, to keep it, distribute it in his area, and be very cautious. Bates #4400112                    (OA 219) |
| T-1020 | 2 0 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| 1021 | 1 1 JUL 2005 | 2 0 JUL 2005 | *Sally Hayes* *Camille Gherra* | On 07/15/95, a facsimile was transmitted from 972-938-9514 to STH re:  Issue #17 delayed, sales figures for # 15 and 16, balance of account, names of orphans he cannot find.  Directions to transfer $ to Arab Bank-Nablus to account # in name of Daoud Tahsin Meckawi. #411016-1/500. Bates #300269 |
| T-1021 | 2 0 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| 1022 | 2 0 JUL 2005 | | *Camille Gherra* | On or about 08/06/95, SAA who was in Tampa, Florida, had a telephone conversation with BMN in which SAA said the amount received was "twenty-five."  SAA asked BMN for RAS's telephone number. Bates #4400114                    (OA 221) |
| T-1022 | 2 0 JUL 2005 | | *Camille Gherra* | English translation of above exhibit |
| 1023 | 2 7 JUN 2005 | 1 4 JUL 2005 | *Thomas Rose* *Tahsin Ali* | On 08/09/95, SAA telephoned Suleiman Odeh and told him that he had heard Odeh was in prison for 75 days. Bates #4400351 |

Case Number:        8:03-CR-77-T-30TBM                          Page 186 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-1023 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1024 | 1 2 JUL 2005 | 1 4 JUL 2005 | Sally Hayes  Tahsin Ali | On 09/24/95, STH transmitted a facsimile to Issa Hammoudeh regarding a First Union National Bank account number.  STH wrote that he needed $3,000 now  Bates #300270 |
| T-1024 | 1 2 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1025 | 2 0 JUL 2005 | | Camille Gherra | On or about 10/30/95, in the early morning hours, SAA received a telephone call from Nahla Al-Arian in which she asked whether SAA had heard that Fathi Shiqaqi had been killed.  SAA indicated he had heard and then refused to talk.  Bates #4400116        (OA 225(A)) |
| T-1025 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 1026 | 2 0 JUL 2005 | | Camille Gherra | Later that day, on 10/30/95, SAA had a telephone conversation with MAN.  SAA indicated he wanted to meet with MAN and STH.  Bates #4400241        (OA 225(B)) |
| T-1026 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 1027 | 2 5 JUL 2005 | | M. Khalil | On or about 10/30/95, BMN made a telephone call to SAA.  BMN whispered during this conversation and SAA said the matter had been complicated and inquiries had begun.  Bates #4400294        (OA 226) |
| T-1027 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 187 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1028 | 1 1 JUL 2005 | 1 0 AUG 2005 | Sally Hayes / Kerry Myers | On 10/31/95, a facsimile was transmitted from 813-985-4664 on WISE letterhead which stated that WISE denied any knowledge of RAS' political affiliations. Bates #300273 |
| T-1028 | | | | English translation of above exhibit |
| 1029 | | 1 0 AUG 2005 | Kerry Myers | On or about 10/30/95, SAA had a telephone conversation with a journalist with <u>The St. Petersburg Times</u>.  When the journalist asked about RAS being named the Secretary General of the PIJ, SAA falsely stated that RAS's name must have been mixed up with someone else and falsely stated he only knew RAS as RAMADAN ABDULLAH.<br>Bates #4400229            (OA 227(A)) |
| 1030 | | 1 0 AUG 2005 | Kerry Myers | Later, on 10/31/95, SAA had another telephone conversation with the journalist of <u>The St. Petersburg Times</u>.  During this conversation, SAA expressed shock and surprise and falsely stated there was nothing RAS had done while at WISE to indicate any political affiliation.  SAA falsely stated that RAS was not involved in any political activities while at WISE and that RAS had been engaged in only scholarly work.<br>Bates #4400117            (OA 227(B)) |
| 1031 | 1 1 JUL 2005 | | Sally Hayes | On or about 10/31/95, SAA, STH and MAN caused a facsimile to be sent from WISE which explained its mission and its experience with RAS and falsely denied any knowledge of RAS's association or affiliation with any political group in the Middle East.<br>Bates #300106             (OA 228) |
| | | | | |

Case Number:       8:03-CR-77-T-30TBM                              Page 188 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1032 | 1 ‖ AUG 2005 | | Kerry Myers | On or about 11/02/95, SAA had yet another telephone conversation with the same journalist from <u>The St. Petersburg Times</u> in which SAA falsely stated that RAS had been a genuine scholar while at WISE and that SAA had no suspicion that RAS was affiliated with a terrorist organization. Bates #4400119                (OA 229) |
| T1032 | 1 1 JUL 2005 | | Kerry Myers | |
| | | | | |
| | | | | |
| | | | | |
| 1034 | 1 4 JUL 2005 | | Tahsin Ali | On 11/23/95, UM telephoned SAA and said he had heard the news.  SAA ended the call quickly. Bates #4400121 |
| T-1034 | 1 JUL 2005 | | Tahsin Ali (ID) | English translation of above exhibit |
| | | | | |
| | | | | |
| | | | | |
| 1036 | 2 JUL 2005 | | M. Khalil | On or about 12/08/95, Khaled Al-Arian telephoned SAA's mother, who was at SAA's home. SAA's mother told Khaled Al-Arian that SAA would call from school and that SAA had said to not speak on the phone at the house. Bates #4400122                (OA 232) |
| T-1036 | 2 JUL 2005 | | M. Khalil | English translation of above exhibit |
| | | | | |
| 1037 | | | | On or about 01/11/96, SAA had a telephone conversation with another individual in which SAA directed the individual to send information to him via facsimile at the home of Mohammed Al-Najjar Bates #4400123                (OA 237) |

Case Number:        8:03-CR-77-T-30TBM                          Page 189 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| T-1037 | | | | English translation of above exhibit |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 1039 | 11 JUL 2005 | | Sally Hayes | On or about 10/08/96, STH sent a facsimile which informed the receiver that STH had sent the books by sea. Bates #300275 (OA 236) |
| T-1039 | | | | English translation of above exhibit |
| | | | | |
| 1040 | 26 JUL 2005 | | M. Khalil | On or about 03/17/97, SAA had a coded telephone conversation with Abdul Karim Al-Najjar in which they discussed whether "two things" had been sent from Abu Omar to another individual. Bates #4400124 (OA 238) |
| T-1040 | 26 JUL 2005 | M. Khalil | | English translation of above exhibit |
| | | | | |
| 1041 | 26 JUL 2005 | | Camille Gherra | On or about 08/11/97, SAA engaged in a telephone conversation with another person in which they discussed SAA's concerns about a recent Washington Post article regarding the designation of PIJ and HAMAS as terrorist organizations and references to Florida as a base of their United States operations. Bates #4400196 (OA 239) |
| T-1041 | 26 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| | | | | |
| 1042 | 28 JUL 2005 | | M. Khalil | On or about 09/23/97, MAN and SAA had a telephone conversation in which they discussed the Egyptian authorities' recent interrogation of SAA's brother about SAA's activities. Bates #4400308 (OA 240) |

Case Number:        8:03-CR-77-T-30TBM                                    Page 190 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-1042 | 2 6 JUL 2005 | | M. Khalil JA | English translation of above exhibit |
| 1043 | 2 6 JUL 2005 | | Camille Ghorra | On or about 09/26/97, SAA who was in Tampa, Florida, had a telephone conversation with Tarik Hamdi, who was outside Florida, who advised that he had recently spoken with BMN regarding his arrest in Egypt. Bates #4400129 (OA 241) |
| T-1043 | 2 6 JUL 2005 | | Camille Ghorr | English translation of above exhibit |
| 1044 | 2 6 JUL 2005 | | M. Khalil | On or about 01/19/98, SAA had a telephone conversation with MAN and stated that he had just returned from out of town and was able to collect about "fifteen magazines" ($15,000.00). Bates #4400168 (OA 242) |
| T-1044 | 2 6 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1045 | 1 3 JUL 2005 | 2 6 JUL 2005 | Tahsin Ali / Camille Ghorra | On or about 01/27/98, in the late evening hours, SAA had a telephone conversation with Tarik Hamdi and requested that Hamdi leave his home in Northern Virginia so SAA could call him to relay a message. Bates #4400131 (OA 243) |
| T-1045 | 1 3 JUL 2005 | 6 JUL 2005 | Tahsin Ali (ID) / Camille Ghorra | English translation of above exhibit |
| 1046 | 1 1 JUL 2005 | | Camille Ghorra | On or about 05/17/98, SAA, who was in Florida, had a telephone conversation with BMN, who was in England, and informed BMN that he was sending a local newspaper article which concerned BMN. Bates #4400307 (OA 244) |
| T-1046 | 1 1 JUL 2005 | | Camille Ghorra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 191 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1047 | 1 4 JUL 2005 | | Tahsin Ali | On or about 05/18/98, SAA, who was in Tampa, Florida, engaged in a telephone conversation with Fawaz Damrah, who was outside the State of Florida, and told SAA to expect an additional amount. SAA replied that he did not call because he did not want to talk over the phone.<br>Bates #4400198                    (OA 245) |
| T-1047 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1048 | 1 4 JUL 2005 | | Tahsin Ali | On or about 06/02/98, SAA had a telephone conversation with another individual in which SAA stated that if the individual delivered ten or twenty thousand dollars, SAA could ensure its delivery.<br>Bates #4400170                    (OA 246) |
| T-1048 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1049 | 2 0 JUL 2005 | | Camille Ghen | On or about 09/17/98, Nahla Al-Arian had a telephone conversation with her father who said, "your brother gave one of his friends ten shirts ($10,000.00) as gifts."<br>Bates #4400132                    (OA 247) |
| T-1049 | 2 0 JUL 2005 | | Camille Gherr C | English translation of above exhibit |
| 1050 | 2 5 JUL 2005 | | M. Khalil | On or about 11/28/98, MAN and SAA had a telephone conversation about the high cost of a visa.<br>Bates #4400344                    (OA 249) |
| T-1050 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |

Case Number:       8:03-CR-77-T-30TBM                          Page 192 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1051 | 14 JUL 2005 | | Tahsin Ali | On or about 07/14/99, Nahla Al-Arian, who was in the Middle District of Florida, had a telephone conversation with her father, who was outside Florida, in which they discussed SAA's desire that her father bring six shirts ($6,000.00) with him when he came to visit. Nahla Al-Arian's father said there were only three shirts ($3,000.00) left which he would bring; he had originally had twelve shirts ($12,000.00) and had previously sent nine shirts ($9,000.00). Bates #4400202          (OA 250(A)) |
| T-1051 | 14 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1052 | 20 JUL 2005 | | Camille Ghorra | On 07/14/99, Nahla Al-Arian then called SAA and they had a conversation in which they discussed SAA's surprise that only three shirts ($3,000.00) were available because he thought sixteen ($16,000.00) remained available. Bates #4400203          (OA 250(B)) |
| T-1052 | 2 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| 1053 | 17 AUG 2005 | | Kerry Myers | On or about 07/20/99, SAA had a telephone conversation with the USF Credit Union and directed it to place $1,600.00 into his checking account from a $8,984.00 wire transfer which had been deposited in his account on 07/06/99. Bates #4400204          (OA 251) |
| T1053 | 7 JUL 2005 | | Kerry Myers | |
| 1054 | 19 JUL 2005 | | Tahsin Ali | On or about 07/21/99, Nahla al-Arian had a telephone conversation with her father in which they discussed SAA's disappointment that more money was not available. Her father explained that there had only been twelve shirts, nine had previously been sent, and he was going to bring three. Bates #4400205          (OA 252) |
| T-1054 | 14 JUL 2005 | | Tahsin Ali | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                          Page 193 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1055 | 2 4 JUL 2005 | | M. Khalil | On 12/17/99, Ziad Taha telephoned STH and told STH he wanted to give $400 for the orphans. Ziad Taha told STH to tell his Dad to give $400 to the orphans. Bates #4400270 |
| T-1055 | 2 3 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1056 | 1 4 JUL 2005 | | Tahsin Ali | On or about 12/20/99, STH and his father had a telephone conversation in which STH said he had collected money he would send to his father for distribution. His father urged caution and indicated that giving the money in installments would be better. Bates #4400271          (OA 253) |
| T-1056 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1057 | 2 5 JUL 2005 | | M. Khalil | On 12/22/99, Ka'id Sa'id telephoned STH. STH sent Ka'id Sa'id a list of names of people to collect $ from. Widows and orphans expect $ every year. Bates #4400273 |
| T-1057 | 2 4 JUL 2005 | | M. Khalil | English translation of above exhibit |
| | | | | |
| 1058 | 1 4 JUL 2005 | | Tahsin Ali | On 12/23/99, STH telephoned HNF and they discuss books HNF was to sell. Bates #4400276 |
| T-1058 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| | | | | |
| 1059 | 1 9 JUL 2005 | | Roushdy Nakhla | On 12/25/99, HNF telephoned STH. HNF wants STH to speak on 12/31 in Chicago. Bates #4400277 |
| T-1059 | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                          Page 194 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1060 | 1 9 JUL 2005 | | Roushdy Nakhla | On 12/27/99, I. Khader telephoned STH. STH told him to leave the payee blank on a check. Bates #4400272 |
| T-1060 | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1061 | 1 9 JUL 2005 | | Tahsin Ali | On or about 12/29/99, STH called his father who was overseas. STH asked his father to distribute money and STH would reimburse him by sending money overseas via courier. Bates #4400210                    (OA 254) |
| T-1061 | 1 9 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1062 | 2 5 JUL 2005 | | M. Khalil | On 01/08/00, STH telephoned Tawfiq and asked if Tawfiq had any donations which could be sent to orphans in homeland. Bates #4400278 |
| T-1062 | 2 5 JUL 2005 | | | English translation of above exhibit |
| 1063 | 1 9 JUL 2005 | | Roushdy Nakhla | On 01/08/00, STH telephoned Tawfiq. Tawfiq said they collected $1,400 and passed STH's request onto Hussein. Bates #4400279 |
| T-1063 | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1064 | 2 5 JUL 2005 | | M. Khalil | On 01/09/00, STH called his father. STH told his DAD to disburse funds and that he would send $ with traveler Hisham. Bates #4400274 |
| T-1064 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1065 | 2 5 JUL 2005 | | M. Khalil | On 01/12/00, STH telephoned Mohammed Sultan and left a message that the money had arrived. Bates #4400275 |

Case Number:      8:03-CR-77-T-30TBM                              Page 195 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| T-1065 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1066 | 2 5 JUL 2005 | | M. Khalil | On or about 01/15/00, STH called an individual who was intending to travel to the Middle East.  STH made arrangements with the individual to deliver funds to STH's father.  Bates #4400211                    (OA 255) |
| T-1066 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1067 | 2 5 JUL 2005 | | M. Khalil | On 01/17/00, STH telephoned his father.  STH's father said he had not received the money, but he had disbursed $2,200.  Bates #4400265 |
| T-1067 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1068 | 2 0 JUL 2005 | | Camille Gharra | On 01/18/00, STH telephoned his father, who said that the Hamads had delivered $.  STH asked about Sheikh Yaqoub.  Bates #4400266 |
| T-1068 | 2 3 JUL 2005 | | Camille Gharra | English translation of above exhibit |
| 1069 | 1 4 JUL 2005 | | Tahsin Ali | On or about 01/25/00, STH had a telephone conversation with his father who was overseas.  STH asked if he had disbursed the funds.  Bates #4400268                    (OA 256) |
| T-1069 | 2 8 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| ~~T-1004 complete~~ | 3 1 OCT 2005 | | ~~Taha Hammoodeh~~ | Removed from Government's list + included on D Hammoodeh exhibit |
| 1070 | 2 5 JUL 2005 | | M. Khalil | On or about 01/29/00, STH called his father overseas and told him he sent another $2,000.00 with someone traveling to the Territories.  Bates #4400212                    (OA 257) |
| T-1070 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                          Page 196 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1071 | 2_ JUL 2005 | | M. Khalil | On 02/29/00, Abdul Karim Al-Najjar telephoned Nahla Al-Arian, his daughter. Nahla's father reported that 9 scarves have been purchased and that her mother will bring 3. Bates #4400365 |
| T-1071 | 2_ JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1072 | 1 4 JUL 2005 | | Tahsin Ali | On or about 05/11/00, HNF called STH. HNF spoke about recent elections at the mosque in Chicago.  HNF said the constitution for the mosque now specified that HNF and four others were permanent members of the  Board.  HNF asked STH to convey this information to SAA to assure him that they were in control. Bates #4400213                      (OA 258) |
| T-1072 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1073 | 2 5 JUL 2005 | | M. Khalil | On or about 05/17/00, STH called a relative overseas and spoke about $15,000.00 which STH would be sending to the relative.  STH asked the relative to find someone who had an account in the United States in which he could deposit the funds and the relative could collect from that person in the Middle East. Bates #4400230                      (OA 259) |
| T-1073 | 2_ JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1074 | 1 4 JUL 2005 | | Tahsin Ali | On or about 06/15/00, STH called a relative overseas and they discussed the delivery of money to the relative. Bates #4400214                      (OA 260) |
| T-1074 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM

Page 197 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1075 | 2 5 JUL 2005 | | M. Khalil | On or about 06/18/00, MAN called STH who complained about the amount of money he was being paid at the IAF. STH stated that his salary at the IAF did not cover his living expenses.<br>Bates #4400215                    (OA 261) |
| T-1075 | 2 JUL 2005 | | M. Khalil | English translation of above exhibit |
| | | | | |
| 1076 | 2 0 JUL 2005 | | Camille Gherra | On or about 06/18/00, STH had a telephone conversation with his mother about transferring fifteen thousand ($15,000.00) dollars overseas. STH's mother cautioned him that everything had to be done in a clean manner. STH insisted that there was nothing to worry about because the money was from his earnings.<br>Bates #4400320                    (OA 262) |
| T-1076 | 2 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| | | | | |
| 1077 | 2 JUL 2005 | | Marwam Khalil | On or about 07/19/00, SAA, who was in the Middle District of Florida, had a coded telephone conversation with BMN, who was in England, in which they discussed the movement of money from BMN's control and then on to SAA in the United States.<br>Bates #4400233                    (OA 263) |
| T-1077 | 2 JUL 2005 | | Marwam Khalil | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                        Page 198 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1078 | 1 9 JUL 2005 | | Camille Ghorra | On or about 08/07/00, SAA, who was in the Middle District of Florida, had a telephone conversation with BMN, who was in England, about utilizing a contact of BMN's in Egypt to obtain travel documents for MAN.  They spoke about BMN's problems with his immigration status in the United States.  Then they had a coded conversation about the account to which BMN had sent money.  SAA then complained to BMN about STH's request for a higher salary for both himself and his wife at the Islamic Academy of Florida.  BMN agreed to speak with STH. Bates #4400157                    (OA 264) |
| T-1078 | 1 9 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| | | | | |
| 1079 | 2 0 JUL 2005 | | Camille Ghorra | On or about 08/08/00, SAA, who was in the Middle District of Florida, called Yousef Al-Najjar, who was outside Florida.  When SAA asked Al-Najjar if anything was deposited in his account or his wife's account, Al-Najjar replied there were "ten shirts."  SAA then directed him to send nine of them to the account of Mohammed Al-Najjar. Bates #4400236                    (OA 265) |
| T-1079 | 2 0 JUL 2005 | | Camille Ghorra | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                                    Page 199 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1080 | 18 JUL 2005 | | Camille Gherra | Later in the day on 08/08/00, SAA, who was in the Middle District of Florida, had a telephone conversation with BMN, who was outside Florida, and told BMN that the issue of "the magazines" was resolved, but the travel document had not been received from Egypt.  They then discussed utilizing the press to support MAN in his INS hearing by setting up an interview with AAAA to show that he had the permission of the Israelis to reside in the Gaza Strip.  SAA then asked BMN for AAAA's telephone number.  BMN told him to call back the next day to get the number.  Additionally, they discussed BMN's response to allegations in the press that he was a member of the PIJ. Bates #4400158                    (OA 266) |
| T-1080 | 18 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 1081 | 25 JUL 2005 | | M. Ichalil | On or about 08/08/00, SAA directed HNF to arrange a newspaper interview with AAAA. Bates #4400235                    (OA 267) |
| T-1081 | 25 JUL 2005 | | M. Ichalil | English translation of above exhibit |
| 1082 | 14 JUL 2005 | | Tahsin Ali | On or about 08/09/00, SAA and HNF had a telephone conversation about causing one or more newspaper articles to be written on AAAA.  They desired to utilize these articles in the INS hearing regarding MAN and wanted them to portray AAAA as a religious figure with no relation to the PIJ. Bates #4400281                    (OA 268) |
| T-1082 | 14 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1083 | | | | On 08/10/00, Susan Aschoff telephoned SAA and spoke about MAN's INS hearing. |

Case Number:      8:03-CR-77-T-30TBM                          Page 200 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| 1084 | 1 4 JUL 2005 | | Tahsin Ali | On or about 08/10/00, SAA had a telephone conversation with Ziad Abu-Amr and requested that a reluctant Ziad Abu-Amr travel to the United States and testify at the INS hearing for MAN that the PIJ was involved in non-violent activities.  SAA said he could find someone to testify to the non-violent activities of HAMAS but could not find someone to so testify regarding the other Islamic movements.<br>Bates #4400239                    (OA 269) |
| | | | Ziad Abu Amr | |
| T-1084 | 1 8 JUL 2005 | 1 8 JUL 2005 | Tahsin Ali (ID)<br>Ziad Abu Amr (Ad | English translation of above exhibit |
| | | | | |
| | | | | |
| 1086 | 1 4 JUL 2005 | | Tahsin Ali | On or about 08/18/00, SAA had a telephone conversation with BMN in which they discussed Ziad Abu-Amr's reluctance to assist in MAN's INS hearing.  SAA directed BMN to utilize SAA's daughter's e-mail address to communicate with SAA.  BMN indicated he was preparing to give a detailed statement to MAN's attorney.<br>Bates #4400240                    (OA 270) |
| T-1086 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1087 | 1 4 JUL 2005 | | Tahsin Ali | On 08/20/00, STH telephoned his father.  STH said they needed a receipt to ICP from Association for Blind and Al Ama'ary Mosque.<br>Bates #4400285 |
| T-1087 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |