Case Number:        8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1088 | 11 JUL 2005 | 2 5 JUL 2005 | Sally Hayes  M. Khalil | On 08/21/00 a facsimile was transmitted from Friends of Blind Associates to STH at IAF re:  Acknowledgment-Association for Blind receives money from Palestinian Committee in Florida. Bates #300292 |
| T-1088 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1089 | 2 5 JUL 2005 | | M. Khalil | On or about 08/23/00, SAA and STH had a telephone conversation during which SAA instructed STH to approach clinics in the West Bank to attempt to obtain a document they could utilize as a 1990 $25,000.00 charitable receipt in MAN's INS hearing. Bates #4400287                              (OA 271) |
| T-1089 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1090 | 2 5 JUL 2005 | | M. Khalil | On or about 08/24/00, STH instructed his father in a telephone conversation to obtain a receipt for a contribution which was made in approximately 1990 to be utilized in MAN's INS hearing. Bates #4400289                              (OA 272) |
| T-1090 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1091 | 11 JUL 2005 | 1 4 JUL 2005 | Sally Hayes  Tahsin Ali | On 08/26/00, a facsimile of a receipt was transmitted from Beit Lahya Charitable Clinic to 813-985-4343.  Receipt states that clinic received $25,000 from ICP in 10/1990. Receipt is dated 08/24/00. Bates #300288 |
| T-1091 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1092 | 11 JUL 2005 | 1 7 AUG 2005 | Sally Hayes  Kerry Myers | On 08/25/00, a facsimile was transmitted from Al Rahma Hospital to 813-985-4343, indicating that the hospital received $51,000 from ICP in 10/93, $11,000 of which was used to buy an ambulance. |

Case Number:       8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1093 | 1 1 JUL 2005 | | Tahsin Ali | On or about 08/24/00, SAA had a telephone conversation with BMN.  SAA said that Ziad Abu-Amr had provided a written affidavit which was to be sent back to Ziad Abu-Amr for his signature after the lawyers reviewed it. Bates #4400237                        (OA 273) |
| T-1093 | 1 1 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1094 | 1 1 JUL 2005 | 1 9 JUL 2005 | Sally Hayes Ziad Abu Amr | On 08/27/00, a facsimile was transmitted to IAF of a "Declaration of Zaid Abu-Amr." |
| 1095 | 1 1 JUL 2005 | 2 8 JUL 2005 | Sally Hayes  M. Khalil | On 09/03/00, a facsimile was transmitted from Al Am'ari Mosque to STH and IAF REGARDING donations from Arab Committee in Florida in the last 10 years. Bates #300294 |
| T-1095 | 2 8 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1096 | | | | On 09/10/00, SAA telephoned Tariq Hamdi. SAA sends BMN e-mails regularly.  SAA referred to discussion he had with Fawaz Damra regarding a 1991 videotape. Bates #4400362 |
| T-1096 | | | | English translation of above exhibit |
| 1097 | 1 1 JUL 2005 | | Sally Hayes | On or about 10/10/00, SAA possessed a document which contained the Charter of the PIJ including sections addressing the "General Principles of the Movement," the "Objectives of the Movement" and the "Means."                        (OA 274(A)) |

Case Number:        8:03-CR-77-T-30TBM                              Page 203 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1098 | 1 1 JUL 2005 | | Sally Hayes | Later in the day, on 10/10/00, SAA sent a hand-edited copy of the Charter of the PIJ which he had received earlier on that date via facsimile to a telephone number in the vicinity of Houston, Texas. (OA 274(B)) |
| 1099 | 1 1 JUL 2005 | | Sally Hayes | Still later that day, on 10/10/00, SAA received by facsimile a clean copy of the Charter of the PIJ which incorporated the hand edited changes. (OA 274(C)) |
| 1100 | 1 4 JUL 2005 | | Tahsin Ali | On or about 10/10/00, SAA had a telephone conversation with STH and instructed STH to type and fax a letter for the signature of AAAA which would be utilized in MAN's INS hearing. Bates #4400319 (OA 275) |
| T-1100 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1101 | 1 1 JUL 2005  1 4 JUL 2005 | | Sally Hayes  Tahsin Ali | On or about 10/11/00, a facsimile containing the letter signed by AAAA was received at the Islamic Academy of Florida. Bates #300295 (OA 276) |
| T-1101 | 1 1 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1102 | 2 0 JUL 2005 | | Camille Gherra | On or about 10/11/00, STH, who was in the Middle District of Florida, called his relatives, who were outside Florida, and questioned them about an FBI interview that day involving one of the brothers.  One of the brothers said the FBI agent asked whether the Hammoudeh family was involved with the PIJ. Bates #4400216 (OA 277) |
| T-1102 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1103 | 14 JUL 2005 | | Tahsin Ali | On or about 10/21/00, STH, who was in the Middle District of Florida, called an individual outside Florida.  The individual told STH that a Palestinian leader, Abu Ammar, had given terror organizations permission to commit violent acts.<br>Bates #4400217                    (OA 278) |
| T-1103 | 14 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1104 | 25 JUL 2005 | | M. Khalil | On 01/18/01, STH telephoned Faraj Hasan. STH said he would deliver money to Faraj Hasan; Faraj Hasan's brother would deliver it to Taha Hammoudeh.<br>Bates #4400359 |
| T-1104 | 14 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1105 | 14 JUL 2005 | | Tahsin Ali | On or about 02/25/01, an individual in Tampa, Florida called STH.  They discussed the amounts of recent collections and that the money would be paid out in Tampa, Gaza, the West Bank, Syria and Iraq.<br>Bates #4400218                    (OA 280) |
| T-1105 | 14 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1106 | 25 JUL 2005 | | M. Khalil | On 02/27/01, STH telephoned Faraj Hasan. Faraj Hasan said the check reached the homeland, and it would be taken to his father the following day.<br>Bates #4400357 |
| T-1106 | 25 JUL 2005 | | M. Khalil | English translation of above exhibit |

Case Number:       8:03-CR-77-T-30TBM                                    Page 205 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1107 | 1 4 JUL 2005 | | *Tahsin Ali* | On or about 03/14/01, Fawaz Damrah spoke by telephone with STH and MAN. Damrah said he would be going to London and asked for BMN's telephone number. After providing BMN's telephone number, STH asked Damrah to arrange a fund-raiser to help their school, the IAF. Damrah promised to try to arrange for STH to come in May, give a speech, and collect donations. Bates #4400219                   (OA 281) |
| T-1107 | 1 4 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 1110 | 1 9 JUL 2005 | | *Roushdy Nakhla* | On 05/19/02, HNF telephoned an Unknown Male and asked him to deposit $3,000 into AMCN account. HNF told the UM to use the same information as before -- Naim Nasser Bulbul (or Bolbol) 011-972-8-213-0763. Bates #4400343 |
| T-1110 | 1 9 JUL 2005 | | *Roushdy Nakhla* | English translation of above exhibit |
| 1111 | 2 9 JUN 2005 / 1 9 JUL 2005 | | *Salah Daoud / Roushdy Nakhla* | On 05/19/02, HNF telephoned Middle East Financial Services. HNF told Hisham that HNF's brother was going to transfer $3,000 to Gaza. Hisham said there was a fee. Bates #4400342 |
| T-1111 | 1 9 JUL 2005 | | *Roushdy Nakhla* | English translation of above exhibit |
| T-1111A | 2 6 OCT 2005 | | | |

Case Number:        8:03-CR-77-T-30TBM                    Page 206 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| 1112 | | | | On or about 05/20/02, SAA and STH caused an employee at IAF to tell an unidentified woman during a telephone conversation that the woman should write a check to IAF after she indicated she wanted to send money for the Palestinians. Bates #4400234 (OA 287) |
| 1113 | 2 8 JUL 2005 | | M. Khalil | On or about 05/26/02, HNF, who was in the Middle District of Florida, had a telephone conversation with Salah Abu Hassanein in Gaza. Salah Abu Hassanein said that HAMAS was taking all the donations of the organizations. HNF then complained that donors in Florida were stingier than those in Chicago even though they made good incomes; he also complained that they were suspicious about who receives the funds. Salah Abu Hassanein asked HNF if the amount he sent last time was $4,500.00 or $4,700.00." HNF said he wasn't sure but thought it was $4,000.00. Bates #4400173 (OA 288) |
| T-1113 | 2 8 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1114 | 2 5 JUL 2005 | | M. Khalil (FP) | On 05/31/02, HNF's mother telephoned HNF. HNF's mother told HNF that his brother Fariz would have trouble traveling to Israel because of his name. Bates #4400364 |
| T-1114 | 2 5 JUL 2005 | | M. Khalil (ID) | English translation of above exhibit |
| 1115 | 2 5 JUL 2005 | | M. Khalil (FP) | On or about 06/02/02, GZB had a telephone conversation with HNF during which GZB discussed having seen RAS on television at an event that HAMAS did not attend. Bates #4400300 (OA 289) |
| T-1115 | 2 5 JUL 2005 | | M. Khalil (ID) | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                          Page 207 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1116 | 1 3 JUL 2005 | | *Tahsin Ali* | On or about 06/05/02, GZB, who was outside Florida, had a telephone conversation with HNF, who was in the Middle District of Florida.  GZB asked HNF if he had heard about the attack that day near Haifa.  GZB said the operation was successful and that twenty were killed and fifty were injured.  GZB then said it was a PIJ operation.  Bates #4400175                    (OA 291) |
| T-1116 | 1 3 JUL 2005 | | *Tahsin Ali (IO)* | English translation of above exhibit |
| 1117 | 1 3 JUL 2005 | | *Tahsin Ali* | On or about 06/05/02, SAA had a telephone conversation with HNF and SAA asked HNF for the telephone number of another individual.  After HNF gave SAA the number, he asked SAA if he had heard the news about the suicide bombing.  SAA and HNF both laughed about it.  Bates #4400176                    (OA 292) |
| T-1117 | 1 3 JUL 2005 | | *Tahsin Ali* | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                          Page 208 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1118 | 1 9 JUL 2005 | | *Camille Ghorra* | On or about 06/07/02, HNF, who was in the Middle District of Florida, had a telephone conversation with GZB, who was outside Florida, about a variety of issues, including problems at the IAF and that SAA was considering resigning from the school.  GZB asked about the reaction of the community to the 06/05/02 terrorist bombing.  HNF said the situation was bad and that the media kept connecting the "incident" to the University of South Florida, SAA and MAN. HNF responded that the previous incident implicated Fathi Shiqaqi and this one might implicate SAA.  HNF spoke about the attack and stated, "may God protect them," adding that Ali Sammoudi's first cousin was the one who made the bomb.  HNF and GZB spoke about previous transfers of money to Salah Abu Hassanein in Gaza but that a fellow PIJ member in Gaza, Naim Nasser Bulbol, was in a desperate financial situation.  GZB replied that the Elehssan Society and other organizations were to blame because they are supposed to take care of their members. Bates #4400177                       (OA 293) |
| T-1118 | 1 9 JUL 2005 | | *Camille Ghorra* | English translation of above exhibit |
| 1119 | 2 0 JUL 2005 | | *Camilla Ghura* | On or about 06/07/02, SAA and STH caused an employee at IAF to tell an unidentified woman who was visiting the United States on a tourist visa and stated a desire to be employed at IAF that he would tell "them" to pay her in cash since she did not have papers.  The IAF employee further stated that he would talk to STH to get her name to the top of the list. Bates #4400220                       (OA 294) |
| T-1119 | 2 0 JUL 2005 | | *Camille Ghorra* | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1120 | 19 JUL 2005 | | *Roushdy Nakhla* | On 06/16/02, HNF telephoned Ayman Osman. They discuss the arrest in Florida of a person associated with Benevolence for 10 years. SAA said HNF should not talk to the government. Bates #4400345 |
| T-1120 | JUL 2005 | | *Roushdy Nakhla* | English translation of above exhibit |
| 1121 | 29 JUN 2005 | | *Salah Daoud* | On 06/17/02, HNF telephoned Salah at MEFS. HNF said his brother was coming to MEFS to transfer money to Gaza. Bates #4400346 |
| T-1121 | JUN 2005 | | *Salah Daoud* | English translation of above exhibit |
| 1122 | 19 JUL 2005 | | *Roushdy Nakhla* | On 06/17/02, Fariz Ahmad telephoned HNF. Fariz Ahmad asked for telephone # of Naim Nasser Bulbul (Bolbol) (recipient of funds). 011-972-8-213-0763. Bates #4400347 |
| T-1122 | 19 JUL 2005 | | *Roushdy Nakhla* | English translation of above exhibit |
| 1123 | 25 JUL 2005 | | *M. Khalil* | On or about 06/19/02, GZB, who was outside Florida, informed HNF, who was in the Middle District of Florida, during a telephone conversation, that the U.S. government had contacted GZB's bank and obtained his financial information and records. HNF asked GZB if he dealt with more than one bank and GZB said he did not. Bates #4400221          (OA 295(A)) |
| T-1123 | 25 JUL 2005 | | *M. Khalil* | English translation of above exhibit |
| 1124 | 25 JUL 2005 | | *M. Khalil* | Later on the same day, on 06/19/02, SAA telephoned HNF. HNF notified SAA that the banking account of GZB was being examined. SAA refused to discuss it on the phone and said he would speak with HNF about it later. Bates #4400242          (OA 295(B)) |

Case Number:        8:03-CR-77-T-30TBM                          Page 210 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-1124 | 2 8 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1125 | 1 3 JUL 2005 | | Tahsin Ali | On 06/28/02, HNF telephoned Naji Ahmad. HNF told his father he bought a Lexus for $11,000, but the dealer will say the price was only $6,000. Bates #4400371 |
| T-1125 | 1 3 JUL 2005 | | Tahsin Ali (ID) | English translation of above exhibit |
| | | | | |
| | | | | |
| 1127 | 2 5 JUL 2005 | | M. Khalil | On 07/02/02, STH telephoned BMN. BMN said he had received something from STH. STH and BMN talked about sending something by personal courier to BMN in Egypt. STH says the government was asking a local man about BMN Bates #4400367 |
| T-1127 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1128 | 2 5 JUL 2005 | | M Khalil (IP) | On or about 07/09/02, HNF telephoned SAA. SAA and HNF discussed a mutual female friend who had left town and was the subject of law enforcement inquiry. SAA said he thought the person had been planted by law enforcement and they expressed concern regarding the information on her computer because it had been seized by law enforcement. Bates #4400299                          (OA 296) |
| T-1128 | | | M. Khalil (IP) | English translation of above exhibit |

Case Number:       8:03-CR-77-T-30TBM                           Page 211 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1129 | 2 5 JUL 2005 | | M. Khalil (ID) | On or about 07/10/02, HNF telephoned GZB. HNF instructed GZB not to call him at any of his numbers and directed GZB to tell others not to call him from the mosque or any other place, because he was concerned they were being watched. Bates #4400301          (OA 297) |
| T-1129 | 2 5 JUL 2005 | | M. Khalil (ID) | English translation of above exhibit |
| 1130 | 2 5 JUL 2005 | | M. Khalil (ID) | On 07/12/02, Abu Fahad telephoned HNF. Abu Fahad indicated that he had faxed a document to HNF.  Abu Fahad said he had been a forger for 20 years. Bates #4400363 |
| T-1130 | 2 5 JUL 2005 | | M. Khalil (ID) | English translation of above exhibit |
| 1131 | 2 5 JUL 2005 | | M. Khalil (ID) | On or about 07/17/02, HNF had a telephone conversation with Salah Abu Hassanein and relayed his continuing concerns regarding his and SAA's mutual female friend and his belief that the FBI and CIA were involved. HNF asked Salah Abu Hassanein to update Naim Nasser Bulbol. Bates #4400302          (OA 298) |
| T-1131 | 2 5 JUL 2005 | | M. Khalil (ID) | English translation of above exhibit |
| 1132 | 2 9 JUL 2005 | | Camille Gherra | On or about 08/02/02, GZB and HNF had a telephone conversation and HNF said he had spoken with Naim Nasser Bulbol and they discussed the death of HAMAS leader Salah Shehada, the effect his death would have on HAMAS, and that RAS and Shehada had a personal relationship. Bates #4400305          (OA 299) |
| T-1132 | 2 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:     8:03-CR-77-T-30TBM                    Page 212 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1133 | 2 5 JUL 2005 | | M. Khalil (IP) | On 08/05/02, HNF telephoned Ali. HNF said his partner paid $5,000 to a Chicago alderman to change the zoning for a business. Bates #4400361 |
| T-1133 | 2 5 JUL 2005 | | M. Khalil (ID) | English translation of above exhibit |
| 1134 | 2 5 JUL 2005 | | M. Khalil (ID) | On 08/09/02, GZB telephoned HNF. HNF said that MAN's wife does not want to go to Lebanon. MAN will stay with TAK. Bates #4400360 |
| T-1134 | 2 5 JUL 2005 | | M. Khalil (ID) | English translation of above exhibit |
| 1135 | 1 1 JUL 2005 | 2 5 JUL 2005 | Sally Hayes  M. Khalil | On or about 08/17/02, SAA and STH, who were both in the Middle District of Florida, received a facsimile from outside the State of Florida. The facsimile contained a list of home and cell telephone numbers for several individuals overseas including a telephone number in Beirut for TAK. Bates #300128                (OA 300) |
| T-1135 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1136 | 1 9 JUL 2005 | | Camille Ghirra | On or about 08/20/02, HNF and GZB had a telephone conversation during which HNF stated that when he lived in the Middle East, he and five of his friends took a child they suspected of cooperating with the Jews to a mountain and assaulted him. HNF also stated that he was assisting STH with immigration matters. Bates #4400306                (OA 301) |
| T-1136 | 1 9 JUL 2005 | | Camille Ghirra | English translation of above exhibit |
| | | | | |
| | | | | |

Case Number:     8:03-CR-77-T-30TBM                              Page 213 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | EXHIBIT LIST |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1138 | 1 9 JUL 2005 | | Camille Gherra | On or about 08/24/02, HNF told GZB in a telephone conversation that MAN was now living with TAK. Bates #4400304 (OA 302) |
| T-1138 | 1 9 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 1139 | 2 0 JUL 2005 | | M. Khalil | On or about 08/28/02, GZB, who was outside the State of Florida, and HNF, who was in the Middle District of Florida, had a telephone conversation in which HNF relayed instructions SAMI AMIN AL ARIAN had given him regarding the procedures they should follow in the event SAA was arrested. Bates #4400222 (OA 303) |
| T-1139 | 2 0 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1140 | 2 0 JUL 2005 | | Camille Gherra | On or about 09/06/02, HNF had a telephone conversation with three individuals, STH, SAA, and an employee of IAF.  HNF discussed an American Muslim who had worked with Global Relief in Bridgeview, Illinois (GRF) and was applying for a job at IAF.  HNF stated that since this guy was involved with GRF, it was better for IAF not to consider his application so they would not arouse the suspicions of law enforcement. HNF continued that IAF was in excellent standing now and there was no need to have any questions as the scrutiny from the local community was enough. Bates #4400159 (OA 304) |
| T-1140 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 1141 | 2 0 JUL 2005 | | Camille Gherra | On or about 09/07/02, STH had a telephone conversation with MAN, who was in Lebanon.  MAN said he wanted to leave Lebanon and STH told him to say hello to TAK. Bates #4400317 (OA 305) |
| T-1141 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                                    Page 214 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1142 | 19 JUL 2005 | 19 JUL 2005 | *Camille Gherra* | On or about 09/13/02, HNF, who was in the Middle District of Florida, had a telephone conversation with GZB, who was outside Florida.  HNF said he had recently spoken with Salah Abu Hassanein who thanked him for the money, although it was less than last year.  GZB said that Salah Abu Hassanein must realize that things had changed since last year.  HNF also said that Salah Abu Hassanein told him that RAS was in the hospital because of depression but that it was kept quiet for security reasons.  They then discussed a report in the press regarding three PIJ members who had recently been killed. Bates #4400180                    (OA 306) |
| | | 19 JUL 2005 | *Camille Gherra* | |
| T-1142 | 19 JUL 2005 | JUL 2005 | *Camille Gherra* | English translation of above exhibit |
| | | | | |
| 1143 | 19 JUL 2005 | | *Roushdy Nakhla* | On 09/16/02, Abu Ahmed telephoned HNF.  Abu Ahmed said that $2,000 arrived, more than he expected.  HNF told him to use the money as he liked. Bates #4400341 |
| T-1143 | 19 JUL 2005 | | *Roushdy Nakhla* | English translation of above exhibit |
| | | | | |
| 1144 | | | | On 09/23/02, SAA and STH caused an employee at IAF to discuss paying three undocumented workers at the IAF.  The IAF employee said that he paid one of the workers in cash and further said that SAA had told him to pay the individuals through MAN's brother in the United Arab Emirates. Bates #4400160                    (OA 307) |
| T-1144 | | | | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1145 | 2 0 JUL 2005 | | Camille Ghara | On or about 09/24/02, SAA had a coded telephone conversation with TAK in Lebanon about the location, status and future of MAN. TAK also advised SAA how to deal with the media about  MAN. Bates #4400318                    (OA 308) |
| T-1145 | 2 0 JUL 2005 | | Camille Ghara | English translation of above exhibit |
| 1146 | 2 5 JUL 2005 | 1 8 AUG 2005 | M  Khalil (ID) | On or about 09/24/02, MAN's wife, Fedaa Al-Najjar, had a telephone conversation with HNF.  Fedaa Al-Najjar blamed her husband's treatment on his Palestinian heritage.  HNF said another reason was MAN's association with terrorist organizations.  He then instructed Fedaa Al-Najjar not to not discuss this further.  HNF said the government is not even aware of the extent of MAN's knowledge of terrorist groups.  HNF explained that they will continue to claim other reasons for their treatment, mainly being poor Palestinian Muslims who are occupied and expelled from their countries. Bates #4400223                    (OA 309) |
| T-1146 | 2 5 JUL 2005 | 1 8 AUG 2005 | M. Khalil (ID) | English translation of above exhibit |
| 1147 | 1 9 JUL 2005 | | Camille Ghara | On or about 09/28/02, HNF and GZB had a telephone conversation in which they discussed the associations of the "Brothers" that were now operating as medical institutions and collecting medical supplies instead of donations in order to evade prohibitions on fund-raising for terrorist groups. Bates #4400181                    (OA 310) |
| T-1147 | 1 9 JUL 2005 | | Camille Ghara | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                          Page 216 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1148 | 2 6 JUL 2005 | 1 8 AUG 2005 | Marwan Khalil  Kerry Myers | On or about 09/29/02, HNF, who was in the Middle District of Florida, made a telephone call on two occasions to a facility in Syria and attempted to speak with RAS. Not available.  (1st attempt) Bates #4400224                     (OA 311) |
| T-1148 | 2 6 JUL 2005 | 1 8 AUG 2005 | M. Khalil (ID)  Kerry Myers | English translation of above exhibit |
| 1149 | 2 6 JUL 2005 | 1 8 AUG 2005 | M. Khalil  Kerry Myers | On or about 09/29/02, HNF, who was in the Middle District of Florida, made a telephone call on two occasions to a facility in Syria and attempted to speak with RAS. Not available.  (2nd attempt) Bates #4400225                     (OA 311) |
| T-1149 | 2 6 JUL 2005 | 1 8 AUG 2005 | M. Khalil (ID)  Kerry Myers | English translation of above exhibit |
| 1150 | 1 3 JUL 2005 | | Tahsin Ali | On or about 09/30/02, HNF, who was in the Middle District of Florida, had a telephone conversation with GZB, who was outside Florida.  They discussed HNF's prior unsuccessful attempts to telephone RAS. HNF stated that RAS had previously told him that it was dangerous for HNF to call RAS from the United States. Bates #4400226                     (OA 312) |
| T-1150 | 1 3 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1151 | 2 0 JUL 2005 | | Camille Gherra | On or about 10/12/02, STH had a telephone conversation with his father in which STH informed his father that a person would be bringing $4,000 for distribution. Bates #4400316                     (OA 313) |
| T-1151 | 2 0 JUL 2005 | | Camille Gherra | English translation of above exhibit |
| 1152 | 1 4 JUL 2005 | | Tahsin Ali | On or about 10/19/02, HNF had a telephone conversation with Naim Nasser Bulbol in Gaza, and gave him a report on GZB, SAA and STH. Bates #4400313                     (OA 314) |

Case Number:       8:03-CR-77-T-30TBM                                    Page 217 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-1152 | 1 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| T-1152A | 0 2 NOV 200 | | Removed from Government's list & included on Defanc's exhibit list | |
| 1153 | 2 5 JUL 2005 | | M. Khalil (IP) | On 10/27/02, HNF telephoned Abu Hisham (Houston, TX).  HNF said Palestine will resist and operations will continue.  HNF asked for Sheikh Naim's telephone #: 011-972-8-2130763. Bates #4400355 |
| T-1153 | JUL 2005 | | M. Khalil IP | English translation of above exhibit |
| 1154 | 2 5 JUL 2005 | | M. Khalil IP | On 11/01/02, HNF telephoned STH.  HNF said he would cheat an insurance company on medicine. Bates #4400358 |
| T-1154 | 2 5 JUL 2005 | | M. Khalil IP | English translation of above exhibit |
| 1155 | 2 5 JUL 2005 | | M. Khalil | On or about 11/08/02, HNF and GZB had a telephone conversation in which they discussed raising funds for the purchase of an ambulance. Bates #4400162                    (OA 316) |
| T-1155 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1156 | 1 9 JUL 2005 | | Roushdy Nakhla | On 11/08/02, HNF telephoned SAA.  HNF said another group was fund-raising in Orlando.  HNF inquired whether that group would fund-raise at Al-Qassam.  SAA suggested that HNF collect for his project at the same time. Bates #4400340 |
| T-1156 | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 218 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1157 | | 2 6 JUL 2005 | M. Khalil | On or about 11/09/02, HNF sent a facsimile to SAA of a proposed pledge form for donations to support the "Help the Orphans Program" sponsored by AMCN, seeking contributions for "50,000 food packages." Shortly after sending the facsimile, HNF had a telephone conversation with SAA, during which SAA told HNF to change the word "orphans" to "needy families" because they didn't have 50,000 orphans in Palestine. Nevertheless, HNF insisted that the use of the word "orphans" was appropriate. Bates #4400310            (OA 317(A)) |
| T-1157 | | JUL 2005 | M. Khalil | English translation of above exhibit |
| 1158 | 1 1 JUL 2005 | 1 8 AUG 2005 | Sally Hayes (JP) Kethy Myers | Shortly after the phone call, on 11/09/02, HNF sent a revised facsimile of the pledge form to SAA which changed the name of the program to "Help the Needy Families." (OA 317(B)) |
| 1159 | 1 1 JUL 2005 | 1 8 AUG 2005 | Sally Hayes (JP) Kerry Myers | Facsimile of pledge form sent on 11/09/02 (OA 317(B)) |
| 1160 | 1 1 JUL 2005 | 1 8 AUG 2005 | Sally Hayes (JP) Kerry Myers | Facsimile of pledge form sent on 11/09/02 (OA 317(B)) |
| | | | | |
| | | | | |
| 1161 | 2 9 JUN 2005 | | Salah Daoud | On 11/09/02, Salah (at Middle East financial Services) telephoned HNF. Salah and HNF discussed sending a large amount of money to West Bank ($15-20K) through MEFS. Bates #4400339 |
| T-1161 | 2 9 JUN 2005 | | Salah Daoud | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                    Page 219 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1162 | 2 8 JUL 2005 | | M. Khalil | On or about 11/09/02, HNF and GZB had a telephone conversation about an AMCN fund-raising event conducted that evening in Florida.  HNF told GZB that SAA had told a group of donors all about AMCN and urged them to contribute to that organization.  HNF also said he distributed the pledge forms to donors and they filled them out.  HNF and GZB spoke about arranging for SAA to conduct another AMCN fund-raising event in Chicago.  HNF and GZB then discussed the issue of AMCN not having a tax exempt number, and GZB replied that he would provide donors with such a number.                                   (OA 318) |
| T-1162 | 2 8 JUL 2005 | | M. Khalil | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                          Page 220 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1163 | 2 0 JUL 2005 | | *Camille Ghirre* | On or about 11/10/02, HNF, who was in the Middle District of Florida, had a telephone conversation with Salah Abu Hassanein, who was in Gaza.  They discussed a variety of issues about fund-raising and distributing money in Gaza.  HNF said he was collecting funds as part of a "food packages" program. HNF and Salah Abu Hassanein discussed HNF sending $7,000.00 to Gaza.  HNF said that Abu Hassanein had to change the name of the organization in Gaza because the name "The Elehssan Society" was recognized as an organization that could not receive funds from the U.S.A.  They then agreed to change the name of the organization by adding the word "Birr" to "The Elehssan Society" and put that name on receipts that Abu Hassanein would send to the U.S.A.  HNF also instructed Abu Hassanein that he could use the money however he wanted, but they needed to create a receipt for the donations so that HNF could gain the trust of the donors in the United States.  HNF said that he had begun to use an organization that he established several years ago.  Abu Hassanein offered to give HNF the bank account number for The Elehssan Society, but HNF refused it and said he would transfer the money by the usual method. Bates #4400163                  (OA 319(A)) |
| T-1163 | 2 0 JUL 2005 | | *Camille Ghirro* | English translation of above exhibit |
| 1164 | 2 1 JUL 2005 | 2 5 JUL 2005 | *Sally Hayes* *M. Khalil* | Later that day, on 11/10/02, Salah Abu Hassanein sent a facsimile of a receipt confirming that the " Al Birr Wal-ehssan Society" had received funds from the Tampa Bay area. Bates #300287                  (OA 319(B)) |
| T-1164 | 2 5 JUL 2005 | | *M. Khalil* | English translation of above exhibit |

Case Number:      8:03-CR-77-T-30TBM                          Page 221 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1165 | 1 9 JUL 2005 | | Roushdy Nakhla | On 11/10/02, HNF called same phone # listed on Charity and Benevolence Association receipt (OA 319(B)) and spoke to Salah Abu Hassanein about the money transfer. HNF assured Abu Hassanein that the $ would come through and Abu Hassamein said he would go forward with the project. Bates #4400338 |
| T-1165 | 2 8 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1166 | 1 9 JUL 2005 | | Roushdy Nakhla | On 11/10/02, HNF telephoned Abu Hassanein in Gaza. HNF said he received a fax from Abu Hassanein and he was satisfied with it. HNF said the $ will be sent tomorrow. HNF said they can't transfer money "from a bank to a bank.". Bates #4400337 |
| T-1166 | 3 8 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1167 | 2 9 JUN 2005 | | Salah Daoud | On 11/10/02, HNF telephoned Salah (at Middle East Financial Services). HNF and Salah spoke about transferring "$7K plus the fee" to Rafah, Gaza. They discussed how HNF would get the $ to Salah and HNF said he would have his brother take care of it. The $ will be sent from "AMCN." Bates #4400336 |
| T-1167 | 2 9 JUN 2005 | | Salah Daoud | English translation of above exhibit |
| 1168 | 2 9 JUN 2005 / 1 9 JUL 2005 | | Salah Daoud Roushdy Nakhla | On 11/10/02, UF (at Middle East Financial Services) telephoned HNF. UF and HNF went over details of $ transfer: $7,175 to Salaheddine Ahmed Ibrahim Abu Hasainen in Rafah from AMCN. HNF said his brother will bring a check for $7,175. Bates #4400335 |
| T-1168 | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1169 | 19 JUL 2005 | | Roushdy Nakhla | On 11/10/02, HNF telephoned his brother, Fariz Naji Fariz. HNF asked his brother to write out a check for $7,175 from AMCN and take it to the money changer. HNF mentioned AMCN and CIC accounts at TCF bank. Bates #4400334 |
| T-1169 | 19 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1170 | 19 JUL 2005 | | Roushdy Nakhla | On 11/11/02, GZB telephoned HNF. HNF referred to raising $20K in Brooksville under auspices of AMCN. HNF said he will talk to Salah Abu Hassanein tonight and that he sent $10K the night before. Bates #4400333 |
| T-1170 | 19 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1171 | 2 JUL 2005 | | M. Khalil | On or about 11/11/02, HNF had separate telephone conversations with both GZB and SAA during which he reported on the status of AMCN fund-raising efforts. They also discussed whether they should retain a percentage of the donations for costs. Bates #4400312          (OA 320) |
| T-1171 | 2 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1172 | 19 JUL 2005 | | Roushdy Nakhla | On 11/12/02, GZB telephoned HNF. HNF modified the address for AMCN and signed the AMCN fund-raising letter as "director." Bates #4400332 |
| T-1172 | 19 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |

Case Number:       8:03-CR-77-T-30TBM                              Page 223 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | | **Witness** | **Description** |
| 1173 | | 1 9 JUL 2005 | | Roushdy Nakhla | On 11/12/02, HNF telephoned GZB. HNF told GZB that he was sending several checks and GZB should deposit them immediately in the AMCN account. HNF said the amount is $13K. Bates #4400331 |
| T-1173 | | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1174 | | 2 5 JUL 2005 | | M. Khalil | On 11/17/02, HNF telephoned Um Nasser. HNF said that Abu Nasser would be contacted by people from the bank and would get some money ($5K). HNF said Abu Nasser should go speak with Abu Ahmed. Um Nasser asked if the people were the ones from Nablus who have contacted them before. HNF said yes. Bates #4400330 |
| T-1174 | | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1175 | | 1 9 JUL 2005 | | Roushdy Nakhla | On 11/17/02, HNF telephoned UM. HNF gave him the following information: Nasser Bulbol, 011-972-130763; Rafah, Gaza; Salah Eddine Ahmed Ibrahim "Abu Hassanain;" Home: 011-972-82137992; Cell: 011-972-5973504; Rafah, Gaza; "5 for each of them." Bates #4400329 |
| T-1175 | | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1176 | 2 9 JUN 2005 | 1 9 JUL 2005 | | Salah Daoud Roushdy Nakhla | On 11/17/02, HNF telephoned UF. HNF called for Salah. HNF said his brother was coming with 2 checks and 2 drafts, each worth "5." HNF said that Salah already knew about this. Bates #4400328 |
| T-1176 | | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |

Case Number:        8:03-CR-77-T-30TBM                              Page 224 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1177 | 2 5 JUL 2005 | | M. Khalil | On 11/18/02, GZB telephoned HNF. HNF and GZB spoke about how difficult it was to send $ and they need to be careful. HNF said that "Abu Abdallah" told him to send $ in the names of individuals because they are worried about the Association. HNF said he deposited $ in names of Abu Ahmed and Abu Nasser. Bates #4400327 |
| T-1177 | 2 5 JUL 2005 | | M. Khalil | English translation of above exhibit |
| | | | | |
| 1178 | 1 9 JUL 2005 | | Roushdy Nakhla | On 11/19/02, HNF telephoned Salah Abu Hassanein ("Abu Ahmed"). Abu Ahmed said he received the trust and said he will send HNF the names. HNF referred to "pressure" they are under and about a Fatah member in U.S. who has been jailed without charges. They also talked about Naim Nasser Bulbol (Abu Nasser). Bates #4400326 |
| T-1178 | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| | | | | |
| 1179 | 1 9 JUL 2005 | | Roushdy Nakhla | On 11/20/02, SAA telephoned HNF and they spoke about difficulties getting people to contribute. Bates #4400325 |
| T-1179 | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| | | | | |
| 1180 | 1 9 JUL 2005 | | Roushdy Nakhla | On 11/20/02, HNF telephoned UM and referred to a check from Chicago for $5K. El Akhras asked for list of families and Abu Mohammed said he would prepare one. Bates #4400324 |
| T-1180 | 1 9 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1181 | 2 8 JUL 2005 | | Roushdy Nakhla | On 11/26/02, HNF and Abu Hmaid speak about HNF raising $ for Gaza and West Bank. Bates #4400323 |
| T-1181 | 2 8 JUL 2005 | | Roushdy Nakhla | English translation of above exhibit |
| 1182 | 1 4 JUL 2005 | | Tahsin Ali | On 11/30/02, HNF telephoned Abu nasser and told him that Abu Ahmad should call HNF from "the outside" but not from his cell, office or home phones. Bates #4400349 |
| T-1182 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| 1183 | 1 4 JUL 2005 | | Tahsin Ali | On 12/02/02, HNF telephoned GZB. They discussed fund-raising and Abdul Rahman making it more difficult. HNF said he spoke with SAA about it. HNF and GZB talked about problems at IAF and between SAA and STH. HNF said he was applying for tax exempt and building a website for AMCN. Bates #4400322 |
| T-1183 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |
| T-1183 Redacted | 2 2 AUG 2005 | | | |
| 1184 | 1 4 JUL 2005 | | Tahsin Ali | On or about 12/09/02, HNF, who was in the Middle District of Florida, had a telephone conversation with a magazine reporter who was outside the State of Florida. HNF complained that a recent article regarding a terrorist attack in Hebron improperly failed to attribute the attack to the PIJ. HNF then stated that he was about to start working on his Ph.D. in computer engineering at the University of South Florida. Bates #4400227               (OA 322) |
| T-1184 | 1 4 JUL 2005 | | Tahsin Ali | English translation of above exhibit |