Case Number:  8:03-CR-77-T-30TBM                         Page 226 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1185 | | 2 JUL 2005 | Camille Gherra | On or about 01/25/03, STH had a telephone conversation with his father in which STH informed him that $1,000 had been sent through a transfer agency. His father said that the money had not yet arrived. Bates #4400315        (OA 323(A)) |
| T-1185 | | JUL 2005 | Camille Gherra | English translation of above exhibit |
| 1186 | | 20 JUL 2005 | Camille Gherra | Shortly thereafter, STH had a telephone conversation with HNF in which he informed HNF that the money had not yet arrived. HNF said that he would check with the transfer agency. Bates #4400314        (OA 323(B)) |
| T-1186 | | JUL 2005 | Camille Gherra | English translation of above exhibit |
| 1187 | 11 JUL 2005 | 20 JUL 2005 | Sally Hayes / Camille Gherra | On 05/01/94, SAA sent a facsimile to Abu Mohammed asking for $30,000 by the end of the week because the situation is difficult. Bates #300028 |
| T-1187 | | JUL 2005 | Camille Gherra | English translation of above exhibit |
| 1188 | | 20 JUL 2005 | Camille Gherra | On 02/23/95 SAA spoke by telephone with UM who was in Jedda, Saudi Arabia. The UM said he had collected $15,000. SAA asked the UM if he had seen Ismail and the UM said he had conveyed "it" to Al-Shatti. Bates #4400191 |
| T-1188 | | JUL 2005 | Camille Gherra | English translation of above exhibit |
| 1189 | JUL 2005 | 25 JUL 2005 | Sally Hayes / M. Khalil | On 02/23/95, RAS received a facsimile containing an address for "Bank of Poston" and account information at the Bank for Ehab Bseisso. Bates #SH 1694 |
| T-1189 | | 25 JUL 2005 | M. Khalil | English translation of above exhibit |

Case Number:       8:03-CR-77-T-30TBM                                      Page 227 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | | |
|---|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | | Description |
| 1190 | 11 JUL 2005 | 25 JUL 2005 | Sally Hayes M. Khalil | | On 02/24/95, RAS sent a facsimile asking about the name and address of the Bank -- was it Bank of Poston or Boston? Bates #SH 1698 |
| T-1190 | | 25 JUL 2005 | M. Khalil | | English translation of above exhibit |
| 1191 | 11 JUL 2005 | 25 JUL 2005 | Sally Hayes M. Khalil | | On 02/24/95, RAS received a facsimile indicating that the sender had sent the account number the day before. Bates #SH 1699 |
| T-1191 | | 25 JUL 2005 | M. Khalil | | English translation of above exhibit |
| 1192 | 25 JUL 2005 | | M. Khalil (ID) | | On 11/02/95, Nahla Al-Arian received a telephone call at home from Ghannam who sent his condolences. Bates #4400368 |
| T-1192 | 25 JUL 2005 | | m. Khalil (ID) | | English translation of above exhibit |
| 1193 | | | | | On 12/17/99, STH spoke with a UM by telephone about a $400 donation. |
| T-1193 | | | | | English translation of above exhibit |
| 1194 | | 11 JUL 2005 | Tahsin Ali | | On 11/29/02, HNF spoke with Philly LNY regarding various financial transactions |
| T-1194 | | 11 JUL 2005 | Tahsin Ali | | English translation of above exhibit |
| 1195 | 25 JUL 2005 | | M. Khalil | | On 12/23/99, SH spoke with HNF and discussed Abu Mohammed, Ghassan, and others |
| T-1195 | 25 JUL | | M. Khalil | | English translation of above exhibit |
| 1196 | 11 JUL 2005 | | Sally Hayes | | 02/13/95 facsimile entitled "Assessment of the situation (Internationally, Islamic, Arab and Palestinian) |

Case Number: 8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| T-1196 | | | | English translation of above exhibit |
| 1197 | 11 JUL 2005 | | Sally Hayes | 02/15/95 facsimile to Brother Ja'fir A.A. entitled "Assessment of the situation (Internationally, Islamic, Arab and Palestinian) |
| T-1197 | | | | English translation of above exhibit |
| 1198 | 20 JUL 2005 | | M. Khalil | On 01/15/95 STH spoke with Khalil Shikaki. STH asked Khalil Shikaki to write a check for $3,190 payable to the Zakat Committee. STH then put RAS on the phone with Khalil Shikaki. |
| T-1198 | 20 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1199 | 25 JUL 2005 | | M. Khalil | On 11/10/02, HNF spoke with "Philly" regarding $7,000 |
| T-1199 | 25 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1200 | 25 JUL 2005 | | M. Khalil | HNF spoke with Fariz Fariz regarding making a deposit into the AMCN account |
| T-1200 | 25 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1201 | 25 JUL 2005 | | M. Khalil | On 01/15/95, SH spoke with Dawoud Mekkawi |
| T-1201 | 25 JUL 2005 | | M. Khalil | English translation of above exhibit |
| 1202 | 25 JUL 2005 | | M. Khalil | On 03/30/95, RAS spoke with Abu Asa'd. RAS is trying to speak to a friend of his who used to go to Abu Asa'd's place. |
| T-1202 | 25 JUL 2005 | | M. Khalil | English translation of above exhibit |

Case Number:   8:03-CR-77-T-30TBM                           Page 229 of 234 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1203 | | 14 JUL 2005 | Tahsin Ali | On 11/16/02, HNF spoke with an UM regarding pledges and payments |
| T-1203 | | 12 JUL 2005 | Tahsin Ali | English translation of above exhibit |
| 1204 | | 23 JUL 2005 | M. Khalil | On 08/09/00, HNF spoke with SAA about causing newspaper articles to be written about Abd Al Aziz Awda.   (OA 268) |
| T-1204 | | JUL 2005 | M. Khalil | English translation of above exhibit |
| 1205 | | 21 JUL 2005 | Fouad Ghorra | Telephone conversation on 2/23/94 between SAA and RAS |
| T1205 | | 21 JUL 2005 | Fouad Ghorra | Translation |
| T1206 | | 08 AUG 2005 | Kerry Myers | Translation dated 12/15/95 |
| 1207 | | 08 SEP 2005 | Michael Wysocki | Telephone conversation on 1/28/95 |
| T1207 | | 08 SEP 2005 | Michael Wysocki | Translation |
| 1208 | | 08 SEP 2005 | Michael Wysocki | Telephone conversation on 1/28/95 |
| T1208 | | 08 SEP 2005 | Michael Wysocki | Translation |

Case Number:   8:03-CR-77-T-30TBM                                        Page 230 of 234 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1209 | | | Michael Wysocki | Telephone conversation on 2/28/95 |
| T1209 | | 28 SEP 2005 | Micheal Wysodci | Translation of 1209 |
| 1215 | | 12 SEP 2005 | Orit Attya | Picture |
| 1400 | | 11 JUL 2005 | Michael Alfieri | FISA Summary |
| 1216 | 26 OCT 2005 | | | State records for the International Institute of Islamic Thought |
| 1217 | 26 OCT 2005 | | | State records for SAFA Trust, Inc. |
| 1218 | 28 OCT 2005 | | | State records for The SAAR Foundation, Inc. |
| 1219 | 2 NOV 2005 | | Manal Ramadan | Photograph |
| | | | | |
| | | | | |