Government's
Supplemental Exhibit List

Case Number:       8:03-CR-77-T-30TBM

*1*

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 160 | | 0 8 OCT 2005 | Cassandra Morrison - cut Russ Hayes | Qudsway.Com WS- FTP, LOG showing transfers of files between Qudsway and Quadscall and Nida Allquds |
| 161-A | 0 8 OCT 2005 / 0 8 OCT 2005 | | Marwan Khalil Russell Hayes | Qudsway.com/gb/data/entries. dat - showing two entries in GB by Abu Obaidah@hotmail.com |
| 161-B | 0 6 OCT 2005 / 1 1 OCT 2005 | | Marwan Khalil Russell Hayes | Qudsway.com/gb - obtained in 2005 |
| T-161-A | 0 8 OCT 2005 / 1 1 OCT 2005 | | Marwan Khalil Russell Hayes | Translation of 161-A |
| T-161-B | 0 8 OCT 2005 / 1 1 OCT 2005 | | Marwan Khalil Russell Hayes | Translation of 161-B |
| | | | | |
| 162-A | | 0 8 OCT 2005 | Cassandra Morrison - cut. Russell Hayes | Qudsway.com / akbar 5 & 21 & 0169. htm - computer machine language showing LSK in author field |
| 162-B | 2 0 SEP 2005 | | | Qudsway.com - akbar 5 & 21 & 0169 - Arabic |
| T-162-B | 2 0 SEP 2005 | | Tahsin Ali | Translation of 162-B |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM

2

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 163-A | | | Yahoo Representative | Yahoo account records for palestineway22@yahoo.com Beirut, Lebanon |
| 163-B | | | | Yahoo account records for jdomains2004@yahoo.com ~~Saltin Khaled - Kuwait~~ |
| | | | | Beirut, Lebanon |
| 163-C | | | | Yahoo account records for aljihadonline@yahoo.com Haissam abou-Ghezlan |
| 163-D | 1 1 OCT 2005 | | Russell Hayes | Yahoo account records for abuobaidah2000 at Yahoo |
| 164-A | 0 6 OCT 2005 | | MSN-Hotmail Russell Hayes | Hotmail acct records for myguds@hotmail.com |
| 164-B | 0 6 OCT 2005 | | MSN-Hotmail Russell Hayes | Certification of business records |
| 164-B-1 | | | | Hotmail CD |
| 164-B-1-a | 0 6 OCT 2005 | | Russell Hayes | Hotmail acct records for salah_hassun@hotmail.com registered 8/23/2001 |
| 164-C | 0 6 OCT 2005 | | MSN-Hotmail Russell Hayes | Hotmail acct records for abuobaidah at hotmail e-mail, dated 01/15/2000 |

Case Number:      8:03-CR-77-T-30TBM

Page 240 of 240 Pages

3

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 165-A | | 0 6 OCT 2005 | Cassandra Morrison - ~~Out~~. Russell Hayes | Qudsway. com 2 mashat 5. htm in computer machine language showing LSK in author field |
| 165-B | 0 6 OCT 2005 | 0 6 OCT 2005 | Marwan Khalil Russell Hayes | 2 mashat 5 - in Arabic - RAS speech on 04/02/01 during funeral of PIJ martyr |
| T-165-B | 0 6 OCT 2005 | 1 1 OCT 2005 | ~~Marwan Khalil~~ Russell Hayes | Translation |
| 166-A | | 0 6 OCT 2005 | ~~Cassandra Morrison~~ ~~Out.~~ Russell Hayes | Qudsway. com - 8 hje 42. htm computer machine language showing LSK in author field |
| 166-B | 0 6 OCT 2005 | 0 6 OCT 2005 | Marwan Khalil Russell Hayes | Document 8 hje 42 in Arabic - PIJ claim of responsibility for at at Slaw - 5/30/2001 |
| T-166-B | 0 6 OCT 2005 | 1 1 OCT 2005 | Marwan Khalil Russell Hayes | Translation |
| 166 | | 0 6 OCT 2005 | | |
| 167-A | 1 1 OCT 2005 | ~~1 1 OCT 2005~~ | ~~Cassandra Morrison~~ ~~Out~~ Russell Hayes | Qudsway. com - 8 hje 43. htm computer machine language showing LSK in author field |
| 167-B | 0 6 OCT 2005 | 1 1 OCT 2005 | Marwan Khalil Russell Hayes | Document 8 hje 43 in Arabic - PIJ Communique regarding attack at Netanya - 5/30/2001 |
| T-167-B | 0 6 OCT 2005 | 1 1 OCT 2005 | Marwan Khalil Russell Hayes | Translation |

Case Number:     8:03-CR-77-T-30TBM

Page 240 of 240 Pages

4

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 168 | 0 6 OCT 2005 | 0 6 OCT 2005 | Cassandra Morrison out / Russ Hayes | Qudsway.com – adressweb, doc – listing e-mails addresses fr 625, HNF & SAH |
| T-168 | 0 6 OCT 2005 | 1 1 OCT 2005 | Marwan Khalil / Russell Hayes | Translation of 168 |
| 169 | | 1 1 OCT 2005 | Russ Hayes | Summary Chart |
| | | | | |
| 174-A | | 0 6 OCT 2005 | Hostway Corp. / Russell Hayes | Qudsway and Jihadislami records showing Haussam Abou-Ghezlan as contact fr jihadislami.com |
| 174-A-1 | | 0 6 OCT 2005 | Russell Hayes | Qudsway.com - CD |
| 174-A-1-a | | 0 6 OCT 2005 | Russell Hayes | Qudsway.com – Neda Alquas banner |
| 174-A-1-b | | OCT 2005 | Russell Hayes | Computer machine translation of äïÇÁ ÇÁÐÍÓ |
| 174-A-1-C | 2 0 SEP 2005 | 0 6 OCT 2005 | Russell Hayes | List of selected websites |
| T-174-A-1-C | 2 0 SEP 2005 | 1 1 OCT 2005 | Tahsin Ali / Russell Hayes | Translation of portion of right-hand column of selected websites |

174-A-1-D  0 6 OCT 2005  Russell Hayes

Case Number:        8:03-CR-77-T-30TBM

5

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 174-B | | 1 1 OCT 2005 | PowWeb Russell Hayes | PowWeb acct records for jihadonline.org - showing contact as Haissam Abou-Ghazlan |
| 174-B-1 | | | | PowWeb CD for jihadonline.org |
| R 174-B-1-a | 1 1 OCT 2005 | | Russell Hayes | Jihadonline.org website home page with links to other websites plus unusual graphic image |
| T-174-B-1-a1 | 1 OCT 2005 | | ~~Tadsim Ali~~ Russell Hayes | Translation of top portion of home page |
| 174-B-1-b | 1 1 OCT 2005 | | Russell Hayes | ~~Jihadonline~~ Jihadonline.org home page from 3/12/03, discussing Hebron incident |
| T-174-B-1-b | 1 1 OCT 2005 | | Russell Hayes ~~Tadsim Ali~~ | Translation of 174-B-1-b |
| | | | | |
| 174-C | 1 1 OCT 2005 | | ~~C Host~~ Russell Hayes | CI Host Certification for information for Qudscall.com, rec'd 09/18/2000 |
| 174-D | 1 1 OCT 2005 | | ~~Intercosmos~~ Russell Hayes | Registration information for jihadislami.org, rabdullah.com, shikaki.com, sarayaalquds.com |
| 174-E | 1 1 OCT 2005 | | Russell Hayes | abrarway.com, aljihadonline.org almouttaka.info |

TAZ

Case Number:     8:03-CR-77-T-30TBM

6

## EXHIBIT LIST - Continuation Sheet

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 665-A | | 0 5 OCT 2005 | Keith Arndt | 1/18/03 Neda Alquda website home page QTP 226 |
| T-665-A | | 1 1 OCT 2005 | ~~Camilla Ghosca~~ Russell Hayes | Translation |
| 694-A | | 0 5 OCT 2005  0 6 OCT 2005 | Keith Arndt  Marwan Khalil | 11/21/02 e-mail from SAH to HNF with Issue 77 QTP 226 |
| T-694-A | | - 6 OCT 2005 | Marwan Khalil | Translation |
| 694-B | | 0 5 OCT 2005 | Keith Arndt | computer language for 694-A |
| 694-C | | 0 5 OCT 2005 | ~~Keith Arndt~~ Marwan Khalil | Issue 77, dated 11/22/02, created 12/1/02, Hebron QTP 226 |
| T-694-C | | 0 5 OCT 2005 | ~~Tabsir Ali~~ Marwan Khalil | Translation of 694-C |
| | | | | |
| 1066 ~~1067~~ | | 0 5 OCT 2005 | Keith Arndt | Deconstructor Report for computer QTP 226 for websites - by date |
| | | | | |

Case Number:   8:03-CR-77-T-30TBM                    Page 240 of 240 Pages

EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 698-A | 0 6 OCT 2005 / 1 1 OCT 2005 | | Marwan Khalil Russell Hayes | Arabic text |
| T-698-A | 0 6 OCT 2005 / 1 1 OCT 2005 | | Marwan Khalil Russell Hayes | Translation - Uprising in Palestine |
| 698-B | 1 1 OCT 2005 | | Russell Hayes | Palestine 48. HTML - computer Arabic - cyrillic |
| | | | | |
| 699-A | 0 6 OCT 2005 | | Keith Arndt | 12/21/02 e-mail from SAH to HNF with Issue 81 GTP 226 |
| T-699-A | 0 6 OCT 2005 | | Marwan Khalil | Translation |
| 699-B | 0 6 OCT 2005 | | Keith Arndt | Computer machine language for 699-A |
| 699-C | 0 6 OCT 2005 | | ~~Keith Arndt~~ Marwan Khalil | Issue 81 of Al Quds Call dated 12/20/2002 - Nida Alquds |
| T-699-C | 0 6 OCT 2005 | | Marwan Khalil | Translation of Issue 81 |
| 699-D | 0 6 OCT 2005 | | ~~Keith Arndt~~ Marwan Khalil | Issue 81 saved on HNF computer GTP 226 |

T-699-D       0 6 OCT 2005   Marwan Khalil   Translation

Case Number:      8:03-CR-77-T-30TBM

8

## EXHIBIT LIST - Continuation Sheet

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| T-718 | | | Marwan Khalil | List of Martyrs <br><br> QTP 493 |
| 721-A | 0 5 OCT 2005 | | Keith Arndt | Report of usage of computer QTP 494 on 11/19/2002 <br> QTP 494 |
| 721 | 0 5 OCT 2005 | | Keith Arndt | RAS issuing PIJ claim of responsibility for attack at Hebron dated 11/19/2002 <br> QTP 494 |
| T-721 | 0 5 OCT 2005 | | ~~Fatson Ali~~ Keith Arndt | Translation of 721 |
| 721-B | SEP 2005 | 0 5 OCT 2005 | Keith Arndt | Qudsway, comm at chat room 11/19/2002 <br> QTP 494 |
| T-721-B | SEP 2005 | 0 5 OCT 2005 | ~~Fatson Ali~~ Keith Arndt | Translation of 721-B |
| | | | | |
| 722-A | 0 5 OCT 2005 | | Keith Arndt | Report of usage of Computer QTP 494 on 10/22/2002 |
| 722-B | 0 5 OCT 2005 | | ~~Keith Arndt~~ Marwan Khalil | PIJ Bulletin - claim of responsibility for Karkur Junction, Qudsway, comm QTP 494 |
| T-722-B | 0 5 OCT 2005 | | Marwan Khalil | Translation of 722-B |

Case Number:      8:03-CR-77-T-30TBM

9

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 722-C | | 0 5 OCT 2005 | Keith Arndt | Photo of demolished bus |
| 722-D | | 0 5 OCT 2005 | Keith Arndt | Photo of turnout |
| | | | | |
| 723-A | | 0 5 OCT 2005 | Keith Arndt | Report of usage of Computer QTP 494 on 10/25/2002 QTP 494 |
| 723-B | | 0 5 OCT 2005 | Keith Arndt | Photo of burned out bus QTP 494 |
| 723-C | | 0 6 OCT 2005 | Keith Arndt Marwan Khalil | Interview of RAS, 10/21/2002, reported on Qudsway.com QTP 494 |
| T-723-C | | 0 6 OCT 2005 | Marwan Khalil | Translation of 723-C |
| | | | | |
| 724-A | | 0 6 OCT 2005 | Keith Arndt | Report of usage of Computer QTP 494 on 11/16/2002 QTP 494 |
| 724-B | | 0 6 OCT 2005 | Keith Arndt Marwan Khalil | Qudsway.com home page for 11/16/2002 |

Case Number:      8:03-CR-77-T-30TBM

*10*

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-724-B | | 0 6 OCT 2005 | Marwan Khalil | Translation of 724-B |
| 724-C | | 0 6 OCT 2005 | Keith Arndt / Camille Gharra | PIJ Announcement of the attack at Hebron - source Neda AlQuds. |
| T-724-C | | 0 6 OCT 2005 | Camille Gharra | Translation |
| 724-D | 2 0 SEP 2005 | 0 5 OCT 2005 | Keith Arndt | PIJ Announcement concerning statement of Mohammad Al-Hindi regarding Hebron attack, 11/16/2002 GTP 494 |
| T-724-D | 2 0 SEP 2005 | 0 5 OCT 2005 | Tabsir Ali / Keith Arndt | Translation |
| 724-E | | 0 6 OCT 2005 | Keith Arndt / Marwan Khalil | Qudsway.com chat room on 11/16/2002 |
| T-724-E | | 0 6 OCT 2005 | Marwan Khalil | Translation |
| | | | | |
| 725-A | | 0 5 OCT 2005 | Keith Arndt | Report of usage of Computer QTP 494 on 11/21/2002 GTP 494 |
| 725-B | | 0 6 OCT 2005 | Keith Arndt / Marwan Khalil | Qudsway.Com - article on 11/21/2002 concerning Hebron attack GTP 494 |

Case Number:      8:03-CR-77-T-30TBM

*11*

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-725-B | | 0 6 OCT 2005 | Marwan Khalil | Translation of 725-B |
| | | | | |
| 726-A | | 0 5 OCT 2005 | Keith Arndt | Report of usage of computer QTP 494 on 12/26/2002 QTP 494 |
| 726-B | | 0 6 OCT 2005 | ~~Keith Arndt~~ Marwan Khalil | Qudsway.com home page on 12/26/2002 |
| T-726-B | | 0 6 OCT 2005 | Marwan Khalil | Translation of 726-B |
| 726-C | 2 0 SEP 2005 / 0 5 OCT 2005 | | Keith Arndt | Interview of Nafiz Azzam, PIJ leader regarding Hebron QTP494 and other matters |
| T-726-C | 2 0 SEP 2005 / 0 5 OCT 2005 | | Tabsim Ali | Translation of 726-C |
| | | | | |
| 727-A | | 0 5 OCT 2005 | Keith Arndt | Report of usage of computer QTP 493 on 11/22/2001 |
| 727-B | | 0 6 OCT 2005 | ~~Keith Arndt~~ Marwan Khalil | Qudsway.com article on 11/22/01 |

Case Number:       8:03-CR-77-T-30TBM

Page 240 of 240 Pages

12

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| T-727-B | 0 | 8 OCT 2005 | Marwan Khalil | Translation of 727-B |
| 727-C | 0 | 8 OCT 2005 | ~~Keith Arndt~~ Marwan Khalil | Photo of PIJ Terrorist, part of article in 727-B |
| T-727-C | 0 | 8 OCT 2005 | Marwan Khalil | Photo caption translation Release Mahmoud Twalba wear PIJ logo |
| 727-D | 0 | 8 OCT 2005 | ~~Keith Arndt~~ Marwan Khalil | List of martyrs |
| T-727-D | 0 | 8 OCT 2005 | Marwan Khalil | Translation of 727-D |
| | | | | |
| 728 | | JUN 2005 | Keith Arndt | Photo of bus viewed at Qudsway.com on 11/21/2002 QTP 494 |
| 729 | | | Keith Arndt | Council on Foreign Relations Report on HAMAS and PIJ QTP 494 |
| 729-A | 0 | 8 OCT 2005 | Keith Arndt | Report of usage of computer QTP 494 on 10/26/02 |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                        Page 240 of 240 Pages

13

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 736 | 0 6 OCT 2005 | 2 1 OCT 2005 | Keith Arndt Marwan Khalil Russell Hayes | Letter to GZB and HNF, ~~as~~ received 3/15/2001 QTP 493 |
| T-736 | 0 6 OCT 2005 | 2 1 OCT 2005 | Marwan Khalil Russell Hayes | Translation of 736 |
| 736-A | | 2 8 OCT 2005 | Russ Hayes | Document properties for 736 showing LSK as author |
| 789-A | | 0 5 OCT 2005 | Keith Arndt | 1/5/2003 e-mail from SAH to HNF ~~regarding soundness~~ attaching internal PIJ memo QTP 226 |
| T-789-A | | 0 6 OCT 2005 | Marwan Khalil | Translation of 789-A |
| 789-B | | 0 5 OCT 2005 | Keith Arndt | Computer machine language for 789-A |
| 789-C | | 0 6 OCT 2005 | Keith Arndt Marwan Khalil | Internal PIJ memo |
| T-789-C | | 0 6 OCT 2005 | Marwan Khalil | Translation of 789-C |
| 789-D | | 1 1 OCT 2005 | Russ Hayes | Document properties for 789-C showing LSK as author |
| 790-A | | 0 5 OCT 2005 | Keith Arndt | 1/5/2003 e-mail from SAH to HNF attaching 4 documents QTP 226 |

Case Number:        8:03-CR-77-T-30TBM

14

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| T-790-A | 0 8 OCT 2005 | | Marwan Khalil | Translation of 790-A |
| 790-B | 0 8 OCT 2005 | | Keith Arndt / Marwan Khalil | Documents attached to e-mail, including graphic image QTP 226 associated with Hebron |
| T-790-B | 0 8 OCT 2005 | | Marwan Khalil | Translation of 790-B |
| 790-C | 1 1 OCT 2005 | | Russ Hayes | Document properties for 790-B showing all with LSK as author |
| 791-A | 0 8 OCT 2005 | | Keith Arndt | 1/12/2003 e-mail from SAH to HNF with attached letter QTP 226 |
| T-791-A | 0 8 OCT 2005 | | Marwan Khalil | Translation of 791-A |
| 791-B | 0 8 OCT 2005 | | Keith Arndt | Computer machine language for 791-A |
| 791-C | 0 8 OCT 2005 | | Keith Arndt / Marwan Khalil | Letter attached to e-mail |
| T-791-C | 0 8 OCT 2005 | | Marwan Khalil | Translation of 791-C |
| | | | | |

Case Number:        8:03-CR-77-T-30TBM                          Page 240 of 240 Pages

*15*

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 792-A | | 0 6 OCT 2005 | Keith Arndt | 1/12/2003 e-mail sent from HNF to GZB, forwarding letter 791-A QTP 226 |
| 792-B | | 0 8 OCT 2005 | Keith Arndt Marwan Khalil | letter attached to e-mail |
| T-792-B | | 0 8 OCT 2005 | Marwan Khalil | Translation of 792-B |
| 792-C | | 0 8 OCT 2005 | Keith Arndt Marwan Khalil | letter saved on HNF computer QTP 226 |
| T-792-C | | 8 8 OCT 2005 | Marwan Khalil | Translation of 792-C |
| | | | | |
| 793-A | | 0 8 OCT 2005 | Keith Arndt | 1/23/2003 e-mail from SAH to HNF attaching document 86 from Neda Alques Magazine QTP226 |
| T-793-A | | 0 8 OCT 2005 | Marwan Khalil | Translation of e-mail |
| 793-B | | 0 8 OCT 2005 | Keith Arndt | Computer machine language |
| 793-C | 2 0 SEP 2005 | 0 8 OCT 2005 | Keith Arndt | article 86 from Neda Alques discussing PIJ statistics QTP 226 |

Case Number:      8:03-CR-77-T-30TBM

Page 240 of 240 Pages

*16*

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| T-793-C | 2 0 SEP 2005 | 0 5 OCT 2005 | ~~Keith Arndt~~ Tahsin Ali | Translation of 793-C |
|  |  |  |  |  |
| 794 |  | 0 6 OCT 2005 | ~~Keith Arndt~~ Marwan Khalil | List of 887 families - ~~sb~~ saved on HNF computer QTP 226 |
| T-794 |  | 0 6 OCT 2005 | Marwan Khalil | Translation of 794 - (names not translated) |
| 794-A |  | 1 1 OCT 2005 | Russ Hayes | document properties for 794 - showing LSK as author |
|  |  |  |  |  |
| 796-A |  | 0 5 OCT 2005 | Keith Arndt Russ Hayes | Qudsway, com Buttons accessed on 1/12/2003 QTP 226 |
| 796-B |  | 0 5 OCT 2005 | Keith Arndt | Qudsway, com Buttons accessed on 1/12/2003 QTP 226 |
| 796-C |  | 0 5 OCT 2005 | Keith Arndt | Qudsway, com Buttons accessed on 1/12/2003 QTP 226 |
|  |  |  |  |  |

Case Number:        8:03-CR-77-T-30TBM

## EXHIBIT LIST - Continuation Sheet

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1210-A | | 1 8 OCT 2005 | Russ Hayes | e-mail from SAH to HNF on 11/10/2002 with attached receipt - Tard. doc |
| 1210-B | | 0 8 OCT 2005 | ~~Keith Arndt~~ Marwan Khalil | al-Birr Wal-Ehssan Society receipt - saved on HNF QTP 226 Computer |
| T-1210-B | | 0 8 OCT 2005 | Marwan Khalil | Translation of 1210-B |
| 1210-C | | 2 1 OCT 2005 | Russ Hayes | Document properties for Tard.doc 1210-B showing LSK as author |
| T-1211 | | 0 6 OCT 2005 | Marwan Khalil | Translation |
| 1211 | | 0 6 OCT 2005 | Keith Arndt | 12/22/02 listing of e-mail inbox for HNF's mahtoob QTP 226 address |
| 1211-A | | 0 6 OCT 2005 | Keith Arndt | Excerpt of QTP 226 |
| 1212 | | 0 6 OCT 2005 | AOL Representative Russell Hayes | Account information for Falestin 48 - HNF |
| 1212-A | | 0 6 OCT 2005 | Russell Hayes | |
| | | | | |