UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                            13 September 2005

SAMI AMIN AL-ARIAN                              9:05 a.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

    Defendants.
-------------------------/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT OF JURY TRIAL - TESTIMONY OF NISSIM ELYASSAF)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

| | |
|---|---|
| **For the Government:** | **WALTER FURR, ESQUIRE**<br>**TERRY ZITEK, ESQUIRE**<br>**CHERIE KRIGSMAN, ESQUIRE**<br>**ALEXIS COLLINS, ESQUIRE**<br>*United States Attorney's Office*<br>400 North Tampa Street<br>Suite 3200<br>Tampa, Florida 33602 |
| **For the Defendant**<br>**Sami Al-Arian:** | **WILLIAM MOFFITT, ESQUIRE**<br>*Cozen O'Conner, P.C.*<br>1667 K Street, Northwest<br>Suite 500<br>Washington, D.C. 20006-1605 |
| | **LINDA MORENO, ESQUIRE**<br>*Amy V. Jackson, P.A.*<br>730 East Strawbridge Avenue<br>Number 200<br>Melbourne, Florida 32901 |

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION