UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                                           7 June 2005

SAMI AMIN AL-ARIAN                                             1:05 p.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

         Defendants.
---------------------------/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT OF JURY TRIAL – TESTIMONY OF TIMOTHY SHAVERS)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

**For the Government:**     **WALTER FURR, ESQUIRE
                            TERRY ZITEK, ESQUIRE
                            CHERIE KRIGSMAN, ESQUIRE
                            ALEXIS COLLINS, ESQUIRE**
                            *United States Attorney's Office*
                            400 North Tampa Street
                            Suite 3200
                            Tampa, Florida 33602

**For the Defendant         WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**          *Cozen O'Conner, P.C.*
                            1667 K Street, Northwest
                            Suite 500
                            Washington, D.C. 20006-1605

                            **LINDA MORENO, ESQUIRE**
                            *Amy V. Jackson, P.A.*
                            730 East Strawbridge Avenue
                            Number 200
                            Melbourne, Florida 32901

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

Sherrill L. Jackson, RPR
Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division