```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION

           Case No. 8:03-CR-77-T-30TBM
```

**UNITED STATES OF AMERICA**

-vs-                                                    23 June 2005

**SAMI AMIN AL-ARIAN**                                   8:50 a.m.
**SAMEEH HAMMOUDEH**
**GHASSAN ZAYED BALLUT**                                Courtroom 13A
**HATIM NAJI FARIZ**

    Defendants.
_____/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT OF JURY TRIAL -*
*TESTIMONY OF THOMAS MILLER, VOLUME II)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**

<u>APPEARANCES</u>
**For the Government:**         **WALTER FURR, ESQUIRE**
                                **TERRY ZITEK, ESQUIRE**
                                **CHERIE KRIGSMAN, ESQUIRE**
                                **ALEXIS COLLINS, ESQUIRE**
                                *Assistant United States Attorneys*
                                *United States Attorney's Office*
                                400 North Tampa Street
                                Suite 3200
                                Tampa, Florida 33602

**For the Defendant**           **WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**              *Cozen O'Conner, P.C.*
                                1667 K Street, Northwest
                                Suite 500
                                Washington, D.C. 20006-1605

                                **LINDA MORENO, ESQUIRE**
                                *Linda Moreno, P.A.*
                                Post Office Box 10985
                                Tampa, Florida 33679
                                Phone:  (813) 247-4500

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

*SHERRILL L. JACKSON, RPR, FPR*
*Federal Official Court Reporter, U.S. District Court*
*Middle District of Florida, Tampa Division*

```
For the Defendant            STEPHEN BERNSTEIN, ESQUIRE
Sameeh Hammoudeh:            Post Office Box 1642
                             Gainesville, Florida 32602

For the Defendant            BRUCE HOWIE, ESQUIRE
Ghassan Zayed Ballut:        BROOKE ELVINGTON, ESQUIRE
                             Piper, Ludin, Howie & Werner
                             5720 Central Avenue
                             St. Petersburg, Florida 33707

For the Defendant            KEVIN BECK, ESQUIRE
Hatim Naji Fariz:            ALLISON GUAGLIARDO, ESQUIRE
                             WADIE SAID, ESQUIRE
                             Office of the Federal Public
                                Defender
                             400 North Tampa Street
                             Suite 2700
                             Tampa, Florida 33602

ALSO PRESENT                 SAMI AMIN AL-ARIAN (Defendant)
                             SAMEEH HAMMOUDEH (Defendant)
                             GHASSAN ZAYED BALLUT (Defendant)
                             HATIM NAJI FARIZ (Defendant)
                             KERRY MYERS (FBI Case Agent)
                             SARA BOSWELL (Courtroom Deputy
                                Clerk)
                             FRANK DOHERTY (Court Security
                                Officer)

REPORTED BY:                 SHERRILL LYNN JACKSON, RPR, FPR
                             Official Court Reporter
                             801 North Florida Avenue
                             Suite 13A
                             Tampa, Florida 33602
                             Phone:  (813) 301-5041
```

# I N D E X

Page

THOMAS MILLER
    CONTINUED DIRECT EXAMINATION by Mr. Zitek.............3
    CERTIFICATE OF REPORTER.............................17

# E X H I B I T S

Government's Exhibit Number 14............................15
Government's Exhibit Number 15............................15
Government's Exhibit Number 331............................7
Government's Exhibit Number 466...........................13

```
 1  (8:50 a.m.)         P R O C E E D I N G S
 2              (The jury entered the courtroom and was seated.)
 3              THE COURT:  Good morning.
 4              You may proceed, Mr. Zitek.
 5              MR. ZITEK:  Thank you.
 6                  CONTINUED DIRECT EXAMINATION
 7  BY MR. ZITEK:
 8  Q    Good morning, Mr. Miller.
 9  A    Good morning.
10  Q    Mr. Miller, I want to show you some exhibits.  I think
11  you've got them there in front of you there already.  The
12  first one is Government's Exhibit 301.  You see that?
13  A    Yes, sir.
14  Q    All right.  This is the -- the articles o incorporation
15  for an entity known as WISE, or World and Islam Studies
16  Enterprises?
17  A    Yes.
18  Q    You notice that it was incorporated on February 21st,
19  1991, according to the exhibit?
20  A    Yes.
21  Q    If you look at Government's Exhibit 307, can you -- is
22  this an Internal Revenue Service letter?  Do you recognize
23  this?
24  A    Yes, it is.
25  Q    Can you tell the ladies and gentlemen of the jury what
```

```
 1  this letter is all about?
 2  A    This is a letter to an organization telling them that
 3  the -- they have an employer identification number assigned
 4  and giving them what that number is.
 5  Q    In this particular case, what is WISE's number?
 6  A    There's a staple through the number at the top.  It's
 7  59-3063697.
 8  Q    Now, let's look at Government's Exhibit 329 in
 9  Evidence.  Do you recognize that particular form?
10  A    Yes.  This is a Form 1023 application for recognition
11  of exemption under 503(c)(3).
12  Q    Is this particular form signed?
13  A    Yes, it is.
14  Q    What's the date of the signature (pointing)?
15  A    The date is August 20, 1993.
16  Q    Does it indicate who the contact person is up here in
17  Section 3?
18  A    It says the contact person is Daniel D. Raulerson.
19  Q    Now, when a entity submits a Form 1023 seeking to get
20  tax-exempt status, do they receive some sort of
21  acknowledgment from the IRS when that's filed?
22  A    Typically there's an acknowledgment, I believe, when
23  the application is received.
24  Q    Let's look at 331 (changing overhead exhibit).  Can you
25  tell us what this is?
```

1  A     That is an acknowledgment that their application has
2  been received by the Service and that we will begin
3  processing as soon as possible.
4  Q     What was the date of this notice?
5  A     This date of this notice is October 7th, 1993.
6  Q     Now, you had indicated yesterday that there are certain
7  circumstances under which IRS received additional
8  information from a -- an applicant to get tax-exempt status.
9  I'm going to show you Government Exhibit 332.  Do you have
10 that?
11 A     Yes, I do.
12 Q     Can you identify and recognize this form?
13 A     This is a letter to the organization on letterhead from
14 our district office that would -- would be processing the
15 application.
16 Q     What's the date of this letter?
17 A     November 5, 1993.
18 Q     And this is for WISE; is that right?
19 A     Yes, World and Islam Studies Enterprise, Incorporated.
20 Q     And if I direct your attention to the second sentence
21 or second paragraph here, this one is requesting additional
22 information; is that right?
23 A     That is correct.
24 Q     And the additional information is -- you can turn the
25 page (changing overhead exhibit).  Do you see the additional

```
 1  information requested?  Is that attached to this exhibit?
 2  A    Yes.  Beginning at the second page listing the
 3  additional information we need to consider whether the
 4  organization qualifies.
 5  Q    Now, just directing your attention to the first
 6  question or first request, it says there in the second
 7  paragraph, "Please provide a detailed description of your
 8  past, present, and proposed activities"; is that right?
 9  A    Yes (nodding head).
10  Q    How important is it to IRS in making a determination to
11  get information of that nature?
12  A    That's critical, because we need to know what
13  activities an organization is going to be engaged in before
14  we can determine whether it qualifies as charitable,
15  educational within the meaning of 503(c)(3).
16  Q    Let's go back to 329 and turn to Part 2.  Is this the
17  section in the application where the applicant would provide
18  a description of their past, present, and future activities?
19  A    That it is, yes.
20  Q    Now, in this particular case, based upon this letter,
21  was IRS asking for more information that is contained here
22  in Part 2?
23  A    That is correct.  This is too general to enable us to
24  determine what exactly an organization was going to be
25  doing.
```

```
 1              MR. ZITEK:  Your Honor, I notice in my notes that
 2   I didn't actually offer Government Exhibit 331 when it was
 3   offered a few weeks ago, so I offer it at this time.
 4              THE COURT:  Be admitted.
 5              (Government's Exhibit 331 was received in
 6   evidence.)
 7   BY MR. ZITEK:
 8   Q    Sir, with respect to Government Exhibit 332 that we
 9   were just looking at, which was the IRS's request, there are
10   numbered on here 7 -- 17 requests all the way over to the
11   back.  Is this typical, or is this unusual?
12   A    It is not rare, rare.  It's probably unusual in that
13   most organizations -- most applications do not need this
14   much additional development.  So, it's more than I would say
15   the usual.
16   Q    Let's look at Government Exhibit 335.  My tag on my
17   copy obscures the first paragraph, but basically in this
18   letter -- what's the date of this letter?
19   A    December 21, 1993.
20   Q    Can you read the first paragraph to us?
21   A    "Dear applicant, on the above date, we wrote you about
22   your Form 1023 application for recognition of exception
23   under 502(c)(3) of the Internal Revenue Code.  In that
24   letter, we asked you to send us additional information to
25   show that you have met all the legal requirements.  To date,
```

```
 1  we have not received the information necessary to make a
 2  determination of your tax-exempt status."
 3  Q    Does the letter go on to say then that "We're closing
 4  the file"?
 5  A    That is correct, closing the file and what really the
 6  implications of that are for the organization.
 7  Q    What are the implications of that for the organization?
 8  A    Well, most importantly, they are not recognized exempt
 9  or eligible to receive deductible contributions; but,
10  further, the normal processing, if we issue a final adverse
11  determination, an organization can seek judicial appeal.
12  But one of the requirements to seeking a judicial appeal, a
13  declaratory judgment, is that they pursue all administrative
14  remedies; and failure to do that means that they cannot --
15  they cannot go into court and challenge this for
16  declaratory-judgment provisions.
17  Q    But in this particular case, according to this letter,
18  WISE didn't respond?
19  A    That is correct.  I should add the note at the end --
20           MR. MOFFITT:  Objection.
21           THE COURT:  Sustained.
22  BY MR. ZITEK:
23  Q    (Changes demonstrative aid.)  I want now to draw your
24  attention to Government Exhibit 431.  Can you tell us what
25  431 is?
```

```
 1  A     431 is the Form SS4 for application for an employer
 2  identification number for the organization, the earlier
 3  exhibit showing that an organization was assigned a EIN.
 4  This is the form that an organization files to get that
 5  issued.
 6  Q     Let's look at 513 (changing overhead exhibit).  What is
 7  513?
 8  A     That's a letter notice of new employer identification
 9  number assigned.
10  Q     For what entity?
11  A     Islamic Concern Project, Inc.
12  Q     And what was the number assigned to it?
13  A     The number assigned, 593005230.
14  Q     Sir, I now want to direct your attention to Government
15  Exhibit 433 (changing overhead exhibit).  The first page of
16  it appears to be an envelope; is that right?
17  A     Yes.
18  Q     All right.  What's contained inside this exhibit?
19  A     This is the package for the form application for
20  recognition of exemption, Form 1023.
21  Q     This is for what entity?
22  A     The name filled out is "Islamic Concern Project."
23  Q     Now, I'd like you to look through the rest of the
24  exhibit.  Is Part 3 completed?
25  A     No.  There's a reference to an Article III, but there's
```

```
 1  nothing else completed on there.
 2  Q    If you go through the rest of the form (flipping page
 3  of demonstrative aid), are parts of it completed, parts of
 4  it not completed?
 5  A    Yes.
 6  Q    This particular form has a name down at the bottom of
 7  it on the first page.  It's not signed.  What name appears
 8  down there?
 9  A    "Sami A. Al-Arian."
10  Q    And the title?
11  A    "President."
12  Q    Now, Mr. Miller, one of the things that we've been
13  talking about is the employer identification number or the
14  taxpayer identification number; and for ICP, Islamic Concern
15  Project, in Exhibit 513 (changing overhead exhibit), we
16  notice that its number was -- and this is shown on the form
17  down there -- 593005230.
18       My next question is whether or not that number has
19  anything to do with tax-exempt status.
20  A    No, it does not.  The employer identification number is
21  simply a unique identifier.
22  Q    When an entity gets tax-exempt status, does it get some
23  kind of tax-exempt-status number?
24  A    No.
25  Q    If an entity has some -- another part of it that's not
```

1  a separate organization, what number would be assigned to
2  that entity if -- if it's not truly a legal entity?
3  A    If it's not a separate legal entity, it would use the
4  parent's employer identification number.  For example, a
5  separate account.  It's not unusual for organizations to set
6  up separate accounts for a specific project, say a
7  disaster-relief fund, where contributions were coming in
8  from that fund; but the employer identification number for
9  that fund would be the same as the parent -- it would be the
10 same -- would be the organization's.  It would not have a
11 separate employer identification number, because it would be
12 an activity of that organization.
13 Q    In this particular case (changing overhead exhibit), if
14 you look at 48 -- Government's Exhibit 481, this exhibit at
15 the top up here, for Muslim Women's Society, it says it's an
16 affiliate of ICP.  Do you see that?
17 A    Yes.
18 Q    Down here at the bottom (pointing), it says -- makes a
19 representation that your contributions are tax-deductible,
20 tax-exempt, and then provides a number.  You see that
21 (pointing)?
22 A    Yes, I do.
23 Q    First of all, is there any -- is this correct
24 (pointing) to say "tax-exempt" and assign a number to it?
25 A    Well, for physical purposes, as I mentioned, there is

1  no such thing as a tax-exempt number.  That would -- would
2  interpret the reference to be to the employer identification
3  number of an organization that's recognized as tax-exempt.
4  Q    If the Muslim Women's Society is part of this entity,
5  Islamic Concern Project, which has this number (pointing),
6  then what number should the Muslim Women's Society use?
7           MR. MOFFITT:  Objection.
8           THE COURT:  Basis?
9           MR. MOFFITT:  You know, if I can articulate it in
10 a short period of time as you would like me to, I would like
11 to come to the bench.
12          THE COURT:  All right.  Approach the bench.
13          *(Bench conference as follows:)*
14          MR. MOFFITT:  Good morning.
15          THE COURT:  Good morning.
16          MS. MORENO:  Good morning.
17          MR. MOFFITT:  The witness has already testified
18 that we don't have a tax-exempt number.  So, you shouldn't
19 use any number for a tax exemption.  The question was what
20 number should they use.  So, there wouldn't be any number
21 based upon what the witness has already testified to.
22          THE COURT:  The witness also said you could use a
23 number, referring to the organization, which claims to be
24 tax-exempt.
25          MR. MOFFITT:  Okay.  I think that's what -- I

```
 1  don't think that's what he said.  I won't argue with you
 2  then.  If that's what he said, then I withdraw the
 3  objection.
 4              THE COURT:  All right.
 5              (Bench conference concluded.)
 6  BY MR. ZITEK:
 7  Q    You can answer the question, Mr. Miller.
 8  A    I would expect the employer identification number to be
 9  the 593005230.
10  Q    Now, also, with respect to 481, there's a reference
11  here to contributions that are tax-deductible.  Yesterday
12  you had said that's one of the benefits of having tax-exempt
13  status; is that right?
14  A    That is correct.
15  Q    Is there any other way for an entity to be able to make
16  that claim other than to have tax-exempt status?
17  A    No.
18  Q    I'd next like to show you what we've marked for
19  identification as Government Exhibit 466 --
20              Your Honor, at this time, we'd like to offer
21  Government Exhibit 466, which is an *Inquiry* magazine.
22              MR. MOFFITT:  We have no objection.
23              THE COURT:  He has no objection as long as it's
24  the whole magazine.  It will be admitted.
25              (Government's Exhibit 466 was received in
```

```
 1  evidence.)
 2  BY MR. ZITEK:
 3  Q    (Changes demonstrative aid.)  All right.  We have
 4  Government Exhibit 466 on the screen.  Do you see that?
 5  A    Yes, I do.
 6  Q    On the inside cover on page 3 on the left, there's
 7  information about the Inquiry magazine and about ICP.  Do
 8  you see it here (pointing)?
 9  A    Yes, I do.
10  Q    You go all the way down to the bottom, and there's a
11  reference here that says -- what does it say?
12  A    "All donations are tax-deductible."
13  Q    The date of this issue is -- Volume 1, Number 1,
14  January/February 1992.  Is that right?
15  A    That is what it says, yes.  That's correct.
16           MR. ZITEK:  Your Honor, we have marked for
17  identification on the exhibit list certain
18  self-authenticating records, articles of incorporation filed
19  with the State of Florida.  Exhibit 14 we've marked for
20  identification as the articles of incorporation for the
21  Islamic Academy of Florida filed with the State of Florida;
22  and Government's Exhibit 15 are the articles of
23  incorporation of the Islamic Community of Tampa, also filed
24  with the State of Florida.  We offer these self-
25  authenticating documents at this time.
```

```
 1            MR. MOFFITT:  We have no objections as long as
 2   they are complete, Your Honor.
 3            THE COURT:  Be admitted.
 4            (Government's Exhibits 14 and 15 were received in
 5   evidence.)
 6   BY MR. ZITEK:
 7   Q    (Changes demonstrative aid.)  Mr. Miller, Government's
 8   Exhibit 14, those are the articles-of-incorporation package
 9   here.  I'm showing you the first page for the Islamic
10   Academy of Florida.  Do you see that?
11   A    Yes, I do.
12   Q    And it shows these articles were filed on August 24th,
13   1992; is that correct?
14   A    That is correct.
15   Q    And Exhibit 15 are the articles of incorporation of the
16   Islamic Community of Tampa filed on September 9th, 1992; is
17   that right?
18   A    That is correct.
19   Q    Now, just looking at -- we've got another exhibit which
20   is in evidence (changing overhead exhibit), 485.  You'll
21   notice in 485 the two entities that we just talked about
22   (pointing) for IAF appears at the top of this exhibit,
23   Islamic Community of Tampa appears at the bottom of this
24   exhibit (pointing), and then Muslim Women's Society Orphan
25   Sponsorship Project (pointing) appears in the middle.
```

```
 1  A     That's correct.
 2  Q     For each one of these, there's federal tax-exempt --
 3  well, it says a federal tax-exempt number, and it's the same
 4  number for each of these three entities; is that right?
 5  A     That is correct.
 6  Q     Given these articles of incorporation for Islamic
 7  Academy of Florida and the Islamic Community of Tampa, is
 8  there any way that they could have the same employer
 9  identification number?
10  A     No.
11            MR. ZITEK:  May I have just a moment, Your Honor?
12  I think I'm finished.
13            (Pause.)
14            THE COURT:  Cross?
15            MR. MOFFITT:  No questions.
16            MR. BERNSTEIN:  No questions.
17            THE COURT:  All right.  Thank you.  You're
18  excused.
19     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
20            (Excerpt concluded.)
21                        - - - - -
22
23
24
25
```

*SHERRILL L. JACKSON, RPR, FPR*
*Federal Official Court Reporter, U.S. District Court*
*Middle District of Florida, Tampa Division*

CERTIFICATE OF REPORTER

I, SHERRILL L. JACKSON, Federal Official Court Reporter for the United States District Court, Middle District of Florida, Tampa Division,

DO HEREBY CERTIFY, that I was authorized to and did, through use of Computer-Aided Transcription, report in shorthand the proceedings and evidence in the above-styled cause, as stated in the caption hereto, and that the foregoing pages numbered 1 to 17, inclusive, constitute a true and correct transcription of my shorthand report of said proceedings and evidence.

IN WITNESS WHEREOF I have hereunto set my hand this 11th day of June, 2008.

*s/Sherrill L. Jackson*
_____
SHERRILL L. JACKSON, RPR, FPR
Federal Official Court Reporter

*SHERRILL L. JACKSON, RPR, FPR*
*Federal Official Court Reporter, U.S. District Court*
*Middle District of Florida, Tampa Division*