UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                          3 October 2005
                                                8:50 a.m.
SAMI AMIN AL-ARIAN                          Courtroom 13A
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

          Defendants.
------------------------/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT OF JURY TRIAL - TESTIMONY OF ABDUL DABUS)*
BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE

<u>APPEARANCES</u>

**For the Government:**        **WALTER FURR, ESQUIRE**
                               **TERRY ZITEK, ESQUIRE**
                               **CHERIE KRIGSMAN, ESQUIRE**
                               **ALEXIS COLLINS, ESQUIRE**
                               *Assistant United States Attorneys*
                               *United States Attorney's Office*
                               400 North Tampa Street
                               Suite 3200
                               Tampa, Florida 33602
                               Phone:  (813) 274-6000
                               Fax:  (813) 274-6187
                               walter.furr@usdoj.gov
                               terry.zitek@usdoj.gov
                               cherie.krigsman@usdoj.gov
                               alexis.collins@usdoj.gov

**For the Defendant**          **WILLIAM B. MOFFITT, ESQUIRE**
**Sami Al-Arian:**             *Cozen, O'Conner, P.C.*
                               1667 K Street, Northwest
                               Suite 500
                               Washington, D.C. 20006-1605
                               Phone:  (202) 912-4800
                               wmoffitt@cozen.com

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

*SHERRILL L. JACKSON, RPR, FPR*
*Federal Official Court Reporter, U.S. District Court*
*Middle District of Florida, Tampa Division*

**LINDA MORENO, ESQUIRE**
*Linda Moreno, P.A.*
Post Office Box 10985
Tampa, Florida 33679
Phone:  (813) 247-4500
linbianca@aol.com

**For the Defendant**
**Sameeh Hammoudeh:**

**STEPHEN BERNSTEIN, ESQUIRE**
Stephen N. Bernstein, P.A.
Post Office Box 1642
Gainesville, Florida 32602
Phone:  (352) 373-9555
stephenbernstein@atlantic.net

**For the Defendant**
**Ghassan Zayed Ballut:**

**BRUCE HOWIE, ESQUIRE**
**BROOKE ELVINGTON, ESQUIRE**
*Piper, Ludin, Howie & Werner*
5720 Central Avenue
St. Petersburg, Florida 33707
howie@brucehowie.com
brooke@flcriminalappeals.com

**For the Defendant**
**Hatim Naji Fariz:**

**KEVIN BECK, ESQUIRE**
**ALLISON GUAGLIARDO, ESQUIRE**
**WADIE SAID, ESQUIRE**
*Assistant Federal Public Defenders*
*Federal Public Defender's Office*
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Phone:  (813) 228-2715
kevintbeck@hotmail.com
allison_guagliardo@fd.org
wadie_said@fd.org

ALSO PRESENT

**SAMI AMIN AL-ARIAN (Defendant)**
**SAMEEH HAMMOUDEH (Defendant)**
**GHASSAN ZAYED BALLUT (Defendant)**
**HATIM NAJI FARIZ (Defendant)**
**KERRY MYERS (FBI Case Agent)**
**CHARLOTTE BRAZIEL (FBI Agent)**
**SARA BOSWELL (Courtroom Deputy**
**Clerk)**
**FRANK DOHERTY (Court Security**
**Officer)**

*(appearances continued on next page)*

REPORTED BY          **SHERRILL LYNN JACKSON, RPR**
                     *Official Court Reporter*
                     801 North Florida Avenue
                     Suite 13A
                     Tampa, Florida 33602
                     Phone:  (813) 301-5041


\* \* \* \* \*

 *NOTE:  ALL AUDIO AND VIDEO MATERIAL QUOTED WITHIN THIS*
*VOLUME ARE EXACT QUOTES OF BOTH WORD AND PUNCTUATION FROM*
*THE ORIGINAL TRANSCRIPTS PROVIDED TO THE COURT AND JURY AND*
*HAVE NOT BEEN EDITED BY THE OFFICIAL COURT REPORTER EXCEPT*
*FOR MISSPELLINGS IN PARTIES' NAMES.*

\* \* \* \* \*


*I N D E X   T O   P R O C E E D I N G S*

                                                    Page

ABDUL DABUS

        Direct Examination by Mr. Furr...................   5

        Cross-Examination by Mr. Moffitt.................  83

        Cross-Examination by Mr. Bernstein...............  89

        Redirect Examination by Mr. Furr................. 102

        Recross-Examination by Mr. Moffitt............... 110

CERTIFICATE OF REPORTER................................. 112


*I N D E X   T O   E X H I B I T S*

                                                    Page

Government Exhibit 800..................................  12

Government Exhibit T-800...............................  12

```
 1   (8:50 a.m.)          P R O C E E D I N G S

 2            (The jury entered and was seated.)

 3            THE COURT:  Good morning.

 4            THE JURY:  Good morning.

 5            THE COURT:  Welcome back.

 6            Before we get started, I wanted to ask everyone if

 7   you've seen or heard anything about the case during our

 8   two-week hiatus.  Has anyone read anything in the newspaper

 9   about this case during our two-week break?  Anybody heard

10   anything on the radio or TV about it?

11            THE JURY:  (Shakes heads.)

12            THE COURT:  Have any discussions with your

13   neighbors about what they had seen or heard?

14            THE JURY:  (Shakes heads.)

15            THE COURT:  All right.  Well, congratulations.

16   Thank you.

17            All right.  The Government may call its next

18   witness.

19            MR. FURR:  Thank you, Judge.  Abdul Dabus.

20            (The witness was duly sworn or affirmed and

21   responded as follows:)

22            THE WITNESS:  I do.

23            THE CLERK:  Thank you.  Please be seated.

24            Would you please state your name and spell your

25   first and last name for the record.
```

```
 1              THE WITNESS:  Abdul Dabus, A-B-D-U-L D-A-B-U-S.

 2              THE COURT:  Proceed.

 3              MR. FURR:  Thank you, Your Honor.

 4                      ABDUL DABUS,

 5   the witness, being duly sworn or affirmed to testify the

 6   truth, was examined and testified as follows:

 7                    DIRECT EXAMINATION

 8   BY MR. FURR:

 9   Q    Mr. Dabus, where were you born?

10   A    In the Gaza Strip.

11   Q    How long have you lived in the United States?

12   A    Since 19 -- December 1982, about 23 years.

13   Q    And are you here pursuant to a subpoena?

14   A    Yes.

15   Q    Did you want to be here?

16   A    No.

17   Q    All right.  And did the -- did the Court sign an

18   immunity order which allowed you to be here to testify?

19              MR. MOFFITT:  Objection, form of the question.

20              THE COURT:  Would you like to approach?

21              (Bench conference as follows:)

22              MR. FURR:  Four questions.  Not too bad.

23              MR. MOFFITT:  Good morning.

24              THE COURT:  Good morning.

25              MR. MOFFITT:  How are you?
```

1          The question was, "Did the Court sign an immunity

2     order that allowed you to be here?"  That's not the purpose

3     of an immunity order.  It's not done to allow him to be

4     here.  He would have to come and answer the subpoena under

5     any set of circumstances.  The question is whether or not he

6     could testify or assert the Fifth Amendment under those

7     circumstances, so the immunity order doesn't allow him to be

8     here.

9          THE COURT:  You prefer him to ask whether or not

10    to allow him to answer the questions without asserting the

11    Fifth Amendment?

12         MR. MOFFITT:  Well, I think a fair question to him

13    is whether or not -- I'm trying to think about it, how

14    that's been done in any other court I've ever been in.

15    "Have you signed an immunity order?"  That means you can't

16    be prosecuted for anything you say as a result of your

17    testimony here and you wouldn't testify unless that immunity

18    was granted.

19         THE COURT:  All right.  Sustained.  Okay.

20              (Bench conference concluded.)

21    BY MR. FURR:

22    Q    Mr. Dabus, did the Court sign an immunity order

23    regarding your testimony here?

24    A    Yes.

25    Q    You have to speak up a little bit louder.  I'm not sure

1   people can hear you.

2   A    Yes.

3   Q    Without that, would you have been willing to testify?

4   A    I took the advice of my counselor, and this is what we

5   agreed, just not to come here before we signed that.

6   Q    All right.  Let me ask you this, sir:  Do you know

7   Sami Al-Arian?

8   A    Yes.

9   Q    How long have you known Sami Al-Arian, approximately?

10  A    Uh, I think about 15 years, but the past four years I

11  know him very well.

12  Q    You have -- you told me that you -- you came to the

13  United States in the early 1980s; right?

14  A    December '82.

15  Q    December of '82; right?

16  A    Yes.

17  Q    And at the time you came in 1982, had you -- had you

18  completed your schooling?

19  A    I finished high school and one year in college, and

20  then I came here.

21  Q    And did you continue your schooling here in the

22  United States?

23  A    Yes.

24  Q    And where did you go to school?

25  A    I finished three years in Michigan, and then I

1  transferred to Oxford, Mississippi, and I graduated from

2  there.

3  Q    Is that where the University of Mississippi is?

4  A    Yes.

5  Q    What did you get your degree in?

6  A    Mathematics.

7  Q    And, generally, how have you been employed since then?

8  A    I do not understand the question.

9  Q    What jobs have you held since you graduated with a

10 degree in mathematics from the University of Mississippi?

11 A    I started tutoring, and then I opened a printing

12 business in Oxford, and then I was teaching off and on, and

13 then I started buying some real estate.

14 Q    Have you ever -- have you ever contemplated or planned

15 to do business in the Gaza Strip?

16 A    After the Oslo Agreement, I went to see my parents, and

17 it was a project between the Americans and the Palestinians

18 as a joint venture, and I was interested in that project.

19 So, I went to -- in '94, '95, '96 to see if I can do a Xerox

20 franchise in the Gaza Strip.

21 Q    Did you travel over to the Gaza Strip on more than one

22 occasion in that period of time from 1994 to 1996?

23 A    Yes.

24 Q    And given that, you said you've known Mr. Al-Arian for

25 about 15 years.  You already knew Mr. Al-Arian at that time;

1   is that right?

2   A    Yes.

3   Q    Now, did you have an occasion to travel to the Gaza

4   Strip in or around September -- excuse me, December of 1993?

5   A    I don't remember exactly; but if it's in the passport,

6   I think I went '93 or '94.

7   Q    Well, do you recall whether in -- on or around

8   January 9, 1994, you had a telephone conversation with

9   Mr. Al-Arian?

10  A    Then I was -- yeah, I was in the country in 1993,

11  that's right -- December of '93.

12  Q    By "the country," you mean the Gaza Strip?

13  A    That's true.

14  Q    And was the major purpose of that trip to deal with

15  this potential Xerox franchise that you've already mentioned

16  to us?

17  A    I really don't remember if that's the year I went to

18  get the franchise or '94.  I really don't.

19  Q    All right.  But immediately after coming back from the

20  Gaza Strip, did you have an occasion to have a telephone

21  conversation with Mr. Al-Arian?

22  A    I think so.

23  Q    Sir, I'm going to show you what's been marked as

24  Government Exhibit 800, which is a -- a cassette, and T-800.

25  Take a look at both of those for me, if you would, for a

```
 1   moment.  Over the last couple of months, have you had -- or
 2   three or four months now, have you had a chance to listen to
 3   the conversation that's in Number 800 there once or twice?
 4   A    Yes.
 5   Q    And are you on that telephone conversation?
 6   A    I think so.
 7   Q    And is Mr. Al-Arian on that telephone conversation?
 8   A    I think so.
 9   Q    And is T-800, which is the document that I have in
10   front of you -- is that a transcript of the conversation,
11   what is said between the parties on the phone?
12   A    For the best of my English language, knowledge, yes,
13   except a couple of things we changed.
14   Q    You listened to that or reviewed that with the tape,
15   did you not, earlier in September of this year?  I think it
16   has the date on it that you may have reviewed it.
17   A    Yes.  September 20th.
18   Q    And did you -- on a couple places, did you correct a
19   word here or there?
20   A    Yes.
21   Q    All right.
22             Judge, at this time the Government would offer 800
23   and T-800 into evidence.
24             MR. MOFFITT:  No objection.
25             THE COURT:  Be admitted.
```

1              (Government Exhibits 800 and T-800 were received

2    in evidence.)

3              MR. FURR:   Judge, we're going to publish the

4    following portions of this call:   Starting on page 4 --

5    starting on page 4 -- these are not lined, unfortunately.

6    We'll start with the attribution to Mr. Al-Arian on the

7    second to top of the page that says, "How was the trip?" and

8    we will go about five lines -- six lines down to where

9    Mr. Al-Arian said, "Of course, sure, sure."

10             Then continuing down the page, five attributions

11   from the bottom Mr. Al-Arian said, "How is everything

12   inside?"   And we will continue with that to the bottom of

13   page 13.

14             And just as -- and just as we have previously

15   done, we will have a couple of members of the Prosecution

16   team publish the conversations.

17             As I said, second from the bottom, second

18   conversation, which is Mr. Al-Arian, through five or six

19   attributions down where it says, "Of course, sure, sure."

20   Then picking up with Mr. Al-Arian about five attributions

21   from the bottom, "How is everything inside?" to the bottom

22   of page -- I believe I said 13 -- to the bottom of page 13.

23             Just listen, and they're going to go through and

24   read this out loud.   All right?

25             (The following portions of Exhibit T-800 were read

```
 1   by Mr. Zitek and Miss Krigsman:)

 2           MR. ZITEK:  Al-Arian speaking first:  "How was the

 3   trip?"

 4           "Praise be to God.

 5           "Tell me, what did you see, what --

 6           "Everything.  We need to sit.

 7           "Of course.  Sure.  Sure."

 8           MR. FURR:  Continuing down the page to

 9   Mr. Al-Arian.

10           MR. ZITEK:  "How is everything inside?

11           "Good.  It's fine, praise be to God.

12           "How are things there?  Tell me.

13           "By God, that's to say, it's okay.  Fine, that's

14   to say.  They need a little arrangement and things like

15   that.

16           "Sure, sure.  Who did you see there?

17           "I saw many of the guys.

18           "By God?

19           "Yes.

20           "Did you sit with them?

21           "Yes.

22           "Did you see al Hindi?

23           "Mohammed, they took him.

24           "By God?

25           "The day I went down there it had been three, four
```

```
 1   days since they took him.

 2           "Because of the matter of the boy Aziz?

 3           "Administrative, no, no, no, before, before Aziz.

 4           "Ah.

 5           "This was one week above the deportees returned.

 6           "Yes, I mean Mohammed -- Anwar, I mean.

 7           "Yes.  I am telling you, before he came, one week

 8   after them, they took him in administrative detention, and

 9   they put him in six months.  There is nothing.

10           "Ah.

11           "I didn't have a chance to see him.

12           "How did you see the situations there?

13           "By God, Sheikh, the guys -- I tell you, the

14   situation is miserable, I mean.

15           "Mmm.

16           "They don't know what to do during this period.

17           "In what way is it miserable?

18           "The situation, first, their moral is very high.

19   They are ready for everything in comparison with the other

20   side, I mean.

21           "Mousa's group?

22           "Yes.  They regret the fact that they have not

23   utilized the time since '87.

24           "Of course.

25           "If they had utilized it, they would have been
```

```
 1    number one in the country.
 2              "True, true.
 3              "Their financial situation is doomed.  There is
 4    nothing, do you see, in comparison with the others.
 5              "True.
 6              "For example, when Anwar, God make it easy on him,
 7    that's to say, three or four people went to offer their
 8    condolences.
 9              "Is that so?
10              "When somebody from the other side dies, when one
11    of the others gets shot while he was carrying a stone for --
12    four miles of military salutes were performed for him.
13    People would be coming and going even though he hardly did
14    anything.
15              "Mmm.
16              "Hello, are you with me?
17              "Yes, I am with you.
18              "So, I mean, the crowds, the situation -- the
19    situation, the guys don't know how to get out of this
20    quagmire.  Then they are trying to exploit the situation in
21    regard of the initiatives that are coming to the country.  I
22    mean, they have very good plans now.
23              "What do you mean?  How is that?
24              "They are thinking of having people under the
25    ground and people above the ground.
```

1           "Yes, yes.

2           "Possibly you were informed of this.

3           "Mmm.

4           "The one above the ground wants projects.

5           "Mmm.

6           "That they will definitely benefit from a leader

7    and a brother who will work at the university -- Hani, Riyad

8    University.

9           "He told me, 'Listen, have you seen what they did

10   to Riyad yesterday?  The sons of bitches.'

11          "Who?

12          "Fatah people.

13          "What have they done?

14          "They closed the university and took all its

15   furniture.  They stole it, and they beat the people.

16          "But do you know what he did?

17          "Mmm.

18          "He printed donations in the names of all the

19   prisoners and things like that.

20          "Mmm.

21          "(unintelligible) money, so now -- and Hani told

22   me that.  He told me, 'Look, my brother, if the guys can pay

23   the tuition fees, this university will become a fief of

24   ours, like the university.'

25          "No, no.  This idea was proposed to us a long ago.

```
 1              "Yeah, yeah.  He told me that they proposed it to
 2   the guys, but I don't know, meaning, is there any
 3   possibility?
 4              "There is not.  There is not.
 5              "There is not.  This requires having a government.
 6              "This is terrible, terrible.
 7              "It needs a state.
 8              "It's unbelievable, frankly, that's to say.
 9              "And what's his name in the Aayat, is it not
10   working with them?
11              "By God, there has been an attempt with them, but
12   until now it is not working.
13              "(inaudible) why is it like that?
14              "My brother, it is something that is frustrating.
15              "After all, the subject of Abu Samra and the
16   subject of what's his name, this one, Saleh, talking about
17   those two guys.
18              "By God, what have you heard?
19              "In town there are many rumors.
20              "Mmm, what's the talk there?  What are these
21   people?
22              "I mean, they want to eliminate them.  If they
23   can't finish them off, they want to get rid of their smell.
24              "Mmm.
25              "Meaning they took a break from many things,
```

1   (inaudible) and so, and because they have nothing in the

2   country, Al-Aswad and such, Fayez and such.

3               "Mmm.

4               "And al-Tamim and so.

5               "Mmm.

6               "So, now it is as if they have come out of

7   nowhere, because there is a communique that was issued in

8   the name of one of them.

9               "(inaudible) we know that, and others.  Is there

10  anyone else?

11              "Tasir.  He was removed and that he is going to

12  Iran.

13              "No, no.  This is nonsense.

14              "This is the radio station of the enemy.

15              "What it said, this is not true.

16              "Is any of this true?

17              "No, no.  This is nonsense.

18              "So, they want something official that is not -- I

19  mean, things like that.  As for Anwar, his matter, I mean,

20  died, and the people did not appreciate it.  The guy was

21  treated unjustly.

22              "True.

23              "They could not cover the subject, meaning

24  officially, due to the weakness that exists now.

25              "Ah.  How is Abrar?

1           "They are fine.  I tell you that there is a new

2    thing that they have to exploit, a reliable daily newspaper.

3           "But it is there, Al-Joumhour, but there is no

4    money.

5           "Ah.  That's to say, it is a thing, meaning this

6    is a disaster.  This is one point.  It is said what we did

7    to benefit from (unintelligible) they are not getting any

8    benefit from it.  I mean, people are paying them $50,000 for

9    them to give up the name of the newspaper and give it to

10   other people, but they are refusing because it is good for

11   the future.

12          "True, true.

13          "That's to say, the possibilities are zero, you

14   would say.  I explained to them that the situation here is

15   very bad.  There is no possibility unless relief comes from

16   God, because here is the same as there.

17          "How by God.  How?  How?"

18          "I told them that the situation is difficult

19   everywhere.

20          "On the financial side, you mean?

21          "Yes, yes, on the financial side.  It is difficult

22   everywhere, I mean.  Those guys are exaggerating.  It is

23   said that one of the big merchants, when he goes to him, he

24   asks him, 'How big is your financial difficulty?  What is

25   it?  A half a million dollars?'  He'll say, 'Here it is in

```
 1    the briefcase.'
 2              "Oh, peace.
 3              "Take it and make do with it.  You will give us,
 4    and it is from any side.  It is not important that it is
 5    from them.
 6              "Okay.  Are these people popular there?
 7              "Popular?
 8              "Yes.
 9              "On the academic level, a lot.
10              "I mean the group of Mousa.
11              "By God, they are popular, Sheikh.
12              "What?
13              "They are popular.
14              "They are?
15              "Meaning you have this Imad Ali.
16              "Ah.
17              "This guy's stories come from every side, although
18    he was originally one of the hawks; and yet, he has promised
19    on them.
20              "Mmm.
21              "They have, they have.  They do every festival
22    that has no match, and they are active in the country, I
23    mean.  Of course, there are also the people who showed up on
24    the scene.  I am telling you the opportunists, those who
25    make use of the situation.
```

1          "Yes, yes, definitely.  Definitely, they will

2    benefit.

3          "Sixty, 70 percent of them are opportunists.

4          "They are flowing with the current.  The protector

5    is them; the financier is them; and the social situation is

6    them.  Tomorrow, when they create a state, they will all

7    perform a part of it.  Are they going to join the elections,

8    these people?  Are they?

9          "One hundred percent, they are not.  They did the

10   same thing now.  Al-Qassam left the thing, and last time

11   they became -- when they beat the officer on the Al-Nasr

12   Road, they sat seven hours discussing whether or not they

13   would issue a communique regarding the operation.

14         "Mmm.

15         "So they had problems with that wing, the one, you

16   know.

17         "By God."

18         "Yes.  It seems they seceded from them.

19         "No, is it possible?

20         "Big possibility.  This is what people are saying

21   (inaudible).

22         "And who is going to spend on the others?

23         "No, it is not a problem, Meaning, that's it.

24   They already took, and they have the mentality that -- what

25   is it? -- that one group joins the elections, and the others

1  are refusing, the ones of the military work.  So, it seems

2  they said to them, 'That's it.  You work and take whatever

3  you want and stay outside the line until we see things end.'

4       "Ah.

5       "Because the communiques seem that they were

6  sitting with the officers; and when they were arrested after

7  that for 96 hours, it was not for nothing.  Everything is

8  planned.

9       "Yes, okay.  That's fine.  By God, perhaps we can

10 see you and (inaudible), by God.

11      "God willing, we will try, (inaudible).

12      "Will you come and visit us?

13      "Soon?  No, it will take three, four weeks before I

14 see you (inaudible).

15      "Mmm, when did you come back?

16      "Last night.

17      "By God.

18      "Tomorrow, God willing, is the first day of school.

19 Let's see how (inaudible).

20      "By God, I will try to get a ticket.

21      "If you can come, it will be great.

22      "I will try.  I will try to get a ticket and visit

23 you, but I don't have a ticket.

24      "Ah (inaudible).

25      "Listen, if I let Khaled go to you and get a

```
 1   ticket --
 2             "Who?
 3             "Khaled.
 4             "Ah.
 5             "Can you come?
 6             "Is it your brother?
 7             "Yes.
 8             "Ah, meaning he will stay here when I go?
 9             "No, not at all.  He will bring you and come back
10   behind you on the plane, and later he will take you back
11   again.  Khaled is at my place here.
12             "Unless -- what's it's name?
13             "Northwest.
14             "Fine, that's it.  Fine.
15             "I will try to see how his schedule is.  It is
16   possible he will be in Memphis Saturday or Sunday?
17             "(inaudible) Saturday, Sunday (inaudible).
18             "The advantage of Memphis, because you are,
19   (inaudible) Memphis is direct.
20             "Fine.  There is no problem.
21             "One coupon will bring you, and one coupon will
22   take you back.
23             "Fine.  There is no problem.
24             "I will see if he can do it within his schedule.
25             "He comes on Friday, and I will meet him there.
```

```
 1              "No, because he is going to Cleveland tomorrow.

 2              "Where?

 3              "Cleveland.  He will stay one day in Cleveland and

 4   one day in Chicago and one day in Kentucky, I think, later,

 5   say, Monday, Tuesday, Wednesday.  It is possible he will be

 6   by you on Thursday, for example.

 7              "Thursday is fine.

 8              "If he can bring you on Thursday, you may stay one

 9   day, two days, and he will take you back, that's not a

10   problem.

11              "No problem.

12              "Okay.  Let me see him, and I will let you know,

13   God willing.

14              "Fine.

15              "Very good.

16              "God grant you a long life."

17   BY MR. FURR:

18   Q    So, just to deal with Memphis -- at the end of this

19   conversation, there was some mention of Memphis and possibly

20   you traveling down to see Mr. Al-Arian.  We saw that in the

21   latter parts of that conversation?

22   A    Yes.

23   Q    Were you living in Oxford, Mississippi, at the time of

24   this call?

25   A    Yes.
```

```
 1   Q     And for those of us who are geographically challenged a
 2   little bit, is Oxford, Mississippi, in the northern part of
 3   Mississippi?
 4   A     Yes.
 5   Q     Is it in somewhat close proximity to Memphis,
 6   Tennessee?
 7   A     About 55 miles.
 8   Q     Is Memphis the large airport in that area?
 9   A     Yes.
10   Q     Looking on page 4 where we started the reading where
11   Al-Arian asked you (changing overhead exhibit) -- he asked
12   you how the trip was.  Then he asked, "Tell me, what did you
13   see?" and you responded, saying, "Everything we need to
14   sit"; right?
15   A     Same transcript, yes.
16   Q     That's what you said; correct?
17   A     I think so.
18   Q     Well, you listened to the call a couple of weeks ago
19   with the transcript and, as we can see, verified the words
20   that are on that with some detail; correct?
21   A     Right.
22   Q     And Mr. Al-Arian then, as we picked up the reading
23   again, asked you, "How is everything inside?"  And what
24   you'll notice, sir, is that the screen to your left also has
25   the transcript on it; and if you ever get lost, I'll
```

```
 1  probably point to it.  "How is everything inside?"  What do

 2  you understand "inside" to be referring to?

 3  A    The Occupied Territory.

 4  Q    In this case, it would have been the Gaza Strip,

 5  because that's where you had been to?

 6  A    I think so.

 7  Q    You then followed up when you said, "Good.  It's fine."

 8       He said, "How are things there?  Tell me."

 9       And you said, "They need a little arrangement and

10  things like that."

11       "They need a little arrangement and things like that."

12  To whom were you referring?

13  A    This sentence, I don't really know; but later on when

14  we keep going on, "they" means Palestinian guys.

15  Q    Means some very particular Palestinian guys, does it

16  not?

17            MR. MOFFITT:  Objection, leading.

18            THE COURT:  Overruled.

19  BY MR. FURR:

20  Q    You will talk about some particular Palestinian guys in

21  this conversation; right?

22  A    Sami is a Palestinian Muslim leader, so we are

23  practically talking about the Muslim organizations over

24  there.

25  Q    Which Muslim organizations are you going to talk about?
```

1    A    In the transcript, mainly the PIJ.

2    Q    The PIJ?

3    A    Yes.

4    Q    Is that what it -- that's what we used as the acronym

5    for it here, "PIJ."  Is that -- if you said "PIJ" over in

6    the Gaza Strip, would people know what you were talking

7    about?

8    A    No.

9    Q    What's it referred to over there as?

10   A    "The Islamic Jihad," I guess.  "Palestinian Islamic

11   Jihad."

12   Q    Mr. Al-Arian then asked, "Did you" --

13        You said, "They need a little arrangement and things

14   like that."

15        When you were over in -- in the Gaza Strip, were things

16   going well for the Palestinian Islamic Jihad over there

17   while you were there immediately before this conversation?

18              MR. MOFFITT:  Objection, foundation.

19              THE COURT:  Sustained.

20   BY MR. FURR:

21   Q    Well, will this telephone conversation deal with

22   problems as you saw them with the Palestinian Islamic Jihad

23   over in the Gaza Strip in December of 1993?

24   A    Well, you have to understand that the conversation

25   here -- it is after a big change and transition took place;

```
 1   that -- after seven years of struggle, the first Intifada in
 2   Gaza and West Bank, the Palestinian Authority came over
 3   there; and that's a big change.
 4       The people, they were supporting the Palestinians over
 5   there.  There are mainly two or three organizations; and
 6   that's -- that's the PLO, the Hamas, and Islamic Jihad; and
 7   they were taking care of the -- of their own people.  And at
 8   this period of time, it was legal 100 percent for those
 9   people to, you know -- to fight the occupation or just to
10   get the -- their land back.
11       So, it was -- by the United Nations, by the
12   international community, it was okay for those people to
13   exist.  And the PLO, they came in '93, I think, and they
14   gave them a legal position to have their own organizations
15   and their own association.
16   Q   The Oslo Accord had just gone into effect, correct --
17   had recently gone into effect, and that's what you're
18   talking about, the aftermath of Oslo?
19   A   Yes.  Arafat was there at that time.
20   Q   You said at the top of page 5, "I saw many of the
21   guys."
22       And Mr. Al-Arian asked, "Did you sit with them?"  Then
23   he asked, "Did you see al Hindi?"
24       And you responded, "Mohammed, they took him."
25       Was there an individual named Mohammed al Hindi?
```

1  A     Yes.

2  Q     Is he a person associated with the Palestinian Islamic

3  Jihad?

4         MR. MOFFITT:   Objection, foundation.

5         THE COURT:   Overruled.

6         THE WITNESS:   At that time, it was public

7  information.   Any Palestinian kid can tell you yes.

8  BY MR. FURR:

9  Q     And through this conversation, were you able to see --

10  according to this conversation here, were you able to see

11  Mohammed al Hindi there while you were over in the Gaza

12  Strip, or had something occurred to him?

13  A     No, I did not.   I never saw him.   I never spoke to him

14  in my life, never had any contact with him.

15  Q     And when you said that, "The day I went down there, it

16  had been three or four days since they took him," the "him,"

17  is that referencing back to Mohammed al Hindi?

18  A     I think so.

19  Q     And the response from Mr. Al-Arian was, "Because of the

20  matter of the boy Aziz?"

21        You said, "No.   Before Aziz."

22        Will we see more about this Aziz in the conversation as

23  we go on?   Is he mentioned again?

24  A     Say that again.

25  Q     Aziz -- is he mentioned again, the boy Aziz?

```
 1    A     I don't understand exactly what you're --

 2    Q     Do you know who the boy Aziz was?

 3    A     It has been twelve years.  I don't know.  I mean, it's

 4    obviously a kid.

 5    Q     I show you Government Exhibit 12 -- excuse me, Court's

 6    Exhibit 12, which is a stipulation.  It reads in Paragraph

 7    1 -- just read along with me -- "On or about December 13,

 8    1993, Anwar Abdel Aziz Aziz, a person associated with the

 9    PIJ, conducted a suicide bombing attack near Sujjiyya

10    Junction in Gaza," and it goes on to describe it.

11          While you had been over in the Gaza Strip, this --

12    would this bombing have occurred while you would have been

13    there?

14    A     It has been twelve years.  Probably you're right.  I

15    have no idea.  I mean, there's no -- how many kids have been

16    killed for the past ten years?  I mean --

17    Q     You then keep going and continue to talk about

18    "Mr. al Hindi I can see."  Then you said, "I didn't have a

19    chance to see him."

20          Again, is that probably once again referring back to

21    Mohammed al Hindi, who you didn't have a chance to see him?

22    A     Maybe.

23    Q     Well, does that appear to be what it is?

24          MR. BERNSTEIN:  Objection what it appears to be.

25    BY MR. FURR:
```

```
 1   Q    Do you remember this conversation precisely even though
 2   you listened to it?
 3   A    Yeah.  It's --
 4             THE COURT:  The objection is overruled.
 5   BY MR. FURR:
 6   Q    The "him" -- you told us you didn't get a chance to see
 7   Mohammed al Hindi.  You've already talked about that once in
 8   the conversation.
 9   A    Maybe you're right.  Maybe "him" is Mohammed.  I don't
10   know.
11   Q    You then keep going, and you were asked toward the
12   bottom of the page, "How did you see the situations there?"
13   by Mr. Al-Arian.
14        And you said, "The situation is miserable.  They don't
15   know what to do during this period."
16        Correct?
17   A    Right.
18   Q    And you used this term "the guys"; right?
19   A    Yes.
20   Q    And earlier when I had asked from the previous page --
21   when he had asked, "Who did you see there?" you said, "I saw
22   many of the guys."  Right?
23   A    Right.
24   Q    Then as you continue talking about the guys on page 6,
25   you were asked about -- you said, "Their situation is
```

```
 1    miserable."

 2         He was -- Mr. Al-Arian responded, "In what way is it

 3    miserable?"

 4         Then you said, "First their morale is very high.  They

 5    are ready for everything in comparison with the other side,

 6    I mean, Mousa's group."

 7         And the response was a question.  "Mousa's group?"

 8         And you said, "Yes.  They regret the fact that they

 9    have utilized the time since '87."

10         Mousa's group -- are you familiar or have you heard of

11    a person named "Mousa Marzook"?

12    A    Yes, I do.

13    Q    Was he associated with one of the big groups over in

14    the Gaza Strip or the Occupied Territories?

15    A    There are two organizations over there for Muslims, one

16    the Islamic Jihad, one Hamas.

17    Q    And to which of those groups, if he was associated with

18    one, was Mousa Marzook associated with?

19    A    I think Hamas.

20    Q    When you said, "They regret the fact they have not

21    utilized the time since '87," is that going back to the guys

22    that you were talking about before --

23    A    No.

24    Q    -- being miserable?

25    A    In 1987 when the first uprising started.
```

```
 1   Q    When the first uprising started, the PIJ was a very
 2   powerful organization there; right?
 3              MR. BERNSTEIN:  Objection.
 4              THE WITNESS:  I have no idea.
 5   BY MR. FURR:
 6   Q    At this time when you were over in the Gaza Strip, all
 7   right -- and we'll see it later in this conversation --
 8   was -- how was the PIJ's financial condition in comparison
 9   to that of Hamas?
10              MR. MOFFITT:  Objection, foundation.
11   BY MR. FURR:
12   Q    You talked about it in the conversation here.
13              THE COURT:  Overruled.
14   BY MR. FURR:
15   Q    You can answer it.
16   A    Look, this is again -- it's public information.  I
17   mean, any kid, any man, any woman can tell you exactly
18   what's going on in the Gaza Strip.  It's a 30-mile radius --
19   or 25-mile radius.  Everybody knows this information.
20        This is nothing.  And we are in the United States here
21   discussing Palestinian issues and Israeli issues.  This
22   should be in Tel Aviv, not here.  The Palestinians -- there
23   are three main factions over there, and one of them is
24   Islamic Jihad, one of them Hamas.  Everybody knows.  So,
25   what is the question here?
```

```
 1   Q     Hamas is the one with the money; right?

 2   A     I think so.  They are very powerful.

 3   Q     And you keep going and say, "They would have been

 4   number one in the country."  You said, "Their financing

 5   situation is doomed.  There's nothing in comparison with the

 6   others."

 7         "Their financial situation is doomed."

 8         Are you talking about a group there, one of the groups?

 9   A     I think it belongs to the guys again.

10   Q     The guys, which are who?

11   A     The people associated with the Islamic Jihad.

12   Q     Then you said, "For example, when Anwar -- God make it

13   easy on him.  That's to say, three or four people went to

14   make their condolences."

15         Put Number 12 up again.

16         Anwar Abdel Aziz Aziz, who's previously been referred

17   to as "Aziz" -- are you referring to Anwar Abdel Aziz Aziz

18   here?

19              MR. MOFFITT:  May we approach, please?

20              THE COURT:  Approach the bench, please.

21              (Bench conference as follows:)

22              MR. MOFFITT:  He has not connected this Aziz and

23   this Anwar or Anwar Aziz to the same Anwar Aziz in the

24   stipulation, and the -- he's got this man on the witness

25   stand.  If it is, he can ask him the question.  The man's
```

```
 1    got -- but to suggest -- to suggest without asking the
 2    question, without getting the answer, is unfair; and he
 3    continues to suggest it without ever asking the question.
 4            THE COURT:  Response?
 5            MR. FURR:  Judge, I -- despite the fact that this
 6    witness is immunized -- Judge, despite the fact that this
 7    witness is immunized, he is extremely uncooperative.  He
 8    will -- he will only go as far as I push him, as far as I
 9    make him go.  You can see that very clearly here.  He's
10    going to back out on anything he can, and I think he ought
11    to be treated that way.
12            THE COURT:  Well, it's obvious to me that he's a
13    reluctant witness and not answering questions and gives
14    speeches when he has the opportunity.  I think where counsel
15    was going with this question was to try to force him to
16    acknowledge that his reference to Aziz is the same person
17    who he's now referring to as "Anwar," and the witness is
18    very reluctant.  If that's not the case, he can simply say
19    that.
20            MR. MOFFITT:  What I object to that is that before
21    that link is made, to continue to suggest it over and over
22    to the jury is unfair.  I mean, you've either got to make a
23    link or you can't make the link.
24            THE COURT:  Once again, I think that's where he
25    was going, was to try to force him to make the link.
```

1           MR. MOFFITT:  It's very simple here, Your Honor:

2    "Do you know?"  And if he gets an answer that he doesn't

3    expect, he can ask the Court to have this witness declared

4    hostile to him, I mean, is the mechanism to do that.

5           THE COURT:  You know, he's asking this witness

6    about his own conversation.  He's not asking him to

7    interpret somebody else's conversation.  The objection's

8    overruled.

9           MR. MOFFITT:  I agree.

10           *(Bench conference concluded.)*

11           THE COURT:  Proceed.

12   BY MR. FURR:

13   Q    Sir, on page 6 here, "When Anwar -- God make it easy on

14   him, three or four people went to offer their condolences."

15   The term "God make it easy on him" within the -- within the

16   usage here, does that denote something?

17   A    No.  Any -- in our religion, if somebody dies --

18   Muslim, Christian or Jew -- if they die, we always ask mercy

19   of God.

20   Q    So, this Anwar, the person you're talking about here,

21   is somebody who, according to your conversation here,

22   appeared to have died?

23   A    I think so.

24   Q    And you said that as a consequence of that, three or

25   four people went to offer their condolences; right?

```
 1   A     Looks like it.

 2   Q     And Anwar -- we've previously seen the conversation

 3   talk about the boy Aziz.  Who is Anwar?

 4   A     He told me and showed me that -- a statement that is

 5   Anwar Aziz, the same guy.  Anwar and Aziz is the same guy.

 6   Q     Is that what your memory is?

 7   A     Well, I just realized that.

 8   Q     And you then follow up on this "about four people went

 9   to offer their condolences" by saying, "When someone from

10   the other side dies, when one of them gets shot while he's

11   carrying a stone, four miles of military salutes are

12   performed for him.  People would be coming and going even

13   though he hardly did anything with you."

14         "From the other side" (pointing) -- "the other side,"

15   what does that refer to?

16   A     Hamas.

17   Q     You then keep going, and you said that, "The guys don't

18   know how to get out of this quagmire."

19         Is there a word in -- in -- is "quagmire" a term

20   that -- is there a word for it in the Arabic language?

21   A     I don't know.

22   Q     "The guys don't know how to get out of this quagmire.

23   They're trying to exploit the situation in regard to the

24   initiatives that I've seen coming to the country.  I mean,

25   they have good plans now."
```

1    Then were you asked, "What do you mean?  How is that?"

2    You said, "They're thinking of having people under the

3  ground and people above the ground."

4    Who is thinking of having people under the ground and

5  people above the ground?  Given your conversation here,

6  who's thinking of that?

7  A    I think I was in the newspaper building, and those

8  people there are supporting the Muslim organizations; and

9  the -- the Palestinian Authority, when they came to the

10  country at that time, they want to make sure that all the

11  people that they participate in the Oslo Agreement or in --

12  at least forcing the Israelis to sign by the Infitada, that

13  they are happy with the performance of the Palestinians; and

14  here the -- the Muslim organizations, Hamas and Islamic

15  Jihad, they have a choice either to join the Palestinian

16  Authority in their administration and their ministries and

17  keep going with the flow or just to stay away from the

18  Palestinian Authority.

19    And above the ground, people -- they go and join the

20  Palestinian Authority in their work; and underground, the

21  people -- they stay away from the PLO.

22  Q    All right.  But here you talked about "the guys," and

23  you said, "they," which would refer back to the guys; right?

24  A    Yes.

25  Q    Then you said, "They are thinking of having people

1  under the ground and people above the ground."  This is the

2  guys that are thinking of having people under the ground and

3  above the ground; right?

4  A    Yes.

5  Q    And that is whom?

6  A    Well, we were talking still about the Palestinian

7  Islamic Jihad, "the guys."

8  Q    You said you had been in a newspaper building or in a

9  newspaper office in one of your answers to me a moment ago.

10 Do you recall?

11 A    Yes.  I was going around to see exactly how was things

12 going in the country, and we went to visit Arafat, visit

13 Hamas.  We visited the Communist parties.  All they have

14 offices and newspaper buildings, and it was licensed by the

15 PLO.

16 Q    What -- what newspaper building or what newspaper do

17 you recall being at?

18 A    I think it has been mentioned in -- somewhere here, but

19 I -- twelve years -- I don't remember exactly what's the

20 name, but I think it's in the transcript.

21 Q    Are you going to be familiar with an office called

22 "Abrar"?

23 A    Yes.

24 Q    What is that?

25 A    It's a newspaper building that they publish books,

```
 1  magazines, and -- and I think that the Palestinian Authority
 2  that year, they give them the license to -- for a daily
 3  newspaper.
 4  Q    And were the people at Abrar, according to what you
 5  knew at the time -- were they associated with any particular
 6  group?
 7  A    The Islamic Jihad.  It had a sign outside.  All the
 8  sign -- Hamas had a sign.  PLO, they have signs.  The
 9  Communist party, they have signs.  The Democratic party has
10  signs outside.
11  Q    So, Abrar was something that --
12  A    I think, if I'm not mistaken -- I think it's the same
13  newspaper.
14  Q    Associated with the PIJ?
15  A    With the PIJ, yeah.
16  Q    Now, you said -- you were talking about -- you just, on
17  the previous page, discussed above the ground and below the
18  ground; right?
19  A    Excuse me?
20  Q    On the previous page, we just discussed above the
21  ground and below the ground; right?  And you say here on --
22  towards the top of page 7, "The ones above the ground want
23  projects that they will benefit from later."
24       Then you said, "And a brother who works at the
25  university, Hani, Riyad University."
```

1    Then Mr. Al-Arian follows up and says, "He told me,

2  listen," and you talk a little bit more.

3    Hani -- do you know an individual or did you know an

4  individual named "Hani Abed"?

5  A    I told you before, I never met Hani Abed.  I never know

6  him.  I never see him.  But I heard from you that he is an

7  engineer.

8  Q    Who's being referred to here as "Hani"?

9  A    I think Dr. Riad Alavar (phonetic) -- that's the

10  chairman of the university -- that he has a son.  I think

11  that's what I remember.  His name is "Hani," if I'm not

12  mistaken.

13  Q    That's not Hani Abed?

14  A    I have no idea.  I never met Hani Abed.

15  Q    I'm asking.  Sir, do you know, is it Hani Abed, to the

16  best of your memory, that you are referring to?

17  A    I don't think so.

18  Q    You don't think so?

19  A    No.

20  Q    You then continue down the page, and you said, "Hani

21  told me -- he told me, 'Look, my brother, if the guys'" --

22  there's that term again -- "'if the guys can pay the tuition

23  fees, this university will become a fief for -- fief of ours

24  like the university.'"

25    And Mr. Al-Arian responded, "No.  This idea was

```
 1    proposed to us a long time ago."  And then he went on to say
 2    "There's no possibility."
 3         "If the guys can pay the tuition fees" -- are we still
 4    referring to the PIJ here -- "the guys can pay the tuition
 5    fees"?
 6    A    I think so.  It is very obvious in Gaza and West Bank
 7    that the people there are associated or supporting the --
 8    the Islamic Jihad.  They are all mainly intellectual people.
 9    They have degrees.  They are lawyers, engineers, and -- and
10    doctors.
11         At that meeting, if I remember that, the main concern
12    that those guys in the street -- there is no Intifada
13    anymore.  They need to be somewhere, and their main concern
14    is to get them at the university, and that -- that
15    university, Riyad University, it is -- it was a no, and the
16    chairman was -- or with the PLO.  So, I think they have a
17    chance to get -- if I remember exactly, that they have a
18    chance to get those guys in the street and get them at the
19    school, but they need somebody to pay their tuition.
20    Q    You said, "This university will become a fief like
21    ours."  What's that referring to?
22    A    Riyad University.
23    Q    Well, "a fief" means something -- it's under control;
24    right?
25    A    They -- the Gaza Strip has three universities:  One
```

1   controlled by Hamas, one by the PLO, and this is a new one,

2   so it might be controlled by the Jihad, if this is -- and

3   this is the meaning of it.

4   Q    That's what you're referring to; right?

5   A    I think so.

6   Q    When you said "ours," let's get this right out.  Were

7   you a member of the PIJ?

8   A    Yes.

9   Q    Were you --

10  A    I'm sorry.  Say that again.

11  Q    Are you a member of the Palestinian Islamic Jihad?

12  A    No, I'm not.

13  Q    Were you doing this guy a favor in talking to him about

14  what you had seen over there?

15  A    Who?

16  Q    Al-Arian.  Sami Al-Arian.

17  A    Look, last month when we had the disaster in

18  New Orleans, it's fair to say I support every organization:

19  Muslim, Jewish, Christian.  They go after those refugees.

20  They left their home to bring them back.  And I think it is

21  fair, we being refugees in that town for 55 years -- and I

22  think it's fair to say any Palestinian on Earth, that he has

23  in his heart or in his action to support one of these

24  organizations just to get their family back to their homes.

25       The Israelis, they took their land 55 years ago, and

```
 1  now they're taking their children in prison.  So, you know,

 2  is it fair to say that we support any organization to keep

 3  our families living over there?  If this is a question, yes,

 4  I do.  But a member of Hamas or PIJ?  No, I'm not.

 5  Q    You then keep going down the page on page 8, and

 6  Mr. Al-Arian asked, "Is there anyone else?"

 7       You had been talking about people you had seen or news

 8  you had heard while you were over in the Gaza Strip;

 9  correct?

10  A    Yes.

11  Q    He asked, "Is there anyone else?" and you then mention

12  Tasir.

13       And Mr. Al-Arian said, "That --"

14       And you responded by saying, "He was removed, but he's

15  going to Iran.  And it was on the radio station of the

16  enemy."

17       And you asked if any of this was true, and he said,

18  "No.  This is nonsense."

19       Do you know of an individual named "Tasir Al-Khatib"?

20  A    I heard about him, but I don't know him.

21  Q    You know if that's who was being referred to here?

22  Listen, I know this was a long time ago.

23  A    I think so.  If I'm not mistaken, I don't know.  I

24  mean, there is people -- as I said, in Gaza at that time,

25  everything is public information.  There's no secrets for
```

1    the -- for the uprising.  So, it seems to be either -- if it

2    was Tasir Al-Khatib or somebody else, I don't know.  I have

3    no idea.  It seems to be Tasir Al-Khatib, but I don't know

4    him.  I never met him.

5    Q    Now, you were then asked by Mr. Al-Arian, "How was

6    Abrar?"

7         That's what you just told me a few minutes ago was

8    the -- is it a publishing group or is it the name of a

9    newspaper or what, sir?

10   A    If I'm not mistaken, it's -- they -- when the

11   Palestinian Authority -- they give the license to the people

12   they have to have like -- like incorporation or something.

13   That's the name of the -- of the company called "The

14   Organization."  I --

15   Q    It's an official name of some kind?

16   A    Right.

17   Q    Then you start to discuss newspapers and potential

18   publications after that; right?

19   A    Right.

20   Q    And you -- when he asked, "How is Abrar?" you said,

21   "They are fine."

22        Were you referring to people there, individuals perhaps

23   you had met or you knew about?

24   A    You are being picky on these.  "They" -- I mean,

25   "Abrar" is a building.  When I said, "They are fine," I mean

```
 1    people, they are fine.
 2    Q    Do you recall whether you met an individual associated
 3    with Abrar associated with the publication for the PIJ named
 4    "Yousef"?
 5    A    Say that again.
 6    Q    Yousef -- did you meet someone named "Yousef" in
 7    connection with the Abrar Building?
 8    A    I don't see any Yousef here.
 9    Q    I'm not saying it's discussed.  I'm asking you.  Do you
10    recall meeting someone named "Yousef"?
11            MR. BERNSTEIN:  Objection, leading.
12            THE WITNESS:  I don't recall.
13    BY MR. FURR:
14    Q    Do you recall if you met anyone named "Jafir"?
15            MR. BERNSTEIN:  Objection, leading.
16            THE WITNESS:  I don't remember.
17            THE COURT:  Overruled.
18    BY MR. FURR:
19    Q    Or Abu-Assad?  Are those names familiar to you at all
20    in --
21    A    Say them again.
22    Q    Abu-Assad?
23    A    No.
24    Q    Besides your interest in creating the -- or
25    participating in the Xerox franchise over in the Gaza Strip,
```

```
 1  were you involved -- have you been involved in the
 2  publication of any newspapers, or are you --
 3  A    No.
 4  Q    -- a writer of articles for newspapers over there, that
 5  kind of thing?
 6  A    No.
 7  Q    Then as you look at the next -- at the little bit of
 8  conversation that occurs after you mention "Abrar," you talk
 9  about the -- the financial ability to publish.  Is that
10  what's discussed there?
11  A    Looks like it.
12  Q    And do you say on the next to the last attribution on
13  the page, "I explained to them that the situation here is
14  very bad.  There's no possibility unless relief comes from
15  God, because here is the same as there."
16       Do you recall if -- if you discussed the financial
17  situation of people in the United States while you were
18  meeting with individuals over in the Gaza Strip?
19  A    I don't recall that, but -- if this is the meaning of
20  it in the transcript.
21  Q    From what you could tell over in the Gaza Strip, was
22  the Palestinian Islamic Jihad in good or bad financial
23  condition?
24  A    The -- the people, they say in the street it --
25            MR. BERNSTEIN:  Objection, hearsay.
```

```
1            THE COURT:  Sustained.

2   BY MR. FURR:

3   Q    Did the organization appear to be in good or bad

4   financial shape?

5            MR. MOFFITT:  Objection, foundation.

6            THE COURT:  Overruled.

7            THE WITNESS:  Should I answer?

8   BY MR. FURR:

9   Q    Yes, you can answer it.

10  A    I think it's fair in that -- in that time, the weakest

11  organization -- this was in '94 or at the time -- was the

12  Islamic Jihad.

13  Q    And according to your statements in that sentence, "I

14  explained to them that the situation here is very bad," did

15  you tell members of the PIJ that things were tough over in

16  the United States as well?

17  A    No.  I -- I did not admit that I was talking directly

18  to the PIJ.  Now, when you said that I explained to them the

19  situation is here very bad, it might be in the

20  United States.  I really do not remember that one day I -- I

21  have this conversation with anybody that concerned

22  organizations in the United States or anywhere else.

23  Q    Keep going to the following page in the conversation

24  where say, "I told them that the situation is difficult.

25  The situation is difficult everywhere."
```

```
 1   A    It's a statement.

 2   Q    Yeah, with the, "I told them" at the beginning of it.

 3   Who did you tell?

 4   A    Okay.  Look, this is very difficult.  We were in -- in

 5   a position twelve years ago -- I have no idea exactly what

 6   was the conversation.  I told them the news.  Some of them

 7   were guys that worked in the newspaper.

 8   Q    Okay.  Those guys were associated with what group, if

 9   any?

10   A    Some of them, they are workers at the newspaper; some

11   of them, they are associated with the PIJ.

12   Q    Mr. Al-Arian then asked you, "Are those -- are these

13   people popular over there?"  Then he ultimately says, "I

14   mean the group of Mousa."

15        Again, we're talking about Hamas here?

16   A    Yes.

17   Q    And do you continue talking about Hamas in this

18   conversation and where you start talking about what the

19   wings of the organization may do?

20   A    Which line are you referring to?

21   Q    "So, they had problems with that wing, the one you

22   know."

23        Then you said, "It seems they seceded from them."  You

24   continue, "They already took -- they have the mentality that

25   what is it the one (sic) that join the elections and the
```

```
 1  others refusing, the ones of the military work.  So, it
 2  seems they said to them, 'That's it.  You work and take
 3  whatever you want and stay outside until we see things
 4  end.'"
 5       Who's being talked about there?
 6  A    When the Palestinian Authority -- they came and they
 7  took over basically the country.  The Muslims or the Islamic
 8  organizations, I don't think they were prepared for that,
 9  and they don't have a project for it.  So, those Hamas
10  people, they don't know exactly what they have to do.  They
11  want to stop all the military action against the Israelis.
12  At the same time, they want to get in the election to rule
13  there with the PLO.  That's the statement it seems to be.
14  Q    We're talking about the activities of Hamas here;
15  correct?
16  A    That's what I heard in the street.
17  Q    Then in the latter portion of the conversation, we
18  dealt with the -- whether you were going to come to Tampa,
19  and Mr. Al-Arian's brother would bring you a ticket.  You
20  recall seeing that in the conversation or hearing that?
21  A    Yes.
22  Q    "That he will bring you and sit behind you on the plane
23  and later take you back again."
24       You recall coming to Tampa?
25  A    No, I did not.
```

1  Q     Sir, you said you went to college in Michigan for at

2  least a time; is that correct?

3  A     Yes.

4  Q     To what school in Michigan did you go?

5  A     Oakland Community College and the University of

6  Detroit.

7  Q     And there did you meet an individual named "Ehab

8  Bseisso"?  Am I pronouncing the name correctly?

9  A     Yes.

10 Q     Was there -- did you get to know him pretty well while

11 you were there?

12 A     He was my roommate.

13 Q     And after college, you remained in the United States.

14 Do you know what Mr. Bseisso did?

15 A     He left in 1985 Michigan, and I lost communication with

16 him, but I saw him -- I think he is in Gaza.  I did not see

17 him since '85 in the United States.

18 Q     Did there -- did there come a time in -- in or around

19 February 1995 when you had a -- an occasion to speak with

20 Ramadan Shallah?

21 A     Maybe.

22 Q     Did Mr. Shallah ask whether you could arrange for money

23 to be sent back to the Gaza Strip?

24 A     I did not remember that.

25 Q     Did you mention the name of "Ehab Bseisso" to

```
 1  Mr. Shallah?
 2  A    I did not hear anything from -- if you have a tape or
 3  transcript that, you know -- but I -- I know Ramadan, you
 4  know, was here in the United States, but I don't know if he
 5  ever asked me for money to be sent to the Gaza Strip.
 6  Q    Do you remember discussing this with Special Agent
 7  Myers --
 8  A    Yes.  He told me that --
 9  Q    -- a couple of months ago?
10  A    He told me that there is a tape that I said --
11          MR. MOFFITT:  Objection to what Special Agent
12  Myers may have told him.
13          THE COURT:  Sustained.
14  BY MR. FURR:
15  Q    What business is Mr. Bseisso in in the Gaza Strip?
16          MR. MOFFITT:  Objection, foundation.
17  BY MR. FURR:
18  Q    Do you know what --
19          THE COURT:  Sustained.
20  BY MR. FURR:
21  Q    Do you know what business Mr. Bseisso was in in the
22  Gaza Strip?
23  A    They are in real estate --
24          MR. MOFFITT:  That requires a "yes" or "no"
25  answer.
```

```
 1              THE COURT:  Just answer the question "yes" or
 2   "no."  Do you know?
 3              THE WITNESS:  Yes.
 4   BY MR. FURR:
 5   Q    How do you know it?
 6   A    I'm from Gaza, and I know most of the people there.
 7   They deal with real estate and financial institutions.
 8   Q    Do you know -- do you know if the Bseisso family
 9   participates in receiving money via wire or otherwise for
10   distribution in the Gaza Strip?
11              MR. MOFFITT:  Objection.
12              THE COURT:  Overruled.
13              THE WITNESS:  Uh, I'm not aware, but I know that
14   there are three places, one of them Bseisso, where they are
15   sending wires and receiving wires and dealing with real
16   estate on -- in Gaza.
17   BY MR. FURR:
18   Q    So, do I understand that you know that Mr. Bseisso
19   participates in wire -- having money wired into the Gaza
20   Strip?
21              MR. MOFFITT:  Objection, leading.
22              THE COURT:  Sustained.
23   BY MR. FURR:
24   Q    You indicated Mr. Bseisso -- is it Bseisso or the
25   Bseisso family you're talking about here?
```

```
 1   A     Bseisso -- the kid that you mentioned, Ehab, is a
 2   student.  His father is operating in Gaza, and they are very
 3   well known, him and three different companies in Gaza.  They
 4   send money for students, for, you know, family they want to
 5   send from the Gulf to Gaza or from Gaza to the United States
 6   or any transaction going -- it has to go through one of
 7   these or banks; and since we do not have banks before the
 8   PLO comes to the Gaza Strip, those are the main people that
 9   they transfer money, and one of them is the Bseisso family.
10   Q     I'll put 536 up in evidence (changing overhead
11   exhibit).  It's called a funds transfer request from March
12   of '95.  "Ehab Bseisso," is that at least phonetically the
13   name you've been discussing here?
14   A     I think so.
15   Q     Have you previously been associated with the -- with
16   the school IAF here in Tampa?
17   A     Yes.
18   Q     When did you become associated with that school?
19   A     1999.
20   Q     Doing what?
21   A     Teaching math.
22   Q     Did you teach on a full-time basis there or part time
23   or what?
24   A     In the beginning, full time.
25   Q     Through your association with the school, did you come
```

1   to know its financial condition?

2   A    I went aboard in, I think, the year 2000.  So, whatever

3   they print I wasn't aware of.

4   Q    Did the Islamic Academy of Florida have sufficient

5   monies while you've known about them to make donations and

6   send donations overseas?

7   A    No.

8   Q    In fact, sir, was the Islamic Academy of Florida

9   generally looking for money?

10  A    There's always a deficit, and we were always asking for

11  donations.

12  Q    (Changes overhead exhibit.)  This is Government Exhibit

13  703-A, a summary of receipts.  You have the receipts in

14  703-B.  This is just as easy to use here.  January 4, '99,

15  IAF donation to orphans, $50; January 4, orphans, $75, $30,

16  $75, $100, 75, 100, 50, 75, 100.  Are you familiar with

17  an -- a place, just through being here -- you've lived in

18  Tampa, I take it, during some portion of the last 10, 15

19  years?

20  A    Since '99, yes.

21  Q    Are you familiar with a place called "The Islamic

22  Center of Florida"?

23  A    I don't know if this is our mosque or an Islamic

24  mosque.  I have no idea what they called "ICF."  I don't

25  know.

```
 1   Q    I mean, as you sit here today, is the ICF, Islamic
 2   Center of Florida, something you're familiar with?
 3   A    No.
 4   Q    Then we keep going.  Also in January of 1999, $75 from
 5   IAF, $75 from IAF --
 6   A    I'm sorry.  Can I ask a question?  Do these donations
 7   come from individuals or through the school?
 8   Q    It says "IAF."
 9   A    You have to understand, in Ramadan -- at the end of
10   Ramadan, we have an obligatory -- you have to pay -- it
11   seems to me this small amount goes from -- after you finish
12   your fasting, you have to pay about $10 per person; and the
13   people who gave it, it goes specifically to orphans from
14   individuals, because it's not a large amount.  It seems it
15   is a donation after Ramadan for a specific reason.  I don't
16   know if this is it or -- because IAF will not issue a
17   donation unless there is individuals in the school
18   specified.  It has to go to the orphan.
19   Q    As you said before, IAF was not in the donation
20   business?
21   A    That's true, yes.
22   Q    And yet here we have -- I'm not going to go through
23   every one of them, but you can see --
24   A    I see them.
25   Q    -- just a whole lot of them; right?
```

```
 1        Sir, I show you some other receipts -- a summary of
 2   receipts.  This is Document 702-A (changing overhead
 3   exhibit).  Are you familiar, through your time in the
 4   community -- I understand this is from '97 (pointing).
 5   However, are you familiar, from your time in the community,
 6   whether there was an organization called "The Honorable
 7   Muslim Expatriate Community of Florida"?
 8              MR. BERNSTEIN:  Objection, foundation.
 9              THE COURT:  Overruled.
10   BY MR. FURR:
11   Q    Are you familiar with that being an organization?
12   A    Yeah.
13   Q    Or "The Muslim Brothers in Florida"?
14   A    No.
15   Q    Or "The Islamic Expatriate Community of Florida"?
16              MR. BERNSTEIN:  Objection, foundation.  May we
17   approach, Your Honor?
18              THE COURT:  All right.
19              (Bench conference as follows.)
20              MR. BERNSTEIN:  My objection is this is two years
21   before he comes to Tampa, and there's no foundation that he
22   would know what groups were in operation or functioned, gave
23   donations, did anything two years before he came here.
24              THE COURT:  How would you suggest he lay such a
25   foundation?
```

```
 1          MR. BERNSTEIN:  Well, I don't think that he can

 2   unless he has personal knowledge of what was here -- unless

 3   he asked him, "Do you know what was here two years before

 4   you came?"

 5          THE COURT:  That's what he asked him, and he named

 6   the organization; and the answer is either "yes" or "no."

 7   That's how you lay a foundation.  If the answer is "yes,"

 8   "How do you know?"

 9          MR. BERNSTEIN:  He's not putting it by timeframe.

10   The answer is going to be more than two years before he

11   comes here -- this is argumentative in the form.  He's

12   asking him, "Were you here from '99 on?  Did you ever hear

13   of these groups then?" when he knows that the record there

14   says they're 1997 donations.

15          THE COURT:  He didn't ask him, "Did you ever hear

16   of these groups?"

17          MR. BERNSTEIN:  "Are you familiar with these

18   groups?"  Then it's irrelevant.  What he's familiar with two

19   years later and these donations, he hasn't said yes.

20          THE COURT:  We don't know until he asks him.  He's

21   got to lay a foundation.  It's appropriate to say, "Do you

22   know of the foundation?"

23          MR. BERNSTEIN:  I would suggest he does know what

24   the answers are going to be and he does know he wasn't here

25   during 1997 and has no foundation for knowing these.
```

 1          THE COURT:  Response to that question?

 2          MR. FURR:  That I don't what?

 3          THE COURT:  That you know what his answer is and

 4   you're asking the question in bad faith because you know

 5   what the answer is.

 6          MR. FURR:  No.  I already put before the jury

 7   these are 1997, two years after the gentleman came.  I said,

 8   "Do you know if this is the name of an organization you've

 9   heard of?"  That's all.

10          MR. BERNSTEIN:  I would also make a request for

11   *Jencks Act* material in that it seems to be obvious that this

12   individual gave an interview with Agent Myers at some point

13   in time about the subject matter about which he's testifying

14   to, and it appears from the type of questions the Prosecutor

15   asked he's given conflicting answers at that interview.

16          THE COURT:  Response?

17          MR. FURR:  I don't know if Myers has any notes or

18   not from when we met him.  I'll ask him.  If he does, I'll

19   give them to you.  Conflicting answers, no; but he's sure

20   dragging his heels.

21          MR. BERNSTEIN:  Again, this is from the questions

22   given.  So, prior to any cross-examination, I would request,

23   if there is a 302 or notes, that they be turned over as

24   *Jencks Act* material from this witness.

25          THE COURT:  Take a look and see if there's

```
 1  anything that comes within Jencks.

 2         MR. BERNSTEIN:  Thank you, Your Honor.

 3         (Bench conference concluded.)

 4  BY MR. FURR:

 5  Q    (Changes overhead exhibit.)  Are you familiar with a

 6  group that would be referred to as "The Charitable Brothers

 7  of Florida"?  Is that something -- do you have any

 8  familiarity with that?

 9  A    You mentioned 12/12/96?

10  Q    Yes.

11  A    I am not.

12  Q    Just since you've been in Florida, have you heard of a

13  group called "The Charitable Brothers of Florida"?  Is this

14  something you're familiar with?

15  A    No.

16  Q    Sir, in or around May of 2000 -- let me ask you this

17  first:  Through your work at the Islamic Academy of Florida,

18  did you come to know Sameeh Hammoudeh?

19  A    Yes.

20  Q    And in or around May of 2000, did Mr. Hammoudeh ask you

21  to assist him in transferring $15,000 from the United States

22  to the Occupied Territories?

23  A    If I remember correctly, that his father needs some

24  money, I think, for books or furniture or something, that he

25  was asking if somebody can take it; and I told him I have my
```

```
 1   nephew working in Ramallah at the same place that his father
 2   lived and if I can help them out.  I did not take money from
 3   the United States.  I called my nephew, and I think he gave
 4   his father either five or seven.  That's what I remember.
 5        I don't know where he got the 15,000 from, but I
 6   remember that I talked to my nephew to go and give his
 7   father the money for either books -- I don't remember
 8   exactly for what, but it was either books or furniture.
 9   Q    Would it be fair to say you were not privy to any
10   conversations about the movement of that money between
11   Mr. Hammoudeh and members of his family?
12   A    Uh, I think so.
13   Q    You were not listening in on any calls Mr. Hammoudeh
14   might have had about that money going over to the Middle
15   East; right?
16   A    Say that again.
17   Q    Did you listen in on any calls regarding Mr. Hammoudeh
18   regarding that money being transported to the Middle East?
19   A    I really don't understand the question.
20   Q    Did you participate in any telephone calls that you can
21   recall with Mr. Hammoudeh regarding that money with members
22   of Mr. Hammoudeh's family?
23   A    All I know is I asked my nephew to give his father
24   money.  If he records something between my nephew and
25   Mr. Hammoudeh, that's -- I'm -- you know, I have no idea.  I
```

```
 1   know that you have a conversation between Sameeh and his
 2   brother that they confirm that they got the money over
 3   there.
 4   Q    You've seen that conversation; right?
 5   A    Yes, I did.
 6   Q    And you saw the amount; correct?
 7            MR. BERNSTEIN:  Objection, hearsay.
 8            THE COURT:  Sustained.
 9   BY MR. FURR:
10   Q    (Changes overhead exhibit.)  This is called 1074
11   between Mr. Hammoudeh and -- do you know whether his
12   mother's name was "Ma'an Hammoudeh"?
13   A    I'm not aware of that.
14   Q    I said -- now, you said your nephew was the one that
15   was going to handle this for you when you were asked to
16   participate in this by Mr. Hammoudeh?
17   A    Yes.
18   Q    And your indication regarding the amount was what?
19   A    I'm not positive.  I believe that he owed me 5' or
20   7,000.  That's what I believe, but I was paying his
21   education.  So, when he mentioned -- Sameeh mentioned that
22   he wants his father to get some money, I told him, "My
23   nephew lives in Ramallah.  Probably he give to your father,
24   and you give it to me here."  I'm not positive how much.  I
25   really am not.
```

```
 1   Q     Could have been five or seven, could have been 15

 2   (pointing)?

 3   A     You're right.

 4   Q     Sir, in -- a few months ago, did you have an occasion

 5   to see Mr. Fariz at the local mosque?

 6   A     Yes.

 7   Q     You know Hatim Naji Fariz; correct?

 8   A     Yes.

 9   Q     And did you hear Mr. Fariz talking with people there

10   about what his defense was going to be in this case?

11           MR. MOFFITT:  Objection, hearsay.

12           THE COURT:  Approach the bench.

13           (Bench conference as follows:)

14           THE COURT:  Response?

15           MR. FURR:  Hearsay.

16           THE COURT:  The objection is hearsay.

17           MR. FURR:  He had mentioned -- he had mentioned it

18   because he says he's changing the defense.  Now they're

19   going to say that he wasn't PIJ after 1994.

20           MR. BECK:  Well, I think that response in and of

21   itself demonstrates the reliability of this potential

22   hearsay, because that would not reflect any defense

23   regarding Hatim Naji Fariz.  It may relate to the other

24   individuals.  If that's the case, then that would be clearly

25   hearsay within hearsay within hearsay.
```

 1          This is not purported to be in furtherance of a

 2    conspiracy.  The fact that an individual had -- has -- is

 3    established in a defense or contemplating a change of

 4    defense doesn't constitute an admission.  It simply -- it

 5    is, at best, a description of what he and counsel have

 6    decided to do on his behalf in response to the evidence and

 7    in response to the law and the like.

 8          This does not constitute an admission.  I don't

 9    think there's any exception to the hearsay rule that would

10    encompass his particular statement.  I don't think it's even

11    an accurate portrayal of the statement.

12          MR. BERNSTEIN:  Judge, if it comes in as an

13    admission, I would move to suppress it or, in the

14    alternative, ask for a severance from the Defendant -- the

15    Co-defendant in that it's not in furtherance of the

16    conspiracy.  If it comes in as an admission, it would be

17    inadmissible as to Sameeh Hammoudeh.  We would move to

18    suppress it based on that or, in the alternative, to sever.

19          MR. MOFFITT:  Your Honor, I have a different

20    concern, and the concern I have is that the information that

21    I possess is that Hatim Naji Fariz was talking about the

22    defense of Sami Al-Arian.  That clearly would not be

23    admissible or an admission under these circumstances, and

24    this -- that is the information I have about the nature of

25    what was -- what was said.

```
 1          And I am -- I have a concern that if it comes out,
 2    it will ultimately come out that what Hatim Naji Fariz was
 3    talking about either through Fariz's lawyers or through
 4    Hatim Naji Fariz's testimony or what have you -- and
 5    Hatim Naji Fariz has not been privy to any of the
 6    conversations concerning Sami Al-Arian's defense, and it
 7    certainly wouldn't be an admission with regard to Sami
 8    Al-Arian's defense.
 9          But my information is that the discussion was not
10    about Hatim's defense; it was about Sami Al-Arian's defense.
11          THE COURT:  What is the exact statement that this
12    witness is going to report?
13          MR. FURR:  Given how this witness responds to
14    questions, that's difficult.  The best I can say is that
15    there's three or four people around when the statement was
16    made by Mr. Fariz.  He said that, "Now our defense is going
17    to be changed to be involved with the PIJ after" -- in other
18    words, after early '95 and late '94.
19          THE COURT:  Well, I can't sort through the
20    objection until I know what his answer is.  I'll excuse the
21    jury.  We'll have him answer without the jury present, and
22    I'll rule on it.
23          (Bench conference concluded.)
24          THE COURT:  Let's take a 15-minute break.
25          COURT SECURITY OFFICER:  All rise.
```

```
 1              (The jury exited the courtroom.)

 2              THE COURT:  Go ahead and have a seat, sir.  If you

 3   can remember the question, you can answer it.  If you can't

 4   remember the question --

 5              THE WITNESS:  Can you repeat the question, please.

 6              MR. FURR:  Sure.

 7                       PROFFER EXAMINATION

 8   BY MR. FURR:

 9   Q    Sir, several months ago, did you hear Mr. Fariz talking

10   to some individuals at the Al-Qassam Mosque here in Tampa?

11   That's just a "yes" or "no."

12   A    Yes.

13   Q    And what do you recall hearing him say?

14   A    I think I was going to the mosque, and people asked me

15   if I received a subpoena, and I overheard him saying that

16   they are not going to deny that they have some connection

17   with the PIJ in the trial.

18   Q    Was any time -- was any time or date given in regards

19   to that admission, statement, or whatever?

20   A    I think in -- before the State Department mentioned

21   that those organizations -- they are on the black list,

22   which is, I think, '96, '97.  I don't remember -- '94, '95.

23   But I have to explain something.  We mentioned this.  I try

24   not to come to the court, and I told my attorney that if

25   this is the case, the whole tape about the Islamic Jihad,
```

```
1   and if I was not updated for what was going on in this

2   courtroom, why do they want me to be here if one of them

3   admits that, you know, they don't deny to be connected with

4   the PIJ?  Why should I be here?

5   Q    Because you didn't want to come and testify?

6   A    That's why the attorney gave it consideration, and I

7   think he discussed it with you guys.

8           MR. FURR:  That's it, Judge.

9           THE COURT:  You used the word "they" -- "They were

10  going to say they were not members after a certain date."

11          THE WITNESS:  In Arabic, I'm translating the --

12  the speech was in Arabic, and in Arabic individuals or

13  groups can say "we."  It depends on how big is the guy.  So,

14  sometimes you can say "we" and you mean "I."  That's -- the

15  question is to be referred to Mr. Fariz.

16          THE COURT:  Did you understand the statement to

17  refer to Mr. Fariz himself individually or to all of the

18  Defendants or some of the Defendants?

19          THE WITNESS:  He was talking individually.

20          THE COURT:  So, he was talking about himself?

21          THE WITNESS:  I remember he said "we," but, as I

22  said, it might be an individual or a group in Arabic.  "We"

23  in Arabic is either.  That means either individual or group.

24          THE COURT:  So, I'm asking how you understood it.

25  Did you understand him to be talking just about himself
```

```
 1   or --
 2            THE WITNESS:  Maybe you're right.
 3            THE COURT:  I'm sorry.
 4            THE WITNESS:  Maybe he's taking about himself.
 5            THE COURT:  Well, I'm asking you how you
 6   understood it.
 7            THE WITNESS:  Individual.
 8            THE COURT:  So, you understood him to be talking
 9   just about himself?
10            THE WITNESS:  I think so.
11            THE COURT:  All right.  Any other questions before
12   we try to sort through these objections?
13            MR. FURR:  Judge, may I ask him a couple more?
14            THE COURT:  Yes.
15   BY MR. FURR:
16   Q    How sure are you of that?
17   A    I'm not.
18   Q    Are you -- the judge has asked you about this
19   difference between the "we" and the "I" as we have it in
20   English.  You've --
21   A    Look, you put me in a situation that this is --
22   Q    We're just asking you what you heard and how you
23   interpreted it, and I want to go back to that.  Who -- from
24   the beginning, is there -- did you have an understanding at
25   the time about what was being said, what was being related?
```

```
 1   Was it that Mr. Fariz' -- that's what Mr. Fariz was saying
 2   his position was, or was Mr. Fariz saying, "This is what our
 3   position is going to be?"  Which did you understand him to
 4   be saying?
 5   A    My understanding is they are going with the right of
 6   the Court.  I'm not sure if they are individuals in the
 7   courtroom.  When he said "we," I thought this is the whole
 8   group; and at the same time it seems to be that each one, he
 9   has his own attorney and they have their own case.  So, I am
10   not positive a 100 percent if this "we" is him or if "we" is
11   the whole group.
12              THE COURT:  Any other questions?
13              (No response.)
14              THE COURT:  All right.  Thank you, sir.  You
15   may --
16              MR. MOFFITT:  May I ask a couple of questions?
17              THE COURT:  I said, "Any more questions?"
18              MR. MOFFITT:  I'm sorry.  I didn't know whether
19   you were referring to Mr. Furr or --
20              THE COURT:  If you have questions, you may ask
21   them.
22                     PROFFER EXAMINATION
23   BY MR. MOFFITT:
24   Q    Sir, when was this conversation?  When was it?
25   A    I think it was in May after the first meeting with the
```

```
 1   FBI.

 2   Q    Help me.  When was your first meeting with the FBI?

 3   A    I do not remember.  That -- it may be my attorney can

 4   help me in that, but I never met him alone.  He was always

 5   with me.  So, any -- I think it was in May.

 6   Q    All right.  And then you just happened to be at the

 7   mosque; is that right?

 8   A    I was coming to Friday prayer, and they were outside.

 9   Q    And this was outside the mosque?

10   A    Yes.

11   Q    And Mr. Fariz was talking to whom?

12   A    I think there were two individuals.

13   Q    Do you know them?

14   A    Yes.

15   Q    Who were they?

16   A    I prefer not to say names anymore.

17   Q    Who were they?

18   A    Ziad Taha and Noor Salhab.

19   Q    Can you spell them for me?

20   A    Ziad Taha is the chairman of the mosque, and Noor

21   Salhab is the treasurer.

22   Q    And where were you when you overheard this

23   conversation?

24   A    I was coming toward the group.

25   Q    And was it Mr. Fariz who was speaking?
```

```
 1   A     Yes.

 2   Q     And what exactly did he say?

 3   A     I can't say exactly what he said, but my understanding

 4   is anything before '95 --

 5   Q     You started by saying, "He said 'we'"; right?

 6   A     Right.

 7   Q     "We are changing the defense" or something like that?

 8   A     I didn't say "changing the defense," but they --

 9   Q     Well, all I want you to do for me is, as best you can,

10   recount what you heard.

11   A     "We are not denying that we were in connection or in

12   association with the PIJ in the period of time before '95."

13   Q     Okay.  What else was said?

14   A     That's it.

15   Q     That's all you heard?

16   A     Yes.

17   Q     How do you know it was connected to the defense?

18   A     I'm not sure.

19   Q     How do you know what "we" he was speaking about?

20   A     Well, I explained "we" might mean "I."  It might be a

21   group.

22   Q     Well, how would you know that it was the "we" that

23   encompassed Dr. Al-Arian, Sameeh Hammoudeh, and Ghassan

24   Ballut?

25   A     He did not mention about them anything.
```

```
 1   Q     So -- so the "we" itself, you can't say who he was

 2   talking about even if he was talking about a group?

 3   A     Yes.

 4   Q     Excuse me?

 5   A     I think you're right.

 6   Q     So, you don't know whether he was talking about any of

 7   the people who are sitting in this courtroom that you know;

 8   correct?

 9   A     Look, I -- I have no idea that I'm going to be in this

10   position to say "we" and "I" and talking about this.  All I

11   meant to talk to my lawyer about is why should I be here if

12   one of the Defendants is saying that they admit in a period

13   of time and all this conversation before '94?  I don't want

14   to be here.

15   Q     Look, sir.  I understand you.  I understand your

16   position.  All right.  I'm trying to understand how you made

17   the leap that it concerns these Defendants.  That's what I

18   want to know.

19   A     I just overheard them saying that, and I don't know if

20   the Government is are that desperate to know if "he" or "we"

21   is the problem.  Otherwise, I would open my eyes and my ears

22   very well next time.

23   Q     Again, what I'm asking you is how you decided that it

24   had something to do with this case.

25   A     I think it started when they asked me if I received a
```

```
 1  subpoena that we are talking about this case.

 2  Q    Okay.  So, it started -- who asked you that question?

 3  A    I think Ziad.

 4  Q    And so, you're walking up to the mosque, and Ziad

 5  stopped you?

 6  A    No, he didn't stop me.  I came and joined the group.

 7  It's the Friday before the prayer.  We were outside the

 8  mosque, so it's not something that we have to meet.  It's

 9  just -- it was an accident.

10  Q    Mm-hmm.  So, you walked up, joined the group, and the

11  first question you got was whether you got a subpoena?

12  A    I don't know if it was the first, but, you know --

13  Q    So, that's how you associated it in this case?

14  A    Right.

15  Q    Were you asked any other questions?

16  A    I don't remember.

17  Q    When the statement about the association with the PIJ

18  was made, did you say anything?

19  A    No, I did not.

20  Q    Did anyone say anything after that to you?

21  A    I don't remember.

22  Q    Did you discuss this with anyone other than Agent Myers

23  and the Government?

24  A    I discussed it with my attorney.

25  Q    I'm not interested in what you said to your attorney;
```

```
 1   okay?  Did you discuss it with anyone else?
 2   A    I think my attorney contact the FBI, and we have
 3   another meeting and we discuss it, and Mr. Myers was not
 4   there.  I don't think he was there.
 5   Q    Who did you have your other meeting with?
 6   A    Excuse me?
 7   Q    Who did you have --
 8           THE COURT:  This is beyond the scope of this
 9   examination.
10           MR. MOFFITT:  I'm looking for the Jencks.  That's
11   what I'm looking for.
12           THE COURT:  Well, you can ask the Government if
13   there is any Jencks material.
14           MR. MOFFITT:  Can I ask how many meetings he had
15   with the FBI about this conversation?
16           THE COURT:  No, because I'm trying to make an
17   evidentiary ruling.
18           MR. MOFFITT:  Okay.
19           MR. BECK:  May I, Your Honor?
20           THE COURT:  Okay.
21                      PROFFER EXAMINATION
22   BY MR. BECK:
23   Q    Sir, my name is Kevin Beck.  I represent Hatem Fariz.
24   I want to understand exactly what it is that you came to
25   overhear in this particular comment, if I may.  Okay?
```

```
 1              THE COURT:  Mr. Beck, he's answered that question
 2   four times now.
 3   BY MR. BECK:
 4   Q    I just -- the first comment that you overheard, was
 5   this comment, "We are changing our defense," is that your
 6   testimony, as you approached the group?
 7   A    I'm not sure exactly how it come, but my understanding
 8   is that he said that we are not denying in court.
 9   Q    Do you know if the conversation previous to that
10   comment had been discussing what had been overheard by Hatim
11   Naji Fariz of what other people were saying?
12   A    Maybe.
13   Q    Family members, friends?
14   A    Maybe.
15   Q    You don't know, do you?
16   A    I don't.
17              MR. BECK:  Thank you.
18              THE COURT:  Any other questions?
19              (No response.)
20              THE COURT:  All right, sir.  Thank you.  You can
21   go ahead and take a break.  We'll be back in a few minutes.
22              (The witness exited the courtroom.)
23              THE COURT:  All right.  As I understand his
24   testimony, he said that he walked up to the group.  They
25   asked him about being subpoenaed about this case.  They were
```

1    definitely talking about this case.  And Mr. Fariz said, "We

2    are acknowledging our association with the PIJ prior to 1995

3    but not after 1995," and he understood that to mean "we" in

4    the individual sense.  If he meant it as we in the -- as to

5    all the Defendants, that would not be admissible because

6    that would be a *Bruton* violation.  If he means just as to

7    Mr. Fariz, that would be an admission against interest on

8    the part of Mr. Fariz.

9            Mr. Beck.

10           MR. BECK:  Which, of course, given the setting,

11   would not make sense inasmuch as he testified it was some

12   three months ago, which would have been post the beginning

13   of the trial.  And in -- the Fariz defense that has been

14   presented from the beginning all the way through the present

15   is there has not been an admission that at some point in

16   time there was an association or affiliation or a connection

17   with the PIJ, which then changed post-designation.

18           There is nothing about this statement that is in

19   and of itself a reliable reflection of an admission against

20   interest by Hatim Fariz, and I would -- simply for the

21   record, I would repeat the witness' own uncertainty as to

22   what was being said, what was meant.  Essentially he doesn't

23   know who it was addressed to or who the "we" meant.

24           THE COURT:  Reply from the Government -- wait just

25   a minute.  Mr. Moffitt, do you have additional argument?

```
 1              MR. MOFFITT:  Yes.  The person with a vast amount
 2    of evidence about conduct that existed prior to 1995 is
 3    Al-Arian, not Hatim Fariz, and I -- frankly, I haven't been
 4    paying a whole lot of attention to Hatim Fariz's evidence;
 5    but most of this evidence comes, as far as I can tell,
 6    post-1995.  So, the concern -- the concern that I have, even
 7    if you were to treat it as an admission and try to admit it
 8    against Hatim Fariz, the blow-back would be against
 9    Sami Al-Arian, because we were very clear in our opening
10    statement about what our defense was, and we put up a chart
11    with the 1995 and 1997 executive ruling.
12              So, I'm concerned, even if treated as an admission
13    under 403, it probably affects and spills over to my client;
14    and I would, therefore, suggest that it not be admissible
15    because of that, even as an admission.
16              I think you're right about the Bruton problem.
17    There might be a joint defense problem.  There might be all
18    sorts of problems with its admission against all the
19    Defendants here, but I'm the -- I'm the Defendant that has
20    to struggle most with the pre-1995 stuff, Miss Moreno and I,
21    with respect to Dr. Al-Arian.
22              THE COURT:  Of course, if this is meant to apply
23    to Dr. Al-Arian, all it does is say the same thing that you
24    described as having said very clearly in your opening, that
25    he was a member of the PIJ before 1995 but is no longer a
```

1  member after 1995.  So, how would that do anything but help

2  your case?

3          MR. MOFFITT:  Because the insinuation -- the

4  insinuation has been that there has been a change in the

5  defense.  That's the way the question was proffered.

6          THE COURT:  Reply?

7          MR. HOWIE:  May it please the Court.  Just so the

8  record is clear, I join with Mr. Bernstein in his objection

9  and his motion for severance.

10          In addition, as to the *Bruton* problem, I would

11  point out that the Government has failed to show any

12  authority for saying that this admission by one individual

13  is adopted or is authorized in any way by any of the other

14  Defendants.

15          THE COURT:  Well, your motion to sever is denied.

16          MR. FURR:  First of all, if I understood the

17  witness during the -- during the proffer or whatever we'll

18  call this since the jury has not been here, it is that he

19  understood this as an individual statement by Mr. Fariz,

20  first of all.

21          Secondly, I believe this took place back around

22  May.  This is before the trial started.  To the extent that

23  there's a concern about blow-back and the like, the Court

24  can instruct the jury.

25          That's really all I have.

```
 1              THE COURT:  All right.  Well, we've got two
 2   problems.  I can instruct the jury that it only goes to
 3   Mr. Fariz, but the witness is probably going to use in his
 4   testimony the word "we" and will try to explain that he
 5   understood it to mean "I."  So, that's a potential problem
 6   with the jury to get the jury to ignore the word "we."
 7              And then secondly, as Mr. Moffitt raises, the
 8   evidence against Mr. Fariz is all post-1995, unless I've
 9   missed something; and for him to say, "I am going to
10   acknowledge something pre-1995" could be taken by the jury
11   in a different way.
12              MR. FURR:  Currie High School, the photos.  I know
13   we struggled to get them in as the trial went on, but
14   they're finally -- they clearly show what appears to be a
15   very young Hatim Naji Fariz in those photos.  We have him at
16   the Currie High School event.  We have the -- we have the
17   testimony -- we have the call with Ramadan Shallah where it
18   looks like they are working on the martyr videos and that
19   sort of thing; that that takes place, if I'm not mistaken,
20   in the spring of '95, you know, the *Al-Esteqlal* article.
21              So, there's evidence from back then.  I will grant
22   you, most of the FISA conversations are -- actually, most of
23   the FISA conferences with Mr. Fariz are in the 2002 time
24   period.
25              THE COURT:  Well, let's take a 10-minute break.
```

```
 1   Give me ten minutes to think about it.

 2            (Recess from 10:51 a.m. to 11:08 a.m.)

 3            THE COURT:  Well, I've considered different

 4   options.  I'm concerned that the prejudice about him

 5   testifying about the word "we" would cause a problem that

 6   I'd have a hard time curing with an instruction.

 7            I've considered having him testify to the Arabic

 8   statement and then be asked the question, "What did you

 9   understand that statement to mean?"  And he could then

10   answer with the word "I," as it concerns Mr. Fariz.  But I'm

11   concerned that the potential prejudice of this whole issue

12   outweighs the probative value that the Government would gain

13   from it.  The possible probative value the Government would

14   gain would be association, that he was associated with the

15   PIJ before January of 1995, but you still have to have

16   evidence linking him to some unlawful act of the PIJ; right?

17            MR. FURR:  I don't know.  I think that we would

18   have -- what I would be saying is, "I was associated with

19   PIJ before a particular point in time."  As Mr. Beck has

20   pointed out, there's been no offer that, you know, there was

21   a prior association which was somehow terminated.  We've

22   not -- we've not heard that or seen that in the questioning

23   by the Public Defender.

24            So, I think what he says does have some value.  I

25   don't think he was truthful when he said it.  I just think
```

```
 1   he said it.  I think it's pretty clear he was associated
 2   with them after 1995.
 3              THE COURT:  I'm going to sustain the objection and
 4   keep it out of evidence.
 5              All right.  Bring the witness back in, please.
 6              (The witness entered the courtroom and was
 7   seated.)
 8              THE COURT:  Bring in the jury.
 9              Did you resolve the Jencks issue?
10              MR. FURR:  Judge, there are no 302s.  I have the
11   case agent over looking to see if they're in the notes.
12              (The jury entered the courtroom and was seated.)
13              THE COURT:  Proceed.
14              MR. FURR:  Thank you, Judge.
15                   CONTINUATION OF DIRECT EXAMINATION
16   BY MR. FURR:
17   Q    Sir, is one of the business interests you have been
18   involved in in a company known as "Copy Time"?
19   A    Yes.
20   Q    And what does Copy Time do?
21   A    Making copies, like Kinko's.
22   Q    Where is it located?
23   A    Oxford, Mississippi.
24   Q    And did you ever have any -- were you ever in
25   partnership in that business with Mr. Al-Arian?
```

```
 1   A    Yes, but it needs explanation.  There was a third party
 2   involved, and we have dispute, and Sami was the mitigator,
 3   so he purchased his part.
 4   Q    And approximately how much of an interest did, from
 5   your memory -- did Mr. Al-Arian have in your business at
 6   that time?
 7   A    I believe either 25 or 50 percent.
 8   Q    Did he either continue to hold that, or did you
 9   ultimately -- did you buy him out, or did he --
10   A    After a couple of years, I think -- I don't remember
11   exactly, but the school purchased three machines, and we
12   paid it off.
13   Q    So, do you still own Copy Time?
14   A    No.
15   Q    Now, I think I asked you before if you had -- if
16   Judge Moody had signed an immunity order before you
17   testified here today; right?
18   A    My attorney just showed it to me before we got to the
19   room.
20   Q    All right.  And do you understand that you have to tell
21   the truth in here pursuant to that order?
22   A    Yes, I do.
23   Q    And that if you tell the truth, what you say won't be
24   used against you?  Do you understand that?
25   A    Yes, I do.
```

```
 1   Q    And that the only way you can hurt yourself is by not

 2   telling the truth; is that true?

 3   A    That's true.

 4   Q    Now, you have -- you have spoken with Mr. Al-Arian --

 5   you spoke with him on the telephone, and you've talked about

 6   him occasionally when you testified today.  Do you see

 7   Mr. Al-Arian here today?

 8   A    Yes.

 9        MR. MOFFITT:  I'll stipulate that he can identify

10   Dr. Al-Arian.

11   BY MR. FURR:

12   Q    How about Mr. Hammoudeh?  You've discussed him once or

13   twice in your testimony here today.  Do you see

14   Mr. Hammoudeh?

15        MR. BERNSTEIN:  We would stipulate.

16        THE COURT:  All right.

17   BY MR. FURR:

18   Q    Do you know Ghassan Ballut?

19   A    Barely.

20   Q    How do you know him?

21   A    I saw him several times.

22   Q    You see Mr. Ballut here?

23        MR. HOWIE:  Stipulate, Your Honor.

24        THE WITNESS:  Yes.

25   BY MR. FURR:
```

```
 1   Q    And Mr. Fariz, you discussed him.  Do you see Mr. Fariz
 2   here as well?
 3   A    Yes.
 4            MR. BECK:  We stipulate.
 5            THE COURT:  All right.
 6            MR. FURR:  No further questions at this time.
 7   Thank you, Judge.
 8            MR. MOFFITT:  May we consult a second?
 9            (Pause.)
10                     CROSS-EXAMINATION
11   BY MR. MOFFITT
12   Q    Mr. Dabus, how are you?
13   A    Fine, thank you.
14   Q    My name is Bill Moffitt.  I represent Dr. Al-Arian.
15   You've known Dr. Al-Arian what?  Fifteen years?
16   A    About that, yes.
17   Q    And in the course of those 15 years, how many telephone
18   conversations have you had with Dr. Al-Arian?
19   A    I would say from '99 to -- until they picked him up,
20   probably thousands.  So, I don't know exactly.
21   Q    Well, you had a conversation with him in 1994; right?
22   A    I think so.
23   Q    Well, that was the conversation --
24   A    Yes, sir.
25   Q    That was the conversation everybody was talking about
```

```
 1   with you this morning?

 2   A    Yes.

 3   Q    Did you have conversations with him in 1995?

 4   A    Maybe.

 5   Q    '96?

 6   A    Maybe.

 7   Q    '97?

 8   A    Maybe.

 9   Q    '98?

10   A    Maybe.

11   Q    Maybe?  You're not sure?

12   A    '99 to 2003, I'm positive thousands of times.

13   Q    What were the things that you were talking about?

14   A    Can you specify the question?

15   Q    I'm asking you, what would you have been talking to

16   Dr. Al-Arian about in 1998 and 1999?

17   A    About our children, our school, our daily life, advice.

18   He was a father and brother, a good asset to the community.

19   If I have argument with my wife, she would go to him.

20   Q    Okay.  So, you talked about very close personal things?

21   A    Yes.

22   Q    You talked about the school?

23   A    Yes.

24   Q    Were you on the board of the school --

25   A    Yes.
```

```
 1   Q     -- in the year 2000?

 2   A     I think so.

 3   Q     What was the Dr. Al-Arian's relationship with the

 4   school in the year 2000?

 5   A     I think he was a chairman and the principal.

 6   Q     Now, you also talked about donations made during

 7   Ramadan.

 8   A     Yes.

 9   Q     Would you tell the ladies and gentlemen of the jury

10   what -- what you meant by those donations being made during

11   Ramadan?

12   A     In Islam, you have to pay two and a half percent

13   charity from your wealth to the poor; and most of the

14   people, they donate that share in Ramadan, which is a holy

15   month, which is coming tomorrow, I guess; and they -- it's

16   easier to calculate the wealth and the part of the donation

17   that you have to pay in that month.  So, basically most of

18   the people there are most generous in that month and they

19   pay their dues.

20   Q     Do you know -- when you say they paid their dues, you

21   say that, because of the small nature of some of these

22   contributions, they might have something to do with Ramadan?

23   A     At the end of Ramadan, there is the festival day.  They

24   eat.  It's obligatory for every Muslim to pay about $10 per

25   person before the end of Ramadan to go toward the poor.
```

```
 1   Q    All right.  I want to take you back to 1994, and I want
 2   to you ask you a couple of questions.  Okay?
 3   A    Okay.
 4   Q    Is it fair to say that your sympathies lied with the
 5   people who are opposed to the occupation?
 6   A    Can you rephrase the question, please?
 7   Q    In 1994, when you had the conversation with
 8   Dr. Al-Arian --
 9   A    Yes.
10   Q    -- is it fair to say that with regard to your
11   sympathies about what was happening in Gaza and the West
12   Bank, your sympathies lie with people who were opposed to
13   the occupation?
14   A    That's fair.
15   Q    All right.  You are also Islamic?
16   A    Yes.
17   Q    And in this discussion that you had with Dr. Al-Arian,
18   you were expressing those sympathies, am I right, the ones
19   you had in 1994?
20   A    I'm expressing -- I was giving public information.
21   Basically it's --
22   Q    When you say you were giving public information, why
23   don't you tell me what you mean by that?
24   A    Anybody -- see, the point -- when you look at the scene
25   then and Fox News and you want to hear something about your
```

```
 1   own country, they won't tell you exactly what's going on.
 2   They will give one part of the story.  Most of the people --
 3   when somebody travels back home and comes back, all the
 4   people -- they come and see him; they ask him what's going
 5   on, what is the truth, what is -- how is things going over
 6   there.
 7        They take the information from the people, and they go
 8   back and forth; and I think that was what the conversation
 9   was all about.
10   Q    All right.  And how many times have you gone back and
11   forth and shared information with people like you did on
12   this conversation?
13   A    Tens of times.
14   Q    Is it fair to say that each time you go back and forth,
15   people inquire of you as to what is really happening in the
16   Occupied Territories?
17   A    That's fair.
18   Q    Okay.  Bear with me a second, Your Honor.
19        Now, when this discussion started, Mr. Furr asked you a
20   question about Dr. Al-Arian, and you said you knew him for
21   15 years, but you knew him best for the last four years.
22   A    When we're working for the -- from '99 to 2003, day by
23   day together.
24   Q    Okay.  What were some of the things that you were
25   working on?
```

```
 1   A      In the school.

 2   Q      How many children do you have?

 3   A      Four.

 4   Q      How many children of yours were in the school?

 5   A      They were all -- three of them.  I got a new one.

 6   Q      You considered Dr. Al-Arian a friend?

 7   A      Yes.

 8   Q      Is that part of the reason why you're uncomfortable

 9   testifying?

10   A      It's not this.  It's just the system has been changed,

11   and -- there is no security anymore.

12   Q      No security.  What are you talking about?  Tell me what

13   you're --

14   A      All I know about Dr. Sami is the most activist probably

15   in -- for the past five years, he's been visiting the

16   President and sitting with Congressmen and sitting in the

17   White House, and all of the sudden here we go, he's in jail.

18          If a guy like this is -- he has no security; he has no

19   immunity; and it seems to be like, you know, we're looking

20   for something when we came back and we thought it is here

21   and we can't find it anymore.

22   Q      What were you looking for?

23   A      The dog's rights.  The dog, whenever he wants to bark,

24   he barks anywhere, and he barks anytime.  We can't talk

25   anymore.
```

*SHERRILL L. JACKSON, RPR, FPR*
*Federal Official Court Reporter, U.S. District Court*
*Middle District of Florida, Tampa Division*

```
 1   Q     Are you afraid?

 2   A     Yes.

 3   Q     What are you afraid of?

 4   A     What is the future, do I have future like where we plan

 5   it; or our kids, will they have this future or not.  I don't

 6   know.

 7               MR. MOFFITT:  I have no further questions.

 8               MR. BERNSTEIN:  May I proceed, Your Honor?

 9               THE COURT:  If you have questions, proceed.

10                       CROSS-EXAMINATION

11   BY MR. BERNSTEIN:

12   Q     Mr. Dabus, were you born in Gaza?

13   A     Yes.

14   Q     And your testimony is that you stated that you pretty

15   much know everyone in Gaza?

16   A     Not everyone, but my family is in Gaza, and we have

17   good connection over there.

18   Q     Okay.  Now, the West Bank is geographically separated

19   from Gaza; correct?

20   A     That's true.

21   Q     If you were Palestinian, do you have free movement

22   from -- in 1995, was there free movement to go from the West

23   Bank to Gaza if you were Palestinian?

24   A     I think for almost --

25               MR. FURR:  Objection.
```

1              THE COURT:  Approach the bench.

2              *(Bench conference as follows:)*

3              THE COURT:  What's the relevance?

4              MR. BERNSTEIN:  The Bseisso transaction, the Bank

5    of Postin transaction, the reason that the people in the

6    West Bank could not distribute the funds going to orphans,

7    if they were charitable donations, was that they couldn't

8    geographically go to Gaza, so they had to locate someone in

9    Gaza to distribute those funds.

10             I want through this witness since he was the

11   person -- I believe that there are two wire intercepts that

12   show he was the person who recommended Ehab Bseisso as a

13   person to distribute those funds, that he was aware and it

14   was the practice at that time that they had to get someone

15   in the Gaza Strip, not someone in the West Bank, to make --

16   to arrange for that distribution.

17             So, that's why it's relevant and --

18             THE COURT:  Response?

19             MR. FURR:  I don't know what that has to do with

20   being able to travel back and forth between Gaza and the

21   West Bank.

22             THE COURT:  Well, apparently he wants to show

23   that's why somebody in the West Bank couldn't distribute

24   money in Gaza.  Overruled.  Proceed.

25             *(Bench conference concluded.)*

```
 1  BY MR. BERNSTEIN:
 2  Q    Isn't it true that in 1995 that a Palestinian would be
 3  limited in their ability to travel from the West Bank to
 4  Gaza?
 5  A    Yes.
 6  Q    And if you were sending -- if you wanted to transfer
 7  funds to the Gaza Strip, that that would be a consideration?
 8  If you were trying to send it through someone in the
 9  West Bank, that they would have difficulty in taking those
10  funds and distributing them in Gaza?
11  A    That's true.
12  Q    Okay.  And you testified that if someone came to you
13  and requested information about who would be available to
14  receive a wire transfer and distribute funds in Gaza, that
15  Ehad Bseisso or his family would be someone you would know
16  and recommend?
17  A    My understanding, there is a tape between me and
18  Ramadan that he asked if I can take money, and I told him he
19  can transfer it through the Bseisso family.
20  Q    I want to show you Exhibit 140-A (changing overhead
21  exhibit).  This -- let's see if I can do this without
22  messing it up.  I also want to show you, in conjunction with
23  that -- you already were shown Exhibit 536, which is a funds
24  transfer request, Sameeh Hammoudeh to the Bank of Postin to
25  Ehad Bseisso, and this is March of 1995 (pointing), and this
```

1    is a diagram of funds at a fundraising effort to the Muslim

2    Women's Society to Sami -- Sameeh Hammoudeh and then a wire

3    transfer to Ehad Bseisso in 1995, March 24th, the same date

4    as this 536.

5        Isn't it true that in 1995 Ramadan Shallah approached

6    you about getting someone who could distribute funds in the

7    Gaza Strip and you recommended to him Ehad Bseisso?

8    A    I don't think it was exactly like that.  It was a

9    question -- Ramadan used to talk to me, and what I remember

10   that he asked is if he can send some money to his father,

11   and I told him he can go through the Bseisso family.  That's

12   all I remember, but I'm not aware of $10,000 or this process

13   at all.  In '95, I have no connection with Bseisso.  I left

14   Michigan in '85, and he was in Michigan.

15   Q    How about the $5,500 wire transfer?

16   A    I am not aware of that.

17   Q    You were asked about 702-A and -- as a summary of

18   receipts. I would like to show you some of the original

19   receipts of 703 -- no, let me get to 702 -- Exhibit 702.

20   These are the receipts that 702-A, a chart, was made of.

21   Are you able to see that on the monitor (changing overhead

22   exhibit)?

23   A    Yes.

24   Q    Can you read in Arabic -- well, can you tell me what

25   this is a receipt of?

```
 1   A     It's $1,000.

 2   Q     From?

 3   A     From Islamic Community of Florida to some kind of

 4   association -- social association in Bira, which is the West

 5   Bank.

 6   Q     And when was this done?

 7   A     '97, February.

 8   Q     Now when it says from who, the Islamic Community of

 9   Florida?  Is that what you said?

10   A     Yes.

11   Q     Is that a descriptive term saying who the donor was, or

12   is it saying it's an official group or association?

13   A     It says, "I received from the Islamic Community of

14   Florida..."  That means people -- Muslim people in Florida.

15   Q     Let's go to the next receipt (changing overhead

16   exhibit).  It's marked 1224.  Can you read that receipt,

17   please?

18   A     It's $500 from the same people in Florida.

19   Q     Now, again that is a descriptive term, or is it the

20   official name that --

21              MR. FURR:  I object.  All he can do is read it.

22              THE COURT:  Sustained.

23   BY MR. BERNSTEIN:

24   Q     What does it say?

25   A     It's from the Muslims in Florida, the United States.
```

```
 1  Q    Okay.  Would you please repeat that loud enough so that
 2  everyone can hear you?
 3  A    "We received from the Muslim Brothers in Florida, the
 4  United States of America, $500."
 5  Q    Is it common for Muslims, particularly Palestinian
 6  Muslims, to refer to each other as "brothers"?
 7  A    Yes.
 8  Q    And if you refer to a group of people, would it be
 9  common to refer to them as "brothers"?
10  A    Yes.
11  Q    As it's used in this document, is it referring to a
12  group of individuals by the word "brothers"?
13            MR. FURR:  Judge, again my objection is the same.
14            THE COURT:  Sustained.
15  BY MR. BERNSTEIN:
16  Q    You don't know whether the person who made this chart
17  was able to read Arabic, do you?
18  A    Say that again.  I'm sorry.
19  Q    Whoever made this chart, this summary of receipts --
20  A    Yes.
21  Q    -- you don't know whether that person could read and
22  translate what was in these documents, do you?
23  A    Maybe, maybe not.
24            MR. FURR:  Judge, objection.  Speculation.
25            THE COURT:  Sustained.
```

```
 1   BY MR. BERNSTEIN:

 2   Q    (Changing overhead exhibit).  The top receipt, can you

 3   read what it says, 4388?

 4            THE COURT:  Approach the bench, please.

 5            (Bench conference as follows:)

 6            THE COURT:  Is there a translation -- English

 7   translation of these documents in evidence?

 8            MR. BERNSTEIN:  Yes.

 9            THE COURT:  Why aren't you using those?

10            MR. BERNSTEIN:  I don't know that I'm limited to

11   using those, if I -- they asked this witness about that

12   chart, which he had no participation in.

13            THE COURT:  We've had witnesses qualified as

14   translators that went through rigorous cross-examination

15   about their translations and whether or not it was accurate,

16   and now we get a witness that speaks Arabic and we'll start

17   reading these things?

18            MR. BERNSTEIN:  Once again, I'm cross-examining

19   the information they have presented, and they have presented

20   this as donations from official groups.  I'm going to the

21   original document and asking the same witness, is this from

22   an individual group, official group, or is this just a

23   descriptive term?

24            THE COURT:  But you have an English translation,

25   and all this witness would know -- you can ask him if he
```

```
 1  knows about the organization, which is what the Government

 2  did.

 3          MR. BERNSTEIN:  But if it's just a descriptive

 4  term, it's not an organization, he's not going to know about

 5  it.  That's what I believe these titles are.  That's why I'm

 6  asking it this way.  I understand the Court's concern

 7  about -- I understand that there are English translations.

 8  If the Court's asking me not to do it this way, I will stop.

 9          MR. FURR:  Judge, if I might, I don't think it

10  makes -- all this witness can say is what the words on the

11  paper say.  In other words, if it's official or not.  He can

12  say whether he's familiar with it is an official

13  organization.

14          THE COURT:  Well, now, wait a minute now.

15  Remember when this witness was even asked about the

16  transcript of his own telephone conversation, he said -- he

17  was asked:  "Did you read it, and was it an accurate

18  translation?"  He said, "To the extent of my English, I can

19  say it was okay."  Now all of the sudden he's up there

20  translating documents, and he --

21          MR. BERNSTEIN:  The Government also had him

22  correct transcripts made by those same translators on

23  direct.

24          THE COURT:  He corrected his own conversation.

25          MR. BERNSTEIN:  Yes, sir.
```

```
 1          THE COURT:  You cross-examined the translators.
 2   If you want to challenge the translation, challenge the
 3   translation, but you can't just be asking this guy.
 4          MR. BERNSTEIN:  I'm not challenging the
 5   translation.  I was asking this guy the same material he was
 6   asked on direct.  That was my intention.  I'm not arguing
 7   with the Court.  I know there's a translation.
 8          THE COURT:  You can ask him if he knows about the
 9   organization that he sees on that receipt, but not to have
10   him translating unless it's his receipt or is being
11   connected to him, unless you want to try to qualify him as
12   your expert translator.
13          MR. BERNSTEIN:  No, sir.
14          (Bench conference concluded.)
15   BY MR. BERNSTEIN:
16   Q    You were asked about donations that were listed on the
17   summary chart to IAF, the school?
18   A    Yes, sir.
19   Q    And you gave a explanation that you don't recall any
20   donations by the school but donations at the time of Ramadan
21   by individuals who worked at the school?
22   A    It couldn't happen -- I wasn't in the finance at all,
23   so I have no idea if it happened from the families from the
24   school or from out of the school or -- it could happen.
25   Q    Do you remember there being donations from individuals
```

```
 1  who worked at the school when you worked at the school at
 2  the time of Ramadan or any other appropriate holiday where
 3  donations -- charitable donations were required as Muslims?
 4  Do you remember that happening?
 5  A    Probably.
 6  Q    Well, do you remember that happening in your community?
 7  A    Yes.
 8  Q    Do you remember doing it yourself?
 9  A    Yes.
10  Q    When you would do it, would you do it in the context of
11  working at the school?
12  A    I'm not sure exactly what you mean by the question
13  there.
14  Q    You know Mr. Hammoudeh?
15  A    Yes.
16  Q    Sameeh Hammoudeh?
17  A    Yes.
18  Q    Do you remember him taking funds or donations during
19  the time of Ramadan for charitable purposes to be sent or
20  forwarded to Palestine?
21  A    Yes.
22  Q    And do you remember that happening when you worked at
23  IAF and he worked at IAF?
24  A    Yes.
25  Q    And do you remember that happening between him and
```

```
 1   other teachers of your own knowledge?

 2   A    I'm not positive.

 3   Q    But it would be consistent with the obligation you

 4   understood as a Muslim at that period of time, which would

 5   be the time period of Ramadan?

 6   A    Yes.

 7   Q    You were asked about T-1074, which is a conversation;

 8   and in there, there was a reference to a nephew and a

 9   reference to 15.  You remember being asked about this on

10   direct examination?

11   A    Yes.

12   Q    Okay.  And this was on or about June 15th of 2000, and

13   you indicated your recollection was that, "I owed him some

14   money, 5' or 7,000, and he would give his -- somehow money

15   would go to his father in Palestine."

16        Now, here's what I want to ask you:  Isn't it true that

17   for this -- this money transaction, no money ever left

18   Florida and went to Palestine?  There was a debt already in

19   Florida; correct?

20   A    No.  My nephew owed me money; and when Sameeh asked if

21   anybody could take money to his father, I told him that when

22   I get there, I try to see if I can let my nephew -- that he

23   owe me money, to give it to your father, so when I come to

24   America -- actually we did not take money from the

25   United States outside.  We keep the money -- basically I got
```

1    the money from Sameeh and put it in my account to pay --

2    Q    So, the money transferred in Tampa, Sameeh Hammoudeh to

3    you --

4    A    Right.

5    Q    -- and then correspondingly money you owed in the

6    Middle East in Palestine by your nephew was transferred to

7    Taha Hammoudeh for Sameeh's benefit; correct?

8    A    I think so.

9    Q    But there was never any wire transfer or check or

10   anybody who carried money from Tampa to Palestine for that

11   to occur?

12   A    No.

13   Q    Did you just make this up this one time to do it that

14   way, or was that something you had done before?

15   A    No.  I did not do it before.  This is first time -- I

16   think that was the first time that I voluntarily did that.

17   Q    When you worked at the IAF, the school, were you a

18   teacher?

19   A    Yes.

20   Q    Did you really teach classes?

21   A    Yes.

22   Q    Did you really have students?

23   A    Yes.

24   Q    Did Mr. Hammoudeh really teach courses?

25   A    Yes.

```
 1   Q    Did he really have students?

 2   A    Yes.

 3   Q    Was the IAF simply a front for the PIJ?

 4   A    What is "PIJ"?

 5   Q    The Palestinian Islamic Jihad.

 6   A    No, it's not.

 7   Q    It was a real school?

 8   A    Oh, absolutely.

 9   Q    And when you had financial difficulties, that is,

10   shortages to run the school, you had to do a fundraising

11   activity in the community; correct?

12   A    That's true.

13   Q    And as a board member, you were aware that you had to

14   approach either parents or Muslim people to see if they

15   would donate?

16   A    That's true.

17   Q    And that's how you dealt with your financial needs at

18   IAF; correct?

19   A    That's true.

20   Q    And that's how Sameeh Hammoudeh dealt with financial

21   needs at IAF, the same way?

22   A    I think so (nodding head).

23   Q    In Gaza, were there any people who were Sufis, if you

24   know?

25   A    I think so.
```

```
 1   Q     Are you familiar with what a Sufi is?

 2   A     Yes.

 3   Q     What is a Sufi?

 4   A     That's a -- it came from clearance -- people they tried

 5   their best to be the, you know, best Muslims; and just most

 6   of the time they just sit and worship.

 7   Q     Were Sufis consistent or inconsistent with the

 8   Palestinian Islamic Jihad in Gaza?

 9   A     I'm not sure.

10         MR. BERNSTEIN:  Thank you.  I tender him for

11   examination.

12         THE COURT:  Any other cross?

13         MR. BECK:  None from --

14         THE COURT:  Any redirect?

15         MR. FURR:  Yes, sir.

16                    REDIRECT EXAMINATION

17   BY MR. FURR:

18   Q     You know, when you were asked by Mr. Moffitt a little

19   while ago about what was going on back in 1994 - 1995 in the

20   Gaza Strip, that people going back and forth would give

21   information and the like -- you recall being asked that?

22   A     Yes.

23   Q     -- and you would provide news of what was going on,

24   that sort of thing; correct?

25   A     Yes, sir.
```

```
 1   Q    Was the Palestinian Islamic Jihad a secretive

 2   organization?

 3   A    No, it's not.

 4   Q    Do you know Ziad Abu-Amr?

 5   A    No, I don't.

 6   Q    Well, this organization was non-secretive.  Were you

 7   ever shown the bylaws that were found at WISE for the

 8   Palestinian Islamic Jihad?

 9            MR. MOFFITT:  Objection, Your Honor.

10            THE WITNESS:  I'm sorry, Your Honor.

11            THE COURT:  Overruled.

12   BY MR. FURR:

13   Q    You ever see the bylaws for the Palestinian Islamic

14   Jihad?

15   A    No.

16   Q    You sure?

17            MR. BERNSTEIN:  Asked and answered.

18   BY MR. FURR

19   Q    400 -- T-400 (handing item to the witness).  You ever

20   seen one of those?

21   A    No.

22   Q    400 is in Arabic?

23   A    No, I did not.

24   Q    You said you thought you knew Mr. Al-Arian pretty well;

25   correct?
```

```
 1   A    I think so.
 2   Q    You know whether he sent money to the families of
 3   terrorists?
 4            MR. MOFFITT:  Objection.
 5            THE COURT:  Approach the bench.
 6            (Bench conference as follows:)
 7            THE COURT:  What's the objection?
 8            MR. MOFFITT:  First of all, he didn't put it on a
 9   timeframe, a place, what have you.  There was no prohibition
10   against sending money to anybody in 1993.
11            THE COURT:  All right.  The objection is you
12   didn't have time or place in your question and that it was
13   not an illegal act at the time.
14            MR. FURR:  Conspiracy to murder, extortion have
15   always been against the law.  Just because there was not a
16   material support statute at the time is not the end of the
17   story, number one.  Number two, this goes to the pitchfork.
18            MR. MOFFITT:  The money was sent in '93, and the
19   money wasn't sent to any terrorist; it was sent to families.
20            THE COURT:  That isn't what he said in his
21   question.
22            MR. MOFFITT:  I understand.
23            THE COURT:  Your objection is there's no time and
24   place in the question?
25            MR. MOFFITT:  That's correct.
```

```
 1           THE COURT:  Well, I believe that his line of
 2   questioning is going to try to rebut the area that you had
 3   the witness testify about why he's scared and that if
 4   Al-Arian, who is an activist, can be arrested in this
 5   country and treated the way he's treated, the rest of them
 6   are scared for their safety.
 7           MR. MOFFITT:  Well, he's scared now.  He was not
 8   scared in '93.
 9           THE COURT:  Isn't it fair rebuttal for the
10   Government to get up and try to show that perhaps he didn't
11   know all the things that Al-Arian has been put in jail for?
12           MR. MOFFITT:  It's fair rebuttal to do that if he
13   describes an illegal act.  All right?  In the question of
14   whether or not providing money to someone other than
15   directly to a terrorist -- I mean, if people are starving
16   and I provide money to a child of a family of a terrorist,
17   that's not in our law to say that I can't do that.
18           THE COURT:  Well, you can make that in your
19   closing argument, and the Government can make that in their
20   closing argument, but we're not there yet.  We're only in
21   areas of what questions is the Government entitled to ask.
22           MR. MOFFITT:  I don't think he's entitled to ask a
23   question without putting a time and place and date on it in
24   light of the nature of this case when they ask that
25   question.
```

```
1              THE COURT:  Put a year on it.

2              MR. FURR:  Yes, sir.

3              (Bench conference concluded.)

4    BY MR. FURR:

5    Q    Sir, do you know that Mr. Al-Arian had sent monies to

6    the family of four individuals associated with the PIJ who

7    were convicted of the pitchfork murder in 1992?

8    A    No, I don't.

9    Q    Do you know whether Mr. Al-Arian raised money to send

10   to the Palestinian Islamic Jihad?

11   A    I think so.  Not Islamic Jihad, but -- they always have

12   fundraising, and he is one of the best fundraisers.

13   Q    He was a good fundraiser; right?

14   A    Yes, he is.

15   Q    You mentioned -- you mentioned -- let me ask you this:

16   You had -- you had the conversation, which is 800 that we

17   went over and read to all the jury this morning.

18        Did you have any conversation like that with leaders of

19   Hamas in the United States?

20   A    No.

21   Q    Have you ever reviewed Mr. Al-Arian's financial

22   records?

23   A    No (shaking head).

24   Q    Did you ever review the financial records associated

25   with WISE?
```

```
 1   A     No.

 2   Q     Or ICP?

 3             MR. MOFFITT:  Objection, relevance.  Why would

 4   he --

 5             THE COURT:  Overruled.

 6   BY MR. FURR:

 7   Q     Did you ever review the financial records associated

 8   with ICP?

 9   A     No.

10   Q     Muslim Woman's Society?

11   A     No.

12   Q     Beyond the telephone conversation that we went over

13   this morning and your knowledge of a couple others that you

14   were involved with, have you personally reviewed any of the

15   other telephone conversations that were either obtained

16   pursuant to the wiretaps or obtained and utilized in the

17   trial here?

18   A     The only thing you mentioned to me during the first

19   meeting --

20   Q     Okay.

21   A     The only thing I heard is this one tape.

22   Q     So, if all those boxes up there in front of the Court

23   were filled with conversations and transcripts except for

24   one or two of them, you don't know anything about them?

25   A     That's true.
```

```
1  Q    Did -- you came to the United States -- you came to the
2  United States and you became a citizen; correct?
3  A    After ten years.
4  Q    You went through the process; right?
5  A    Yes.
6  Q    Would it have been okay for you to lie in that process?
7           MR. MOFFITT:  Objection.
8           THE COURT:  Sustained.
9  BY MR. FURR:
10 Q    Have you ever spoken on the phone -- did you ever speak
11 on the phone with Fathi Shiqaqi?
12 A    Never.
13 Q    Have you had any telephone conversations with
14 Ramadan Shallah since he became the head of the Palestinian
15 Islamic Jihad?
16 A    No.
17 Q    Did you know the purpose for which Mr. Hammoudeh was
18 sending the money that he asked you to help him send or to
19 get to the Middle East -- do you know what the purpose of
20 that money was?
21 A    To the best of my knowledge, that's why I give
22 initiative to take it -- I think, if I'm not mistaken -- I
23 don't know exactly.  It has been five years -- that the
24 books -- they need books, and his father has bookstore or
25 something like that.  It was a good purpose.
```

```
 1   Q     He didn't mention stocks or land to you?

 2   A     No.

 3   Q     I think you said you weren't involved in the finances

 4   at IAF?

 5   A     I'm sorry.

 6   Q     You were not involved in the finances at IAF?

 7   A     Well, I was a board member; and normally when you have

 8   meeting once a month, they gave financial statement to

 9   everybody.

10   Q     You've run businesses; right?

11   A     Yes.

12   Q     Have you ever put your eyes and kept your eyes on the

13   finances of IAF?

14   A     No.

15         MR. FURR:  If I can have just a moment, please,

16   Judge.

17         (Pause.)

18   BY MR. FURR:

19   Q     Sir, when you make a donation, you get a receipt back

20   with your name on it for making the donation?

21         MR. MOFFITT:  Objection.

22         THE WITNESS:  Are you asking me?

23         MR. FURR:  Yes.

24         MR. MOFFITT:  Objection.

25         THE COURT:  Approach the bench.
```

```
 1              (Bench conference as follows:)
 2              THE COURT:  What's the objection?
 3              MR. MOFFITT:  To whom?  What?  I make donations,
 4  and I get information from the different people I donate to.
 5  The question is, "When you make a donation..."
 6              THE COURT:  Perhaps that will be his answer.
 7              MR. MOFFITT:  Well, I'm objecting to the question,
 8  because you don't get the same thing from everybody you make
 9  a donation to.
10              THE COURT:  Overruled.
11              (Bench conference concluded.)
12  BY MR. FURR:
13  Q    Sir, if you make a donation and you retain a receipt
14  back from that donation, you have your name put on it?
15  A    Yes, normally.
16              MR. FURR:  No other questions, Your Honor.
17              MR. MOFFITT:  Your Honor, may I ask one quick
18  question?
19              THE COURT:  What issue?
20              MR. MOFFITT:  Fundraising.
21              THE COURT:  All right.
22                      RECROSS-EXAMINATION
23  BY MR. MOFFITT:
24  Q    You attended fundraisers with Sami Al-Arian?
25  A    I think so.
```

1  Q     What were they for?

2  A     IAF.

3  Q     For anything else?

4  A     Maybe one time at Ramadan for ambulance going to Gaza.

5  Q     Is that the only fundraising event you saw

6  Sami Al-Arian at?

7  A     Uh, I think we have several for the school.

8          MR. MOFFITT:  No further questions.

9          THE COURT:  Thank you, sir.  You're excused.

10         We'll be in recess for lunch until 1:30.

11         COURT SECURITY OFFICER:  All rise.

12         (Recess from 12:10 p.m. until 1:30 p.m.)

13  * * * * * * * * * * * * * * * * * * * * * * * * *

14         (Excerpt concluded.)

15                   - - - -

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OR REPORTER

 2

 3

 4

 5           I, SHERRILL LYNN JACKSON, Official Court Reporter

 6   for the United States District Court, Middle District of

 7   Florida, Tampa Division,

 8           DO HEREBY CERTIFY, that I was authorized to and

 9   did, through use of Computer-Aided Transcription, report in

10   shorthand the proceedings and evidence in the above-styled

11   cause, as stated in the caption hereto, and that the

12   foregoing pages numbered 1 to 112, inclusive,

13   constitute a true and correct transcription of my

14   shorthand report of said proceedings and evidence.

15           IN WITNESS WHEREOF I have hereunto set my hand

16   this 28th day of January, 2012.

17                           s/Sherrill L. Jackson

18                       SHERRILL LYNN JACKSON, RPR, FPR
                         Federal Official Court Reporter
19

20

21

22

23

24

25
```